UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14302-ROSENBERG/MAYNARD

DENNIS MCWILLIAMS, et al.,

    Plaintiffs,

v.

NOVARTIS AG, et al.,

    Defendants.

_____/

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER AND
ORDER REFERRING CASE TO MEDIATION**

Having considered the Joint Scheduling Report of the parties, the Court hereby **ORDERS** the following:

### I.     PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

**November 1, 2017:** Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier).

**November 17, 2017:** Deadline to designate a mediator and to schedule a time, date, and place for mediation.

**December 13, 2017:** Deadline for joinder of additional parties and amended pleadings.

**February 19, 2018:** The parties shall provide opposing counsel with a written list with the names and addresses of all primary/initial expert witnesses intended to be called at trial and only those primary/initial expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its

expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition.  The experts' deposition may be conducted without further Court order.

**March 21, 2018:** The parties shall provide opposing counsel with a written list with the names and addresses of all rebuttal/responsive expert witnesses intended to be called at trial and only those rebuttal/responsive expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.

**Note:** The above provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers.

**April 20, 2018:** All discovery shall be completed.

**May 22, 2018:** All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed.

**June 21, 2018:** Mediation must be completed.

**July 13, 2018:** Designations of deposition shall be made and filed.  Parties shall also file and exchange Rule 26(a)(3) witness and exhibit lists.

**July 27, 2018:** The parties shall exchange counter-designations and objections to exhibits.

**August 1, 2018:** Deadline for counsel for the parties to meet and confer to prepare the Joint Pretrial Stipulation and address the issues set forth in Local Rule 16.1(d).

**August 8, 2018:** Joint Pretrial Stipulation shall be filed. Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**August 10, 2018:** Jury Instructions shall be filed.

## II.   MEDIATION

Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

a. Mediation shall be completed by the above stated deadline;

b. The parties shall, within the deadline set forth above, agree upon a mediator and file a Notice of such with the Court. If the parties are unable to agree upon a mediator, they shall ask the Clerk of the Court to designate a mediator from the list of certified mediators on a blind random basis;

c. Counsel for Plaintiff shall be responsible for coordinating the mediation conference dated and location agreeable to the mediator and all counsel of record;

d. Within seven (7) days of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof; and

e. The parties shall refer to the Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

**DONE AND ORDERED** in Chambers of Fort Pierce, Florida this __ day of ___, 2017.

                                                                      _____

                                                                      ROBIN L. ROSENBERG
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF