# Exhibit
# 3

## EXPERT REPORT OF SONAL SINGH, MD, MPH

## I.      INTRODUCTION AND SUMMARY OF OPINIONS

I have been retained to review and analyze the epidemiological data and, based on these data, to provide my professional opinion about whether Tasigna (nilotinib) is causally related to the development of rapidly progressive atherosclerosis-related conditions, including peripheral arterial occlusive disease, ischemic heart disease, cerebrovascular disease, including stroke, and other vascular events, collectively referred to as cardiovascular events. I have relied upon my own systematic review of the literature, the basis upon which I provide my opinions. Using these materials, my education, and my prior clinical and research experiences, I have employed the methods generally accepted by the scientific community and that would be used to develop a peer reviewed manuscript. My rate for this consultation is $600/hr, with deposition testimony at $750/hr and trial testimony at $950/hr.

In summary, it is my opinion, to a reasonable degree of scientific certainty, that nilotinib causes the development of atherosclerotic-related cardiovascular events, including peripheral arterial occlusive disease, ischemic heart disease, and stroke, among patients with chronic myeloid leukemia ("CML"). This finding is based on the scientific evidence from meta-analysis of randomized controlled trials, supported by consistent findings of an increased risk in observational studies, and evidence of multiple pathways and multiple mechanisms by which nilotinib induces atherosclerosis. My opinion is based on a rigorous systematic review and meta-analysis of the peer reviewed literature related to this topic. This evidence from the systematic review and meta-analysis was subjected to a critical causality assessment using the Bradford–Hill criteria.[1]

## II.     BACKGROUND AND QUALIFICATIONS

I am an Associate Professor of Medicine at the University of Massachusetts Medical School. I received my M.B.B.S. (equivalent to M.D.) in 1998 from Patna Medical College, India. I then completed

1

my internal medicine internship and residency in the Department of Medicine at the Unity Health Center,

affiliated with the University of Rochester School of Medicine in 2005.

Subsequently, I served on the Faculty as an Instructor of Medicine at Wake Forest University

until 2007, and then as an Assistant Professor of Medicine in 2007.  I received a joint appointment as an

Assistant Professor of Epidemiology at Wake Forest University in 2008.  As a faculty member at Wake

Forest University, I obtained my Masters in Public Health at Johns Hopkins University in 2008.

I was an Assistant Professor in the School of Medicine at Johns Hopkins University as a recipient

of the NIH Johns Hopkins Clinical Research Scholars Award in 2009.  I held joint appointments in the

Department of International Health and Health Policy and Management and also served as the Associate

Director at the Center for Drug Safety and Effectiveness at Johns Hopkins University.

In my current position, I devote a substantial amount of my professional time to epidemiologic

research.  I conduct clinical research with a focus on drug safety, evidence synthesis, and shared decision

making.  The major focus of my research is understanding the adverse effects of pharmacologic therapies

with a focus on cardiovascular adverse effects of drugs.  The remainder of my professional effort is

dedicated to practicing general medicine and teaching activities.  I have taught courses in systematic

reviews, clinical epidemiology, pharmacoepidemiology, and the practice of general internal medicine to

medical students, interns, residents, and public health students at Johns Hopkins University and Wake

Forest University.  I have also taught epidemiological research methods on the topic of

pharmacoepidemiology to researchers in the Bloomberg School of Public Health at Johns Hopkins

University.  This background provides expertise in the use of epidemiological research methods in diverse

settings, and in the clinical practice of medicine, both relevant to the present scenario.

I have served as consultant to the World Bank, World Health Organization International Agency

for Research Cancer, Food and Drug Administration, the Agency for Health Care Research and Quality

(an agency within the U.S. Department of Health and Human Services), pharmaceutical sponsors, and research firms.

My work has been featured in *Science*, *Journal of the American Medical Association*, *British Medical Journal*, and the *Lancet*, as well as media outlets such as the New York Times, Wall Street Journal, and the Washington Post.

In the last four years I have given deposition testimony in connection with a multi-district litigation, *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2:12-mn-02502-RMG.  I have also given deposition testimony in the case of Kristi Lauris, et al. v. Novartis AG, et al., another Tasigna case involving rapidly developing atherosclerosis pending in the United States District Court for the Eastern District of California.

My curriculum vitae is attached hereto as **Appendix A.**

III.   **PUBLICATIONS**

I have authored or co-authored more than 100 original peer-reviewed scientific articles.  Below is a representative sampling of those articles published in leading medical journals such as the *Journal of American Medical Association, Journal of American Medical Association-Internal Medicine,* and *British Medical Journal*.  Please refer to my curriculum vitae for a complete listing of all publications.

- **Singh S**, Loke YK, Furberg CD.  Long-term risk of cardiovascular events with rosiglitazone: A meta-analysis.  *JAMA* 2007; 298: 1189-1195.
- **Singh S**, Loke YK. Furberg CD.  Inhaled anticholinergics and risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic meview and meta-analysis.  *JAMA* 2008; 300: 1439-1450 (CME Article in JAMA).

- Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al.  Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170 255 patients from 76 randomized trials. *Q J Med* 2011; 104: 109-24.

- **Singh S**, Loke YK, Enright PL, Furberg CD.  Mortality associated with tiotropium mist inhaler in patients with chronic obstructive pulmonary disease: systematic review and meta-analysis of randomised controlled trials.  *BMJ* 2011; 342: d3215.

- **Singh S**, Loke YK, Spangler JG, Furberg CD.  Risk of serious adverse cardiovascular events with varenicline: a systematic review and meta-analysis.  *CMAJ* 2011; 183: 1359-66.

- **Singh S**, Loke YK.  Drug safety assessment in clinical trials: methodologic challenges and opportunities.  *Trials* 2012; 13: 138.

- **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB.  Glucagonlike peptide 1-based therapies and risk of hospitalization for acute pancreatitis in type 2 diabetes mellitus: A population-based batched case-control study.  *JAMA Intern Med*. 2013; 173: 534-539.

- Onasanya O, Iyer G, Lucas E, Lin D, **Singh S**, Alexander GC.  Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews.  *Lancet Diabetes Endocrinol*. 2016; 4: 943-956.

- Alexander GC, Iyer G, Lucas E, Lin D, **Singh S**.  Cardiovascular risks of exogenous testosterone among men: a systematic review and meta-analysis. *Am J Med*. 2017; 130: 293-305.

IV.   **BACKGROUND ON CML AND ATHEROSCLEROSIS-RELATED DISEASE**

**Chronic Myeloid Leukemia.** Chronic myeloid leukemia is a myeloproliferative neoplasm which is a result of the proliferation of myeloid cells lines, when a single, pluripotential, hematopoietic stem cell acquires a Ph chromosome carrying the BCR-ABL fusion gene giving it a proliferative advantage compared to other cell lines.[2]  Chronic myeloid leukemia accounts for 10% of all

4

leukemias in adults.[3]  According to the American Cancer Society, about 8,950 new patients will be diagnosed with chronic myeloid leukemia in the US in 2017.[3]

**Atherosclerosis**. Atherosclerosis is an arterial disease which is one of the leading causes of death in the United States. High quantities of LDL cholesterol are considered one of the principal risk factors of the disease, although inflammation may also play a role.[4]  The lesions of atherosclerosis occur in the large and medium sized arteries of the heart, brain and extremities which can lead to myocardial infarction, stroke and peripheral arterial disease.[4]  The risk factors for atherosclerosis include hyperlipidemia and diabetes as well as genetic predisposition for the disease.

## V.   SEPARATE STATEMENT OF BASES FOR OPINION

My opinion that nilotinib is causally linked to atherosclerotic-related vascular disease is based on (1) a systematic review of the peer-reviewed medical literature and a meta-analysis of four randomized controlled trials, and (2) a causality assessment based on the systematic application of the factors developed by Sir Austin Bradford Hill, professor of medical statistics, in his seminal article regarding causation.  I will discuss each in turn.

### A.  Meta-Analysis and Systematic Review

#### 1.  Key Findings

After conducting a systematic review of the literature, I conducted a meta-analysis of four randomized controlled trials of nilotinib vs Gleevec (generic name imatinib) that reported on the occurrence of cardiovascular events occurring among the cohorts.

A systematic review and meta-analysis is a study design wherein systematic searches are carried out to identify studies reporting on a question of interest.  After a systematic process of data extraction and examination of similarities and differences across studies, randomized controlled trials can be pooled together in a meta-analysis and represented in a Forest Plot.  The combined estimate from the meta-

5

analysis, along with its 95% confidence interval, represents the true estimate of the risk of an association. The risk can be represented as a relative risk or odds ratio, which is a reasonable approximation of the relative risk.  Meta-analysis can be conducted using relative risk measures or odds ratios.  The type of data to be included in the meta-analysis determine the appropriate statistical approach to combining data. The meta-analysis below was carried out using similar statistical approaches as shown in several of my peer-reviewed publications above.  **Systematic reviews (with homogeneity defined as free of variations in the direction and degree of results between individual results) and meta-analysis of randomized controlled trials are considered the highest level of evidence (Level 1a) when evaluating the effect of interventions.[5]**

The four randomized controlled trials upon which I based my meta-analysis were:

- Evaluating Nilotinib Efficacy and Safety in Clinical Trials—Newly Diagnosed Patients ("ENESTnd")[6];

- Evaluating Nilotinib Efficacy and Safety in Clinical Trials—Complete Molecular Response ("ENESTcmr")[7];

- Evaluating Nilotinib Efficacy and Safety in Clinical Trials—China ("ENESTchina")[8]; and

- Imatinib Dose Optimization Compared with Nilotinib in Patients with Chronic Myelogenous Leukemia and Suboptimal Response to Standard-dose Imatinib ("LASOR").[9]

The meta-analysis of the ENESTnd, ENESTcmr, ENESTchina and LASOR trials demonstrates a statistically significant increased risk in patients with CML for the composite endpoint of cardiovascular events (Peto Odds Ratio ("OR") 3.70, 95% confidence interval ("CI") 2.31-5.93; $I^2$=0%) (Figure 1),[6-9] as well as the individual endpoints of ischemic heart disease (Peto OR 3.03, 95% CI 1.66-5.51; $I^2$=0%) (Figure 2), stroke (Peto OR 3.53, 95% CI 1.20-10.34; $I^2$=0%) (Figure 3), and peripheral artery disease (Peto OR 5.17, 95% CI 1.96-13.68; $I^2$=0%) (Figure 4).  The strength of association for each of these outcomes is very strong and consistently exceeds the threshold for a doubling in the increased risk, with a more than three-fold increase in the risk of cardiovascular events in general, more than three-fold increase

in the risk of ischemic heart disease, more than three-fold increase in the risk of stroke, and more than five-fold increase in the risk of peripheral arterial disease as seen in the above meta-analysis.  There is **no evidence of statistical heterogeneity or variations** for any of these outcomes.

A closer look at the largest open label randomized controlled trial, ENESTnd, which I will describe in more detail below, demonstrates a statistically significant increased risk for all four outcomes, suggesting that not only is the cumulative body of evidence supportive of a causal link but **the largest single trial also provides strong proof of a causal association.**  Despite five years of follow-up, no peripheral arterial disease event was reported in the imatinib arm of the ENESTnd trial, and most atherosclerotic peripheral arterial disease events that occurred in the nilotinib arms occurred in the first two years.

**Figure 1. Peto Odds Ratio Meta-analysis of Nilotinib vs Imatinib on Composite Cardiovascular Events in Randomized Controlled Trials**



**Figure 2. Peto Odds Ratio Meta-analysis of Nilotinib vs Imatinib on Ischemic Heart Disease Events in Randomized Controlled Trials**



**Figure 3. Peto Odds Ratio Meta-analysis of Nilotinib vs Imatinib on Stroke Events in Randomized Controlled Trials**



8

**Figure 4. Peto-Odds Ratio Meta-analysis of Nilotinib vs Imatinib on Peripheral Arterial Disease Events in Randomized Controlled Trials**



These findings of an increased risk of cardiovascular events with nilotinib have been further **independently replicated** in several other studies including rigorous systematic reviews and meta-analysis conducted by multiple researchers.[10-13]  Nilotinib treatment was associated with a statistically significant increased risk of the cardiovascular events when compared to imatinib in one meta-analysis (relative risk ("RR") 1.6; 95% CI 1.4-1.8),[13] with some differences in magnitude of risk for the comparison of nilotinib vs imatinib in another (Peto OR 3.69; 95% CI 2.29-5.95).[12]  These slight differences in *magnitude of risk* among these studies may reflect differences in inclusion or exclusion criteria (e.g., such as the inclusion of observational studies) and the accumulation of evidence over time. The results of all the meta-analysis on the composite outcome of cardiovascular events is demonstrated in the Forest Plot below (**Figure 5**).  Notably, **all** systematic reviews and meta-analysis have reported a statistically significant **positive association** between nilotinib and cardiovascular events when compared to imatinib.

**Figure 5. Forest Plot showing Meta-analysis of Cardiovascular Outcomes with Nilotinib**



A significantly increased risk of cardiovascular events has been consistently noted in multiple controlled observational studies and disproportionality analyses **providing further evidence of consistency and replication.** Several case reports and uncontrolled studies have also provided evidence in support of an association. Of note, as will be described in more detail below, several case reports have described a rapidly-developing and aggressive form of atherosclerotic events, particularly peripheral arterial occlusive disease, affecting patients, many of which had no known pre-existing vascular disease, and some of which had no known risk factors for the disease.[14] This rapidly-developing and treatment-resistant form of the disease, which is different than the normal expected progression of the disease with aging, provides further evidence of an association.

Further, nilotinib has been shown to cause atherosclerosis and increase the risk of cardiovascular events through multiple pathways and mechanisms in vivo and in vitro studies in humans.[15-18] It has also been shown to increase the risk of and severity of hyperglycemia and hypercholesterolemia, both of which are risk factors for cardiovascular disease.

In conclusion, the above meta-analysis and the peer-reviewed literature strongly suggest an association between nilotinib and atherosclerotic-related cardiovascular events.

## 2. Systematic Review: Methods

### (a) *Systematic Search*

I conducted a systematic review of several databases included PubMed, Embase and Scopus to identify all studies reporting on the outcome of nilotinib and atherosclerosis-related events, including peripheral artery disease, heart attack, and stroke, using the search terms below. My search terms for the three specific databases are shown below

| **PubMed** |
| --- |
| cerebrovascular[All Fields] AND ("accidents"[MeSH Terms] OR "accidents"[All Fields] OR "accident"[All Fields]) OR (("heart"[MeSH Terms] OR "heart"[All Fields]) AND attack[All Fields]) OR (peripheral[All Fields] AND ("arteries"[MeSH Terms] OR "arteries"[All Fields] OR "arterial"[All Fields]) AND ("disease"[MeSH Terms] OR "disease"[All Fields])) OR ("atherosclerosis"[MeSH Terms] OR "atherosclerosis"[All Fields]) AND ("4-methyl-N-(3-(4-methylimidazol-1-yl)-5-(trifluoromethyl)phenyl)-3-((4-pyridin-3-ylpyrimidin-2-yl)amino)benzamide"[Supplementary Concept] OR "4-methyl-N-(3-(4-methylimidazol-1-yl)-5-(trifluoromethyl)phenyl)-3-((4-pyridin-3-ylpyrimidin-2-yl)amino)benzamide"[All Fields] OR "nilotinib"[All Fields]) |
| **Embase, Embase Classic, MEDLINE** |
| Query cerebrovascular AND accident OR (heart AND attack) OR (peripheral AND occlusive AND artery AND disease) OR atherosclerosis AND 'nilotinib'/exp OR 'nilotinib' |
| **Scopus** |
| ALL ('cerebrovascular AND accident' OR (heart AND attack) OR (peripheral AND arterial AND disease) OR atherosclerosis AND nilotinib) |

*(b) Study Selection*

I also searched the references of included articles to find articles with original data. To allow an evaluation of the association of nilotinib a priori, I decided to include randomized controlled trial studies that reported on the number of subjects who were and were not exposed to nilotinib and reported on the occurrence of cardiovascular events in nilotinib vs imatinib. I also reviewed evidence from existing systematic reviews and meta-analysis. I also examined qualitatively the controlled observational studies, uncontrolled observational studies, disproportionality analysis, and adverse event reports. I also reviewed mechanistic studies, such as in vivo or in vitro studies, which reported on the occurrence of pathogenic mechanisms to explore the nilotinib-cardiovascular relationship. Studies without original data on nilotinib and cardiovascular events, studies of other drugs, narrative reviews, and opinion articles were excluded. To supplement my assessment, I also examined the reports issued by various regulatory agencies, such as Health Canada and the FDA, and regulatory labels that reported on the nilotinib cardiovascular outcomes relationship.

*(c) Data Extraction*

The title and abstracts of each manuscript were reviewed to identify potential studies for inclusion in this report. I obtained the full length of each of these manuscripts, and reviewed them in detail. I extracted data from these studies into study tables.

*(d) Statistical Analysis*

To estimate the risk of cardiovascular events with nilotinib, I pooled data from randomized controlled trials using a fixed effect invariance method for conducting meta-analysis. I conducted meta-analysis using the Odds ratio approach when two or more studies were available as they are recommended for sparse data as was used in two other meta-analysis of nilotinib.[11, 12] I conducted all meta-analysis in StatsDirect [Cheshire, UK]. I also evaluated the heterogeneity among studies. Heterogeneity refers to the variation in study outcomes between studies. This includes estimates of statistical heterogeneity and

12

qualitative heterogeneity.  I used the $I^2$ as a measure of statistical heterogeneity—a percent of variation due to heterogeneity compared to chance.  Apart from the P value as a measure of statistical significance, the confidence intervals are used to assess statistical significance.  If the confidence intervals did not overlap, a statistically significant difference was present.  However, the converse is not necessarily true— if the confidence intervals overlapped, a significant difference could not be ruled out.  The data from observational studies were too heterogeneous to be pooled in a single meta-analysis and were synthesized qualitatively.

### 3.  Systematic Review: Results

#### (a) *Results of systematic search*

The total number of citations was 369.  After removal of duplicates, there were 296 citations evaluated for full text review.  198 citations were excluded either for not being relevant to the item of interest (n=76), reporting on another drug (n=36), for being review articles (n=81), for being in languages other than English (n=3), and for being guidelines (n=2).  This left 98 reports, which I examined in detail. Among these, I included 4 systematic reviews (with meta-analysis), 4 randomized controlled trials, 14 controlled observational studies, 22 uncontrolled observational studies, 4 disproportionality analyses, 9 case reports, and 12 mechanistic studies (i.e., studies related to the potential mechanisms of action between nilotinib and cardiovascular events), which provided original data on the outcome of interest. Since several reports and abstracts reported results from the same study, the number of citations exceeded the number of studies.  When I could identify multiple reports of the same study, I focused on the most updated version with the longest duration of follow-up.  I used the version of the study with the most updated data (abstract or peer-reviewed article) when there were multiple reports of the same study.

#### (b) *Overview of Published Systematic Reviews and Meta-analyses of Nilotinib and Cardiovascular Events*

As noted above, I identified four systematic reviews reporting on the risk of cardiovascular events with nilotinib.[10-13]  One systematic review of randomized controlled trials performed by Douxfils et al.

13

reported a statistically significantly increased risk of vascular occlusive events with nilotinib in a fixed effects meta-analysis of two randomized controlled trials (ENESTnd and ENESTcmr) (Peto OR 3.42, 95% CI 2.07-5.63; $I^2$=0%).[11]  An updated random effects meta-analysis by the same group, which included three additional trials, also reported a statistically significantly increased risk of vascular events with nilotinib compared to imatinib (Peto OR, 3.69, 95% CI 2.29-5.95).[12]

Another meta-analysis of 15,706 patients conducted by Chai-Adisaksopha et al., which also included 4 randomized controlled trials and 25 observational studies, reported the incidence rate of major arterial events as 2.8/100 patient years ("PYs") with nilotinib compared to 0.1/100 PYs for imatinib.[10] Among individual outcomes, rates of ischemic heart disease, cerebrovascular events, and peripheral arterial occlusive disease were also statistically significantly higher with nilotinib compared to imatinib with non-overlapping confidence interval: a) ischemic heart disease—1.4/100 PYs for nilotinib (95% CI 1-1.6) and 0.1/100 PYs for imatinib (95% CI 0-0.1); b) cerebrovascular disease—0.3/100 PYs for nilotinib (95% CI 0.1-0.4) and < 0.1/100 PYs for imatinib (95% CI 0-0.1); and c) peripheral arterial occlusive disease—1.3/100 PYs for nilotinib (95 % CI 0.8-1.8) and 0.1/100 PYs for imatinib (95% CI 0-0.1). **The proportion of patients on nilotinib who developed composite arterial events and peripheral arterial occlusive disease with nilotinib was 30% (95% CI 20-40%) and 10% (95% CI 10%-20%) respectively compared to 0% for imatinib respectively**.  Among the eight studies that directly compared nilotinib with imatinib, it reported statistically significant increased risk of a composite of major arterial events with nilotinib (RR 5.3; 95% CI 3.0-9.3) and peripheral arterial occlusive disease (RR 5.5, 95% CI 2.6-11.8) compared to imatinib, **meaning that nilotinib patients were over five times significantly more likely to experience major arterial events and peripheral arterial occlusive disease as compared to patients on imatinib**.

Another meta-analysis of 32 studies and 16,218 patients conducted by Chai-Adisaksopha et al. compared the pooled incidence of cardiovascular events (ischemic heart disease, peripheral arterial occlusive disease, stroke, and transient ischemia attacks) with tyrosine kinase inhibitors (TKIs) using a

single proportion random-effects model.[13]  It included 20 studies of nilotinib.  **The pooled incidence for nilotinib was 8% (95% CI 6-10%) versus 1% for imatinib (95% CI 0-1%).**  The direct comparisons between the two showed that nilotinib was associated with a significantly increased risk of cardiovascular events (RR 1.6, 95% CI 1.4-1.8).

(c)  *Randomized Controlled Trials*

There were four randomized controlled trials, all of which were sponsored by Novartis, that reported on the occurrence of cardiovascular events with nilotinib: ENESTnd[6]; ENESTcmr [7, 19]; ENESTchina [8]; and LASOR[9].  Cardiovascular events have been collected as an adverse event or serious adverse event in these four randomized clinical trials of nilotinib therapy.  These are the four randomized clinical trials upon which I based my meta-analyses summarized in section V(A)(1) above.  I will discuss each of these clinical trials in turn.

(i)  *ENESTnd Trial*

This phase III trial randomized patients with CML in a 1:1:1 fashion with 282 on nilotinib 300 mg bid (meaning twice daily) arm, 281 patients on nilotinib 400 mg bid arm, and 283 patients on imatinib 400 mg arm, with a planned follow-up of 5 years.[6]  Data from the cumulative update at 5 years is analyzed in detail below.

At year 5, as reflected in Table 1 below, the results reflect a clinically significant increase in the rates of cardiovascular disease—i.e., peripheral arterial occlusive disease, ischemic heart disease, and cerebrovascular events (stroke)—compared to imatinib.

**Table 1. Cardiovascular events and metabolic abnormalities in the ENESTnd trial-5 years[6]**

| | Nilotinib (Combined) (n=563) | Nilotinib 300 mg twice daily (n=282) | Nilotinib 400 mg twice daily (n=281) | Imatinib 400 mg once daily (n=283) |
|---|---|---|---|---|
| Ischemic heart disease | 35 | 11 | 24 | 5 |
| Ischemic cerebrovascular event | 13 | 4 | 9 | 1 |
| Peripheral artery disease | 14 | 7 | 7 | 0 |
| Any cardiovascular event (IHD +, + Ischemic CVD + PAD) | 62 | 22 | 40 | 6 |
| **Metabolic abnormalities** | | | | |
| Newly occurring or worsening cholesterol elevations, any grade | | 77 | 74 | 11 |
| Grade ¾ cholesterol elevations | | 0 | 3 | 0 |
| | | | | |
| Newly occurring or worsening glucose elevations | | 139 | 146 | 86 |
| Grade ¾ glucose elevations | | 20 | 19 | 1 |

Note:  There are some differences to my analysis of the data for the purpose of my meta-analysis described above compared to the data on adverse events presented in the 5-year update of the ENESTnd trial.  First, it is customary in clinical trial data to analyze cardiovascular events rather than participants, as some patients likely experienced more than one event which has clinical significance.  Therefore, I counted the composite number of any cardiovascular events for the nilotinib 400 mg bid category to be 40 rather than 37 reported in Table 3 of the paper based on individual endpoints of the composite (24 for ischemic heart disease, 9 for ischemic cerebrovascular event, and 7 for peripheral artery disease).  Similarly, I counted the composite number of any cardiovascular events for the nilotinib 300 mg bid category to be 22 rather than 21 based on the actual number of cardiovascular events (11 for ischemic heart disease, 4 for ischemic cerebrovascular event, and 7 for peripheral artery disease) as reported in Table 3.[6]  Second, I analyzed the data by the more rigorous and scientifically robust intention to treat analysis as opposed to other analytic approaches such as the per-protocol approach.[20]  Since there were more drop-outs in the imatinib arm as opposed to nilotinib, the impact of such a per-protocol analysis

16

would only attenuate any differences in cardiovascular events between nilotinib and imatinib.  Since two doses of nilotinib were evaluated in this study, I combined treatment arms to evaluate differences between any dose of nilotinib and imatinib for the meta-analysis.[21]

Further, as reflected in Table 1, in addition to the disparity of cardiovascular events occurring in the nilotinib vs imatinib arms, newly occurring or worsening cholesterol elevations were reported in 77, 74, and 11 patients in the nilotinib 300 mg bid, nilotinib 400 mg bid, and imatinib 400 mg daily arms respectively.  Newly occurring or worsening glucose elevations were reported in 139, 146, and 86 patients in the nilotinib 300 mg bid, nilotinib 400 mg bid, and imatinib 400 mg arms respectively.  Clinically relevant elevations in LDL cholesterol and glycated hemoglobin were also more common in the nilotinib arm compared to imatinib.[6]

Data from earlier updates of the study showed a consistent pattern of elevated risk with an increased risk of cardiovascular events in the nilotinib arm relative to imatinib.  In the 4-year update, the authors reported that "*selected cardiac and vascular events were more common on NIL vs IM (by 4 y, peripheral arterial occlusive disease [PAOD] in 4 [1.4%], 5 [1.8%], and 0 pts; ischemic heart disease [IHD] in 11 [3.9%], 14 [5.1%,] and 3 [1.1%] pts; and ischemic cerebrovascular events in 3 [1.1%], 5 [1.8%], and 1 [0.4%] pts in the NIL 300 mg BID, NIL 400 mg BID, and IM arms, respectively).  In the NIL 300 mg BID arm, 2 of 11 IHD events occurred between 3 and 4 y (all 4 PAOD events occurred in the first 2 y).  In the NIL 400 mg BID arm, 2 of 5 PAOD events and 3 of 14 IHD events occurred between 3 and 4 y.*"[22]  The authors stated that "*[t]he annual frequency of these events has not increased with longer f/u (eg, in the nilotinib 300 mg BID arm, there were 4 PAOD events by 2 y, 0 from 2-3 y, and 0 from 3-4 y, and there were 5 IHD events by 2 y, 4 from 2-3 y, and 2 from 3-4 y).*" [23]  These were confirmed in another report on the ENESTnd 4-year update, which reported that 4 and 5 patients on nilotinib 300 mg and nilotinib 400 mg arms respectively developed peripheral arterial occlusive disease at four years compared to 0 in the imatinib arm.[24]  At the 2-year update, 3 patients in each of the nilotinib arms (1%) had developed PAOD, compared to none in the imatinib arm.[25]  As compared to 1 patient in

17

the imatinib group (<1%), 5 patients in the nilotinib 300 mg group and 6 patients in the nilotinib 400 mg group developed ischemic heart disease.  Further central nervous system hemorrhage was reported in one patient in each of the two nilotinib arms only.

The consistent increase in cardiovascular events is reflected in a graph from the 5-year update report of the ENESTnd trial published by Hochhaus et al.[6]  That graph, which reflects the Kaplan-Meier estimated time to first cardiovascular event (i.e., peripheral arterial disease, ischemic heart disease, and ischemic cerebrovascular event (stroke)), is shown immediately below:

**Figure 6.  Kaplan-Meier Estimated Time to First Cardiovascular Event on Study (Copied from Figure 5 of Hochhaus et al)[6]**



There are findings of particular note from the ENESTnd trial.  Both the nilotinib 300 mg bid and nilotinib 400 mg bid consistently reported a clinically significant increase in the rates of ischemic cardiovascular disease, ischemic heart disease, and overall cardiovascular events.  Strikingly **all** the peripheral arterial disease events occurred in the nilotinib arm.  There is a trend towards dose-responsiveness with an approximate doubling in the risk of any cardiovascular events with nilotinib in the high dose category compared to the low dose category.  Many of the events in the ENESTnd trial,

18

especially the peripheral arterial occlusive events, occur in the first few years suggesting a rapidly developing atherosclerotic process.

### (ii) ENESTcmr Trial

The ENESTcmr trial compared 104 patients on nilotinib 400 mg bid to 103 patients on imatinib after 2 years on imatinib and had a follow-up of two years.[7]  At year 2, there was a substantial imbalance in cardiovascular events between the two arms (7/104 on nilotinib vs 1/103 on imatinib). These included 4 ischemic heart disease events (3 in the nilotinib arm and 1 in the imatinib arm), and peripheral arterial occlusive disease was observed in 3 patients, all in the nilotinib arm.  One patient died due to myocardial infarction (heart attack) in the nilotinib arm but had pre-existing risk factors.  All 3 patients who developed peripheral arterial occlusive disease had pre-existing risk factors.  I included data prior to cross-over in the meta-analysis.

The study continued up to 4 years and 46 patients crossed over to the nilotinib arm based on data reported in an abstract.[19]  By year 4, cardiovascular events were reported in 13 patients in the nilotinib arm (4 ischemic heart disease, 4 strokes, and 7 peripheral arterial occlusive events) compared to 2 patients in the imatinib arm (1 ischemic heart disease and 1stroke), excluding events after cross-over (1 ischemic heart disease; 1 cerebrovascular event).  Three patients who crossed over from imatinib to nilotinib also experienced cardiovascular events (ischemic heart disease, 1; cerebrovascular event, 1; peripheral artery disease, 1).

### (iii) ENESTchina Trial

Another randomized clinical trial, ENESTchina, randomized 134 patients to nilotinib 300 mg bid compared to 133 patients to imatinib 400mg daily and had a follow-up of 12 months.[8]  After one year, one patient experienced a recurrent ischemic cerebrovascular event in the nilotinib arm.  Ischemic heart disease and peripheral arterial occlusive disease were not reported among either of the two study arms, although one patient in the imatinib arm had grade 1 CPK-MB elevations, without clinical signs of

19

ischemic heart disease.  According to the authors, "*Grade 1/2 cholesterol elevations (corresponding to total cholesterol levels between the upper limit of normal and 10.34 mmol/L) were more common in the nilotinib arm (43.6%) than in the imatinib arm (8.3%). Grade 1/2 serum glucose elevations (corresponding to serum glucose levels between the upper limit of normal and 13.9 mmol/L) were also somewhat more common with nilotinib.*"

### (iv) LASOR Trial

In the LASOR trial, 96 patients treated with nilotinib 400 mg bid were compared to 95 patients on imatinib 600 mg daily for a 2-year period in a randomized open label trial.[9]  Before cross-over, 5 cardiovascular events (3 angina pectoris, 1 acute coronary syndrome, and 1 peripheral arterial occlusive disease) were reported in the nilotinib arm.  **There were no cardiovascular events reported in the imatinib arm**.  44% of patients developed glucose elevations in the nilotinib arm compared to 28% of patients with glucose elevations in the imatinib arm.

### (d) Controlled Observational Studies

The controlled observational studies that reported on cardiovascular events with nilotinib were conducted in various settings (single center vs multi-center), were of various designs (retrospective vs prospective cohort), with varying degrees of median follow up.  They also varied in the degree to which cardiovascular events were ascertained, with only a few studies conducting active ascertainment of peripheral arterial disease via regular screening.  Most relied on reports of cardiovascular events.  There was significant heterogeneity in the definition of cardiovascular events across studies. There was also heterogeneity in study designs and overlap of participants in the studies and the randomized clinical trials, precluding any meaningful pooling in a single meta-analysis. **Despite this heterogeneity, the overwhelming majority of studies reported a significantly increased risk of cardiovascular events with nilotinib compared to imatinib.**  A brief review of data from such studies is summarized below.

20

(i)   *Nilotinib vs Imatinib*

The following studies involved comparisons between patients taking nilotinib versus patients taking imatinib and are shown in **Table 2** (attached as **Appendix B**)**.**

- Bocchia et al. conducted a single center retrospective cohort study which compared 52 patients on nilotinib to 58 patients on imatinib and reported a statistically significantly increased risk of cardiovascular events (RR 5.21, 1.73-16.30; 14 vs 3 events). When comparing nilotinib to imatinib there were 5 vs 0 ischemic heart disease events, and 9 vs 1 peripheral artery events.[26] Clustering of nilotinib treatment with dyslipidemia and G allele of LOX-1 polymorphism was associated with significantly increased risk of cardiovascular events after 12 months of follow-up.

- A Swedish cohort study in the nationwide Swedish register conducted by Dahlen et al. followed 896 patients for 4.2 years. They noted an increased risk of myocardial infarction with nilotinib compared to imatinib (IRR 2.98, 95% CI 1.05-8.49 and IRR 2.89 95% CI 1.20-7.00, respectively).[27]  Data from a subsequent publication reported higher event rates for myocardial infarction to be 29/1000 person years for nilotinib vs 8/1000 person years for imatinib.[28]

- A multicenter prospective cohort (Fossard et al.) prospectively analyzed patients with standard clinical assessments (height, weight, body mass index), onset of any cardiovascular events, and basic routine blood metabolic laboratory assessments.  With approximately 52 months of follow-up, they reported cardiovascular events among 21 of the 114 participants in the nilotinib group (18.4%) compared to 0 of the 17 participants on imatinib. They also noted a higher risk among those in the highest dose category of nilotinib.[29]

- Kim et al. conducted a single center prospective study which reported on nilotinib vs imatinib (66 vs 54 patients).[30]  All patients were screened by assessment of Ankle-Brachial Indexes (ABI) (a quick and noninvasive way to detect peripheral artery disease by comparing blood pressure at the ankles with blood pressure in the arms), with peripheral arterial disease being defined as ABI

21

less than <0.9.  In the nilotinib arm, 17 patients out of 55 (30.9%) screened had abnormal ABIs compared to 3 out of 48 (6.3%) screened in the imatinib group.

- Levato et al. compared 27 patients on nilotinib to 55 patients on imatinib in a single center cohort study and reported 4 cardiovascular events (1 ischemic heart disease event, 1 stroke, and 2 peripheral artery disease events) in the nilotinib arm (14.8%) compared to 1 ischemic heart disease event in the imatinib arm (1.85%).[31]

- Pagnano et al. conducted a study comparing 60 patients on nilotinib to 117 patients on imatinib and reported on 6 cardiovascular events in the nilotinib arm (10%) compared to **0** events in the imatinib arm.[32]

- A retrospective analysis by Puccetti et al. reported on 36 patients on nilotinib compared to 39 patients on imatinib and reported 9 cardiovascular events occurring in the nilotinib group (25%) vs 3 cardiovascular events in the imatinib group (8.3%).[33]

- Schwarz et al. compared 63 patients on nilotinib to 53 on imatinib and reported 8 peripheral artery disease events in the nilotinib arms (12.7%) compared to 1 in the imatinib arm (1.9%). These patients were also screened by determining ABIs and Duplex ultrasonography.[34]

- A cross-sectional study by Rattanathammethee et al. reported that among 13 patients on nilotinib compared to 61 patients on imatinib, 4 had abnormal ABI on nilotinib (30.8%) compared to 3 in the imatinib arm (4.9%).[35]

- Hekmatjou et al. conducted a single center retrospective analysis which compared nilotinib to imatinib with 7 years of follow up.  They compared 76 patients on nilotinib to 184 on imatinib and reported on 5 cardiovascular events in the nilotinib arm (6.6%) and 10 cardiovascular events (5.4%) in the imatinib arm.[36]

- A retrospective analysis of 5 controlled trials of TKIs at MD Anderson Cancer Center reported on imatinib arms (n=268) and a nilotinib 400 mg bid arm (n=108).[37]  There was one death in each

attributed to stroke, and six deaths in the imatinib arm due to cardiac diseases, but the proportion of ischemic heart disease among cardiac deaths was not reported.

### (ii) Nilotinib vs other/additional comparators

Gora-Tybor et al. compared 28 patients on nilotinib to 55 patients on Sprycel (generic name dasatinib) in a multicenter retrospective cohort analysis, and reported that severe vascular events including peripheral artery occlusive disease occurred in 11% of patients on nilotinib and 4% on dasatinib (p = 0.16).[38]

Suh et al. compared 120 patients on nilotinib to 81 patients on dasatinib in a retrospective cohort analysis and reported that stroke, acute coronary syndrome, and peripheral artery occlusive disease occurred in 5% (6/120) of the patients treated with nilotinib compared to **no** events in the dasatinib arm.[39]

One retrospective study—which was written, in part, by Novartis employees, and for which Novartis provided financial support—attempted to analyze data pooled from three randomized clinical trials (International randomized study of Interferon and ST1571 (IRIS), Tyrosine Kinase Dose Optimization study (TOPS), and a partial 3-year update of the ENESTnd trial).  The authors reported on peripheral artery disease events in three separate cohorts from this pooled data—(1) a no tyrosine kinase inhibitors arm (n=3/533), (2) a nilotinib arm (n=7/556), and (3) an imatinib arm (n=2/1301).[40, 41] They reported exposure-adjusted relative risk for peripheral artery disease of 0.9 for nilotinib (95% CI 0.2-3.3) and 0.1 for imatinib (95% CI 0.0-0.5) compared to the no-tyrosine kinase inhibitor arm respectively.

However, there are several limitations that preclude us from drawing any firm conclusions.  *First*, it is generally accepted that pooled analysis of trial data are not as reliable as prospective reviews and meta-analysis of randomized controlled trials (such as the one I and the four other meta-analyses described above).  *Second*, the analysis contained data from studies that did not include nilotinib as a

23

control (such as IRIS and TOPS).  Including these non-nilotinib controlled studies in the analysis erases the strength of randomization seen in meta-analysis of randomized controlled trials.  It also inflates the cumulative number of events with imatinib (2 peripheral artery disease) seen in the TOPS trial and dilutes the relative risk of cardiovascular events with nilotinib relative to imatinib.  *Third*, the authors' choice of a non-TKI comparator is arbitrary.  *Fourth*, adjustment for exposure time violates the principle of intention to treat analysis.  Because of differential drop-outs, such as the higher rate of dropouts seen with imatinib compared to nilotinib in the ENESTnd trial, this would result in more exposure-time (denominator) added to nilotinib and dilute the relative risk of cardiovascular events compared to imatinib.  *Fifth,* given the rarity of these events, the relative risk estimates are imprecise.  Despite these significant limitations, all of which serve to attenuate the risk of cardiovascular events with nilotinib relative to imatinib, the study still reported "a higher incidence of PAOD [peripheral arterial occlusive disease] events in patients with CML-CP receiving nilotinib, than in those receiving imatinib."

### (e) *Uncontrolled Observational Studies*

Several uncontrolled studies reported on cardiovascular events in patients on nilotinib.[42-61] There was overlap among the data reported in the studies,[48-51] with some studies reporting data on participants in clinical trials.[62]  The earliest of these studies was conducted in 2011.[42, 51, 55]  They ranged from single to multicenter, retrospective to prospective, and varied in the duration of follow-up and the number of participants, with the number of participants as high as 479 in one study.[63]  They had varying methods of ascertaining cardiovascular events, which were mainly reported as clinical events or review of medical records.

The rates of peripheral artery disease were generally higher when there was prospective screening for the disease.  Prospective screening for ankle-brachial indexes was conducted in a few studies.[42]  A prospective study by Jeon et al., which screened for peripheral artery disease, reported that 17 of the 88 participants (19.3%) had evidence of peripheral artery disease.[52]

24

One study—Aichberger et al.—reported rates of cardiovascular events as high as 25% after 24 months of follow-up.[42]  Of the 24 patients in the study, 4 developed peripheral arterial occlusive disease.  Of note, three developed a "severe" and "rapidly progressive" form of peripheral artery disease that was "essentially resistant to treatment," which progressed despite treatment and surgical interventions.  Several of the events occurred and progressed in both legs, and the patients developed the severe conditions relatively shortly after exposure to nilotinib treatment commenced.  None of the three patients had known peripheral artery disease prior to being treated with nilotinib, and one had no known risk factors for the disease.

Le Coutre et al. conducted a retrospective analysis of 179 patients.[55]  Eleven developed severe, previously unrecognized peripheral arterial occlusive disease that required invasive surgery.  Eight patients had stent implants, eight had angioplasties, and four had amputations.  One patient had no detectable cardiovascular risk factors.  The article concluded: "The frequency of PAD [peripheral artery disease] in this retrospective analysis appears to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib.  It is noteworthy that elevations in cholesterol and fasting glucose were observed in clinical trials with nilotinib and that 10 of the 11 PAD patients had cardiovascular risk factors present before treatment, suggesting that nilotinib may aggravate a preexisting arteriosclerotic condition."

Other uncontrolled observational studies of note include:

- The uncontrolled clinical trial— Evaluating Nilotinib Efficacy and Safety in Clinical Trials as First-Line Treatment (ENEST1st)—in which 1089 patients received nilotinib in 26 European countries.  Data from the 24-month follow-up reported that peripheral artery disease occurred in 1.9% of patients, ischemic heart disease in 3.4% of patients, and ischemic cerebrovascular events occurred in 0.8% of patients.[64]

25

- A trial known as ENESTnext—a single arm multi centric study which followed patients (n=128) on nilotinib for 2 years, and reported that ischemic heart disease, stroke and transient ischemic attacks occurred in 2.3%, 0.8%, and 0.8% of patients respectively.[65]

- A trial known as ENESTxtnd, which was a Phase 3B uncontrolled trial, reported cardiovascular events in 19 patients (4.5%), which included 14 ischemic heart disease, 1 stroke, and 5 peripheral arterial occlusive disease occurring among 421 patients at 12 months.[66]

- The GIMEMA (Gruppo Italiano Malattie EMatologiche dell'Adulto) CML Working Party compared two cohorts—a monotherapy nilotinib arm, and an arm that alternated between nilotinib and imatinib—and reported that the monotherapy arm treated only with nilotinib was statistically significantly associated with cardiovascular events (11/73 patients in the nilotinib monotherapy arm (15%) vs 6/123 in the alternating therapy arm (4.8%) (p=0.018)).[67]  The authors stated that cardiovascular adverse events occurred at a significant rate in the nilotinib arm, particularly with those above 65 and with cardiovascular risk factors.  A 6-year follow-up of the GIMEMA trial of 73 patients on nilotinib also reported that cardiovascular adverse events occurred in 11 patients (15.1%) with a median time at 42 months.[68]  These included 5 ischemic heart disease events, 4 peripheral arterial occlusive disease events, 2 carotid artery stenosis events, 1 case of atherosclerosis of the iliac artery, and one stroke.

- The ENESTfreedom study also reported on cardiovascular events in 190 patients on nilotinib.[69]  This is the study with the longest duration of follow-up.  Cardiovascular events were reported in four patients (2.1%) during the consolidation phase (ischemic heart disease (n=2), ischemic cerebrovascular event and peripheral artery disease (n=1 each)) and in five patients (2.6%) during the treatment free remission phase (ischemic cerebrovascular events and peripheral artery disease (n=2 each) and arteriosclerosis (n=1), all of which were first

26

reported during the first 24 weeks of the treatment free remission phase).  One patient had cardiovascular events reported during both the consolidation and treatment free remission phases.

- The trial known as the ENESTpath study, where patients were assigned to receive nilotinib at 300 mg twice a day for 2 years or 3 years (arm 1 and arm 2, respectively).[70]  620 patients were enrolled in the study between May 2013 and April 2015.  Interim analysis of the first 300 patients (mean age 50.8 years; 63.7% male) enrolled and treated with nilotinib for 1 year or more showed that the incidence of grade 3-4 hyperglycemia and hypercholesterolemia was reported in 1.3% and 0.3% patients, respectively.  Grade 3 or 4 cardiovascular events were experienced by 5% of patients, including ischemic heart disease (3.7%) and peripheral artery occlusive disease (1.7%).

**In summary, the rates of cardiovascular events in the controlled observational studies consistently demonstrate an increased risk associated with nilotinib compared to imatinib. The rates of cardiovascular events in many uncontrolled observational studies far exceeded the normal rates of cardiovascular events in the CML population.  The rapid occurrence of events immediately after exposure to nilotinib, the severity and multiplicity of atherosclerotic events, and the occurrence of events in some without risk factors are consistent with the meta-analysis of randomized controlled trials which provide evidence in support of a causal association.**

*(f)   Disproportionality Analyses*

As part of my systematic review, I also reviewed several disproportionality analyses.  These are analyses of adverse events reported to the FDA and other regulatory agencies by patients, physicians and manufacturers.  Because the data do not contain information on other variables and lack a denominator, these analyses alone cannot be used to determine or refute a causal association.  However, they contribute

to the assessment of the association between nilotinib and cardiovascular events and provide evidence in support of a causal association.

A study in the FDA Adverse Event Reporting (FAERS) Database using the Multi-item Gamma Poisson Shrinker (MGPS) method showed that the terms that reached threshold levels for nilotinib were peripheral and cardiovascular events.[71]  An updated analysis from FAERS using the MGPS method provides a robust estimate of disproportionality using the Empirical Bayesian Geometric Mean (EBGM). EB05≥2 indicates a 95% chance that the event is reported twice as frequently.[72]  A threshold of EB05 ≥4 was used to determine the threshold of clinical significance and attributable to the drug.  The EB05 was ≥ 4 for nilotinib and vascular events.  Indeed, the EB05 was 50.7 for femoral arterial stenosis, 32.2 for intermittent claudication, 21.28 for peripheral arterial occlusive disease, and 16.707 for coronary artery stenosis.  Another study in the French Pharmacovigilance database evaluated the cardiovascular risk profile of patients with peripheral arterial occlusive disease between 2007 and 2014.[73]  It reported that most patients who received nilotinib and developed PAOC were above 60 years and had cardiovascular risk factors such as hypertension, diabetes, smoking or obesity.  Another study reported a reporting odds ratio of 1570.0 [95% CI 808.2-3049.8] for peripheral arterial occlusive disease with nilotinib in the French pharmacovigilance database.[74]

 (g) *Case reports*

Although case reports are limited by the lack of information on denominators or comparisons and cannot in and of themselves establish causality, they provide useful complementary evidence.  The Naranjo probability scale assesses the probability of an adverse event associated with the drug into unlikely, possible, probable, and definite based on the number of items scored on a set of predefined causal criteria.[75]  This scale has been used to determine whether an association reported in adverse drug reaction is causally associated with the drug.  Definitive association requires meeting all 9/9

criteria.  Since none of the reported cases assessed the presence of nilotinib in the body, the evaluated case reports could not, in and of themselves, rise to the level of a definitive association.

Several case reports describe the rapid occurrence of peripheral atherosclerosis,[14, 76-80] heart attacks,[81] and cerebrovascular accidents in patients with nilotinib.[82, 83]  These and other cases provide support of an association between nilotinib therapy and cardiovascular events.  One case report describes the temporal occurrence of peripheral artery disease and the rapid resolution of the disease in one patient after withdrawal of nilotinib, which suggests that the association was probably related to nilotinib.[78]  Specifically, the patient, who developed a 90% stenosis of his right superficial femoral artery while on nilotinib, experienced rapid improvement of clinical symptoms within two weeks of being discontinued—his clinical symptoms disappeared, and his walking distance returned to normal (the patient was able to walk 10 km without symptoms of intermittent claudication).  Importantly, in this case there was clinical resolution despite the presence of occlusion, which implicates the vascular endothelium in the pathogenesis of peripheral arterial disease.

Some case reports also describe the occurrence of a rapidly-developing, severe atherosclerosis—particularly in the peripheral arteries—occurring among nilotinib patients with no known prior vascular disease, and, in some case, with no known risk factors for cardiovascular disease.[14, 80]  For example, Tefferi et al. describes a case of a 54-year-old non-diabetic, non-smoking woman with no history of cardiovascular disease who developed severe, rapidly progressing, and "unrelenting" atherosclerotic conditions while on nilotinib—i.e., peripheral arterial occlusive disease in both legs and coronary artery disease.[80]  Similarly, Mirault et al. reported a case of rapidly developing, severe, and unexpected overt peripheral artery disease, as well as silent stenosis in the renal and digestive arteries of a 55-year-old man without prior arterial disease or significant cardiovascular risk factors.[14]  Significantly, these conditions developed only after one year on nilotinib therapy despite the fact that prior to receiving nilotinib, the patient was screened for arterial disease with, among other things, ankle-brachial indices, Doppler ultrasound, CT angiography, and myocardial imaging, and was found to have no significant preclinical

29

signs of arterial disease.  The authors concluded that because of the prescreening efforts and findings of no arterial lesions prior to therapy, there was a direct link between nilotinib and the overt peripheral artery disease.

      *(h)* *Mechanistic evidence*

Several studies describe plausible mechanisms of action between nilotinib and accelerated atherosclerotic-related events.

Nilotinib has been shown to exert pro-atherogenic and pro-thrombotic effects to increase the risk of cardiovascular events both in vivo and in vitro through multiple mechanisms and targets.[15-18, 84-90] It induces a proatherogenic and prothrombotic effect,[15-17] and inhibits endothelial cell function.[42]

An in vitro and in vivo study explored the pro-atherogenic and antiangiogenic effects of nilotinib after noting an increased incidence of arterial occlusive disease in 34 patients on nilotinib.[16]  After a period of 24 months, they found that arterial occlusive disease (26.5%) requiring intervention or hospitalization (17.5%) was statistically significantly higher in nilotinib patients compared to risk factor, observation time, and age matched to matched controls (34 on imatinib, 34 with JAK 2 mutation myeloproliferative neoplasms, and 34 with lymphoid neoplasms < 5%; p <0.05).  In the same study, nilotinib was found to inhibit the proliferation of human umbilical vein, human coronary artery derived endothelial cells, and the human microvascular endothelial cell line in a dose-dependent manner at pharmacologically relevant inhibitory concentrations, whereas imatinib showed no effect.[16]  Nilotinib was also shown to significantly inhibit angiogenesis in a tube formation assay, and slow blood flow recovery after induction of ischemia, whereas imatinib showed no comparable effect.  In addition, they also found that nilotinib, but not imatinib, promoted the expression of proatherogenic molecules such as ICAM-1 (Intercellular Adhesion Molecules-I), VCAM-1 (Vascular Cellular Adhesion Molecules-1), and Selectin. An update of the study noted a time-dependent increase in atherosclerotic events.[15]

Another study found that nilotinib, and not imatinib, has several molecular targets such as Tie2/TEK (angiopoietin receptor), JAK1 (Janus Kinase 1), and EPHB2 (Ephrin type-B receptor 2) in endothelial cells.[86]  Nilotinib, but not imatinib, also induced a complete depletion of KIT+ Mast cells, a major repair cell in vascular disorders in that study. These studies suggest that nilotinib may interfere with the endothelial mechanism, providing one potential pathway through which it may contribute to the development of atherosclerotic lesions.

The results from a few studies have been mixed.[85, 87]  Although nilotinib caused a statistically significant decrease in cell proliferation and increased the secretion of tissue plasminogen activator and plasminogen activator-1 and von-willibrand factor in a dose dependent manner in healthy human carotid artery endothelial cells, the effect on the secretion of endothelin -1 and nitric oxide was inconsistent— lower at lower concentrations of nilotinib and higher at higher concentrations of nilotinib, which limits any inferences that can be drawn from that study.[87]

Nilotinib has been shown to induce hyperglycemia and hyperlipidemia and influence subclinical markers of atherosclerotic cardiovascular disease in humans.  In a small study of 10 patients followed over 3 months, nilotinib increased fasting glucose and 1 and 2-hour post prandial glucose after oral glucose tolerance tests. [88]  Two patients developed type 2 diabetes and two patients developed impaired glucose tolerance.  When compared to baseline, there was a rapid increase in insulin resistance as measured by the Homeostatic Model Assessment-Insulin Resistance, compensatory hyperinsulinemia and an anti-adiponectin effect.

In another cohort, median fasting glucose also increased by over 17 mg/dl from 98 mg/dl to 115 mg/dl (p=0.07) after a median follow up of 1.5 years.[84]  Grade 3/Grade 4 hyperglycemia developed in 11% of patients, both of which are clinically significant.  In a series of 27 patients on nilotinib followed for 12 months, nilotinib statistically significantly increased LDL cholesterol levels even in the first 3 months of therapy.[89] ( P<0.0001).  Compared to baseline, HDL-C concentration statistically

31

significantly increased by a mean of 0.14 g/L at three months: 044 g/dl (SD 0.15) to 0.58 g/dl (SD 0.18). The LDL cholesterol returned to normal after cessation of nilotinib.

In another single cohort of 62 patients on nilotinib the median cholesterol levels were at 187 mg/dl at baseline, and rose to 195 mg/dl at 3 month, and to 197 mg/dl at 6 months.[84]  Another small study involved rabbits fed a high cholesterol diet, which induced significant elevations in triglycerides, total cholesterol, high density cholesterol and LDL cholesterol and endothelial impairment, and nilotinib administration may have potentially attenuated endothelial dysfunction.[85]

Another cross-sectional study examined the impact of nilotinib (n=15) compared to age and sex matched healthy (n=30) controls with metabolic syndrome (n=30) and noted the occurrence of focal rather than systemic atherosclerosis.[18]  After a median duration of exposure of 1,299 days, atherosclerotic plaques were statistically significantly more likely to occur in the nilotinib group (53% vs 13%; p=0.007). There was no statistically significant difference in other subclinical markers such as intimal thickness, beta-stiffness index, ABI and brachial pressure.

It is also important to consider the role of contextual co-factors for cardiovascular disease in patients with CML while evaluating the role of nilotinib. A cross sectional study using 78 CML patients and 156 controls demonstrated a higher prevalence of peripheral arterial occlusive disease among patients with CML, but the risk of pathologic ABI was not significantly different from control (RR 2.09, 95% CI 0.71-6.21; P 0.18) and higher glycated hemoglobin levels were significantly associated with peripheral arterial occlusive disease in this study.[35]  Genetic polymorphism may also play a role in the induction of cardiovascular events in patients with CML.[90]

**B.   Assessment of Causality Applying the Bradford Hill Factors**

While nilotinib is clearly associated with development of atherosclerosis-related cardiovascular events, including peripheral arterial occlusive disease, ischemic heart disease, and strokes, we must assess whether the observed *association* leads to an inference about *causation*.  The epidemiologic standards to

assess this question were set forth by a seminal article written in 1965 by Austin B. Hill, Professor of Medical Statistics. Hill set forth nine criteria upon which such a decision should be based.[1]  The criteria include (1) strength of association, (2) consistency, (3) specificity, (4) temporality, (5) biological gradient, (6) plausibility, (7) coherence, (8) experiment, and (9) analogy.  The presence of any single criterion does not provide absolute proof of causation, and the absence of any single criterion does not necessarily imply that the association may not be causal.  These criterion, according to Professor Hill, are not the only criterion on which a judgment of causation can be based, but they are informative.  Further, as highlighted in a recent statement by the American Statistical Association, a lack of statistical significance does not imply lack of clinical significance.[91]  With respect to the analysis at issue, however—that is, the association between nilotinib and composite cardiovascular outcomes, and individual cardiovascular endpoints, including ischemic heart disease, stroke, and peripheral arterial occlusive disease—the results are not only statistically significant, but, as described above, have been replicated by several independent authors in multiple studies across a range of study designs.

I appraised the evidence from the systematic review and meta-analysis regarding the association of nilotinib and atherosclerosis-related events under each of the Hill criterion.  My analysis is below.

### 1.  Strength of Association

This criterion assesses the degree or magnitude of effect to which the exposure is associated with the outcome.[1]  According to Sir Bradford Hill, the more likely the exposure is associated with the outcomes, the more likely is it to be causal.

Here, the evidence shows a strong association between nilotinib and the development of cardiovascular events, including peripheral arterial occlusive disease, ischemic heart disease, and stroke.  As summarized in the meta-analysis of four randomized clinical trials in section V(A)(1) above, I conclude that the association of nilotinib with cardiovascular events shows an approximate 370% relative increase in the risk of cardiovascular events overall (Peto OR 3.70, 95% CI 2.31-5.93) (Figure 1).  The

analyses for peripheral arterial occlusive disease shows a more than five-fold relative increase in the risk of the event (Peto OR 5.17, 95% CI 1.96-13.68) in Figure 4.[12]  Similar large increases in the risk of cardiovascular events have been reported in other meta-analyses of randomized controlled trials, observational studies evaluating nilotinib and the risk of cardiovascular events, and several disproportionality analyses, as discussed above.[10, 11, 13]  The strength of the association, replicated in multiple studies, strongly suggests that the association is causative.

### 2.   Consistency

This criterion assesses whether the finding is repeated in different settings, place and time.[1]  As shown in detail above, the direction and strength of the association of nilotinib and cardiovascular events is generally consistent across studies, including randomized controlled trials, their meta-analysis, and observational studies as shown in **Figures 1-4** and **Tables 1-2**.  These studies have been conducted in different clinical settings across the world, and have repeatedly shown a strong association between nilotinib and atherosclerotic-related events.  As expected, there are slight differences in the strength of association which reflect differences in study population.  The confidence intervals, however, across study designs overlap, indicating consistent results.  The consistency and strength of the association found in multiple independent studies strongly suggests that the association is causative.

### 3.   Specificity

This criterion analyses whether the outcome of the disease appears to be specific to the exposure.[1]  In most cases, as in the case of diseases such as cardiovascular events, a disease may have multiple causes.  Genetic factors may also play a role in the occurrence of cardiovascular disease among patients with CML.[90]  Further, the risk of cardiovascular events with nilotinib is particularly manifest in patients with pre-existing cardiovascular risk factors.[92]  This, however, does not imply that nilotinib does not play a causal role in the development of cardiovascular events.  Indeed, as discussed above, the occurrence of cardiovascular events is consistently higher in nilotinib patients in randomized clinical

trials, where, according to principles of randomization, the patients with higher risk for cardiovascular disease are evenly distributed among all arms (including non-nilotinib arms) of the trial.  If nilotinib was not causing or exacerbating atherosclerosis in patients, even those with risk factors, we would expect the number of cardiovascular events to be similar among all arms, which is not the case.  Therefore, these findings from randomized controlled trials indicate that cardiovascular events are specifically attributable to nilotinib exposure.

Importantly, the occurrence of cardiovascular disease in patients taking nilotinib has been reported in patients who had no known significant risk factors.[14, 42, 80]  Indeed, one case report of particular note reported on a 55-year-old patient with no significant risk cardiovascular risk factors who, after one year on nilotinib, developed clinically overt peripheral artery disease with 100-percent occlusion in the right superficial femoral artery and silent stenosis in the renal and digestive arteries.[14]

This and other case reports of patients with no risk factors or known vascular disease experiencing clinically overt vascular occlusive disease after nilotinib therapy also provide evidence in support of the findings that cardiovascular events are specific to nilotinib exposure.

Further, as discussed above, a report describes a significant reversal of clinical symptoms of peripheral artery disease in as short as two weeks after nilotinib therapy was discontinued, which also suggests that cardiovascular disease is specific to nilotinib exposure.[78]

Additionally, several reports have described not just cardiovascular events occurring in patients on nilotinib, but a striking severe form of the disease.  Specifically, while atherosclerosis and atherosclerotic-related events usually develop slowly over many years, the reports describe an accelerated and severe form of clinically overt atherosclerosis—often in the form of peripheral arterial occlusive disease—that manifests itself rapidly in multiple sites.[42, 80]  The reports have described the events as being resistant to treatment, including surgical intervention.  The reports of this unusual, accelerated form of atherosclerosis further indicates that the outcome of the disease is specific to nilotinib exposure.

35

The specificity of the disease to the nilotinib exposure further strengthens the inference of causality.

### 4. Temporality

The temporality criterion assesses whether the exposure always predates the development of disease.[1]  The temporal direction of association was documented in several randomized controlled trials,[6] [7-9] as well as the prospective observational studies.[30, 92]  In each case, nilotinib exposure occurred before the development of cardiovascular events, and in the majority of cases, the onset of cardiovascular events was relatively shortly after nilotinib exposure (frequently < 4 months), providing further evidence in support of causality.[6] The rapidity of development of atherosclerosis further strengthens the evidence in support of a causal association.

### 5. Biological Gradient

This criterion assess whether there is a biological gradient or dose-response effect.[1]  While it is difficult to evaluate dose-response in those studies where nilotinib was given at one dose, the ENESTnd trial evaluated nilotinib at two distinct doses—a 300 mg bid and 400 mg bid—against imatinib.  As discussed, there were numerically more cardiovascular events (i.e., peripheral artery disease, ischemic heart disease, and stroke) occurring in the higher dose nilotinib group compared to the lower dose nilotinib group.[6]  Indeed, as of the 5-year follow up, 14.2% of the patients experienced a cardiovascular event in the nilotinib 400 mg bid group compared to 7.8% in the nilotinib 300 mg—**a nearly two-fold increase**.  This evidence suggests a dose-response effect, and further strengthens the inference of causality.

### 6. Plausibility

Although this is not a requirement for causation, an association that is biologically plausible is more likely to be causal.[1]  Evidence from the peer-reviewed literature (described in detail in section

V(A)(3) above) provides plausible biological mechanisms that could explain the development or exacerbation of severe atherosclerotic-events in patients taking nilotinib.

Nilotinib has been shown to exert pro-atherogenic and pro-thrombotic effects to increase the risk of cardiovascular events both in vivo and in vitro through multiple mechanisms and targets.[15-17] Nilotinib impairs endothelial cell function which may play a role in the development of atherosclerosis.  It inhibits the proliferation of human umbilical vein, human coronary artery derived endothelial cells, and the human microvascular endothelial cell line in a dose-dependent manner at pharmacologically relevant inhibitory concentrations.[16]  Nilotinib, but not imatinib, also induces a complete depletion of KIT+ Mast cells, a major repair cell in vascular disorders, which could hinder the healing of atherosclerotic lesions.[15]  Nilotinib has been shown to induce insulin resistance, hyperglycemia,  and hyperlipidemia,[89] [84] which could also contribute to accelerated atherosclerotic events.  It has also been shown to influence subclinical markers of atherosclerotic cardiovascular disease, and induce focal atherosclerosis.[18]  While the results from a few studies have been mixed,[87] the large majority of studies provide evidence in support of a plausible biological mechanism of nilotinib induced cardiovascular toxicity.

### 7.  Coherence

This criterion assesses whether the cause-and-effect interpretation of data conflicts with the generally known facts of the natural history and biology of the disease.[1]  The data presented above support a cause and effect relationship between nilotinib and cardiovascular disease.  Multiple studies suggest that nilotinib has proatherogenic effects, and increases hyperglycemia and hypercholesterolemia in patients, which plausibly explain the accelerated, severe, and treatment-resistant form of the disease that has been reported.  This adequately explains not only why nilotinib induced cardiovascular events are particularly manifest in the presence of risk factors,[58] but also why cardiovascular events also occur among patients with low/moderate risk factors for cardiovascular disease.[58, 80]

### 8.   Experiment

Occasionally, in making a causation assessment, it is possible to appeal to experimental, or semi-experimental, evidence.[1]  The definitive experimental evidence would be a placebo controlled randomized trial among patients free of cardiovascular events with the outcome of incident cardiovascular events that would be actively ascertained.  However, such evidence does not exist now.  Such a trial to provide absolute proof of harm, which ignores the body of evidence that has accumulated and places patients at risk for developing accelerated, severe, and life-threatening cardiovascular disease, raises significant ethical concerns.  Data from randomized clinical trials comparing nilotinib to controls such as imatinib have consistently shown an increased risk of cardiovascular disease in nilotinib patients, which is demonstrated by multiple meta-analysis studies, including my own.  This is justifiable case evidence of experimental evidence, and strongly suggests a causal association.

### 9.   Analogy

Another tyrosine kinase inhibitor, ponatinib, has been shown to increase the risk of new onset atherosclerosis-related cardiovascular events, including peripheral artery disease, ischemic heart disease, and stroke.[93]  This drug serves as an appropriate analogy.

### Summary

Applying the Hill factors, I conclude that the evidence strongly suggests that nilotinib causes cardiovascular events—including peripheral artery disease, ischemic heart disease, and stroke.  The association, based on my systematic review and meta-analysis of four randomized clinical trials, indicates a strong association (with over a three-fold relative increase in risk for cardiovascular disease in general, and an over five-fold relative increase in risk for peripheral vascular disease).  This association has been replicated in numerous other studies, including four other systematic reviews and meta-analysis.  The evidence suggests that the events are specific to nilotinib therapy, temporally associated, and there is evidence of a dose-dependent response.  Studies have revealed multiple plausible mechanisms of action.

Therefore, it is my opinion, to a reasonable degree of scientific certainty, that nilotinib causes cardiovascular events.

## VI.    <u>CONCLUSION</u>

Based on the totality of evidence from randomized controlled trials, meta-analysis of randomized controlled trials, controlled and uncontrolled observational studies, disproportionality analyses, case reports, and mechanistic studies, as well as a thorough assessment of the data under the Hill criteria, it is my opinion with a reasonable degree of scientific certainty that nilotinib causes cardiovascular events, including peripheral occlusive arterial disease, heart attack, and stroke.  My opinion emphasizes causation rather than the non-specific term association and is based on a systematic review and meta-analysis of the literature on nilotinib and cardiovascular events and a causality assessment detailed above.  This opinion is based on my systematic application of scientific and epidemiological principles that I have learned through my education, my past 15 years of my professional life conducting epidemiological research and analysis, the practice of clinical medicine, and contributing to the medical literature.

I reserve the right to supplement this report if new or significantly, modified information is provided at any point

Signed this day of February 20, 2018

Sonal Singh, MD, MPH

## References

1.      Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965;58(5):295-300. PubMed PMID: 14283879; PubMed Central PMCID: PMCPMC1898525.

2.      Goldman  JM, Melo  JV. Chronic Myeloid Leukemia — Advances in Biology and New Approaches to Treatment. New England Journal of Medicine. 2003;349(15):1451-64. doi: 10.1056/NEJMra020777. PubMed PMID: 14534339.

3.      Society AC. What are the key statistics about Chronic Myeloid Leukemia [Web]. 2017 [cited 2017 May 30 2017]. Available from: https://www.cancer.org/cancer/chronic-myeloid-leukemia/about/statistics.html.

4.      Ross  R. Atherosclerosis — An Inflammatory Disease. New England Journal of Medicine. 1999;340(2):115-26. doi: 10.1056/nejm199901143400207. PubMed PMID: 9887164.

5.      Medicine OCfEB. Oxford Centre for Evidence-based Medicine – Levels of Evidence (March 2009) [Web]. Oxford, UK: Nuffield Department of Primary Health Care; 2009 [cited 2017 May 30]. Available from: http://www.cebm.net/oxford-centre-evidence-based-medicine-levels-evidence-march-2009/.

6.      Hochhaus A, Saglio G, Hughes TP, Larson RA, Kim DW, Issaragrisil S, et al. Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year update of the randomized ENESTnd trial. Leukemia. 2016;30(5):1044-54. doi: 10.1038/leu.2016.5.

7.      Hughes TP, Lipton JH, Spector N, Cervantes F, Pasquini R, Clementino NCD, et al. Deep molecular responses achieved in patients with CML-CP who are switched to nilotinib after long-term imatinib. Blood. 2014;124(5):729-36. doi: 10.1182/blood-2013-12-544015.

8.      Wang J, Shen ZX, Saglio G, Jin J, Huang H, Hu Y, et al. Phase 3 study of nilotinib vs imatinib in Chinese patients with newly diagnosed chronic myeloid leukemia in chronic phase: ENESTchina. Blood. 2015;125(18):2771-8. doi: 10.1182/blood-2014-09-601674. PubMed PMID: 25766724; PubMed Central PMCID: PMCPMC4416528.

9.      Cortes JE, De Souza CA, Ayala M, Lopez JL, Bullorsky E, Shah S, et al. Switching to nilotinib versus imatinib dose escalation in patients with chronic myeloid leukaemia in chronic phase with suboptimal response to imatinib (LASOR): a randomised, open-label trial. The Lancet Haematology. 2016;3(12):e581-e91. Epub 2016/11/29. doi: 10.1016/s2352-3026(16)30167-3. PubMed PMID: 27890073.

10.     Chai-Adisaksopha C, Lam W, Hillis C. Major arterial events in patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors: A meta-analysis. Leukemia and Lymphoma. 2016;57(6):1300-10. doi: 10.3109/10428194.2015.1091929.

11.     Douxfils J, Haguet H, Mullier, F, Chatelain C, Graux C, Dogné JM. Association between BCR-ABL tyrosine kinase inhibitors for chronic myeloid leukemia and cardiovascular events, major molecular response, and overall survival: A systematic review and meta-analysis. JAMA Oncology. 2016;2(5):625-32.

12.     Haguet H, Douxfils J, Mullier F, Chatelain C, Graux C, Dogné J-M. Risk of arterial and venous occlusive events in chronic myeloid leukemia patients treated with new generation BCR-ABL tyrosine kinase inhibitors: a systematic review and meta-analysis. Expert opinion on drug safety. 2017;16(1):5-12. doi: 10.1080/14740338.2017.1261824.

13.     Chai-Adisaksopha C, Hillis CM, Lam W. Cardiovascular events in patients with chronic myelogenous leukemia treated with tyrosine kinase inhibitors: A systematic review and meta-analysis. Journal of Clinical Oncology. 2015;33(15).

14.     Mirault T, Rea D, Azarine A, Messas E. Rapid onset of peripheral artery disease in a chronic myeloid leukemia patient without prior arterial disorder: Direct relationship with nilotinib exposure and clinical outcome. European journal of haematology. 2015;94(4):363-7. doi: 10.1111/ejh.12367.

15.     Hadzijusufovic E, Albrecht-Schgoer K, Huber K, Grebien F, Eisenwort G, Schgoer W, et al. An update of functional data regarding the pro-atherogenic and anti-angiogenic effects of nilotinib in patients with Ph+ CML. Memo - Magazine of European Medical Oncology. 2015;8(1):3.

16.     Hadzijusufovic E, Albrecht-Schgoer K, Huber K, Grebien F, Eisenwort G, Schgoer W, et al. Pro-atherogenic and anti-angiogenic effects of nilotinib on endothelial cells: A potential mechanism to explain vasculopathies in CML patients treated with nilotinib. Haematologica. 2014;99:510.

17.     Alhawiti N, Burbury KL, Kwa FA, O'Malley CJ, Shuttleworth P, Alzard M, et al. The tyrosine kinase inhibitor, nilotinib potentiates a prothrombotic state. Thrombosis research. 2016;145:54-64. Epub 2016/08/06. doi: 10.1016/j.thromres.2016.07.019. PubMed PMID: 27494773.

18.     Gardembas M, Henni S, Corby A, Omarjee L, Ifrah N, Leftheriotis G. Impact of nilotinib treatment on subclinical cardiovascular biomakers. Journal of Clinical Oncology. 2015;33(15).

19.     Hughes TP, Cervantes F, Leber B, Spector N, Lipton JH, Pasquini R, et al. Enestcmr 4-Y results: Patients (PTS) with chronic myeloid leukemia in chronic phase (CML-CP) and residual disease more likely to achieve deep molecular response following switch to nilotinib (NIL). Haematologica. 2015;100:61-2.

20.     Sedgwick P. Analysis by intention to treat. BMJ (Clinical research ed). 2011;342. doi: 10.1136/bmj.d2212.

21.     Higgins JP GS. Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 [updated March 2011]. The Cochrane Collaboration, 2011. Available from www.handbook.cochrane.org. [electronic]: The Cochrane Collaboration; 2011.

22.     Saglio G, Hochhaus A, Hughes TP, Clark RE, Nakamae H, Kim DW, et al. ENESTnd Update: Nilotinib (NIL) Vs Imatinib (IM) in patients (pts) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP) and the impact of Early Molecular Response (EMR) and sokal risk at diagnosis on long-term Outcomes. Blood. 2013;122(21).

23.     Hochhaus A, Saglio G, Larson R, Rosti G, Flinn I, Goh Y, et al. Nilotinib shows sustained benefit compared with imatinib in patients (PTS) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP): Enestnd 4-year followup (F/U). Haematologica. 2013;98:298-9.

24.     Larson RA, Hochhaus A, Saglio G, Kim DW, Jootar S, Le Coutre PD, et al. Nilotinib versus imatinib in patients (pts) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP): ENESTnd 4-year (y) update. Journal of Clinical Oncology. 2013;31(15).

25.     Kantarjian HM, Hochhaus A, Saglio G, Souza CD, Flinn IW, Stenke L, et al. Nilotinib versus imatinib for the treatment of patients with newly diagnosed chronic phase, Philadelphia chromosome-positive, chronic myeloid leukaemia: 24-month minimum follow-up of the phase 3

randomised ENESTnd trial. The Lancet Oncology. 2011;12(9):841-51. doi: 10.1016/S1470-2045(11)70201-7.

26.     Bocchia M, Galimberti S, Aprile L, Sicuranza A, Gozzini A, Santilli F, et al. Genetic predisposition and induced pro-inflammatory/prooxidative status may play a role in increased atherothrombotic events in nilotinib treated chronic myeloid leukemia patients. Oncotarget. 2016;7(44):72311-21. doi: 10.18632/oncotarget.11100.

27.     Dahlén T, Edgren G, Höglund M, Lambe M, Björkholm M, Sandin F, et al. Increased risk of cardiovascular events associated with TKI treatment in chronic phase chronic myeloid leukemia. data from swedish population-based registries. Blood. 2014;124(21).

28.     Dahlén T, Edgren G, Lambe M, et al. Cardiovascular events associated with use of tyrosine kinase inhibitors in chronic myeloid leukemia: A population-based cohort study. Annals of internal medicine. 2016;165(3):161-6. doi: 10.7326/M15-2306.

29.     Fossard G, Blond E, Giraudier S, Morisset S, Ruby J, Escoffre-Barbe M, et al. Hyperhomocysteinemia and high doses of nilotinib favour cardio-vascular events in chronic phase chronic myelogenous leukemia (CML) patients. Blood. 2014;124(21).

30.     Kim TD, Rea D, Schwarz M, Grille P, Nicolini FE, Rosti G, et al. Peripheral artery occlusive disease in chronic phase chronic myeloid leukemia patients treated with nilotinib or imatinib. Leukemia. 2013;27(6):1316-21. doi: 10.1038/leu.2013.70. PubMed PMID: 23459449.

31.     Levato L, Cantaffa R, Kropp MG, Magro D, Piro E, Molica S. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in chronic myeloid leukemia: A single institution study. European journal of haematology. 2013;90(6):531-2. doi: 10.1111/ejh.12096.

32.     Pagnano KBB, Assunc¸ão PM, Zullli R, Delamain MT, Duarte GO, Lorand-Metze I, et al. Assessment of cardiovascular events in chronic myeloid leukemia patients treated with tyrosine kinase inhibitors. Blood. 2015;126(23):4031.

33.     Puccetti L, Aprile L, Galimberti S, Gozzini A, Scarpini F, Defina M, et al. Genetic predisposition and induced pro-inflammatory/prooxidative status may explain increased atherothrombotic risk during TKI treatment in chronic myeloid leukemia patients. Thrombosis research. 2014;133:S183.

34.     Schwarz M, Kim TD, Mirault T, Grille P, Rea D, Lindhorst R, et al. Elevated risk of peripheral artery occlusive disease (PAOD) in nilotinib treated chronic phase chronic myeloid leukemia (CML) patients assessed by ankle-brachial-index (ABI) and duplex ultrasonography. Blood. 2012;120(21).

35.     Rattanathammethee T, Tantiworawit A, Rattarittamrong E, Chai-Adisaksopha C, Hantrakool S, Phrommintikul A, et al. High prevalence of peripheral artery occlusive disease (PAOD) among patients with chronic myeloid leukemia (CML) receiving tyrosine kinase inhibitors (TKIS): A cross-sectional study. Blood. 2015;126(23):5140.

36.     Hekmatjou H, Roboz GJ, Ritchie EK, Lee S, Desai P, Scandura JM, et al. Arterial thrombotic complications are uncommon in patients without cardiovascular risk factors and occur at equivalent rates in Chronic Myeloid Leukemia (CML) patients treated with imatinib and nilotinib. Blood. 2014;124(21).

37.     Jain P, Kantarjian H, Alattar ML, Jabbour E, Sasaki K, Gonzalez GN, et al. Long-term molecular and cytogenetic response and survival outcomes with imatinib 400 mg, imatinib 800

mg, dasatinib, and nilotinib in patients with chronic-phase chronic myeloid leukaemia: Retrospective analysis of patient data from five clinical trials. The Lancet Haematology. 2015;2(3):e118-e28. doi: 10.1016/S2352-3026(15)00021-6.

38.      Gora-Tybor J, Medras E, Calbecka M, Kolkowska-Lešniak A, Ponikowska-Szyba E, Robak T, et al. Real-life comparison of severe vascular events and other non-hematological complications in patients with chronic myeloid leukemia undergoing second-line nilotinib or dasatinib treatment. Leukemia and Lymphoma. 2015;56(8):2309-14. doi: 10.3109/10428194.2014.994205.

39.      Suh KJ, Lee JY, Shin DY, Koh Y, Bang SM, Yoon SS, et al. Analysis of adverse events associated with dasatinib and nilotinib treatments in chronic-phase chronic myeloid leukemia patients outside clinical trials. International Journal of Hematology. 2017:1-11. doi: 10.1007/s12185-017-2225-1.

40.      Giles FJ, Mauro MJ, Hong F, Ortmann CE, Woodman RC, LeCoutre PD, et al. Retrospective cohort analysis of peripheral arterial occlusive disease (PAOD) events in patients (pts) with chronic myeloid leukemia in chronic phase (CML-CP). Blood. 2011;118(21).

41.      Giles FJ, Mauro MJ, Hong F, Ortmann CE, McNeill C, Woodman RC, et al. Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis. Leukemia. 2013;27(6):1310-5. doi: 10.1038/leu.2013.69. PubMed PMID: 23459450.

42.      Aichberger KJ, Herndlhofer S, Schernthaner GH, Schillinger M, Mitterbauer-Hohendanner G, Sillaber C, et al. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. Am J Hematol. 2011;86(7):533-9. doi: 10.1002/ajh.22037. PubMed PMID: 21538470.

43.      Breccia M, Colafigli G, Molica M, Alimena G. Cardiovascular risk assessments in chronic myeloid leukemia allow identification of patients at high risk of cardiovascular events during treatment with nilotinib. American Journal of Hematology. 2015;90(5):E100-E1. doi: 10.1002/ajh.23976.

44.      Breccia M, Molica M, Zacheo I, Serrao A, Alimena G. Application of systematic coronary risk evaluation chart to identify chronic myeloid leukemia patients at risk of cardiovascular diseases during nilotinib treatment. Annals of Hematology. 2014;94(3):393-7. doi: 10.1007/s00277-014-2231-9.

45.      Bykova A, Gusarova G, Chelysheva EY, Turkina AG. Long-term results and adverse events of second line nilotinib therapy after imatinib failure in patients with chronic myeloid leukemia in chronic phase in clinical practice. Blood. 2013;122(21).

46.      Gilbert J, Deplano S, Szydlo R, Palanicawandar R, Gerrard G, Foroni L, et al. Incidence of vascular thrombotic events in 183 consecutive patients treated with nilotinib: A single centre experience. Blood. 2014;124(21).

47.      Gugliotta G, Castagnetti F, Breccia M, Levato L, Rege-Cambrin G, Luciano L, et al. Five-year outcome of 215 newly diagnosed chronic myeloid leukemia patients treated frontline with nilotinib-based regimens: A gimema CML working party analysis. Blood. 2014;124(21).

48.      Hadzijusufovic E, Albrecht-Schgoer K, Huber K, Grebien F, Eisenwort G, Schgoer W, et al. Nilotinib exerts proatherogenic and growth-inhibitory effects on endothelial cells: A potential

mechanism underlying drug-related vasculopathy in Ph+ CML. Oncology Research and Treatment. 2014;37:300. doi: 10.1159/000368945.

49.     Hadzijusufovic E, Albrecht-Schgoer K, Huber K, Grebien F, Eisenwort G, Schgoer W, et al. Further evaluation of pro-atherogenic and anti-angiogenic effects of nilotinib in mice and in patients with Ph-Chromosome+ CML. Blood. 2014;124(21).

50.     Hadzijusufovic E, Herndlhofer S, Aichberger K, Ghanim V, Suppan V, Cerny-Reiterer S, et al. Nilotinib impairs migration and growth of human endothelial cells and may trigger vascular occlusive events in patients with Ph+ CML. Memo - Magazine of European Medical Oncology. 2012;5(1):8.

51.     Hadzijusufovic E, Herndlhofer S, Aichberger KJ, Ghanim V, Suppan V, Cerny-Reiterer S, et al. Nilotinib exerts direct effects on vascular endothelial cells and may act as a co-trigger of atherosclerosis in patients with Ph+ CML. Blood. 2011;118(21).

52.     Jeon YW, Lee SE, Choi SY, Kim SH, Park JE, Jeon HR, et al. Peripheral arterial occlusive disease (PAOD) in chronic phase chronic myeloid leukemia patients treated with nilotinib. Blood. 2013;122(21).

53.     Kirchmair R, Albrecht-Schgoer K, Schgoer W, Theurl M, Hadzijusufovic E, Eisenwort G, et al. The tyrosine kinase inhibitor nilotinib induces vascular adverse events in patients with chronic myeloid leukemia and inhibits endothelial function and angiogenesis. Circulation. 2013;128(22).

54.     Labussière-Wallet H, Guillermin Y, Etienne M, Barale AC, Serrier C, Tigaud I, et al. Analysis of clinical arterial and metabolic parameters in chronic phase cml patients on nilotinib in a single center cohort. Blood. 2012;120(21).

55.     Le Coutre P, Rea D, Abruzzese E, Dombret H, Trawinska MM, Herndlhofer S, et al. Severe peripheral arterial disease during nilotinib therapy. Journal of the National Cancer Institute. 2011;103(17):1347-8. doi: 10.1093/jnci/djr292.

56.     Messas E, Mirault T, Raffoux E, Miclea JM, Rousselot P, Dombret H, et al. Identification of patients (pts) with chronic myeloid leukemia (CML) at high risk of artery occlusive events (AOE) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib. Archives of Cardiovascular Diseases Supplements. 2015;7(1):78.

57.     Quintás-Cardama A, Kantarjian H, Cortes J. Nilotinib-associated vascular events. Clinical Lymphoma, Myeloma and Leukemia. 2012;12(5):337-40. doi: 10.1016/j.clml.2012.04.005.

58.     Rea D, Mirault T, Raffoux E, Boissel N, Andreoli AL, Rousselot P, et al. Usefulness of the 2012 European CVD risk assessment model to identify patients at high risk of cardiovascular events during nilotinib therapy in chronic myeloid leukemia. Leukemia. 2015;29(5):1206-9. doi: 10.1038/leu.2014.342. PubMed PMID: 25482133.

59.     Rea D, Mirault T, Raffoux E, Miclea JM, Rousselot P, Dombret H, et al. Identification of patients (PTS) with chronic myeloid leukemia (CML) at high risk of artery occlusive events (AOE) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib, using risk stratification for cardiovascular diseases (CVD). Blood. 2013;122(21).

60.     Saydam G, Haznedaroglu IC, Kaynar L, Yavuz AS, Ali R, Guvenc B, et al. Outcomes with frontline nilotinib treatment in Turkish patients with newly diagnosed Philadelphia chromosome–positive chronic myeloid leukemia in chronic phase. Expert Opinion on Pharmacotherapy. 2016;17(14):1851-8. doi: 10.1080/14656566.2016.1219338.

61.	Stéve-Dumont M, Baldin B, Ajmia F, Peyrat S, Rocher F, Legros L, et al. Are nilotonib-associated vascular adverse events so infrequent? Fundamental and Clinical Pharmacology. 2014;28:107. doi: 10.1111/fcp.12066.

62.	George BS, Kantarjian HM, Garcia-Manero G, Ravandi F, Verstovsek S, Borthakur G, et al. Seven year follow up of chronic myeloid leukemia (CML) patients treated with nilotinib 400 mg twice daily-a single center study at MDACC. Blood. 2015;126(23):2796.

63.	Dengler J, Müller MC, Buß E, Le Coutre P, Stegelmann F, Ulshöfer T, et al. Results of the non-interventional TARGET study: Efficacy and safety of nilotinib in CML patients (pts) failing prior therapy in routine healthcare. Oncology Research and Treatment. 2016;39:56. doi: 10.1159/000449050.

64.	Hochhaus A, Rosti G, Cross NC, Steegmann JL, Le Coutre P, Ossenkoppele G, et al. Efficacy and safety of frontline nilotinib in 1089 european patients (PTS) with chronic myeloid leukemia in chronic phase (CML-CP): Enest1st final analysis. Haematologica. 2015;100:180-1.

65.	Berdeja JG, Heinrich M, Dakhil S, Goldberg SL, Wadleigh M, Catchatourian R, et al. Enestnext final results: Deep molecular response (MR) with nilotinib (NIL) in patients (pts) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP). Blood. 2015;126(23):4048.

66.	Hughes TP, Salvino MA, Chuan OT, Elhaddad A, Abdulkadyrov K, Shortt J, et al. Dose-optimized nilotinib (NIL) in patients (PTS) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP): Final results from enestxtnd study. Blood. 2015;126(23):344.

67.	Gugliotta G, Castagnetti F, Breccia M, Stagno F, Martino B, Fava C, et al. Cardiovascular events in chronic myeloid leukemia patients treated with nilotinib first-line: An analisys of the gimema CML WP. Haematologica. 2015;100:56.

68.	Gugliotta G, Castagnetti F, Breccia M, Levato L, D'Adda M, Stagno F, et al. Long-term outcome of a phase 2 trial with nilotinib 400 mg twice daily in first-line treatment of chronic myeloid leukemia. Haematologica. 2015;100(9):1146-50. doi: 10.3324/haematol.2015.129221.

69.	Hochhaus A, Masszi T, Giles FJ, Radich JP, Ross DM, Gomez Casares MT, et al. Treatment-free remission following frontline nilotinib in patients with chronic myeloid leukemia in chronic phase: results from the ENESTfreedom study. Leukemia. 2017. Epub 2017/02/22. doi: 10.1038/leu.2017.63. PubMed PMID: 28218239.

70.	Rea D, Rosti G, Cross NCP, Hellman A, Niederwieser D, Pungolino E, et al. Enestpath: A phase III study to assess the effect of nilotinib treatment duration on treatment-free remission (TFR) in chronic phase-chronic myeloid leukemia (CP-CML) patients (pts) previously treated with imatinib: Interim analysis from the first year of induction phase. Blood. 2015;126(23):4040.

71.	Cortes J, Mauro M, Steegmann JL, Saglio G, Malhotra R, Ukropec JA, et al. Cardiovascular and pulmonary adverse events in patients treated with BCR-ABL inhibitors: Data from the FDA Adverse Event Reporting System. American Journal of Hematology. 2015;90(4):E66-E72. doi: 10.1002/ajh.23938.

72.	Cortes J, Mauro M, Steegmann JL, Saglio G, Soitkar A, Wallis N. Cardiovascular (CV) and pulmonary adverse events (AES) in patients (PTS) treated with BCR-ABL tyrosine kinase inhibitors (TKIS): Updated analysis from the FDA adverse event reporting system (FAERS). Haematologica. 2015;100:231.

73.     Bondon-Guitton E, Combret S, Pérault-Pochat MC, Steve M, Montastruc JL, Bagheri H, et al. Peripheral arterial diseases during therapy with BCR/ABL kinase inhibitors in chronic myeloid leukemia. Fundamental and Clinical Pharmacology. 2014;28:32. doi: 10.1111/fcp.12065.

74.     Tournaire G, Despas F, Rousseau V, Montastruc JL, Bondon-Guitton E. Adverse drug reactions reported with BCR/ABL1 tyrosine kinase inhibitors. Fundamental and Clinical Pharmacology. 2016;30:47. doi: 10.1111/fcp.12190.

75.     Naranjo CA, Busto U, Sellers EM, Sandor P, Ruiz I, Roberts EA, et al. A method for estimating the probability of adverse drug reactions. Clinical pharmacology and therapeutics. 1981;30(2):239-45. Epub 1981/08/01. PubMed PMID: 7249508.

76.     Gautier V, Mirault T, Azarine A, Alsac JM, Sapoval M, Réa D, et al. Peripheral artery occlusive disease of the lower limbs: Rapid aggravation in a patient taking nilotinib for chronic myeloid leukemia. Journal des maladies vasculaires. 2015;40(4):231-9. doi: 10.1016/j.jmv.2015.05.006.

77.     Herrmann J, Bell MR, Warren RL, Lerman A, Fleming MD, Patnaik M. Complicated and Advanced Atherosclerosis in a Young Woman with Philadelphia Chromosome-Positive Acute Lymphoblastic Leukemia: Success and Challenges of BCR/ABL1-Targeted Cancer Therapy. Mayo Clinic proceedings. 2015;90(8):1167-8. doi: 10.1016/j.mayocp.2015.05.013.

78.     Maurizot A, Beressi JP, Manéglier B, De La Marre NH, Spentchian M, Soury P, et al. Rapid clinical improvement of peripheral artery occlusive disease symptoms after nilotinib discontinuation despite persisting vascular occlusion. Blood cancer journal. 2014;4(9). doi: 10.1038/bcj.2014.66.

79.     Roger A, Sigal ML, Bagan P, Sin C, Bilan P, Dakhil B, et al. Leg ulcers occurring under tyrosine kinase inhibitor therapy (sunitinib, nilotinib). Annales de Dermatologie et de Venereologie. 2017;144(1):49-54. doi: 10.1016/j.annder.2016.06.009.

80.     Tefferi A, Letendre L. Nilotinib treatment-associated peripheral artery disease and sudden death: Yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia. American Journal of Hematology. 2011;86(7):610-1. doi: 10.1002/ajh.22051.

81.     Brauchli YB, Wais T, Gratwohl A, Heim D, Schipf A, Diebold J, et al. Fatal myocardial infarction during nilotinib treatment in a 60-year-old male patient. Acta Oncologica. 2010;49(4):523-5. doi: 10.3109/02841861003691952.

82.     Coon EA, Zalewski NL, Hoffman EM, Tefferi A, Flemming KD. Nilotinib treatment-associated cerebrovascular disease and stroke. American Journal of Hematology. 2013;88(6):534-5. doi: 10.1002/ajh.23442.

83.     Jager NGL, Stuurman FE, Baars JW, Opdam FL. Cerebrovascular events during nilotinib treatment. Netherlands Journal of Medicine. 2014;72(2):113-4.

84.     Breccia M, Loglisci G, Cannella L, Serrao A, Colafigli G, Salaroli A, et al. Nilotinib therapy does not induce consistent modifications of cholesterol metabolism resulting in clinical consequences. Leukemia Research. 2011;35(11):e215-e6. doi: 10.1016/j.leukres.2011.07.026.

85.     El-Agamy DS. Nilotinib attenuates endothelial dysfunction and liver damage in high-cholesterol-fed rabbits. Human & experimental toxicology. 2016. Epub 2016/12/13. doi: 10.1177/0960327116681649. PubMed PMID: 27941169.

86.     Emir H, Albrecht-Schgoer K, Huber K, Grebien F, Eisenwort G, Schgoer W, et al. Nilotinib exerts direct pro-atherogenic and anti-angiogenic effects on vascular endothelial cells: A potential explanation for drug-induced vasculopathy in CML. Blood. 2013;122(21).

87.     Katgl A, Sevindik ÖG, Gökbulut AA, Özsan GH, Yüksel F, Solmaz ŞM, et al. Nilotinib does not alter the secretory functions of carotid artery endothelial cells in a prothrombotic or antithrombotic fashion. Clinical and Applied Thrombosis/Hemostasis. 2015;21(7):678-83. doi: 10.1177/1076029614550817.

88.     Racil Z, Rázga F, Drapalova J, Buresova L, Zackova D, Palackova M, et al. Mechanism of impaired glucose metabolism during nilotinib therapy in patients with chronic myelogenous leukemia. Haematologica. 2013;98:65.

89.     Rea D, Mirault T, Cluzeau T, Gautier JF, Guilhot F, Dombret H, et al. Early onset hypercholesterolemia induced by the 2nd-generation tyrosine kinase inhibitor nilotinib in patients with chronic phase-chronic myeloid leukemia. Haematologica. 2014;99(7):1197-203. doi: 10.3324/haematol.2014.104075.

90.     Sora F, Chiusolo P, Luca L, Roberto P, Giammarco S, Ilaria G, et al. The polymorphisms on chromosome 9p21 play a role in the risk for cardiovascular events in chronic myeloid leukemia patients? Blood. 2016;128(22).

91.     The ASA's Statement on p-Values: Context, Process, and Purpose. The American Statistician. 2016;70(2):129-33. doi: 10.1080/00031305.2016.1154108.

92.     Rea D, Mirault T, Francois Gautier J, Guilhot F, Messas E, Dombret H. Prospective analysis of plasma cholesterol and triglycerides in patients (PTS) with chronic phase (CP)-chronic myeloid leukemia (CML) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib. Blood. 2013;122(21).

93.     Dorer DJ, Knickerbocker RK, Baccarani M, Cortes JE, Hochhaus A, Talpaz M, et al. Impact of dose intensity of ponatinib on selected adverse events: Multivariate analyses from a pooled population of clinical trial patients. Leukemia Research. 2016;48:84-91. doi: 10.1016/j.leukres.2016.07.007.

APPENDIX A

**Sonal Singh, MD MPH**
55 Lake Ave North
Worcester, MA 01655-0002 USA
Tel: 774 442 6611.
Sonal.Singh@umassmemorial.org

**Education**

| | |
|---|---|
| MPH, Johns Hopkins | 06/2005 to 05/2008 |
| Internal Medicine Residency, Unity Health System, Rochester, NY | 07/2002 to 06/2005 |
| MD, Patna Medical College, Patna, India | 12/1991 to 05/1999 |

**Academic Appointments**

Associate Professor, Department of Family Medicine and Community Health 10/2006 to present
University of Massachusetts Medical School

| | |
|---|---|
| Assistant Professor, Department of Medicine, Johns Hopkins University | 07/2009 to 09/2006 |
| Assistant Professor, Department of Medicine, Wake Forest University | 07/2007 to 06/2009 |
| Instructor, Department of Medicine, Wake Forest University | 07/2005 to 06/2007 |

**Employment History**

Associate Professor, Department of Family Medicine and Community Health 10/2006 to present
University of Massachusetts Medical School
Role: Clinician- Investigator

Assistant Professor, Department of Medicine, Johns Hopkins University       07/2009 to 09/2006
Role: Clinician- Investigator

Assistant Professor, Department of Medicine, Wake Forest University         07/2007 to 06/2009
Role: Clinician- Educator

Instructor, Department of Medicine, Wake Forest University                  07/2005 to 06/2007
Role: Clinician- Educator

Residency (Medicine) Unity Health System, Rochester, NY                     07/2002 to 06/2005
Role: PGY 1, PGYII and PGY III Internal Medicine Resident

Research Associate, Clinical Pharmacology, Ohio State University            03/2001 to 06/2002
Role: Research assistant in clinical trials

Voluntary Research Associate, Clinical Pharmacology, Ohio State Univ        08/2000 to 02/2001
Role: Research assistant in clinical trials

Resident, Medicine, Patna Medical College, Patna, Bihar, India              2/1998 to 01/2000
Role: Junior Resident in Medicine

Compulsory rotatory internship, Patna Medical College, Patna, Bihar, India  12/1997 to 12/1998
Role: Fulfilling requirements for completion of medical degree in India

**Certification and Licensure**
Diplomate, American Board of Internal Medicine | 08/2005 to 12/2025

Massachusetts Board of Physicians | 08/2016 to 08/2017

Physicians and Surgeons of Maryland | 2009 -09/30/2017

North Carolina Medical Board (Inactive) | 2005 to 2018

**Professional Memberships and Activities**
Massachusetts Medical Society | 2017

Society of General Internal Medicine | 2003 to 2016

International Society of Pharmacoeconomic Outcomes Research | 2016 to 2017

American College of Physicians | 2002 to 2016

International Society of Pharmacoepidemiology | 2011-2013

Academy Health | 2013 to 2013

Global Health Council | 2006 to 2010

**Honors and Awards**
Finalist W. Leigh Thompson Excellence in Research: Faculty Award, DOM, JHU | 2016

3rd Best Abstract (trainee) 29th ICPE Montreal, Canada | 2013

Bruce Squires Award for the Best Research Paper, CMAJ | 2011

Scholars Abstract Award, Society for Clinical and Translational Sciences. | 2010

Society of General Internal Medicine Clinical Investigator Award (Mid-Atlantic) | 2010

Elected, Delta Omega Honorary Public Health Society, Johns Hopkins University | 2008

Master Teacher Award, WFUSOM | 2008

Tinsley R Harrison Faculty Outpatient Teaching Award, WFUSOM | 2006 & 2007

Senior–Resident Scholarship award, Unity Health System, NY | 2005

ACP Health and Public Policy Scholarship, NY | 2005

**Committee Assignments and Administrative Services**
Associate faculty, Welch Ctr for Prevention, Epi & Clin Research, JHU | 2015 to 2016

Associate-Director, Center for Drug Safety and Effectiveness, JHU | 2013 to 2016

Affiliate faculty, Center for Health Services and Outcomes Research, BSPH | 2012 to 2016

World Health Organization, International Agency of Research on Cancer (IARC) Monograph- 108
Working group, Lyon, France.                                                                                    2013

PRISMA- HARM (Preferred Items for Reporting of Systematic Reviews and Meta-analysis of
harms working group, Banff, Alberta Canada.                                                              2012

Member, Health and Human Rights Working Group, JHU Center for Aids Research          2012

Core faculty, Center for Public Health and Human Rights, BSPH                      2009 to 2016

Core faculty, Evidence-Based Practice Center, JHU                                  2009 to 2016

Medical Director, Outpatient Clinic, WFUSOM                                  07/2005 to 06/2009

**Teaching Activities**
Classroom
Comparative effectiveness research (2 cr), Johns Hopkins Medicine                 2015 to 2016
Role: Developed course in CER for MD and MD/PhD trainees in the CTSA

Health and Human Rights, Bloomberg School of Public Health                        2011 to 2015
Role: Annual lecture in the course for MPH students

Health Economic, Bloomberg School of Public Health                                      2013
Role: Annual lecture in the course for Masters students

Pharmacoepidemiology, Bloomberg School of Public Health                          2011 to 2015
Role: Annual lecture in the course for Masters and Doctoral students

Evidence-based Medicine, Johns Hopkins University School of Medicine                     2012
Role: Course facilitator

Intro to Clinical Investigation, Johns Hopkins University School of Medicine             2012
Role: Annual lecture in the course

Clinical Epidemiology, Bloomberg School of Public Health                          2010 to 2014
Role: Annual lecture in the course

Patient Physician and Society, Johns Hopkins University School of Medicine               2009
Role: Course facilitator

Clinical Teaching
Evidence Based Medicine                                                            2012-2014
Role: Developed a novel course to teach EBM to Osler medical residents at JHUSOM

Outpatient medicine                                                              2005 to 2009
Role: Precepting residents in clinic at Wake Forest University

Inpatient Medicine                                                              2005 to 2009
Role: Precepting internal medicine residents as ward attending at Wake Forest University

| Trainee / Junior Faculty Name | Mentoring Role | Title of Research Project | Current Position and Institution | Training Period |
|---|---|---|---|---|
| **University of Massachusetts** | | | | |
| Nathaniel, Erskine | Scholarly activity | SR of herpes zoster and cardiovascular disease | MD/PhD Student Umass Med School | 2007 |
| **Johns Hopkins Univ** | | | | |
| Geetha Iyer, MD | Faculty mentor | Pharmacoepidemiologic studies | ScD Student, JHSPH | 2015-16 |
| Sathiya Priya Marimathu | Faculty mentor | Pharmacoepidemiologic studies | MHS Student, JHMI | 2015-16 |
| Yohalakshmi Chelladurai, MD, MPH | RA Scholarly activity | Review of varenicline | Resident physician, Mercer, Atlanta | 2013 |
| Hsien-Yen Chang PhD | Faculty mentor | Pharmacoepidemiologic studies | Assistant Scientist at JHU | 2011-15 |
| Hasan Shihab, MD, MPH | RA Scholarly activity | Review of GLP-based therapies | Resident, Franklin Square, Baltimore | 2013-14 |
| Joshua Sclar, MD, MPH | Scholarly activity | Systematic review of attacks on health workers | General Preventive Medicine Resident | 2013 |
| Crystal Ng, MPH | Scholarly activity | Human Rights measures | MPH Student, JHSPH | 2013 |
| Ekta Agarwal, MPH | Capstone | Safety of novel anticoagulants | MPH student JHSPH | 2013 |
| Meijia Zhou, MHS | Scholarly activity | Adherence to novel anticoagulants | MHS student, JHSPH | 2013 |
| Kaitlin Hayman, MD | Capstone | SR of the impact of disasters On CVD outcomes | MPH student, JHSPH | 2013 |
| Wenze Tang, MPH | Scholarly activity | SCCS analysis of GIB bleeding with dabigatran | MPH at GWU Analyst, Analyst | 2013 |
| Tonya Breaux-Shropshire PhD, MPH | Scholarly activity | Systematic review | Post-doctoral trainee, UAB | 2015 |
| **Wake Forest University** | | | | |
| Aman Amin, MD | Resident | Inhaled corticosteroids and pneumonia | Practicing internist, NC | 2007-09 |
| Apurva Trivedi, MD | Resident Scholarly activity | SSRIs and bleeding | Gastroenterologist Private sector | 2007-09 |
| Abhay Kumar, MD | Resident Scholarly activity | Wernicke encephalopathy after gastric bypass: systematic review | Assistant Professor St Louis University | 2007 |

**Grants**

**Current Grants**

(Ming Tai-Seale)                                                    2/20116-12/2021
PCORI
Improving Patient-Centered Communication in Primary Care: A Cluster Randomized Controlled
Trial of the Comparative Effectiveness of Three Interventions
The aim is to compare three interventions to improve patient communication in primary care
Role: co-investigator

**Past Grants**

Effect of Therapeutic Class on Generic Drug Substitutions.                    2014-2016
U01FD005267-01 (PI, Jodi Segal)
FDA                                                                349,480
Role: Co-Investigator                                                0.6 CM

Comparative effectiveness Research & The Cochrane Eyes and Vision Group        2013-2016
U01 EY020522 (PI, Kay Dickersin)
NIH/NEI                                                            825,397
Role: Co-Investigator                                                2.4 CM

Systematic review of gabapentin for neuropathic pain using multiple data sources. 2015-2016
(PI, Caleb Alexander)
FDA Center of Excellence in Regulatory Science
Role: Co-Investigator  (20% effort)

Integrating multiple data sources for meta-analysis to improve patient-centered outcomes
research                                                          2014-2016
(PI- Dickersin)
PCORI (ME-1303-5785)                                              $698,174
Role: Advisor (2% effort)

Development of a scale for human rights violations.                          2013-2014
(PI, Chaisson & Beyrer)
NIH Johns Hopkins Center for AIDS Research                          $ 18,873
Role:  Pilot Awardee

Comparative effectiveness review of therapeutic options for obesity in the Medicare population.
Johns Hopkins Evidence Based Practice Center.                          2013-2014
PI (Eric Bass)
AHRQ                                                              $125,000
Role:   Project Principal Investigator (20% effort)

Center for Excellence in Comparative Effectiveness Education              2012-2013
PHRMA Foundation (PI Jodi Segal)                    Total Direct Cost: $250,000
Role: Co-investigator (5% effort)

A multicriteria decision analysis to assist with regulatory decisions around benefit and risk
Partnership in Applied Comparative Effectiveness Science:                                   2010-2013
PI (PI, Jodi Segal).
FDA                                                                                        $3,509,657
Role: Project Principal Investigator (25% effort)

Combination therapy vs. intensification of statin monotherapy: An update.                   2012-2013
PI (E. Bass- P.I of EPC.)
AHRQ
Role: Advisor (5% effort)

Troponin cardiac marker during renal impairment.                                            2012-2013
(E. Bass- P.I of EPC.)
Agency for Health Care Quality and Research
Role: Advisor (5% effort)

To develop an instrument for attacks on health workers.                                     2012-2013
PI (Len Rubenstein)
US Institute of Peace
Role: Co-investigator (10% effort)

To develop an instrument for attacks on health workers.                                     2012-2013
PI (Len Rubenstein)
McArthur Foundation                                                                          $434,782
Role: Co-investigator (15% effort)

To conduct a benefit and harm assessment of *roflumilast* in COPD.
Johns Hopkins ICTR                                                                           2012-2013
Role: Co-investigator (5% effort)

To develop a China-JHU consultation for civil society public health professionals.              2012
Open Society Foundation                                                                      $49,534
Role: PI (20% effort). Proposal for a public health training program.

PACER.                                                                                           012
PI (Rothman)
Google-Flu
Role: Coinvestigator (5%) Systematic reviewer and meta-analysis expert.

Methods for Balancing Benefits and Harms in Systematic Reviews
Johns Hopkins Evidence Based Practice Center. (PI, Bass)                                     2011-2012
AHRQ                                                                                        $188,871
Role: Project Task Leader and co-Investigator (10% effort)

Comparative effectiveness review of Meditation Programs for Stress and Wellbeing
Johns Hopkins Evidence Based Practice Center. (PI, Bass)                                     2011-2012
AHRQ                                                                                        $375,666
Role: Project Task Leader and co-Investigator (15% effort)

Comparative effectiveness review of prevention of VTE in special populations
Johns Hopkins Evidence Based Practice Center. (PI, Bass)                    2011-2012
AHRQ                                                                                                   $375,666
Role:   Project Principal Investigator (20% effort)

To prevent and respond to gender-based violence (GBV) in refugee and conflict-affected
populations.                                                                                          2010-2011
(PI, Vu & Rubenstein)                                                                          $293,946
Role: Co-investigator (10% effort)

Comparative effectiveness review of oral hypoglycemic medications
Johns Hopkins Evidence Based Practice Center. (PI, Bass)                    2009-2010
AHRQ                                                                                                   $125,000
Role:   Co- Investigator (0% effort)

Johns Hopkins Clinical Research Junior Faculty Award.                        2009-2012
NIH-KL2
ICTR
Role: Recipient (75% salary support)

Measuring exposure to human rights violations among men who have sex with men.
(PI, Mullany).                                                                                      2009-2010
Center for Global Health Johns Hopkins                                           $50,000
Role: Co-investigator (0% effort).

Research ethics for conducting research in vulnerable populations and unstable settings.
(PI, Mills)                                                                                            2007-2009
CIHR                                                                                                    $99, 887
Role: Co-investigator (10% effort).


**Patents** None.


**Editorial work**
*Editorial Board*
Drug Safety Editorial Board                                                              2008-2016
American College of Physicians-PIER                                               2012-2016
Editor in chief and founder. BMC Conflict and Health                       2007-2012

***Grant review***                                                                              2012-present
Johns Hopkins Center for Public Health and Human Rights
Junior Faculty Research Grants
Medical Research Council of South Africa
Catalana Health Technology Assessment, Spain
Diabetes, UK
Johns Hopkins Medicine Research Council Synergy Awards
Johns Hopkins Institute for Clinical and Translational Research

*Peer Review*

| |
|---|
| American Heart Journal |
| American Journal of Addictions |
| American Journal of Cardiovascular Drugs |
| American Journal of Managed Care |
| American Journal of Psychiatry |
| Annals of Internal Medicine |
| Annals of Medicine |
| Archives of Internal Medicine |
| Australian Medical Journal |
| BMJ |
| BMC Clinical Pharmacology |
| British Journal of Clinical Pharmacology |
| Bulletin of the World Health Organization |
| Chest |
| Circulation |
| CMAJ |
| Clinical Pharmacology and Therapeutics |
| Clinical Trials |
| Cardiovascular Drugs & Therapy |
| Cochrane Collaboration |
| Disasters |
| Diabetolgia |
| Epidemiology |
| European Journal of Neurology |
| European Journal of Pharmacology |
| Expert Opinion in Drug Safety |
| Global Public Health |
| Health Policy |
| International Journal of Epi |
| International Journal of Obesity |
| JAMA- 4 reviews in 2013 |
| Journal of Cardiac Failure |
| Journal of Medical Case Reports |
| Drug and Alcohol Dependence |
| Journal of the Pancreas |
| JGIM |
| Medscape General Medicine |
| Medical Journal of Australia |
| Nephrology Dialysis Transplantation |
| North Carolina Medical Journal |

| Nutrition, Metabolism & Cardiovascular Diseases |
| Pediatric Infectious Disease Journal |
| Pharmacoepidemiology & Drug Safety-<br>*Best Reviewer Award* 2013 |
| PLoS Medicine |
| Primary Care Respiratory Journal |
| Pediatrics |
| Research Synthesis Methods |
| Respiratory Medicine |
| Respirology |
| Southern Medical Journal |
| The Lancet |
| Thorax |
| Tropical Medicine & International Health |

**Abstracts and Presentations**

**Oral Presentations**
*National/International*
1. GLP-1-based therapies and risk of pancreatitis: A matched case-control study. 29th International Society of Pharmacoepidemiology, Annual Meeting, Montreal Convention Center, August 26. Montreal, Quebec, Canada.2013
2. GLP-1 based therapies and risk of pancreatitis. 36th SGIM Annual Meeting, Denver, Colorado Posters. 2013
3. Risk of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of randomized controlled trials and observational studies, Society of General Internal Medicine, Minneapolis, Minnesota. 2011
4. Odds of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of clinical trials and observational studies, 27th International Society of Pharmaco-epidemiology, Annual Meeting, Hyatt Regency August 24th.  Chicago, Illinois. 2011

*Local/Regional*
Not applicable

**Posters**
*National/International Meetings*
1. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. Health Care Systems Research Network, Sandeigo, March 22, 2017.
2. GLP-1 based therapies and risk of pancreatitis. Pancreatitis, Diabetes, and Pancreatic Cancer Workshop. NIH, Bethesda, Maryland. 2013
3. Thiazolidinediones and risk of bladder cancer: A systematic review and meta-analysis. 36th SGIM Annual Meeting, Denver, Colorado.2013
4. Who is the patient's doctor? Primary care responsibility and co-management relationships among generalist and non-generalist physicians in the National Ambulatory Care Survey, 2002 SGIM 29th Annual Meeting, Los Angeles, California.2006

5. The educational value of case reports from the SGIM national meeting in the internal medicine clerkship. SGIM 29th Annual Meeting, Los Angeles, California.2006

6. Using IPod technology to create a self-guided clinic tour for resident orientation SGIM 29th Annual Meeting, Los Angeles, California.2006

7. Narcotic management in chronic non-malignant pain. A survey of resident's knowledge and attitudes. SGIM 29th Annual Meeting, Los Angeles, California.2006

8. Formulary conversion programs pose a significant risk to patients, SGIM 27th Annual Meeting, Chicago, Illinois.2004

***Local regional meetings***
Inhaled corticosteroids and the risk of fractures in COPD: A systematic review and meta-analysis. DOM Annual retreat, Johns Hopkins University 2011


**Invited presentations**
***National/International***
1. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Department of Medicine. Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016

2. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Department of Health Services and Research, Michael De-Bakey VA and Baylor University, Houston, Texas, May 16, 2016.

3. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Meyers Primary Care Institute and Department of Family and Community Medicine, University of Massachusetts, Massachusetts, March 31 and June 9 2016.

4. Aligning evidence with preferences: Methodologic Challenges and Opportunities.VA Center for Chronic Disease and Outcomes Research, Minnesota VA, March 2016.

5. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Department of Medicine. University of Central Florida, Orlando, Florida, November 2015.

6. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Center for Health Policy and Research Grand Rounds. UC Davis, Sacramento California, Oct 9 2015;

7. Aligning evidence with preferences: Methodologic Challenges and Opportunities. Center for Evidence and Outcomes, Agency for Health Care Research and Quality.  Gaithersville Maryland, August 31, 2015.

8. Risks of Spiriva Respimat outweigh its benefit: A Debate. Inhalation Asia, University of Hongkong, Department of Pharmacology and Pharmacy, Hong Kong. 2013

9. GLP-1-based therapies and risk of pancreatitis. Center for Clinical Epidemiology and Biostatistics Seminar Series, Philadelphia, Pennsylvania. 2013

10. Visiting Professor. Department of Medicine. University of Alabama. 2013

11. Value based health care: Can shared decision making methods get us there? Center for Value and Effectiveness, Medicine Institute, Cleveland Clinic, Noon Conference.2013

12. Role of multicriteria decision analysis in regulatory policy, Stanford Prevention Research Center, Stanford University, Palo Alto, Stanford, California. 2013

13. Role of multicriteria decision analysis in regulatory policy, South Carolina College of Pharmacy, Columbia, South Carolina.2013

14. Role of multicriteria decision analysis in regulatory policy, Department of Medicine. UC Davis, Sacramento, California.2013

15. Role of multicriteria decision analysis in regulatory policy, Department of Clinical Sciences, UT Southwestern, Dallas, Texas.2013

16. Role of multicriteria decision analysis in regulatory policy, Department of Medicine, Geisenger Medical Center, Danville, Pennsylvania.2013

17. Weighing benefits and risks: Role of shared decision making in type 2 diabetes. CTSA Grand Rounds, Mayo Clinic, Rochester, Minnesota. 2013

18. Are long-acting muscarinic agents safe for patients with COPD: A Debate. Airway Vista, Asan Medical Center, Seoul, Korea

19. Academia and industry collaboration for cardiovascular risk mitigation. CBI and Applied Clinical Trials. 6th Annual Summit, Closing Address. Ritz Carlton, Arlington, Virginia.2012

20. Varenicline: Where are we today? Tobacco Disease Research Program, UCSF. San Francisco California. Varenicline debate.2012

21. The Maoist Insurgency in Nepal: Health Systems Challenges and Opportunities Conference on Health in Fragile States: Challenges for the Next Decade. United States Institute of Peace. Washington DC.2011

22. Standards of Care and the Role of Community Advocacy in Clinical Trials. Clinical Research in Developing Countries, IIIrd Annual Marcus Evans Conference, Washington, DC.2008

23. Nepal-A Case study. Integrating public health methods into Conflict Analysis. Norman Patterson School of International Affairs, Carleton University, Ottawa, Canada.2007


### *Local/Regional*

1. Safety of novel anticoagulants vs warfarin- a case study using complementary study designs. Quantitative Health Sciences, University of Massachusetts Medical School, February 28, 2017

2. GLP-1-based therapies and risk of pancreatic adverse events. University of Maryland, Division of Endocrinology, Metabolism and Nutrition, Grand Rounds, Baltimore, Maryland. 2013

3. Thiazolidinediones and Patient-Oriented Outcomes in Type 2 Diabetes, GIM Grand Rounds. Johns Hopkins University School of Medicine. 2012

4. Patient-Centered Benefit and Risk Assessment. Center for Health Services and Outcomes Research. Johns Hopkins University 2012

5. Varenicline and cardiovascular and neuropsychiatric adverse events: Do benefits outweigh risks? Welch Center Grand Rounds. Johns Hopkins University. 2011

6. The new wave, HIV, Human Rights and Men who have Sex with Men in Nepal. Bloomberg School of Public Health, 2011.

7. Network Meta-analysis and Serious Adverse Events. Network Meta-Analysis Methods Workshop. Bloomberg School of Public Health. 2010

8. Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2008

9. How Safe Are Our Drugs and How Do We Know? North Carolina ACP, Durham.2008

10. Clinico-Pathologic Conference. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

11. Globalization and Health Equity: An emerging Challenge for Academic Medicine. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

12. Thiazolidinediones and Cardiovascular Disease: The Seduction of Common Sense. Epidemiology Seminar Series, Public Health Sciences. Wake Forest University 2007

**Workshops and Precourses**

1. ISPOR National Meeting, Next Generation Comparative Effectiveness Research- Are we getting organized to facilitate research for the individual patient? Washington, DC May 24, 2016 (workshop)
2. SGIM national meeting, developing high-quality search strategies for systematic reviews. 2010
3. SGIM national meeting, Systematic Review. 2009

**Peer reviewed original publications (reverse chronological order)**

*Trainees \**

1. \* Iyer G, Marimuthu S, Segal JB, **Singh S**. An algorithm to identify generic drugs in the FDA Adverse Event Reporting System. Drug Safety 2017 (in press)
2. \*Marimuthu S, Iyer G, Segal JB, **Singh S**. Patient-relevant outcomes associated with generic tamsulosin, levothyroxine, and amphetamine in the FAERS: A pilot study. Journal of Comparative Effectiveness Research 2017 (in press)
3. \*Tang W, Chang HY, Zhou M, **Singh S**. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. Sci Rep 7:40120 | DOI: 10.1038/srep40120
4. \*Onasanya O, Iyer G, Lucas E, Lin D, **Singh S**, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. Lancet Diabetes Endocrinol. 2016 ;4(11):943-956
5. **Singh S**, Wright EE, Kwan AY, Thompson JC, Syed IA, Korol EE, Waser NA, Yu MB, Juneja R. Glucagon-like peptide-1 receptor agonists compared with basal insulins for the treatment of type 2 diabetes mellitus: a systematic review and meta-analysis. Diabetes Obes Metab. 2017;19(2):228-238
6. Alexander GC, Iyer G, Lucas E, Lin D, **Singh S**. Cardiovascular risks of exogenous testosterone among men. Am J Med. 2017 ;130(3):293-305
7. \*Houston KT, Shrestha A, Kafle HM, **Singh S**, Mullany L, Thapa L, Surkan PJ 1. Social isolation and health in widowhood: A qualitative study of Nepali widows' experiences. Health Care Women Int. 2016 ;37(12):1277-1288
8. Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., **Singh S**, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. BMJ 2016;352: i157.
9. Fain KM, Yu T, Li T, Boyd CM, **Singh S**, Puhan MA, Evidence Selection for a Prescription Drug's Benefit-Harm Assessment: Challenges and Recommendations, Journal of Clinical Epidemiology 2016 Jun;74:151-7
10. Vu A, Wirtz A, Pham K, **Singh S**, Rubenstein L, Glass N, Perrin N. Psychometric properties and reliability of the Assessment Screen to Identify Survivors Toolkit for Gender Based Violence (ASIST-GBV): results from humanitarian settings in Ethiopia and Colombia. Confl Health. 2016 Feb 9; 10:1.
11. Wirtz, AL, Glass N, Pham K, Perrin N, Rubenstein LS, **Singh S**, Vu A. Comprehensive development and testing of the ASIST-GBV, a screening tool for responding to gender-based

violence among women in humanitarian settings. Conflict and Health 201610:7 DOI: 10.1186/s13031-016-0071-z

12. *Hayman KG, Sharma D, Wardlow RD II, **Singh S**. Burden of cardiovascular morbidity and mortality following humanitarian emergencies: a systematic literature review. Prehosp Disaster Med. 2015;30(1):1-9.

13. Chang HY, Zhou M, Tang W, Alexander GC, **Singh S**.  Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJ. 2015;350:h1585 (editorial by Mary S Vaughn).

14. Abraham NS, **Singh S**, Alexander GC, Heien H, Haas LR, Crown W, Shah ND. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population-based cohort study. BMJ. 2015;350:h1857.

15. Chang HY, Hsieh CF, **Singh S**, Tang W, Chiang YT, Huang WF. Anti-diabetic therapies and the risk of acute pancreatitis: a nationwide retrospective cohort study from Taiwan. Pharmacoepidemiol Drug Saf. 2015 Jun;24(6):567-75

16. Maruthur NM, Joy SM, Dolan JG, Shihab HM, **Singh S**. Use of the Analytic Hierarchy Process for medication decision-making in type 2 diabetes. PLOS ONE. 2015 ;10(5):e0126625.

17. *Breaux-Shropshire TL, Judd E, Vucovich L, Shropshire TS, **Singh S**. Does home blood pressure monitoring improve patient outcomes? A systematic review comparing home and ambulatory blood pressure monitoring on blood pressure control and patient outcomes. Integrated Blood Pressure Control 2015 3; 8:43-9.

18. *Zhou M, Chang HY, Segal JB, Alexander GC, **Singh S**. Adherence to a novel oral anticoagulant among patients with atrial fibrillation. J Manag Care Spec Pharm. 2015; 21(11):1054-62.

19. Puhan MA, Yu T, Stegeman I, Varadhan R, **Singh S**, Boyd CM. Benefit-Harm Analysis and Charts for Individualized and Preference-Sensitive Prevention - The example of low dose aspirin for primary prevention of cardiovascular disease and cancer.  BMC Med. 2015; 13:250.

20. Mayo-Wilson E, Hutfless S, Li T, Gresham G, Fusco N, Ehmsen J, Heyward J, Vedula S, Lock D, Haythornthwaite J, Payne JL, Cowley T, Tolbert E, Rosman L, Twose C, Stuart EA, Hong H, Doshi P, Suarez-Cuervo C, **Singh S**, Dickersin K.Integrating multiple data sources (MUDS) for meta-analysis to improve patient-centered outcomes research: a protocol for a systematic review. Syst Rev 2015; 4(1).

21. Morton MJ, DeAugustinis ML, Velasquez CA, **Singh S**, Kelen GD. Developments in Surge Research Priorities: A Systematic Review of the Literature Following the Academic Emergency Medicine Consensus Conference, 2007-2015.Acad Emerg Med. 2015 ;22(11):1235-52.

22. *Shihab HM, Akande T, Armstrong K, **Singh S**, Loke YK. Risk of pancreatic adverse events associated with the use of glucagon-like peptide-1 receptor agonist and dipeptidyl peptidase-4 inhibitor drugs: A systematic review and meta-analysis of randomized trials. World J Meta-Anal 2015; 3(6): 254-283

23. Haut ER, Garcia LJ, Shihab HM, Brotman DJ, Stevens KA, Sharma R, Chelladurai Y, Akande TO, Shermock KM, Kebede S, Segal JB, **Singh S**. The Effectiveness of Prophylactic Inferior Vena Cava Filters in Trauma Patients: A Systematic Review and Meta-analysis. JAMA Surg 2014; 149(2):194-202

24. **Singh S**, Ambrosio M, Semini I, Tawil O, Saleem M, Imran M, Beyrer C. Revitalizing the HIV response in Pakistan: a systematic review and policy implications. Int J Drug Policy 2014;25(1):26-33.

25. Turner LW, Nartey D, Stafford RS, **Singh S**, Alexander GC. Ambulatory Treatment of Type 2 Diabetes Mellitus in the United States, 1997-2012.  Diabetes Care. 2014;37(4):985-92

26. Yu T, Fain K, Boyd C, Varadhan R, Weiss CO, Li T, **Singh S**, Puhan MA. Benefits and harms of roflumilast in moderate to severe COPD. Thorax 2014; 69:616-22

27. Turner RM, Kwok CS, Chen-Turner C, Maduakor CA**, Singh S**, Loke YK. Thiazolidinediones and associated risk of Bladder Cancer: a Systematic Review and Meta-analysis. Br J Clin Pharmacol.  2014 78(2):258-7

28. Goyal M, Singh S, Sibinga E, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron D, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: A Systematic Review and Meta-analysis. JAMA Intern Med. 2014 174(3):357-68 (editorial by Gorroll. Moving towards Evidence Based Complementary Care)

29. Vu A, Adam A, Wirtz A, Pham K, Rubenstein L, Glass N, Beyrer C, **Singh S**. The Prevalence of Sexual Violence among Female Refugees in Complex Humanitarian Emergencies: a Systematic Review and Meta-analysis. PLOS Currents Disasters. 2014 Mar 18. Edition 1.

30. Wirtz AL,Pham K, Glass N, Loochkartt S, Kidane T, Cuspoca D, Rubenstein LS, **Singh S**, Vu A. Gender-based violence in conflict and displacement: qualitative findings from displaced women in Colombia. Confl Health. 2014; 8:10.

31. *Haar RJ, Footer KH, **Singh S**, Sherman SG, Branchini C, Sclar J, Clouse E, Rubenstein LS. Measurement of attacks and interferences with health care in conflict: validation of an incident-reporting tool for attacks on and interferences with health care in eastern Burma. Conflict and Health. 2014, 8:23.

32. Cavallazzi R, El-Kersh K, Abu-Atherah E, **Singh S**, Loke YK, Wiemken T, Ramirez J. Midregional proadrenomedullin for prognosis in community-acquired pneumonia: A systematic review. Respir Med. 2014 ;108(11):1569-1580.

33. Dorsey ER, Brocht AFD, Nichols PE, Darwin KC, Anderson KE, Beck CA, **Singh S**, Biglan KM, Shoulson I. Depressed mood and suicidality in individuals exposed to tetrabenazine in a large Huntington disease observational study. Journal of Huntington's Disease 2013; 2(4): 509-515.

34. Ter Riet G, Chesley P, Gross AG, Siebeling L, Muggensturm P, Heller N, Umbehr M, Vollenweider D, Yu T, Akl EA, Brewster L, Dekkers OM, Mühlhauser I, Richter B, **Singh S**, Goodman S, Puhan MA. All That Glitters Isn't Gold: A Survey on Acknowledgment of Limitations in Biomedical Studies. PLoS One 2013 ;8(11): e73623.

35. Wirtz AL, Glass N, Pham K, Rubenstein LS, **Singh S**, Vu A. Development of a screening tool to identify female survivors of gender-based violence in humanitarian settings: qualitative evidence from research among refugees in Ethiopia. Conflict and Health 2013, 7:13.

36. Loke YK, Ho R, Smith M, Wong O, Sandhu M, Sage W, **Singh S**. Systematic review evaluating cardiovascular events of the 5-alpha reductase inhibitor - Dutasteride. J Clin Pharm Ther 2013 38(5):405-15

37. Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, **Singh S**, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. Lancet Oncol. 2013; 14(9):807-8.

38. Maruthur NM, **Joy S**, Dolan J, Segal JB, Shihab HM, Singh S. Systematic assessment of benefits and risks: study protocol for a multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. 2013 Jul 24; 2:160

39. Loke YK, **Singh S**. Risk of acute urinary retention associated with inhaled anticholinergics in patients with chronic obstructive lung disease: systematic review. Therapeutic Advances in Drug Safety 2013, 4: 19-26.

40. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. JAMA Intern Med 2013   28; 173:1843-4. (editorial by Peter Butler in JAMA Internal Medicine and Edwin Gale in the BMJ)

41. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Thiazolidinedione use and risk of hospitalization for pneumonia in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. F1000Research 2013 2:145.

42. Brotman DJ, Shihab HM, Prakasa KR, Kebede S, Haut ER, Sharma R, Shermock K, Chelladurai C, **Singh S**, Segal JB. Pharmacological and Mechanical Strategies for Preventing Venous Thromboembolism after Bariatric Surgery: A Systematic Review and Meta-analysis. JAMA Surg 2013 148(7):675-86.

43. Kebede S, Prakasa KR, Shermock K, Shihab HM, Brotman DJ, Sharma R, Chelladurai Y, Haut ER, **Singh S**, Segal JB. A systematic review of venous thromboembolism in patients with renal insufficiency, obesity, or on antiplatelet agents. J Hosp Med 2013 ;8(7):394-401.

44. *Chelladurai Y, Stevens KA, Haut ER, Brotman DJ, Sharma S, Shermock KM, Kebede S**, Singh S**, Segal JB. Venous thromboembolism in patients with traumatic brain injury: a systematic review. F1000Research 2013. May 29; 2:132.

45. **Singh S**, Loke YK, Enright P, Furberg CD. The pro-arrhythmic and pro-ischaemic effects of inhaled anticholinergics. Thorax 2013 68: 114-116.

46. Denizard-Thompson NR, **Singh S**, Stevens SR, Miller DP, Wofford JL. IPod™ technology for teaching patients about anticoagulation: a pilot study of mobile computer-assisted patient education. Prim Health Care Res Dev 2012 13: 42-7.

47. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews. J Clin Epidemiol 2012; 65: 1159-62.

48. Moore T, Glenmullen J, Maltsberger JT, Furberg CD, **Singh S**. Suicidal Behavior and Depression in Smoking Cessation Treatments. PLOS One 2011; 6: e27016.

49. Kwok CS, Yeong JK, Turner RM, Cavallazzi R, **Singh S**, Loke YK. Statins and associated risk of pneumonia: a systematic review and meta-analysis of observational studies. Eur J Clin Pharmacol 2012; 68(5): 747-55.

50. Moore T, **Singh S**, Furberg CD. The FDA and New Safety Warnings. Archives of Internal Medicine 2012 172:78-80.

51. Kwok CS, Arthur AK, Anibueze CI, **Singh S**, Cavallazzi R, Loke YK. Risk of Clostridium difficile Infection with Acid Suppressing Drugs and Antibiotics: Meta-Analysis. Am J Gastroenterol 2012; 107:1011-9 (with an editorial by Leontadis, Miller and Howden. How much do PPIs contribute to C difficile infection)

52. **Singh S,** Pant SB, Dhakal S, Pokhrel S, Mullany LC. Human Rights Violations among Sexual and Gender Minorities in Kathmandu, Nepal: A qualitative investigation. BMC International Health and Human Rights 2012, 12:7

53. **Singh S**, Chang SM, Matchar DB, Bass EB. Chapter 7. Grading a body of evidence on diagnostic tests. J Gen Intern Med. 2012; 27: S47-55.

54. Treadwell JR, Uhl S, Tipton K, Shamliyan T, Vishwanathan M, Berkman ND, Sun X, Coleman CI, Elshaug AG, **Singh S,** Wang SY, Ramakrishnan R. Assessing equivalence and noninferiority. J Clin Epidemiol 2012; 65: 1144-9.

55. **Singh S**, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. Trials 2012, 13: 138.

56. Puhan M, **Singh S**, Varadhan R, Weiss C, Boyd CM. Methods for Benefit and Harm Assessment in Systematic Reviews. BMC Medical Research and Methodology 2012, 12: 173.

57. Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170,255 patients from 76 randomized trials. Q J Med 2011; 104: 109-24.

58. **Singh S**, Loke YK, Furberg CD. Long-term use of thiazolidinediones and the associated risk of pneumonia or lower respiratory tract infection: Systematic review and meta-analysis. Thorax 2011; 66: 383-388.

59. Bennett WL, Maruthur NM, **Singh S**, et al. Comparative effectiveness and safety of medications for Type 2 Diabetes: An update including new drugs and two drug combinations. Annals of Internal Medicine 2011; 154: 602-13. Copublished with linked AHRQ report:

60. Loke YK, Kwok CS, **Singh S**. Comparative Cardiovascular Effects of Thiazolidinediones: A systematic review and meta-analysis of observational studies. BMJ 2011; 342: d1309.

61. Loke YK, Cavallazi R, **Singh S**. Risk of fractures with inhaled corticosteroids in COPD: systematic review and meta-analysis of randomized controlled trials and observational studies. Thorax 2011; 66: 699-708.

62. Miller DP Jr, Spangler JG, Case LD, Goff DC Jr, **Singh S**, Pignone M. Effectiveness of a Web-Based Colorectal Cancer Screening Patient Decision Aid:  A Randomized Controlled Trial in a Mixed Literacy Population. Am J Prev Med 2011; 40: 608-15.

63. Li T, Puhan MA, Vedula SS, **Singh S**, et al. Network meta-analysis-highly attractive but more methodological research is needed. BMC Medicine 2011; 9: 79.

64. **Singh S**, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. BMJ 2011; 342: d3215. (with an editorial by Chris Cates Safety of Tiotropium)

65. **Singh S**, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. CMAJ 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heartbreaker?)

66. Loke YK, Kwok CS, **Singh S**. Risk of myocardial infarction and cardiovascular death associated with inhaled corticosteroids in COPD: a systematic review and meta-analysis. Eur Respir J 2010; 35: 1003-1021.

67. Navaneethan S, **Singh S**, Appasamy S, et al. Sodium bicarbonate therapy for prevention of contrast-induced nephropathy- A systematic review and meta-analysis. AJKD 2009; 53: 617-627.

68. Loke YK, **Singh S**, Furberg CD. Long-term use of thiazolidinediones and fractures in type 2 diabetes: Systematic Review. CMAJ 2009; 180: 32-39. (with an editorial by Lipscombe. Thiazolidinediones: Do harms outweigh benefits?)

69. **Singh S**, Amin A, Loke YK. Long-term use of inhaled corticosteroids and risk of pneumonia in COPD: A meta-analysis. Archives of Internal Medicine 2009; 169: 219-229.

70. Attanayake V, Mckay R, Joffres M, **Singh S**, Burkle Jr F, Mills E. Prevalence of mental disorders among children exposed to war: a systematic review of 7920 children. Medicine Conflict and Survival 2009; 25: 4-19.

71. Loke YK, Jeevanantham V *, **Singh S**. Bisphosphonates and atrial fibrillation: systematic review and meta-analysis. Drug Safety 2009; 32: 219-228.

72. *Boyd M, Watkins F, **Singh S**, Haponik E, Chatterjee A, Conforti J, Chin Jr R. Prevalence of flexible bronchoscopic removal of foreign bodies in the advanced elderly. Age and Ageing 2009; 38: 396-400.

73. Loke YK, Trivedi A, **Singh S**. Meta-analysis: Gastrointestinal bleeding due to interaction between Selective Serotonin Reuptake Inhibitors and Non-Steroidal Anti-inflammatory drug. Alimentary Pharmacol Ther 2008; 27: 31-40.

74. Mills E, **Singh S**, Roach B, Chong S. Prevalence of mental disorders and torture among Bhutanese refugees in Nepal: A systematic review and its policy implications. Medicine, Conflict and Survival 2008; 24: 5-16.

75. Chaukiyal P, Nautiyal A, Radhakrishnan S, **Singh S**, Navaneethan S. Thromboprophylaxis in cancer patients with central venous catheters: A systematic review and meta-analysis. *Thromb Haemost* 2008; 99: 38-43.

76. Wofford JL, Wells M, **Singh S**. Best Strategies for Patient Education Regarding Anticoagulation with Warfarin: A systematic review. BMC Health Services Research 2008; 8: 40.

77. Navaneethan SD, Adoulat S, **Singh S**. A systematic review of patient and health system characteristics associated with late referral in chronic kidney disease. BMC Nephrology 2008;9: 3.

78. **Singh S**, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic review and meta-analysis. JAMA 2008; 300: 1439-1450. (CME Article in JAMA)

79. Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle Jr FM, Beyrer C, Cooper C, Hardy C, **Singh S**, et al. Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. Confl Health 2008; 30: 9.

80. **Singh S**, Kumar A. Wernicke encephalopathy after bariatric surgery: A systematic review. Neurology 2007; 68: 807-11.

81. **Singh S**, Sharma SP, Mills E, Poudel KC, Jimba M. Conflict Induced Internal Displacement in Nepal. Medicine Conflict and Survival 2007; 23: 103-110.

82. **Singh S**, Loke YK, Furberg CD. Thiazolidinediones and heart failure: A Teleo-Analysis. Diabetes Care 2007; 30: 2148-2153.

83. Beyrer C, Villar JC, Suwanvanichkij V, **Singh S**, Baral SD, Mills EJ. Neglected Diseases, Civil Conflicts and the Right to Health. Lancet 2007; 370: 619-627.

84. **Singh S**, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone: A systematic review and meta-analysis. JAMA 2007; 298: 1189-1195. (with an editorial by DH Solomon and Winkelmeyer. Cardiovascular risk and the Thiazolidinediones déjà vu all over again?)

85. Mills EJ, **Singh S**. Health, Human Rights and the conduct of research within oppressed populations. Global Health. 2007; 3: 10.

86. Mills E Cooper C, Wu P, Rachlis B, **Singh S**, Guyatt GH. Randomized trials stopped early for harm in HIV/AIDS: A systematic survey. HIV Clinical trials; 2006; 7: 24-33.

87. Mills E, **Singh S**, Wilson K et al. The Challenges of involving traditional healers in HIV/AIDS care. Int J STD & AIDS 2006; 17: 360-363.

88. **Singh S**, Bøhler E, Dahal K, Mills E. The state of child health and human rights in Nepal. PloS Med 2006 3; 7: e203

89. Mills EJ, **Singh S**, Zwi A, Nelson B, Nachega JB. The impact of conflict on HIV/AIDS in Africa. Int J STD AIDS 2006; 17: 713-717.

90. Mills E, Nixon S, **Singh S**, Dolma S, Nayyar A, Kapoor S. Enrolling women into HIV vaccine trials: An ethical imperative but a logistical challenge. PloS Med 2006: 3: e94.

91. Dolma S, **Singh S**, Lohfield L, Orbinski J, Mills E. Dangerous Journey: Documenting the Experience of Tibetan Refugees. AJPH 2006; 96: 2061-2064.

92. Wofford JL, **Singh S**. Exploring the Educational Value of Clinical Vignettes from the SGIM National Meeting in the Internal Medicine Clerkship: A Pilot Study. JGIM 2006; 21: 1195-1197.

93. Navaneethan SD, **Singh S**. A systematic review of barriers in access to renal transplantation among African Americans in the United States. Clin Transplant 2006; 20: 769-775.

94. Mills E, Nachega JB, Buchan I, Attaran A, Orbinski J, **Singh S** et al. Adherence to Antiretroviral therapy in Africa versus North America: A comparative meta-analysis. JAMA 2006; 296: 679-690.

95. Mills E, Nachega JB, Bangsberg D, **Singh S**, Rachlis B, Wu P, et al. Adherence to antiretroviral therapy: a systematic review and meta-analysis examining developed and developing nation patient-reported barriers and facilitators. PLoS Med 2006; 3: e438.

96. **Singh S**, Loke YK. Statins and pancreatitis: A systematic review of observational studies and spontaneous case reports. Drug Saf 2006; 29: 1123-32.

97. **Singh S**, Mills E, Dahal K. Nepal's war on Human Rights: A summit higher than Everest. Int J Equity Health. 2005; 4: 9.

98. **Singh S**, Mills E. Honeyman SW. Suvedi BK, Pant NP. HIV in Nepal: Is the conflict fuelling the epidemic? PLoS Med. 2005; 2: e 216.

99. Mills EJ, Rachlis B, Wu P, Wong E, Heise L Wilson K, **Singh S**. Media reporting of Tenofovir trials in Cambodia and Cameroon. BMC International Health and Human Rights 2005; 5: 6.

100.     Mills E, **Singh S**, Holtz T, Santa-Barbara J, Chase R, and Orbinski J. Prevalence of serious mental disorders among Tibetan refugees: A systematic review. BMC International Health and Human Rights 2005; 5: 7.

101.     **Singh S**, Dolan JG, Centor RM. Optimal clinical management of Sore throat: A multi-criteria decision analysis. BMC Medical Decision-Making 2005:6; 14.

*Accepted*
None

*Books and monographs*

1. Some drugs and herbal products / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2013: Lyon, France) (IARC monographs on the evaluation of carcinogenic risks to humans; volume 108). Published by the International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France ©International Agency for Research on Cancer, 2015 On-line publication, 15 September 2015.

2. Maruthur NM, Joy S, Dolan J, Segal JB, Shihab HM, **Singh S**. Systematic assessment of benefits and risks: A multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. FDA report 2013

3. Beyrer C, **Singh S**, Ambrosio M, Semini I. Revitalizing the HIV response in Pakistan: a systematic review and policy recommendations. World Bank, 2012.

4. Beyrer C, **Singh S**, Sudarshi D. Neglected tropical diseases, conflict and the right to health: A2, pgs 132- 155 in The Causes and Impacts of Neglected Tropical and Zoonotic Diseases: Opportunities for Integrated Intervention Strategies: Workshop Summary. Editors Eileen R. Choffnes and David A. Relman, Rapporteurs; Forum on Microbial Threats; Institute of Medicine ISBN 978-0-309.

5. Goyal M, **Singh S**, Sibinga EMS, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron DD, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: Comparative Effectiveness Review No. 124 (Prepared by The Johns Hopkins University Evidence-based Practice Center, under Contract No. 290-2007-100061-1.) AHRQ Publication No. 13 (14)-EHC116-EF. Rockville, MD: Agency for Healthcare Research and Quality. January 2014

6. **Singh S**, Haut ER, Brotman DJ, Sharma R, Chelladurai Y, Shermock KM, Kebede S, Stevens KA, Prakasa KR, Shihab HM, Akande TO, Zeidan AM, Garcia LJ, Segal JB. Comparative Effectiveness of Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations. Comparative Effectiveness Review No. 116. (Prepared by The Johns Hopkins University Evidence-based Practice Center, under Contract No. HHSA 290 2007 10061 I). AHRQ Publication No. 13-EHC082-1 Rockville, MD: Agency for Healthcare Research and Quality. May 2013

7. Puhan MA, **Singh S**, Weiss CO, Varadhan R, Sharma R, Boyd CM. Evaluation of the Benefit and Harm of Aspirin for Primary Prevention of Cardiovascular Events: A Comparison of Quantitative Approaches. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(14)-EHC149-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2013.

8. Boyd CM, **Singh S**, Varadhan R, Weiss CO, Sharma R, Bass EB, Puhan MA. Methods for Benefit and Harm Assessment in Systematic Reviews. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(13)-EHC150-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2012.

9. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews [Internet]. Rockville (MD): Agency for Healthcare Research and Quality (US); 2011 Jun. Report No: 11-EHC046-EF. AHRQ Methods for Effective Health Care.

10. Treadwell J, Uhl S, Tipton K, **Singh S**, Santaguida L, Sun X, Berkman N, Viswanathan M, Coleman C, Shamliyan T, Wang S, Ramakrishnan R, Elshaug A. Assessing Equivalence and Noninferiority. Methods Research Report. (Prepared by the EPC Workgroup under Contract No. 290-2007-10063.) AHRQ Publication No. 12-EHC045-EF. Rockville, MD: Agency for Healthcare Research and Quality, June 2012.

11. **Singh S**, Chang SM, Matchar DB, Bass EB. Grading a body of evidence on medical tests. AHRQ Publication No 12-EHC079-EF. Chapter 7 of the Methods Guide for Medical Test Reviews. 2012 (AHRQ Publication No 12-EHC017). Rockville, MD: Agency for Health Care Research and Quality; June 2012.

12. Bennett WL, Wilson LM, Bolen S, Maruthur N, **Singh S**, et al. Oral Diabetes Medications for Adults With Type 2 Diabetes. An Update. Comparative Effectiveness Review No. 27. (Prepared by Johns Hopkins Evidence-Based Practice Center under Contract No. 290-02-

0018.) AHRQ Publication No. 11-EHC038. Rockville, MD: Agency for Healthcare Research and Quality, March 2011.

13. Khagendra Dahal and **Sonal Singh**. "Primary Prevention-Acting on Human Rights in Nepal" in Peace Through Health; How health professionals can work for a less violent world" by Neil Arya & Joanna Santa Barbara. 187-188. @ 2008 Kumarian Press.

***Editorials and other scholarly material***

1. **Singh S**. Valproate use during pregnancy was linked to autism spectrum disorder and childhood autism in offspring.  ACP Journal Club 2013; 159: JC13-4.

2. **Singh S**. Segal JB. Thiazolidinediones and macular edema: Comment on Thiazolidinediones and macular edema in type 2 diabetes. Archives of Internal Medicine. 2012. 172: 1011-3.

3. **Singh S**. Furberg CD. Inhaled anticholinergics for chronic obstructive pulmonary disease: comment on "inhaled anticholinergic drug therapy and the risk of acute urinary retention in chronic obstructive pulmonary disease." Archives of Internal Medicine 2011; 171: 920-2.

4. **Singh S**. Daily use of Aspirin reduces long-term risk of death due to some cancers. ACP Journal Club 2011; 154: JC3-2.

5. **Singh S**, Furberg CD. Review: Calcium supplements increase risk of myocardial infarction. Evid Based Med 2010; 15: 181.

6. **Singh S**, Furberg CD.  Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. Heart 2009; 95: 1-3.

7. **Singh S**. Clinical Research in Emerging Countries. Third Annual Marcus Evans Conference IDrugs 2008; 11: 724-727.

8. **Singh S**, Trivedi A. Spontaneous reports as evidence of Adverse Drug Reactions. South Med J. 2008; 101: 16.

9. **Singh S**, Orbinski J, Mills EJ. Conflict and Health: A paradigm shift in global health and human rights. Conflict and Health 2007; 1: 1.

10. **Singh S**. Nautiyal A. Secondary hypertension due to drugs and toxins: A challenge for research on harm. South Med J. 2007; 100: 665-666.

11. **Singh S**. Hydralazine-induced lupus. South Med J 2006; 99: 6-7.

12. **Singh S**. Amiodarone-induced alveolar hemorrhage South Med J 2006; 99: 329-30.

13. **Singh S** Angiotensin-converting enzyme inhibitor-induced acute pancreatitis: in search of the evidence. South Med J 2006; 99: 1327-1328.

14. **Singh S**. Wooltorton E. Increased mortality among elderly patients with dementia using atypical antipsychotics. CMAJ 2005 173; 3: 252.

15. **Singh S**. The Stone Circle. CMAJ 2005; 172: 522.

16. **Singh S**. Tears from the Land of Snow: Health and Human Rights in Tibet. Lancet 2004; 364: 1009.

**Publication of Educational Materials**
***Peer-reviewed educational publications***

1. **Singh S**. Type 2 diabetes pharmacoepidemiology update 2014: safety versus efficacy. Curr Diab Rep. 2014; 14(12):563.

2. Chelladurai Y*, **Singh S**. Varenicline and cardiovascular events: a perspective review. Therapeutic Advances in Drug Safety 2014; 1-6: doi 10.1177/2042098614530421.

3. Beasley R, **Singh S**, Loke YK, Enright P, Furberg CD. Call for worldwide withdrawal of tiotropium Respimat mist inhaler. BMJ 2012; 345: e7390.

4. Loke YK, **Singh S**. Risks associated with tiotropium in chronic obstructive pulmonary disease: overview of the evidence to date Therapeutic Advances in Drug Safety 2012; 3: 123–31

5. Cavalazzi R, **Singh S.** Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. Current Infectious Disease Reports. 2011; 13: 296-301.

6. Lexchin J, Arya N, **Singh S**. Gardasil – The New HPV Vaccine: The Right Product, the Right Time? A Commentary. Healthcare Policy 2010; 5: 26-36.

7. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. Current Infectious Disease Reports. 2011; 13: 296-301.

8. **Singh S**, Loke YK. A critical analysis of the benefits and drawbacks of inhaled corticosteroids in chronic obstructive pulmonary disease. International Journal of COPD 2010; 5: 189-195.

9. **Singh S**, Loke YK. Risk of pneumonia associated with long-term use of inhaled corticosteroids in COPD: A critical review and update. Current Opinion in Pulmonary Medicine 2010; 16: 118-122

10. Mills EJ, Ford N, **Singh S**, Eyawo O. Providing Antiretroviral Care in Conflict Settings. Current HIV/AIDS Report 2009; 6: 201-9.

11. **Singh S**, Loke YK. Thiazolidinediones and cardiovascular disease- Balancing Benefit and Harm. Geriatrics and Aging 2008; 11: 29-35.

12. Orbinski J, Beyrer C, **Singh S**. Violations of human Rights: health practitioners as witnesses. The Lancet 2007; 370: 698-704.

13. **Singh S**, Morrell P.  What caused Buddha's death? Ars Medica 2006; 79-84.

14. Mills EJ, Robinson J, Attaran A, Clarke M, **Singh S**, Upshur RE, Hermann KJ Jr, Yusuf S. Sharing evidence on humanitarian relief. BMJ 2005; 331: 1485-6.

15. Mills E, **Singh S**, Warren M, Orbinski J, Upshur RE. Designing research in vulnerable populations: lessons from HIV prevention trials that stopped early. BMJ 2005; 331: 1403-1406.

16. **Singh S**. Empathy: Lost or found in medical education? The Learning Curve MedGenMed 2005; 7: 3

17. **Singh S**. Impact of long-term political conflict on population health in Nepal. CMAJ 2004; 171: 1499-1501.

***Peer reviewed Case Reports***

1. *Chaukiyal P, **Singh S**, Woodlock T, Dolan JG, Bruner K. Intravascular large B cell lymphoma with multisystem involvement. Leuk Lymphoma 2006; 47: 1688-90.

2. Navaneethan SD, Kannan VS, Osowo A, Shrivastava R, **Singh S**. Concomitant intracranial aneurysm and carotid artery stenosis: A therapeutic dilemma. South Med J. 2006, 99: 757-8.

3. **Singh S**, Rajpal C, Nannapaneni S, Venkatesh S. Iopamidol myelography-induced seizures. MedGenMed 2005: 7: 11.

4. Nautiyal A, **Singh S**, Parmeswaran G, DiSalle M. Hepatic dysfunction in a patient with Plamodium vivax infection. Med Gen Med 2005: 7: 1.

5. Navaneethan SD, **Singh S**, Choudhry W. Nodular glomerulosclerosis in non-diabetic patients: Case report and literature review. J Nephrol 2005: 18: 613-615.

6. Nautiyal A, **Singh S**, DiSalle M, O'Sullivan J. Painful Horner syndrome as a silent harbinger of carotid dissection. *PloS Med* 2005; 80: 136-137.

7.  **Singh S**, Nautiyal A, Dolan JG. Recurrent acute pancreatitis possibly induced by atorvastatin and rosuvastatin. Is statin-induced pancreatitis a class effect? JOP 2004; 5: 502-504.

8.  **Singh S**, Srivastava R, Das V. Formulary Conversion Programs: The need for patient-specific risk assessment. MedGenMed 2004; 6: 28.

*Correspondence*

1.  **Singh S**, Suchard MA. Pioglitazone Use and Risk of Bladder Cancer. JAMA. 2015 Dec 15; 314(23):2567-8.

2.  **Singh S**, Loke YK, Furberg CD. Outpatient management of severe COPD. NEJM 2010; 363: 493.

3.  **Singh S**, Loke YK. Inhaled corticosteroids: a controversial add-on treatment in COPD. ERJ 2010; 36:1-1.

4.  **Singh S**, Loke YK, Furberg CD. Tiotropium in Chronic Obstructive Pulmonary Disease NEJM 2009; 360: 185-187.

5.  Loke Y, **Singh S**. Inhaled Corticosteroids in Patients with Chronic Obstructive Pulmonary Disease. JAMA 2009; 301: 1432.

6.  Toney JH, Fasick JI, **Singh S**, Beyrer C, Sullivan DJ Jr. Purposeful learning with drug repurposing. Science 2009; 325: 1339-40.

7.  Serra A, Sechi G, **Singh S,** Kumar A. Wernicke encephalopathy after obesity surgery: a systematic review. Neurology 2007; 69: 615.

8.  **Singh S**, Arya N, Mills E, Holtz T, Westberg G. Free medical students and doctors detained in Nepal. Lancet 2006; 367: 1730.

9.  **Singh S**. Where next for China? Rising inequalities in health and wealth are greatest challenge. BMJ 2006; 333: 499.

10. Mills E, **Singh S**, Orbinski J, Burrows D. The HIV/AIDS epidemic in Cambodia, The Lancet Infectious Diseases 2005; 5: 596-597.

11. **Singh S**. Nautiyal A. Neurological complications of bariatric surgery. Mayo Clinic Proceedings. 2005; 80:134-137.

12. **Singh S**. Nepal's war and conflict-sensitive development. PLOS Med. 2005:2(1): e19.

13. **Singh S**, Dolan JG. Diagnosis and treatment of Group A pharyngitis strep. Am Fam Physician. 2005:71:1064.

14. **Singh S**. Drug-induced pancreatitis might be a class effect of statin drugs. JOP 2005; 6: 380.

15. **Singh S**.  Special issue on South Asia: focus will be on Asia. BMJ 2004; 328: 288.

16. **Singh S**. Letter from the Himalayas. CMAJ 2004; 171:309-10.

17. **Singh S**. Post-traumatic stress in former Ugandan child soldiers. Lancet 2004; 63: 1648.

18. **Singh S**. Post-Immigrant Refugee Medicine: Children's needs should not be seen in isolation. BMJ 2004; 329: 742.

19. **Singh S**. Social and economic justice: the road to health. CMAJ 2004; 171: 1021.

*Development of major curricular offerings.*

2 credit Course for MD and MPH in comparative effectiveness research for the Johns Hopkins ICTR                                                                 2015-2016

**Published abstracts.** Not applicable

**APPENDIX B - Table 2. Controlled Observational Studies – Nilotinib vs Imatinib**

| Author | Year | Design | Median Follow up | Number of participants on nilotinib | Number of participants on imatinib | Number of cardiovascular events on nilotinib | Number of cardiovascular events on imatinib | Number of ischemic heart disease events on nilotinib | Number of ischemic heart disease events on imatinib | Number of cerebrovascular events on nilotinib | Number of cerebrovascular events on imatinib | Number of peripheral artery events on nilotinib | Number of peripheral artery events on imatinib |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bocchia et al | 2016 | Single Center Retrospective Cohort Analysis | 12 mos | 52 | 58 | 14 | 3 | 5 | 0 | 0 | 0 | 9 | 1 |
| Dahlen et al | 2014 | Swedish Cohort Analysis | 4.2 yrs | 181 | 711 | 5 | 31 | 5 | 21 | 2 | 9 | NR | NR |
| Fossard et al | 2014 | Multi Center Prospective Cohort Analysis | 51.5 mos | 114 | 17 | 21 | 0 | NR | NR | NR | NR | NR | NR |
| Hekmatjou et al | 2014 | Single Center Retrospective Cohort Analysis | 7 yrs | 76 | 184 | 5 | 10 | NR | NR | NR | NR | NR | NR |
| Jain | 2015 | Single Center Prospective Cohort Analysis | 90 mos | 108 | 268 | NR | NR | NR | NR | NR | NR | NR | NR |
| Kim et al | 2013 | Single Center Retrospective Cohort Analysis | NR | 66 | 54 | NR | NR | NR | NR | NR | NR | 17 of 55 with pathological ABI (30.9%) | 3 of 48 with pathological ABI (6.3%) |
| Levato et al | 2013 | Single Center Retrospective Cohort Analysis | 24 mos (nilo) | 27 | 55 | 4 | 1 | 1 | 1 | 1 | 0 | 2 | 0 |
| Pagnano et al | 2015 | Single Center Retrospective Cohort Analysis | 851 days (nilo) | 60 | 117 | 6 | 0 | NR | NR | NR | NR | NR | NR |
| Puccetti et al | 2014 | Single Center Retrospective Cohort Analysis | NR | 36 | 39 | 9 | 3 | NR | NR | NR | NR | NR | NR |
| Rattanathammethee et al | 2015 | Single center Prospective Cross-Sectional Case Control Study | NR | 13 | 61 | NR | NR | NR | NR | NR | NR | 4 abnormal ABI (30.8%) | 3 abnormal ABI (4.9%) |
| Schwarz et al | 2012 | Single center Prospective Cohort Analysis | NR | 63 | 53 | NR | NR | NR | NR | NR | NR | 8 | 1 |