# Exhibit 5

Case 2:17-cv-14302-RLR   Document 56-5   Entered on FLSD Docket 05/21/2018   Page 2 of 26

Novartis

**Cardiovascular Safety Review and Research Committee
Meeting 2: ENESTnd**

Meeting Minutes

Clinical Thinking
3/5/2014



EXHIBIT
310
7.20.17
dagabook.com

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556256

# Contents

Cardiovascular Safety Review and Research Committee (CV-SRRC), Meeting 2: ENESTnd ........................ 2

Background ................................................................................................................................ 2

Attendees................................................................................................................................... 2

Agenda ....................................................................................................................................... 3

Summary and Recommendations .............................................................................................. 3

Management of ongoing CV risk factors............................................................................... 4

Value of adjudication of cases with no narrative provided .................................................. 4

Recommendations to improve robustness of adjudication process ..................................... 4

Identification of worsening CV risk factors over time .......................................................... 5

Recommendations for further analysis................................................................................. 5

Individual Findings...................................................................................................................... 6

Next Steps ................................................................................................................................. 24

Abbreviations and Definitions.................................................................................................. 24

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

## Cardiovascular Safety Review and Research Committee (CV-SRRC), Meeting 2: ENESTnd

### Background

As stated in its charter, the purpose of the cardiovascular safety review and research committee (CV-SRRC) is to *"act as an expert committee to provide Novartis Oncology with safety assessments related to cardiovascular events (CVEs) occurring following exposure to either nilotinib or imatinib and to provide advice on further research that may elucidate mechanisms related to the pathogenesis of CVEs in patients with CML receiving tyrosine kinase inhibitors."* The CV-SRRC acts without influence from Novartis.

The second series of meetings of the CV-SRRC was convened between February 10, 2014, and February 18, 2014, to discuss patients treated on the ENESTnd study. Prior to the meeting, all members of the CV-SRRC received for their review all available clinically relevant information from the clinical database for the 63 patients under consideration. As noted below, patient narratives were available for some, but not all, of the cases reviewed.

### Attendees

The meeting was run as a series of 3 teleconferences, chaired by Dr Mark A. Creager. The list of attendees is below.

| Name | Affiliation | Attendance | | |
|------|-------------|------------|---|---|
| | | February 10 | February 14 | February 18 |
| Mark A. Creager, MD (Chair) | Brigham and Women's Hospital | √ | √ | √ |
| Joshua A. Beckman, MD, MSc | Brigham and Women's Hospital | √ | √ | √ |
| Jill JF Belch, FRCP, MD | Ninewells Hospital and Medical School | √ | √ | √ |
| Richard E. Clark, MA, MD, FRCP, FRCPath | Royal Liverpool University Hospital | √ | √ | √ |
| Daniel J. DeAngelo, MD, PhD | Dana-Farber Cancer Institute | √ | √ | |
| William Hiatt, MD | University of Colorado School of Medicine | | | √ |
| Alan T. Hirsch, MD | University of Minnesota Medical School | | | |
| Javid J. Moslehi, MD | Brigham and Women's Hospital | | √ | √ |
| Lars Norgren MD, PhD, FRCS | University Hospital, Örebro Sweden | √ | √ | √ |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556258

| Jeffrey W. Olin, DO, FACC, FAHA | The Mount Sinai School of Medicine | √ | | √ |
|---|---|---|---|---|

## Agenda

The agenda included brief introductory remarks by Dr Creager concerning the purpose, objectives, and organization of the meeting, followed by a case-by-case discussion of the 63 patients under consideration. Note that in the first meeting of the CV-SRRC, which discussed patients on the ENESTcmr study, the committee addressed the question of causality and determined that there was insufficient information available to determine causality. Given that similar data were available for the ENESTnd study, the committee decided not to address the question of causality for ENESTnd cases until more information could be provided. In addition, the question of baseline risk profile was amended to the identification of any risk factors apparent in the patient narrative and profile.

For each of the 63 patients, the CV-SRRC addressed the 2 questions below:

- Is there sufficient data to conclude that the event occurred as listed?
  - If not, what additional information would you need to make this determination?
- What baseline risk factors were present for this patient?

In this meeting, cases with both serious cardiac adverse events (SAEs) and cases with only nonserious cardiac AEs were discussed. Source documentation for patients with an SAE (cases 1-40 and 61-63) included both a patient narrative and a patient profile. Patient narratives were not available for patients who had not had an SAE (cases 41-60) and therefore the source material for these cases consisted solely of the patient profile. **The AE-only cases are shown in gray in the table below.**

## Summary and Recommendations

The committee identified risk factors present in nearly all of the patients who experienced a CV event. However, 2 young patients were identified who had either no obvious risk factors at the start of treatment (ENESTnd-28) or only hypertension (ENESTnd-62). These cases are of particular interest and must be investigated more fully. With the data available, the committee was able to confirm that the event(s) occurred as listed in 29 cases. The committee was not able to confirm the events for any of the cases with no narrative. Additional information was requested for the majority of cases with narrative provided and for all cases with no narrative.

| Number of Risk Factors Identified[a] | | | Events Confirmed | | |
|---|---|---|---|---|---|
| 0 | ≤ 2 | ≥ 3 | Yes | No | Partial |
| 1 | 24 | 37 | 29 | 32 | 2 |
| [a]Risk factors were not discussed for 1 patient. | | | | | |

The committee identified a clear trend for patients' CV risk factors worsening while on treatment, particularly with nilotinib (discussed below), and also concluded that there appeared to be an increased

[Page]

risk of cardiovascular events in patients treated with nilotinib compared with imatinib, though no statistical analysis was performed.

## Management of ongoing CV risk factors

The lack of adequate management of ongoing risk factors, including diabetes, hypertension, and dyslipidemia, among the patients in the study was very surprising to many of the committee members. The committee felt that many adverse events were occurring because these serious cardiovascular risk factors were not being addressed. The committee recommends that in risk factors for atherosclerosis be evaluated and patients treated effectively. The committee felt that nilotinib might be worsening CV risk factors in these patients, thus underscoring the need for physicians to identify and manage existing risk factors, or refer to the patients' primary care physician or a specialist to do so. Currently, communication between the oncologists and the patient's primary care physician(s) appears to be inadequate. Increased education is necessary to make all prescribing oncologists aware of the need for increased monitoring and treatment of cardiovascular risk factors.

## Value of adjudication of cases with no narrative provided

Prior to discussing the cases for which no narratives had been provided, the committee debated the possible merits of evaluating the information available in the patient profiles. Some felt that the data could be useful to help identify trends (eg, increases in lipids, glucose, or insulin levels). Others felt very strongly that there was little to be gained from the exercise in the absence of relevant data needed to inform the process. Dr Hiatt commented that adverse event reporting is fairly nonspecific and cautioned that the results of such an exercise would be based on considerable uncertainty. However, the committee decided to review the cases to assess the value of the exercise. After reviewing the files, the committee felt that only minor progress had been made for these cases and the exercise was not fruitful.

## Recommendations to improve robustness of adjudication process

Based on his experience on FDA adjudication committees, Dr Hiatt made specific recommendations for improvements to the process of adjudicating these cases. He stated that adverse event reporting is normally performed by the local site investigator. Using the medical history and the clinical information in front of them, they're asked to make a judgment based on medical dictionaries for standardized codes. The process of making that determination is notoriously inaccurate. Effective independent adjudication requires that the reviewing committee members have the same level of information that the site investigator had, not the coding that they determined. Therefore, the information that has been made available to the SV-SRRC is not adequate.

Secondly, most adjudication in this context would be done blinded. The process currently being undertaken by the SV-SRRC is biased. Knowledge of which drug the patient was on is one source of bias. Reliance on adverse event data introduces additional bias. To continue this exercise, Dr Hiatt recommends that Novartis provide source and documentation in a blinded fashion for review.

An additional suggestion was to provide adverse event data analyzed by group codes that cluster together, eg, angina pectoris, chest pain, and coronary disease. The committee could then determine if

[Page]

there are imbalances between groups. This might be the limit of analysis that should be performed on the adverse event data.

### Identification of worsening CV risk factors over time

The committee noted a number of patients for whom cholesterol levels (particularly LDL) rose after starting drug. This was particularly apparent in the patients treated with nilotinib. In addition, some patients experienced worsening glucose control while on study, with a few patients becoming diabetic while on treatment. Note that the committee did not begin to comment on this trend until the second set of 20 patients was discussed. Therefore, the notation below of patients with worsening CV risk factors is not exhaustive. The committee members recommend a thorough analysis of the trend they have identified, and they have provided specific recommendations for data analysis (see below).

### Recommendations for further analysis

There was a consensus that group data for cholesterol, triglycerides, glucose, and insulin over time on therapy would be important to collect and analyze. It was recognized that the analysis would be confounded by therapies aimed at reducing risk factors (eg cholesterol, hypertension, or diabetes). In addition, the analysis should consider the possibility that cholesterol and sugar levels might rise as patients recovered from CML and returned to more normal eating habits. Several committee members mentioned that they would be happy to help with analysis and interpretation if Novartis was able to provide the necessary data. Below are the comparisons for cholesterol, triglycerides, glucose, and insulin that the committee recommends performing:

- Change in concentration (and ratios) over time for each treatment group
- Comparison of change in concentration over time between treatment groups
- Comparison of median concentrations for patients with events versus those with no events
- Comparison of concentrations over time for patients with events versus those with no events
- Influence of treatments designed to manage risk factors (eg, antihypertensives)
- Possible effects of improved health and diet on cholesterol, etc (as the CML improves, so does appetite)
- Analyze time to event (range and median)

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556261

## Individual Findings

| Case | Conclusions Regarding Event | Risk Factors and Established Cardiovascular Disease Identified | Other Past Medical History | Additional Data Requested |
|---|---|---|---|---|
| **ENESTnd-1**<br><br>70-00010<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Acute myocardial infarction<br><br>Cerebrovascular accident | • Neither event can be confirmed<br><br>• Cardiac disease was confirmed by the cardiac catheterization performed several months after the MI | • Hypertension<br><br>• Diabetes<br><br>• Obesity<br><br>• Atherosclerosis<br><br>• Coronary disease<br><br>• On prednisolone for arthritis | | • Description of symptoms and additional clinical information<br><br>• ECG<br><br>• Cardiac enzyme assays<br><br>• Brain CT/CTA or MRI/MRA to confirm stroke |
| **ENESTnd-2**<br><br>141-00001<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Peripheral artery stenosis<br><br>Coronary artery disease<br><br>Angina pectoris | • Peripheral artery stenosis and coronary artery disease confirmed<br><br>• Evidence of a chest pain syndrome but angina not specifically confirmed | • Preexisting coronary artery disease<br><br>• History of stenosis and a surgical endarterectomy<br><br>• Heavy smoker<br><br>• High blood pressure<br><br>• Atherosclerosis<br><br>• Hypercholesterolemia<br><br>• Hyperlipidemia | | • Additional documentation of the events requested |
| **ENESTnd-3**<br><br>150-00015<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Peripheral artery stenosis (× 3) | • Events confirmed | • Hypercholesterolemia<br><br>• Hypertension | • Cramps in the hands and feet | • Date of possible preexisting PAD should be documented in the narrative |
| **ENESTnd-4**<br><br>152-00002 | • Events confirmed | • Hypertriglyceridemia and low HDL before | • History of colorectal cancer | • Confirm that the "IRM" listed in the patient |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

| | | | | |
|---|---|---|---|---|
| Imatinib 400 mg QD<br><br>SAEs:<br><br>Cerebrovascular disorder<br><br>Amaurosis fugax (× 2)<br><br>Cerebral infarction | | starting drug<br><br>• **Noted:** Triglycerides remained high while patient was on study | | narrative was indeed an MRI<br><br>• Determine if the events that occurred in 2008 and 2010 were in the same eye to distinguish if these were separate events or episodes of the same event<br><br>• Determine if patient had a carotid lesion |
| **ENESTnd-5**<br><br>154-00006<br><br>Nilotinib 300 mg BID<br><br>SAE:<br><br>Ischemic stroke | • Event cannot be confirmed without imaging and additional symptom information and imaging results | • Hypertension<br><br>• Dyslipidemia<br><br>• History of atrial fibrillation (not on anticoagulation)<br><br>• High blood sugar<br><br>• Hypercholesterolemia<br><br>• Varying creatinine | | • Symptoms<br><br>• Imaging |
| **ENESTnd-6**<br><br>161-00002<br><br>Imatinib 400 mg QD<br><br>SAE:<br><br>Angina unstable | • Event is assumed to have occurred as listed based on history of coronary disease | • History of coronaropathy (coronary heart disease) and prior stents<br><br>• Hypercholesterolemia<br><br>• Frequent use of ibuprofen | | • Additional risk factor information (smoking history, hypertension, etc)<br><br>• Clarification of what is meant by "coronaropathy" in the narrative |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556263

| | | | |
|---|---|---|---|
| **ENESTnd-7**<br><br>161-00011<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Myocardial infarction | • Event confirmed | • Obesity<br>• Hypertriglyceridemia<br>• Documented coronary disease<br>• Smoker<br>• Hypertension (mild) | • Sleep apnea<br>• History of prostatic hyperplasia | • Enzymes |
| **ENESTnd-8**<br><br>205-00002<br><br>Nilotinib 300 mg BID<br><br>SAEs:<br><br>Peripheral artery stenosis<br><br>Arterial occlusive disease<br><br>Intermittent claudication | • Events confirmed<br>• Likely 1 event with 3 separate admissions; all events were in the same leg | • Smoker<br>• High LDL and total cholesterol<br>• Hyperlipidemia | • History of alcohol abuse | • Clinical history to determine if arterial disease was present prior to start of drug<br>• More complete risk factor profile |
| **ENESTnd-9**<br><br>205-00018<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Peripheral arterial occlusive disease (× 3)<br><br>Peripheral artery stenosis | • Events confirmed | • Smoker<br>• Hypertension<br>• **Noted:** LDL increased very quickly on treatment, then decreased | • COPD | • Clarify nilotinib dose; narrative states 200 mg BID and profile states 400 mg BID. Was dose reduced?<br>• Symptoms that patient experienced before the ABI was performed |
| **ENESTnd-10**<br><br>205-00019<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Acute myocardial infarction<br><br>Coronary artery disease | • Events confirmed<br>• Unlikely to be 9 separate events— likely 1 event (CAD) followed by multiple related procedures and events | • Hypertension<br>• Dyslipidemia<br>• Smoker<br>• Limited physical activity<br>• Obesity<br>• Very high cholesterol | | • Clarify dose; narrative states "reduced to 400 mg twice daily from 800 mg twice daily" and profile states 400 mg BID<br>• Where were the stents placed? |

[Page]

| | | | | |
|---|---|---|---|---|
| (× 2)<br><br>Coronary artery stenosis (× 5)<br><br>Angina pectoris | | and triglycerides | | Are these new lesions?<br><br>• Confirm date of initial hypertension diagnosis as "2000" (not "2011")<br><br>• Would need the entire patient file to see timewise whether these were separate or interrelated events |
| ENESTnd-11<br><br>303-00001<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Angina pectoris<br><br>Coronary artery disease | • Events confirmed | • Hypertension<br><br>• Hypercholesterolemia | | |
| ENESTnd-12<br><br>311-00001<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Angina pectoris<br><br>Angina unstable<br><br>Coronary artery stenosis | • Events confirmed<br><br>• Events may all be related | • Hypertriglyceridemia<br><br>• Metabolic syndrome<br><br>• High blood pressure? (patient may have been on ramipril)<br><br>• Obesity | | |
| ENESTnd-13<br><br>312-00002<br><br>Nilotinib 400 mg BID<br><br>SAE: | • Event confirmed; clarification needed to determine the clinical event that caused the increase<br><br>• It was noted that the event occurred only | • Diabetes<br><br>• Dyslipidemia | • Mitral valve disease | • Clarify dose; profile lists both 400 mg BID and 800 mg BID<br><br>• Clarify the cardiac event; was there a |

[Page]

| Troponin I increased | • 6 days after starting nilotinib<br><br>• All agreed that unstable angina was possible and is not listed in the narrative | | | thrombus? Imaging may be required |
|---|---|---|---|---|
| **ENESTnd-14**<br><br>313-00001<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Acute myocardial infarction (× 2)<br><br>Angina pectoris | • Events confirmed | • Smoker<br><br>• Hypercholesterolemia<br><br>• High blood pressure<br><br>• Hypertriglyceridemia | | • Angiography and angioplasty results |
| **ENESTnd-15**<br><br>423-00004<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Angina unstable | • Event confirmed; there may have also been a number of coronary events<br><br>• It was noted that, in contrast to a prior patient, here multiple potentially separate events were listed as a single event<br><br>• CAD apparent | • Hyperlipidemia<br><br>• CAD<br><br>• Low HDL<br><br>• **Noted:** Patient's cholesterol levels were normal at start of treatment and rose during treatment; insulin levels tripled and patient became insulin resistant | | |
| **ENESTnd-16**<br><br>430-00001<br><br>Nilotinib 300 mg BID<br><br>SAE:<br><br>Cerebral infarction | • Event confirmed; cause is unknown | • High cholesterol<br>• Hyperlipidemia | | • View MRI to look for cause (evidence of atherosclerotic lesions) |
| **ENESTnd-17**<br><br>505-00006<br><br>Nilotinib 400 mg BID | • Events confirmed; number of events questioned<br><br>• Possible progression | • Hypertension<br><br>• Cardiac arrhythmia<br><br>• Diabetes | | |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

| | | | | |
|---|---|---|---|---|
| SAEs:<br><br>Angina pectoris (× 6)<br><br>Coronary artery disease | of a single event | | | |
| **ENESTnd-18**<br><br>510-00007<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Myocardial infarction | • Event confirmed | • Mild hyperlipidemia<br>• History of ibuprofen use (not known if chronic) | • History of cocaine and alcohol abuse | • Time intervals of cocaine and ibuprofen use would be helpful |
| **ENESTnd-19**<br><br>571-00011<br><br>Nilotinib 300 mg BID<br><br>SAEs:<br><br>Angina pectoris<br><br>Coronary artery disease | • Events were not confirmed; symptoms were typical but no change in anatomy was seen in coronary angiography compared with baseline | • History of coronary disease, with prior angioplasty and stent placement | | |
| **ENESTnd-20**<br><br>902-00003<br><br>Imatinib 400 mg QD<br><br>SAE:<br><br>Myocardial infarction | • Event not confirmed<br>• Potential troponin leak in the midst of septic shock | • Risk factors were not discussed | | |
| **ENESTnd-21**<br><br>506-00002<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Cerebrovascular accident | • Event was confirmed; cause of ischemic stroke unknown | • History of aspirin use for cardiac issues<br>• TIA in 1990<br>• Smoker<br>• History of tachyarrhythmia | | |
| **ENESTnd-22**<br><br>521-00006<br><br>Nilotinib 300 mg BID | • Event was not confirmed; patient did have CAD, but this was a preexisting | • History of CAD<br>• Diabetes<br>• Hypertension | | |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

| | | | | |
|---|---|---|---|---|
| SAE:<br><br>Coronary artery disease | condition<br><br>• It is unclear whether the chest pain was a coronary event<br><br>• Patient did have PAD event as reported in the narrative | • Hyperlipidemia<br><br>• Hypercholesterolemia<br><br>• Coronary stent placement | | |
| **ENESTnd-23**<br><br>525-00001<br><br>Imatinib 400 mg QD<br><br>SAE:<br><br>Angina pectoris | • Event was not confirmed; patient had chest pain but etiology is unclear | • Abnormal triglycerides<br><br>• Diabetes?<br><br>• Hypertension | | • Stress test data |
| **ENESTnd-24**<br><br>563-00003<br><br>Nilotinib 300 mg BID<br><br>SAEs:<br><br>Angina pectoris (× 3)<br><br>Myocardial infarction<br><br>Coronary artery disease<br><br>Troponin I increased | • 3 events of chest pain were confirmed as 1 MI event and 2 events of unstable angina<br><br>• Same events may have been listed more than 1 time (eg, troponin increase and MI are the same event) | • Hypertension<br><br>• Hyperthyroid<br><br>• Obese<br><br>• Dyslipidemia<br><br>• Hypertriglycerides<br><br>• Chronic ibuprofen use | | |
| **ENESTnd-25**<br><br>571-00011<br><br>Nilotinib 300 mg BID<br><br>SAEs:<br><br>Angina pectoris<br><br>Coronary artery disease | • Events were not confirmed; it is possible that no new vascular event occurred<br><br>• Patient's coronary angiogram was unchanged from 2005<br><br>• Patient had chest pain relieved by nitroglycerin. For some this was sufficient evidence of | • History of CAD<br><br>• Prior angioplasty and stent<br><br>• Hypertension<br><br>• Hypercholesterolemia<br><br>• Hypothyroidism | | |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556268

| | | | | |
|---|---|---|---|---|
| | angina. Others felt that nitroglycerin would also relieve chest pain from an esophageal spasm and therefore there was insufficient evidence for angina | | | |
| **ENESTnd-26**<br><br>571-00014<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Transient ischemic attack<br><br>Cerebrovascular accident | • Cerebrovascular accident confirmed<br><br>• TIA not confirmed; it will be important to know if patient's symptoms disappeared. The narrative reads as though the patient had continuous symptoms after the TIA | • Hypertension<br><br>• Depression<br><br>• Obesity | | • Detailed reading of the MRIs to clarify if events were single or separate events<br><br>• Details of clinical presentation |
| **ENESTnd-27**<br><br>601-00006<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Blood creatine phosphokinase MB increased | • Event occurred and was serious (patient was hospitalized), but was not necessarily a documented cardiovascular event<br><br>• Event occurred only 48 hours after starting nilotinib | • High blood glucose | | • Review the patient narrative, which mentions that "unstable angina has not been ruled out." What does this refer to?<br><br>• Cardiac enzymes, including troponin<br><br>• Total creatine kinase (measurements over several dates) |
| **ENESTnd-28**<br><br>601-00009<br><br>Nilotinib 400 mg BID<br><br>SAE: | • Event confirmed<br><br>• Additional events may have occurred (eg, acute MI) | • No risk factors identified<br><br>• **Noted:** This important case requires additional attention because the patient | | • Smoking history<br><br>• Family history of CVD<br><br>• Cardiac enzymes, including |

[Page]

| | | | | |
|---|---|---|---|---|
| Coronary artery disease | | • was young and had no risk factors<br>• **Noted:** Patient's LDL levels increased markedly after starting drug and continued to rise through treatment. Cholesterol levels also rose during treatment | | troponin, to confirm probable acute MI<br><br>• Cardiac catheterization results (× 2)<br><br>• CT scans<br><br>• Suggestion to provide all necessary information on this young patient and review together as a team in a face-to-face meeting |
| **ENESTnd-29**<br><br>602-00004<br><br>Nilotinib 300 mg BID<br><br>SAE:<br><br>Cerebral infarction | • Event confirmed<br>• Subsequent hemorrhagic stroke may have been triggered by a fall and therefore may not have been an atherosclerotic event | • Hypertension<br>• Diabetes<br>• Overweight<br>• High blood sugar | | |
| **ENESTnd-30**<br><br>630-00006<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Ischemic stroke | • Event confirmed | • Smoker<br>• Hypertension<br>• Obesity<br>• High fasting glucose<br>• High cholesterol<br>• **Noted:** Patient's cholesterol increased on study | | • Clarification required regarding dosing; narrative states that patient received nilotinib 800 mg BID and profiles state 400 mg BID |
| **ENESTnd-31**<br><br>631-00004<br><br>Nilotinib 300 mg BID | • MI confirmed; this is likely 1 event with subsequent related occurrences | • Hypertension<br>• Hypercholesterolemia<br>• BMI high | | • Death should be added to the list of cardiac SAEs<br>• More complete history including |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL)

| | | | | |
|---|---|---|---|---|
| SAEs:<br><br>Myocardial infarction<br><br>Myocardial ischemia<br><br>Troponin T increased<br><br>Coronary artery stenosis | | • **Noted:** LDL increased while on study | | smoking and other risk factors |
| **ENESTnd-32**<br><br>634-00014<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Peripheral arterial occlusive disease<br><br>Peripheral ischemia<br><br>Myocardial infarction<br><br>Angina pectoris (× 2)<br><br>Coronary artery restenosis (× 2) | • Confirmed that patient had a coronary artery disease event and a peripheral artery disease event; potentially only 2 separate events<br><br>• The peripheral ischemia event was not confirmed | • Obese<br><br>• Hypertension?<br><br>• Diabetes?<br><br>• **Noted:** LDL and cholesterol levels rose while on study | | • Check narrative files for this patient<br><br>• 2 narratives were provided for this patient [PHHO2009PL02372, PHHO2013PL011-948]<br><br>• One narrative mentions history of diabetes [-948] and the other specifies "no history of diabetes" [-372]<br><br>• Additional details of events leading up to the amputation |
| **ENESTnd-33**<br><br>634-00016<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Ischemic stroke (× 3) | • Event confirmed | • Diabetes<br><br>• LDL and cholesterol increased while on study<br><br>• Fasting glucose elevated while on study | • History of gastritis viruses | |
| **ENESTnd-34**<br><br>660-00002<br><br>Imatinib 400 mg QD | • Event likely occurred, but more information would be helpful | • History of coronary artery disease<br><br>• Obese<br><br>• Baseline LV | | • Troponin, laboratory tests, and any specific cardiac tests that were performed |

[Page]

| | | | | |
|---|---|---|---|---|
| SAE:<br>Myocardial ischemia | | dysfunction<br>• High cholesterol | | • Follow-up echocardiogram, if performed |
| **ENESTnd-35**<br>680-00007<br>Nilotinib 400 mg BID<br>SAE:<br>Coronary artery disease | • Event confirmed | • Hypertension<br>• Dyslipidemia<br>• Obese<br>• **Noted:** LDL increased while on study and none of the patient's risk factors were properly treated to target | | |
| **ENESTnd-36**<br>700-00008<br>Nilotinib 300 mg BID<br>SAE:<br>Peripheral arterial occlusive disease | • Event confirmed | • History of an acute MI<br>• Dyslipidemia<br>• **Noted:** Cholesterol increased within first month on study | | |
| **ENESTnd-37**<br>709-00001<br>Nilotinib 300 mg BID<br>SAEs:<br>Ischemic stroke<br>Basilar artery stenosis<br>Cerebrovascular accident | • Events likely confirmed by brain scans, although it is unclear whether he had an acute stroke or a TIA<br>• Possibly 2 infarcts, but the first was not adequately confirmed<br>• Death was also an event | • History of high blood pressure<br>• Dyslipidemia<br>• High fasting glucose<br>• **Noted:** Cholesterol increased on study; LDL was incredibly high at the time of the event | | • Need to see the scans |
| **ENESTnd-38**<br>754-00001<br>Nilotinib 300 mg BID<br>SAE: | • May not be a new cardiovascular event; perhaps due surgical intervention related to the aneurysm | • Hypertension<br>• Hypercholesterolemia<br>• Angina<br>• Diabetes | | • Need to see the angiogram |

[Page]

| | | | | |
|---|---|---|---|---|
| Intermittent claudication | | • Known CVD (eg, aneurysm) | | |
| **ENESTnd-39**<br><br>901-00011<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Acute myocardial infarction | • Event may have occurred, but more information is required to confirm MI<br><br>• Chest pain confirmed | • Smoking history<br><br>• COPD<br><br>• Asthma<br><br>• Emphysema<br><br>• Angina<br><br>• **Noted:** Cholesterol was high, but LDL did not increase too much while on study | | • Would like to see any EKG, angiogram, troponin, and cardiac laboratory tests that were performed<br><br>• Documentation regarding the timing of the stents |
| **ENESTnd-40**<br><br>931-00003<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Myocardial ischemia | • Event confirmed | • **Noted:** Cholesterol increased while on study, then decreased when managed | • Erectile dysfunction | • History of erectile dysfunction— whether vascular in nature<br><br>• Additional information regarding the symptoms |
| **ENESTnd-41**<br><br>71-00009<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Angina pectoris | • Additional information required to confirm that the event occurred as listed | • History of coronary artery disease, angina, and angioplasty<br><br>• Diabetic<br><br>• Hypertension<br><br>• Uncontrolled blood sugar | | • More comprehensive patient history and narrative<br><br>• Cardiac catheterization results<br><br>• Cardiac enzymes |
| **ENESTnd-42**<br><br>100-00003<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Cerebral ischemia | • Additional information required to confirm that the event occurred as listed | • History of shortness of breath and chest tightness<br><br>• **Noted:** Increase in LDL while on study | | • More comprehensive patient history and narrative |
| **ENESTnd-43** | • Additional | • Hypertension | | • More |

[Page]

| 150-00001<br>Nilotinib 400 mg BID<br>AE:<br>Angina pectoris | information required to confirm that the event occurred as listed | • Hyperlipidemia<br>• Hypercholesterolemia<br>• **Noted:** High cholesterol at baseline and further increased while on study | | comprehensive patient history and narrative |
|---|---|---|---|---|
| **ENESTnd-44**<br>150-00011<br>Nilotinib 400 mg BID<br>AE:<br>Carotid artery stenosis | • Additional information required to confirm that the event occurred as listed | • Abnormal ECG at baseline<br>• High blood glucose with elevated hemoglobin A1c<br>• **Noted:** LDL started high, increased further while on study, and then plummeted when patient was placed on a statin | | • More comprehensive patient history and narrative |
| **ENESTnd-45**<br>162-00001<br>Nilotinib 300 mg BID<br>AE:<br>Angina pectoris | • Additional information required to confirm that the event occurred as listed<br>• May simply be tonsillitis | • History of right hemianopsia<br>• Hypertension<br>• Dyslipidemia<br>• **Noted:** LDL increased while on study, but not as dramatic as some of the other cases | | • More comprehensive patient history and narrative |
| **ENESTnd-46**<br>200-00001<br>Nilotinib 300 mg BID<br>AE:<br>Coronary artery stenosis | • Additional information required to confirm that the event occurred as listed | • Triglycerides and LDL were elevated at baseline<br>• **Noted:** LDL further increased while on study | | • More comprehensive patient history and narrative |
| **ENESTnd-47** | • Additional information required to confirm that the | • Hypertension | | • More comprehensive patient history |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556274

| | | | | |
|---|---|---|---|---|
| 205-00005<br><br>Nilotinib 300 mg BID<br><br>AE:<br><br>Peripheral arterial occlusive disease | event occurred as listed | • Obesity<br>• Hyperlipidemia<br>• **Noted:** Developed diabetes while on study; LDL increased while on study | | and narrative |
| ENESTnd-48<br><br>205-00009<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Peripheral arterial occlusive disease | • Additional information required to confirm that the event occurred as listed | • Hypertension<br>• High blood glucose<br>• Very high hemoglobin A1c<br>• Diabetes | | • More comprehensive patient history and narrative |
| ENESTnd-49<br><br>210-00004<br><br>Nilotinib 300 mg BID<br><br>AE:<br><br>Angina pectoris | • Additional information required to confirm that the event occurred as listed | • Preexisting peripheral artery disease/ atherosclerosis | | • More comprehensive patient history and narrative |
| ENESTnd-50<br><br>300-00001<br><br>Nilotinib 300 mg BID<br><br>AE:<br><br>Peripheral arterial occlusive disease | • Additional information required to confirm that the event occurred as listed<br>• Unclear whether this was a new event, since occurred at the same time as the first dose | • Hypertension | | • More comprehensive patient history and narrative<br>• ABI |
| ENESTnd-51<br><br>505-00008<br><br>Nilotinib 300 mg BID<br><br>AEs:<br><br>Angina pectoris | • CABG suggests that a cardiovascular event occurred | • **Noted:** Developed diabetes while on study | • Hodgkin disease | • More comprehensive patient history and narrative |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556275

| Acute myocardial infarction Coronary artery disease | | | | |
|---|---|---|---|---|
| **ENESTnd-52**<br>513-00004<br>Imatinib 400 mg QD<br>AE:<br>Angina pectoris | • Additional information required to confirm that the event occurred as listed | • Preexisting chest pain | • Leg cramps | • More comprehensive patient history and narrative |
| **ENESTnd-53**<br>584-00002<br>Nilotinib 400 mg BID<br>AE:<br>Angina pectoris | • Additional information required to confirm that the event occurred as listed<br>• May not actually be a cardiovascular event | • Smoker<br>• Hyperlipidemia<br>• Hypertension? | | • More comprehensive patient history and narrative, particularly regarding constrictive pericarditis |
| **ENESTnd-54**<br>602-00006<br>Nilotinib 300 mg BID<br>AE:<br>Angina pectoris | • Additional information required to confirm that the event occurred as listed | • High blood sugars | | • More comprehensive patient history and narrative |
| **ENESTnd-55**<br>605-00003<br>Nilotinib 400 mg BID<br>AE:<br>Cerebral infarction | • Additional information required to confirm that the event occurred as listed | • Glucose was high throughout the study<br>• Hypertension diagnosed at the same time as placed on study | | • More comprehensive patient history and narrative |
| **ENESTnd-56**<br>631-00003<br>Nilotinib 400 mg BID<br>AE: | • Additional information required to confirm that the event occurred as listed | • Triglycerides high at baseline<br>• **Noted:** Hypercholesterolemia developed while on | | • More comprehensive patient history and narrative |

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

| | | | | |
|---|---|---|---|---|
| Intermittent claudication | | study | | |
| **ENESTnd-57**<br><br>634-00015<br><br>Nilotinib 300 mg BID<br><br>AE:<br><br>Intermittent claudication | • Additional information required to confirm that the event occurred as listed | • Hypertension<br>• Elevated hemoglobin A1c | | • More comprehensive patient history and narrative |
| **ENESTnd-58**<br><br>671-00002<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Myocardial infarction | • Additional information required to confirm that the event occurred as listed | • Hypertension<br>• Hyperlipidemia<br>• Hypercholesterolemia<br>• High glucose<br>• **Noted:** Developed diabetes while on study | | • More comprehensive patient history and narrative |
| **ENESTnd-59**<br><br>920-00004<br><br>Nilotinib 300 mg BID<br><br>AE:<br><br>Angina pectoris | • Additional information required to confirm that the event occurred as listed<br>• Angina may be secondary to hyperthyroidism | | • Hyperthyroidism | • More comprehensive patient history and narrative |
| **ENESTnd-60**<br><br>601-00011<br><br>Nilotinib 400 mg BID<br><br>AE:<br><br>Myocardial ischemia | • Additional information required to confirm that the event occurred as listed | • High triglycerides throughout the study<br>• Hypertension<br>• **Noted:** Hyperlipidemia developed while on study | | • More comprehensive patient history and narrative |
| **ENESTnd-61**<br><br>202-00001<br><br>Nilotinib 400 mg BID | • Cardiovascular events confirmed by PCI of the ramus | • Coronary disease<br>• Hypertension<br>• Obesity | | |

[Page]

| | | | | |
|---|---|---|---|---|
| SAE:<br><br>Coronary artery stenosis<br><br>AEs:<br><br>Coronary artery disease<br><br>Coronary artery occlusion<br><br>Coronary artery stenosis (× 2) | | • **Noted:** LDL doubled while on study<br><br>• **Noted:** Developed diabetes while on study<br><br>• **Noted:** High blood pressure and fasting blood sugars throughout study | | |
| **ENESTnd-62**<br><br>206-00002<br><br>Nilotinib 400 mg BID<br><br>SAEs:<br><br>Peripheral arterial occlusive disease<br><br>Peripheral artery stenosis | • Events likely occurred; however, need additional information to exclude possibility of acute thrombosis (which could explain why event occurred in the absence of many risk factors) | • Hypertension<br><br>• History of right leg pain; however, doesn't seem to be claudication pain<br><br>• Unusual case, since there weren't many predisposing risk factors and patient was young | | • Details of smoking history<br><br>• Imaging (including angiogram) to distinguish stenosis from thrombosis<br><br>• Further information regarding right leg pain |
| **ENESTnd-63**<br><br>782-00004<br><br>Nilotinib 400 mg BID<br><br>SAE:<br><br>Transient ischemic attack<br><br>AE:<br><br>Transient ischemic attack | • Unclear if this was an ischemic event, as duplex ultrasound of carotid artery didn't show anything and MRI didn't provide conclusive evidence of a TIA; more information is required<br><br>• Unclear whether there were 2 separate events | | • Frequent stress<br><br>• Insomnia<br><br>• Anxiety | • MRI may not be helpful<br><br>• Better clinical history of second event required |

[Page]

## Next Steps

Minutes from the second meeting of the CV-SRRC will be provided to the members of the CV-SRRC and Novartis. The CV-SRRC will request that Novartis gather additional information to enable the final adjudication of these 63 cases. Once this additional information has been provided by Novartis, the CV-SRRC will reconvene.

## Abbreviations and Definitions

ABI, ankle-brachial index

AE, adverse event

BID, twice daily

BMI, body mass index

CABG, coronary artery bypass graft

CAD, coronary artery disease

COPD, chronic obstructive pulmonary disease

CT, computed tomography

CTA, computed tomography angiography

CV-SRRC, Cardiovascular Safety Review and Research Committee

CVD, cardiovascular disease

ECG, electrocardiogram

EKG, electrocardiogram

ENESTnd, Evaluating Nilotinib Efficacy and Safety in clinical Trials of newly diagnosed Ph+ CML adult patients in chronic phase

HDL, high-density lipoprotein

LDL, low-density lipoprotein

LV, left ventricular

MI, myocardial infarction

MRA, magnetic resonance angiogram

MRI, magnetic resonance imaging

[Page]

PAD, peripheral artery disease

PAOD, peripheral arterial occlusive disease

PCI, percutaneous coronary intervention

QD, once daily

SAE, serious adverse event

TIA, transient ischemic attack

[Page]

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD01556280