# Exhibit
# 8

**REBUTTAL EXPERT REPORT OF SONAL SINGH, MD, MPH**

## I.      GENERAL RESPONSE TO ALL REPORTS

I have reviewed the reports submitted on behalf of Novartis by Dr. Giles and Dr. Moslehi and I find them to be flawed for several reasons.

First, I conducted an independent, robust and transparent systematic review and meta-analysis of the entire body of evidence that evaluates whether nilotinib is causally related to atherosclerosis, and then conducted a subsequent Bradford-Hill analysis. *See* Expert Report of Sonal Singh, MD, MPH dated February 20, 2018 ("Singh Expert Report").  In contrast, it is difficult to determine the veracity of Drs. Giles's and Moslehi's claims because they do not outline the methods used to arrive at their opinions, or they select a few studies while ignoring the totality of the evidence.  The totality of the large and consistent body of evidence from case reports, disproportionality analyses, uncontrolled observational studies, controlled observational studies, randomized controlled trials, several systematic reviews and meta-analyses of randomized controlled trials, and underlying mechanistic studies confirm that nilotinib is causally related to the development of severe peripheral arterial occlusive disease, ischemic heart disease and stroke among patients with chronic myeloid leukemia ("CML").  These develop rapidly after nilotinib exposure, and the magnitude of the risk is alarmingly high by conventional epidemiological standards.

Second, Drs. Giles and Moslehi have already conceded in either their respective reports or prior scientific publications that nilotinib is *associated* with an increased risk in the development of atherosclerosis, but they claim it may not rise to the level of causation.[1]  My systematic review and meta-

---

[1] Moslehi Report, at p. 5; Weijuan Li, Croce, et al., "*Vascular and Metabolic Implications of Novel Targeted Cancer Therapies,*" J. of Am. Coll. Cardiology, vol. 66(1), pp. 1160-78 (2015); Kim et al., "*Peripheral artery occlusive disease in chronic phase myeloid leukemia patients treated with nilotinib or imatinib,*" Leukemia, vol. 27, pp. 1316-21 (2013).

analysis, along with that of several other independent groups, provides solid evidence to the contrary—

nilotinib is causally related to the development of rapidly progressive atherosclerosis-related conditions.

Third, the presence of high quality direct evidence from randomized controlled trials on nilotinib

and the increased risk of cardiovascular events in the meta-analyses outweighs any indirect and weak

evidence from the flawed analysis by Giles et al. using a non-TKI comparator against which nilotinib has

never been directly evaluated.[2]  No scientific justification is provided to support the artificial creation of a

non-TKI comparator.  In my 15 years of reviewing several epidemiological studies for leading medical

journals such as the Journal of the American Medical Association, this unconventional and inappropriate

study design is scientifically unjustifiable. As a result, one cannot give any credence to its findings.  A

more detailed review of the flaws in the study are outlined in Section V(A)(3)(d)(ii) of my report.

As set forth in my initial expert report, it is my opinion, to a reasonable degree of scientific

certainty, that nilotinib causes the development of atherosclerotic-related cardiovascular events, including

peripheral arterial occlusive disease, ischemic heart disease, and stroke, among patients with CML.

Unlike the opinions of Drs. Giles and Moslehi, based on a rigorous systematic review and meta-analysis

of the peer reviewed literature related to this topic, and it was subjected to a critical causality assessment

using the Bradford–Hill criteria.

## II.     SPECIFIC RESPONSE TO DR. GILES

The opinion by Dr. Giles surprisingly criticizes the ENESTnd trial, of which he was an

investigator, for failure to evaluate confounders and comorbidities.  However, in a randomized controlled

trial confounders and comorbidities are balanced between the two groups. There is no data to suggest any

failure of randomization in ENESTnd, and the statistically significant increase in cardiovascular events

---

[2] Giles FJ, et al. "*Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis*," Leukemia, vol. 27(6), pp. 1310-15 (2013).

can only be attributed to nilotinib.  Post-hoc adjustment for confounders in the context of randomized controlled trials is arbitrary and not supported by sound epidemiological or statistical principles.

Dr. Giles's attempts to compare incidence rates of cardiovascular events including stroke with nilotinib among patients in ENESTnd to background prevalence rates in the overall general population are scientifically flawed.  Consistent with the non-systematic approach to data selection, there is no justification of how the data sources were selected for determining prevalence rates, as different sources may yield different rates based on underlying age and other comorbidities.  An arbitrary, non-randomized, unadjusted, and indirect comparison with selected external populations, each with a different set of age, sex and risk factors for cardiovascular disease among patients with or without CML, does not inform us whether nilotinib is causally related to atherosclerosis and cardiovascular disease among patients with CML.  Specifically, it ignores the randomized comparison within ENESTnd and other randomized controlled trials and their meta-analyses, which unequivocally demonstrate a causally increased cardiovascular risk with nilotinib.

Dr. Giles further argues that baseline risk factors for peripheral arterial occlusive disease may be one potential explanation for the increased risk of peripheral arterial occlusive disease seen with nilotinib in the ENESTnd trial.  This argument is not supported by the data from randomized controlled trials because the purpose of randomization is to ensure even distribution of both known and unknown risk factors among the two groups at baseline.  Additionally, peripheral arterial occlusive disease and other cardiovascular events have also been reported among patients without risk factors for cardiovascular disease.  Evidence from several other case reports which screened for peripheral arterial occlusive disease at baseline showed rapid progression on nilotinib and improvement on cessation.  *See* Singh Expert Report at Section V(A)(3)(g).

Dr. Giles also argues that there is no currently validated theory of how nilotinib may increase cardiovascular risk.  This ignores the large corpus of evidence from several in vivo, in vitro, human, and

epidemiologic studies which outline how nilotinib may cause cardiovascular disease through multiple

pathways and multiple mechanisms. *See* Singh Expert Report at Section V(A)(3)(h).

His argument that the statistically significantly increased risk of cardiovascular events associated

with nilotinib may be due to the protective effect of imatinib is flawed for several reasons outline below:

a) If imatinib were cardioprotective it would potentially reduce the risk of cardiovascular events

in the same order of magnitude ≈ 3-fold increase risk of cardiovascular events with nilotinib

seen in meta-analysis. This translates into an OR≈ 0.33 for cardiovascular risk reduction.

Such a large magnitude of risk reduction (≈ in 67%) cardiovascular events with imatinib is

implausible with any existing physiologic mechanism of cardiovascular risk reduction. Even

highly potent cardioprotective drugs such as statins reduce major vascular events by ≈ 20% -

40% making imatinib several times as potent as statins.[3]

b) He cites few hypotheses generating studies that suggest that imatinib has the potential to

reduce cardiovascular events through improvements in glucose control but ignores the large

and more robust body of evidence[4] from studies where nilotinib was compared to imatinib.

Nilotinib was found to upregulate pro-atherogenic adhesion-proteins on human endothelial

cells and suppressed endothelial cell proliferation and migration.[5] In addition, nilotinib

augmented atherosclerosis in mice and blocked reperfusion and angiogenesis in a hindlimb-

---

[3] Mihaylova B, et al, "The effects of lowering LDL cholesterol with statin therapy in people at low risk of vascular disease: meta-analysis of individual data from 27 randomised trials," Lancet (London, England), 2012, 380(9841):581-90.

[4] Hadzijusufovic E, et al., "Pro-atherogenic and anti-angiogenic effects of nilotinib on endothelial cells: A potential mechanism to explain vasculopathies in CML patients treated with nilotinib," Haematologica, 2014, 99:510; Hadzijusufovic E, et al., "Further evaluation of pro-atherogenic and anti-angiogenic effects of nilotinib in mice and in patients with Ph-Chromosome+ CML," Blood, 2014, 124(21); Hadzijusufovic E, et al., "An update of functional data regarding the pro-atherogenic and anti-angiogenic effects of nilotinib in patients with Ph+ CML," Memo - Magazine of European Medical Oncology, 2015, 8(1):3; Hadzijusufovic E, et al., "Nilotinib-induced vasculopathy: identification of vascular endothelial cells as a primary target site," Leukemia, 2017, 31(11):2388-97.

[5] Hadzijusufovic E, et al., "Nilotinib-induced vasculopathy: identification of vascular endothelial cells as a primary target site," Leukemia, 2017, 31(11):2388-97.

ischemia model of arterial occlusion, whereas imatinib showed no comparable effects.[6]

These biological differences were directly responsible for increase in arterial occlusive events

over time (29.4%) compared to risk factor- and age-matched controls (<5%).[7] The authors

concluded that "*Together, Nilotinib exerts direct pro-atherogenic and anti-angiogenic effects*

*on vascular endothelial cells, which may contribute to development of AOD (atherosclerotic*

*occlusive disease) in patients with CML.*"[8]

c)  He states that imatinib may delay the development of atherosclerosis and is being evaluated

for the treatment of diabetes. The data from ENESTnd trial on cholesterol and glucose levels,

markers for atherosclerosis and diabetes respectively, suggest otherwise.[9] "*Newly occurring*

*or worsening total cholesterol elevations of any grade occurred in 27.6%, 26.7% and 3.9%*

*patients in the nilotinib 300-mg twice-daily, nilotinib 400-mg twice-daily and imatinib arms;*

*newly occurring or worsening glucose elevations of any grade occurred in 49.8%, 52.7% and*

*30.7% patients, respectively. Elevations in total cholesterol, low-density lipoprotein*

*cholesterol and glycated hemoglobin (HbA1c) above clinically relevant thresholds also*

*occurred more frequently in both nilotinib arms than in the imatinib arm.*"[10]  While the

nilotinib showed an increase in cholesterol and glucose levels consistent with its adverse

atherosclerotic effect, no such decline in compared to baseline was reported in the imatinib

arm.   Additionally, in the nilotinib arms, "*cholesterol elevations tended to develop during*

*the first year of treatment, and among evaluable patients who initiated statin therapy after*

*developing cholesterol elevations, median cholesterol levels decreased following initiation of*

---

[6] *Id.*

[7] *Id.*

[8] *Id.*

[9] Hochhaus A, et al., "Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year update of the randomized ENESTnd trial," Leukemia, 2016, 30(5):1044-54.

[10] *Id.*

5

*statin therapy.*"[11]  The HR of cardiovascular events associated with nilotinib may have been underestimated in the ENESTnd trial due to differential statin use.

d)  Dr. Giles erroneously states that a non-linear increase in the cumulative number of cases of cardiovascular events is a criterion to establish causality, but he fails to provide a scientific reference to support this argument.  There are two potential explanations for his argument of how a linear increase in cardiovascular risk of aging would only manifest in the nilotinib arm and not the comparator arm.  Either nilotinib causally increases the risk of cardiovascular events compared to the other arm, or it accentuates the atherosclerotic process seen with increasing age at a higher rate than the comparator.  Both explanations only serve to support the causal association between nilotinib and an increased risk of cardiovascular events. Extending his line of reasoning that non-linear increase in CV events does not support a causal effect of nilotinib on atherosclerosis would also signify that any effect of the comparator imatinib is also non-causal.

e)  Importantly meta-analysis that have compared nilotinib to other tyrosine kinase inhibitors have also shown an increase in cardiovascular events with nilotinib.[12]  " In this meta-analysis of 29 studies incidence rates of composite of major arterial **events** were 0.8 per 100 patient-years for non-TKI treatments, 1.1 per 100 patient-years for dasatinib, 0.1 per 100 patient-years for imatinib, 0.4 per 100 patient-years for bosutinib, 2.8 per 100 patient-years for **nilotinib** and 10.6 per 100 patient-years for ponatinib. The relative risk (RR) for **nilotinib** compared with imatinib suggests a significantly increased risk of the composite of major arterial **events** with **nilotinib** treatment (RR 5.3; 95%CI 3.0-9.3, p < 0.001). This study demonstrates that, patients who received **nilotinib** or ponatinib had a greater number of major

---

[11] *Id.*

[12] Chai-Adisaksopha C, Lam W, Hillis C, "Major arterial events in patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors: A meta-analysis," Leukemia and Lymphoma, 2016, 57(6):1300-10.

arterial **events** when compared to non-TKI-, imatinib-, dasatinib- and bosutinib-treated patients."[13]  Thus, the findings of an increased risk of atherosclerotic cardiovascular events in the ENESTnd trial cannot be attributed to the protective effects of imatinib alone.

f)  He also compares the low rates of PAD with imatinib in ENESTnd to higher rates of PAD in the general population in support of his hypothesis of a protective effect of imatinib. However, he compares the *incidence rate* (number of new cases of PAD) in the ENESTnd trial with the *prevalence rate* of PAD in population-based studies (total number of cases of PAD). The PAD rates were lower in the ENESTnd trial because PAD was not ascertained prospectively in ENESTnd and other trials but reported as a symptomatic adverse event resulting in low event rates. These rates of symptomatic PAD are not directly compared with higher rates of PAD screened by prospective ABI.  Perhaps most importantly it is also unclear why Dr. Giles's opinion contradicts the robust and well conducted prior study, which he coauthored.  In this prospective study in which peripheral arterial occlusive disease was ascertained by (and thus reported at significantly higher rates than compared to ENESTnd where it was spontaneously reported) rates of pathologic peripheral arterial occlusive disease as measured by ankle brachial index was 26% in first-line nilotinib versus 6% in first-line imatinib.  The authors, including Dr. Giles, concluded that this "*clearly suggests an elevated cardiovascular risk by nilotinib.*"[14]

## III.    SPECIFIC RESPONSE TO DR. MOSLEHI

Dr. Moslehi correctly admits in his report and/or prior scientific publications that there is an association between nilotinib and cardiovascular disease.[15]  Dr. Moslehi laments the absence of an

---

[13] *Id.*

[14] Kim et al.

[15] Moslehi Report, at p. 5; Weijuan Li, et al.

appropriate TKI-naïve group that would inform the causal association between nilotinib and an increased risk of cardiovascular events. As my initial expert report indicates, there is a corpus of valid randomized and controlled observational studies which support a causal role for nilotinib and the development of atherosclerosis. Requiring a study to provide absolute proof of harm, when the preponderance of evidence already suggests a causal increase in the risk of cardiovascular events with nilotinib, is scientifically unjustifiable and unethical.

## IV.     CONCLUSION

My opinion that nilotinib is causally linked to atherosclerotic-related vascular disease is based on (1) a systematic review of the peer-reviewed medical literature and a meta-analysis of four randomized controlled trials, and (2) a causality assessment based on the systematic application of the factors developed by Sir Austin Bradford Hill, professor of medical statistics, in his seminal article regarding causation. Drs. Giles and Moslehi failed to conduct a systematic review, meta-analysis, or causality assessment using the Bradford-Hill factors. For this reason, and as set forth above, their opinions are fundamentally flawed.

I reserve the right to supplement this report if new or significantly modified information is provided at any point.

Dated:   March 20, 2018

Sonal Singh, MD, MPH