# Exhibit 9

Research Article

# Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML

Karl J. Aichberger,[1] Susanne Herndlhofer,[1] Gerit-Holger Schernthaner,[2] Martin Schillinger,[2] Gerlinde Mitterbauer-Hohendanner,[3] Christian Sillaber,[1] and Peter Valent[1,4]

The second generation BCR/ABL kinase inhibitor nilotinib is increasingly used for the treatment of imatinib-resistant chronic myeloid leukemia (CML). So far, nilotinib is considered a well-tolerated drug with little if any side effects, although an increase in the fasting glucose level has been reported. We examined a series of 24 consecutive CML patients treated with nilotinib in our center for the development of non-hematologic adverse events. Three of these 24 CML patients developed a rapidly progressive peripheral arterial occlusive disease (PAOD) during treatment with nilotinib. In all three cases, PAOD required repeated angioplasty and/or multiple surgeries within a few months. No PAOD was known before nilotinib-therapy in these patients, although all three had received imatinib. In two patients, pre-existing risk factors predisposing for PAOD were known, and one of them had developed diabetes mellitus during nilotinib. In the other 21 patients treated with nilotinib in our center, one less severe PAOD, one myocardial infarction, one spinal infarction, one subdural hematoma, and one sudden death of unknown etiology were recorded. In summary, treatment with nilotinib may be associated with an increased risk of vascular adverse events, including PAOD development. In a subgroup of patients, these events are severe or even life-threatening. Although the exact mechanisms remain unknown, we recommend screening for pre-existing PAOD and for vascular risk factors such as diabetes mellitus in all patients before starting nilotinib and in the follow up during nilotinib-therapy. Am. J. Hematol. 86:533–539, 2011. © 2011 Wiley-Liss, Inc.

## Introduction

Chronic myeloid leukemia (CML) is a neoplastic disease of hematopoietic stem cells characterized by the Philadelphia chromosome that is created by the reciprocal translocation t(9;22) [1,2]. The resulting fusion protein, BCR/ABL, acts as a critical tyrosine kinase (TK) in the pathogenesis of CML [1,2]. The BCR/ABL TK blocker imatinib inhibits the growth and survival in CML cells and is currently used as frontline therapy in CML [2–4]. However, despite impressive long-term results in chronic phase (CP) CML, resistance against imatinib has been described, which is often associated with *BCR/ABL* mutations [5,6]. The treatment of imatinib-resistant CML has become an emerging challenge in clinical hematology [7–9]. In these patients, novel BCR/ABL TK inhibitors (TKI) are prescribed [7–11].

Nilotinib (AMN107) is an analog of imatinib with ~20- to 50-fold higher potency for BCR/ABL kinase inhibition [12,13]. A number of recent studies have shown that nilotinib effectively overcomes imatinib resistance in a majority of patients with CML [14,15]. In particular, nilotinib induces complete hematologic and cytogenetic responses in a high proportion of these patients (CP), and has been approved for imatinib-resistant CML [14,15]. Moreover, nilotinib has been described to be a superior drug in the frontline treatment of patients with CML [16,17]. Similar to imatinib, nilotinib also inhibits the TK activity of PDGFR and KIT [18]. Although the primary mechanism of action of nilotinib in CML may relate to the inhibitory effects on BCR/ABL, additional effects of this drug on other targets [19,20] may also contribute to antileukemic effects, and possibly also to side effects of this drug.

So far, nilotinib has been described as a well-tolerated drug that produces little if any major side effects in most patients with CML [14–17]. The most common non-hematologic side effects reported for nilotinib are skin rash, pruritus, headache, nausea, and fatigue [14–17]. Frequent laboratory abnormalities observed during treatment with nilotinib are hyperbilirubinemia and an increase in pancreatic enzymes [14–17]. Other side effects of nilotinib were reported to occur rarely. However, it has also been described that the fasting glucose level increase in a considerable number of patients treated with nilotinib [21].

In the present study, we report on three patients with CML who were switched from imatinib to nilotinib, and subsequently developed rapidly progressive peripheral arterial occlusive disease (PAOD). One of these patients developed diabetes mellitus during nilotinib.

## Methods

*Patient cohort.* Between 2007 and 2010, a total number of 24 patients received nilotinib (2 × 400 mg per os daily in 23, one received 2 × 300 mg per os daily) in our department. Six of these 24 patients were treated with nilotinib in investigational clinical trials (CAMN107A2303, gov.NCT00471497; CAMN107 A2109, gov.NCT00302016). All patients gave written informed consent before blood or bone marrow examinations. Studies were approved by the institutional review board of the Medical University of Vienna. The patients' characteristics are shown in Table I. Of these 24 patients, 4 patients developed PAOD during nilotinib therapy.

*Response evaluation during nilotinib therapy.* Hematologic, cytogenetic, and molecular responses during TKI treatment were determined according to published guidelines [22–24]. BCR/ABL levels were determined by quantitative PCR and were expressed as percent of ABL (reference gene) after adjustment according to the international scale (IS) [24].

Conflict of interest: P.V. received a Research Grant from Novartis and a Research Grant from BMS. The authors declare no other conflict of interest.

[1]Department of Internal Medicine I, Division of Hematology and Hemostaseology, Medical University of Vienna, Austria; [2]Department of Internal Medicine II, Division of Angiology, Medical University of Vienna, Austria; [3]Department of Laboratory Medicine, Division of Medical and Chemical Laboratory Diagnostics, Medical University of Vienna, Austria; [4]Ludwig Boltzmann Cluster Oncology, Vienna, Austria

*Correspondence to: Peter Valent, MD, Department of Internal Medicine I, Division of Hematology and Hemostaseology, Medical University of Vienna, Waehringer Guertel 18-20, A-1090 Vienna, Austria.
E-mail: peter.valent@meduniwien.ac.at

Received for publication 17 March 2011; Accepted 17 March 2011

Am. J. Hematol. 86:533–539, 2011.

Published online 25 March 2011 in Wiley Online Library (wileyonlinelibrary.com).
DOI: 10.1002/ajh.22037

© 2011 Wiley-Liss, Inc.

research article

**TABLE I. Patients' Characteristics**

| No. | Sex | Age | CML since | Disease phase | Nilotinib dose (mg) | Nicotine smoker | Arterial hypertension | pre-existing DM | DM during nilotinib | HbA1c levels (%) during Nilotinib (range) | Glucose levels (mg dL$^{-1}$) during nilotinib (range)[a] | PAOD known | PAOD during nilotinib |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 76 | 2007 | CP | 2×400 | N | Y | Y | Y | n.r. | 183 | N | N |
| 2 | M | 41 | 2005 | CP | 2×400 | Y | N | Y | Y | 6.0–6.3 | 101–187 | N | N |
| 3 | F | 75 | 2001 | CP | 2×400 | N | N | N | N | 6.0 | 90–117 | N | N |
| 4 | F | 81 | 1999 | CP | 2×400 | n.r. | N | N | N | n.r. | 89 | N | N |
| 5 | F | 58 | 1995 | CP | 2×400 | n.r. | n.r | N | N | n.r. | 121 | N | N |
| 6 | M | 38 | 1995 | CP | 2×400 | Y | N | N | N | 5.0 | 107–145 | N | N |
| 7 | F | 73 | 2001 | CP | 2×400 | N | N | N | N | 5.8 | 121–131 | N | N |
| 8 | M | 78 | 2000 | CP | 2×400 | n.r. | Y | N | N | n.r. | 79–138 | N | N |
| 9 | M | 74 | 2006 | CP | 2×400 | N | Y | N | N | n.r. | 135 | N | N |
| 10 | M | 46 | 2008 | CP | 2×300 | N | N | N | N | 5.8–6.2 | 87–123 | N | N |
| 11 | M | 53 | 1993 | AP | 2×400 | N | N | N | N | 5.6–5.8 | 87–125 | N | N |
| 12 | M | 46 | 2002 | CP | 2×400 | Y | N | N | N | n.r. | 70–153 | N | Y |
| 13 | F | 48 | 2000 | CP | 2×400 | N | N | N | N | n.r. | n.r. | N | Y |
| 14 | F | 68 | 1998 | CP | 2×400 | N | Y | N | Y | 6.8–8.2 | 106–207 | N | N |
| 15 | M | 86 | 2007 | CP | 2×400 | N | N | N | N | 6.5 | 117–152 | N | N |
| 16 | F | 58 | 2005 | CP | 2×400 | N | N | N | N | 5.6 | 90–101 | N | N |
| 17 | M | 76 | 1996 | CP | 2×400 | Y | Y | N | N | 4.9–5.9 | 83–115 | N | Y |
| 18 | F | 50 | 2006 | CP | 2×400 | Y | Y | N | N | n.r. | 87–117 | N | N |
| 19 | M | 68 | 1998 | AP | 2×400 | N | Y | N | N | n.r. | 99–174 | N | Y |
| 20 | F | 71 | 2007 | CP | 2×400 | N | Y | N | N | n.r. | 90–178 | N | Y |
| 21 | M | 41 | 2008 | CP | 2×400 | Y | N | N | N | n.r. | 117 | N | N |
| 22 | F | 75 | 1998 | AP | 2×400 | N | Y | Y | Y | 6.8–7.4 | 224 | N | N |
| 23 | F | 69 | 2009 | CP | 2×400 | N | Y | N | N | n.r. | 143–233 | N | N |
| 24 | M | 45 | 2004 | AP | 2×400 | Y | N | N | N | n.r. | 81–110 | N | N |

PAOD, peripheral arterial occlusive disease; CP, chronic phase; AP, accelerated phase; f, female; m, male; DM, diabetes mellitus; y, yes; n, no; n.r., not reported.
[a] Non-fasting glucose levels.

TABLE II. Laboratory Parameters in PAOD Patients Before and During Nilotinib

|  | Patient no. 1 | | | Patient no. 2 | | | Patient no. 3 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Diagnosis | Start of nilotinib | Onset of PAOD | Diagnosis | Start of nilotinib | Onset of PAOD | Diagnosis | Start of nilotinib | Onset of PAOD |
| Phase of disease | CP | CP | CP | CP | AP | CP | CP | AP | CP |
| Ph+ (%) | 98 | 14 | 10 | 100 | 100 | 10 | 100 | 26 | 0 |
| BCR/ABL (%) | 61 | 1.804 | 1.112 | 43 | 62 | 0.052 | 34 | 79 | 0.008 |
| WBC (G/L) | 332.22 | 5.46 | 7.58 | 88.72 | 18.67 | 8.86 | 18.46 | 9.58 | 8.5 |
| Basophils (%) | 4 | 0 | 0 | 12 | 44 | 5 | 12 | 3 | 1 |
| PLT (G/L) | 568 | 61 | 169 | 528 | 11 | 114 | 726 | 1.052 | 259 |
| Hemoglobin (g/dL) | 10.3 | 8.5 | 12.1 | 17.0 | 7.0 | 15.7 | 13.9 | 12.6 | 12.9 |
| Bilirubin (mg dL$^{-1}$) | 0.59 | 0.60 | 0.53 | 0.50 | 0.35 | 0.76 | 0.38 | 0.56 | 1.21 |
| LDH (U/L) | 837 | 189 | 159 | 519 | 604 | 139 | 235 | 246 | 144 |

PAOD, Peripheral Arterial Occlusive Disease; CP, chronic phase; Ap, accelerated phase; ph+, philadelphia chromosome positive metaphases; WBC, white blood count; PLT, platelets; LDH, Lactate dehydrogenase.



Figure 1. Contrast-enhanced magnetic resonance angiography of both lower limbs of patient no. 1 (A,B) as well as conventional angiography (C–G) before (C–E) and after PTA and stent implantation (F,G) in the same patient. The arrows point at a significant stenosis of the left external iliac artery (C) as well as two stenoses of the left superficial femoral artery (D).

*Evaluation of metabolic and cardiovascular parameters.* Routine laboratory parameters, including plasma glucose levels, serum electrolytes, serum creatinine, liver enzymes, pancreatic enzymes (amylase and lipase), lactate dehydrogenase, and tryptase, were recorded before and during treatment with nilotinib. In patients who developed diabetes mellitus or an increase in fasting glucose, serum HbA1c concentrations were measured. All patients were examined for the presence of PAOD by clinical examination, measurement of the ankle-brachial pressure index, and duplex sonography of major arteries. In case of suspected stenosis, conventional digital subtraction angiography was performed. In case of overt PAOD, contrast-enhanced magnetic resonance angiography or computed tomographic angiography was performed. All patients had an electrocardiogram before and during treatment with nilotinib. Other investigations, attempting to exclude or reveal arterial occlusive disease, were performed on the basis of clinical symptoms and findings.

### Results
#### Case reports
In three of the four patients who developed PAOD during nilotinib (nos. 14, 19, and 20 in Table I), a rapidly progressive severe arterial occlusive disease was observed (Table II). These three patients are described in detail below:

Patient 1. In July 2008, a 69-year-old female patient (no. 20 in Table I) was presented because of intolerance against imatinib. CML (chronic phase) had been diagnosed in April 2007. Therapy with imatinib 400 mg p.o. daily was initiated. Later, imatinib was increased to 600 mg p.o. daily. In response to therapy, BCR/ABL decreased to 0.33% of ABL (according to the international scale, IS) in May 2008. Thereafter, BCR/ABL increased again (>1%). No BCR/ABL mutations were found. Therefore, imatinib was increased to 800 mg p.o. daily. However, the patient developed peripheral polyneuropathy and transfusion-dependent anemia as well as peripheral edema. In July 2008, treatment was switched to nilotinib 2 × 400 mg p.o. daily. During nilotinib, BCR/ABL decreased to 0.25%, and the patient entered CCyR. However, polyneuropathy persisted and the patient developed severe muscle cramping and intermittent claudication. In May 2009, PAOD was diagnosed by duplex sonography and the patient had a percutaneous transluminal angioplasty (PTA) of the left superficial femoral artery as well as a stent implantation into the left external iliac artery (see Fig. 1). In June 2009 a PTA of the right popliteal artery and a stent implantation into the right superficial femoral artery was performed. In July 2009, the patient underwent femoro-popliteal bypass surgery because of an occlusion of the left superficial femoral artery. However, PAOD further progressed despite antithrombotic treatment (clopidogrel and low molecular weight heparin) and the patient had another PTA in October 2009 with stent implantation in the right superficial femoral artery and right popliteal artery. In November 2009, the patient underwent another PTA with stent implantation into the left femoral artery and left popliteal artery because of a stenosis in the bypass graft and tibio-fibular trunk. In 2010, quantitative BCR/ABL increased to 7.6% and the patient lost her CCyR (56% Ph+ metaphases). Nilotinib was stopped and switched to dasatinib 100 mg p.o. daily. However, PAOD further progressed and required another PTA and stent implantation (left femoro-



Figure 2. Angiography of the right lower limb of patient no. 2 with a significant classical sandglass lesion of the right femoral artery (A), and the result of PTA and stent-implantation (B) in the same patient. (C,D) Angiography of the left lower limb: In "C" significant stenoses of the left superficial femoral artery are shown, and in "D" the result of primary PTA and stent implantation are seen. Two months later, the patient suffered from re-occlusion revealed by contrast-enhanced magnetic resonance angiography of the left superficial femoral artery (E) with associated occlusion of the popliteal infragenual artery (F), which resulted in a major amputation in this patient.



Figure 3. (A–C) Contrast-enhanced magnetic resonance angiography of trunk (A) as well as both lower limbs (B,C) in patient no. 3. The arrows point at stenoses or significant occlusions. Note the occlusion of both femorales profundae in association with a strong collateralization with a one (C, right leg) respectively two vessel run off (C, left leg) with fading at the level of the ankle joint is typically observed in diabetic patients.

popliteal bypass graft) as well as a femoro-popliteal bypass surgery (right femoral artery) in 2010. To date, the patient still receives dasatinib and has a stable blood count despite molecular relapse.

Patient 2. In December 2006, a 63-year-old male patient (no. 19 in Table I) with imatinib-resistant CML was presented. Case history revealed nicotine consumption and arterial hypertension. CML was known since June 1998. The patient was initially treated with interferon-alpha. In November 2000, imatinib (400 mg p.o. daily) was started. The patient entered CCyR and MMR within 6 months. In July 2006, the patient lost his CCyR and MMR. Imatinib was increased to 600 mg p.o. daily. No BCR/ABL mutation was found. In October 2006, the patient underwent partial nephrectomy because of a cystic renal cell carcinoma; no further adjuvant therapy for this carcinoma was administered. However, treatment for CML was switched to nilotinib $2 \times 400$ mg p.o. daily. The patient entered a CCyR and MMR within 6 months. In September 2007, the patient complained about intermittent claudication and severe pain in the lower limbs. An MRI scan revealed severe PAOD with an occlusion of both superficial femoral arteries and an occlusion of both posterior tibial arteries (Fig. 2). In December 2007, the patient underwent iliaco-popliteal bypass surgery of the left leg. Because of occlusion of the bypass-graft 1 week later, a surgical thrombectomy had to be performed. In January 2008, the patient underwent femoro-popliteal bypass surgery of the right leg and thrombectomy of the right popliteal artery. Because of further aggravation of PAOD, PTA of the right external and internal iliac artery and PTA with consecutive stent-implantation of the right superficial femoral artery as well as left external iliac artery had to be performed in May 2008, followed by PTA of the left popliteal and left tibial artery. However, PAOD further progressed and an additional thrombectomy of the left femoro-popliteal bypass graft and left popliteal artery had to be conducted 3 months later. Unfortunately, the



Figure 4. Hypothesis of development of PAOD occurring during treatment with nilotinib. Nilotinib is well known to inhibit several kinase targets including ABL, KIT, and DDR1. The mechanisms of action of nilotinib that may contribute to vascular events and PAOD development are currently unknown. The hypothesis proposed suggests a multi-factorial scenario involving several targets of nilotinib. Target inhibition may lead to an increase in fasting glucose and may affect (peri)vascular cells and mast cells, and thereby contributes to vascular disease evolution.

patient developed critical limb ischemia with occlusion of the left bypass graft and *P. aeruginosa* infection with consecutive gangrene of the left leg. As a consequence, amputation of the left lower limb was performed in September 2008. The patient then developed critical ischemia in the right limb with occlusion of the bypass-graft which was resected and replaced by a femoro-popliteal omniflow bypass-graft in February 2009. However, PAOD further progressed and the patient received PTA and thrombectomy due to repeated occlusions of the new bypass graft in June and September 2009. In January 2010 another thrombotic occlusion of the bypass graft required acute surgical revision and another PTA with stent implantation into the femoro-popliteal outlet in August 2010. In May 2010 a CT scan of the thorax revealed tumor formations in the lung, which were resected. Histologic examination showed metastases of the renal cell carcinoma. To date, the patient still receives nilotinib as well as antithrombotic treatment with clopidogrel, aspirin, and low molecular weight heparin. The patient is still in MMR.

Patient 3. In January 2007, a 65-year-old female patient (no. 14 in Table I) was presented because of resistance against imatinib. CML (chronic phase) had been diagnosed in July 1998. The patient's history revealed asymptomatic coronary heart disease and arterial hypertension. The patient was initially treated with interferon-alpha. Subsequently, the patient entered a CCyR. In October 1999, interferon-alpha had to be discontinued due to a livedo vasculitis on both lower limbs, and received hydroxyurea. In April 2000, the patient developed a relapse and presented with accelerated phase CML. In November 2000, therapy with imatinib (400 mg p.o. daily) was started. The patient then entered CCyR with a decrease in BCR/ABL (nadir: 0.32%). In March 2003, the patient lost her CCyR, and imatinib was increased to 600 mg p.o. daily, which resulted in a second CCyR as well as MMR. In January 2006, a BCR/ABL M351V mutation was detected, and BCR/ABL increased to 79%. In February 2007, therapy with nilotinib ($2 \times 400$ mg p.o. daily) was initiated, followed by CCyR and MMR within 6 months. In January 2009, non-insulin-dependent diabetes mellitus was diagnosed, and oral anti-diabetic treatment (metformine and gliclacide) was initiated. In May 2010, the patient complained about intermittent claudication, and the diagnosis of PAOD was established. An MRI scan of the abdomen and both lower limbs revealed an occlusion of the right distal superficial femoral artery as well as an occlusion of the anterior and posterior tibial artery (see Fig. 3). The left distal superficial femoral artery also showed a relevant stenosis, and the left anterior tibial artery showed an occlusion distal of the outlet. PTA and vascular surgery is currently planned. The patient is still in CCyR and MMR.

### Follow up of patients with severe PAOD

In all three patients described above, a relationship between the time of occurrence of clinically overt PAOD and the time of nilotinib administration was noted. In fact, in all three patients, no PAOD had been diagnosed before nilotinib, although all three patients had received imatinib (months to years) before starting nilotinib. In addition, no PAOD or other severe vacular problems were known in any of the patients before treated with imatinib (before CML was diagnosed). After the diagnosis PAOD was established, therapy was switched from nilotinib to dasatinib in patient no. 1. In this patient, further PAOD events occurred until October 2010. However, during the past few months (October 2010 to January 2011), no further severe PAOD event occurred. In the other two patients, we decided to continue nilotinib. In patient no. 3, we have the plan to bring the diabetes mellitus under control and to observe whether further PAOD events will occur.

### Other severe non-hematologic events observed during nilotinib

Of all 24 patients treated with nilotinib in our center, seven developed severe or even life-threatening non-hematologic adverse events during treatment with nilotinib. In fact, apart from the three cases described above, one patient (no. 4 in Table I) developed myocardial infarction, one (no. 18 in Table I) a spinal infarction with clinical symptoms (sensomotoric impairment), one (no. 5 in Table I) a subdural hematoma (without documented infarction), and one patient (no. 7 in Table I) had a sudden death of unknown etiology (again without documented infarction) in July 2010. In the patient with subdural hematoma, nilotinib treatment was stopped due to thrombocytopenia and was continued later at a dose of $2 \times 300$ mg p.o. daily. In the other two patients (nos. 4 and 18), nilotinib was continued at the same dose.

One imatinib-resistant patient (no. 21 in Table I) progressed to blast crisis 3 months after starting nilotinib and died from abdominal bleeding. In this patient the T315I mutation of *BCR/ABL* was detected, which is consistent with the notion that this mutation confers resistance against nilotinib in most patients [25].

### Discussion

Nilotinib is considered highly effective and a relatively safe drug in the treatment of CML [13–15]. The drug has been approved for treatment of imatinib-resistant or imatinib-intolerant CML. More recently, nilotinib has also been shown to be a superior drug in newly diagnosed CML [16,17], and may become standard frontline therapy in these patients in the future. However, in contrast to imatinib, long-term safety data for nilotinib are not available yet. Obvious side effects of nilotinib usually are mild and include a skin rash, cytopenia, and transiently elevated pancreatic enzymes [13–17]. An increase in the fasting glucose level has also been described in nilotinib-treated patients [21]. We here report on three patients who developed a severe PAOD during nilotinib therapy. One of these three patients also developed diabetes mellitus. Although the exact rela-

tionship between drug-effects and the occurrence of PAOD remain speculative, we consider these events of importance and worthwhile being reported and discussed in light of approval of nilotinib for first-line treatment in CML.

An intriguing aspect of PAOD formation was the relatively short time-interval between start of nilotinib and occurrence of PAOD. This observation may point to the fact that pre-existing risk factors or previous therapies also contributed to PAOD-development. Likewise, we cannot exclude that therapy with imatinib, known to interact with several "nilotinib-targets" and to block KIT activity in the same way as nilotinib, predisposed our patients for PAOD-development. On the other hand we cannot exclude that imatinib even protected our patients from PAOD-development, so that PAOD could only develop after switching to nilotinib. In this regard it is noteworthy that imatinib has been described to lower fasting blood glucose levels and to protect from diabetes mellitus-associated arteriosclerosis [26,27].

Another interesting aspect was that in all three patients, a distal form of PAOD with preferential involvement of lower extremities and small vessel involvement, were recorded. These features are otherwise found typically in patients with diabetes mellitus [28]. A third intriguing factor was that PAOD was rapidly progressing and essentially resistant against any type of therapy. All this features would favor the concept that nilotinib is a co-trigger of PAOD manifestation, but is not inducing PAOD as a single factor. This hypothesis is also supported by the observation that a majority of the nilotinib-treated patients seen in our center and in other centers did not develop PAOD. On the other hand, four other patients in our center developed severe non-hematologic side effects during nilotinib, one a myocardial infarction, one a spinal infarction, one a subdural hematoma, and one a sudden death of unknown etiology. As no autopsy was performed in the patient with sudden death, it remains speculative whether this event was related to a vascular event (infarction) or other condition. In fact, no overt coronary artery disease, no clinically relevant PAOD, and no obvious coagulation problem was known in this patient. Still, however, the accumulation of documented vascular (arterial stenotic) events in our patients reaching 25% of all patients examined, is intriguing. On the other hand, we would like to point out that severe non-hematologic events, including myocardial infarction and sudden death, have also been reported in CML patients receiving other TKI.

The mechanisms of action of nilotinib on various non-hematopoietic cells that could explain potential mechanisms of adverse drug reactions are poorly understood. Recent data suggest that nilotinib binds to a limited number of key kinase-targets including KIT and PDGFR both of which are also recognized by imatinib [19,20]. However, other kinase targets may preferentially be recognized by nilotinib [19,20]. One of the more interesting kinase-targets in terms of vascular cells and events is the discoidin domain receptor 1 (DDR1) [20,29]. This receptor has recently been implicated in plaque formation in artherosclerosis [30–32]. Notably, a DDR1 knock-out is associated with increased plaque formation in murine arteriosclerosis models [30–32]. On the other hand, as mentioned above, DDR1 is also a target of imatinib and depending on the model analyzed, DDR1-inhibition has even been reported to protect from arteriosclerosis [33].

However, there are several other mechanisms through which nilotinib may trigger adverse vascular events. First, nilotinib is a major blocker of KIT and PDGFR, two receptor kinases that have been implicated in the regulation of various vascular and perivascular cells [19,20]. Likewise, KIT is a major regulator of growth, survival, migration, and function of mast cells [34,35]. Since mast cells contain important repair molecules such as histamine, heparin, and tissue type plasminogen activator (tPA) that are all produced and released in a KIT-dependent manner [36,37], it is tempting to speculate that a drug-induced deactivation or depletion of mast cells could also contribute to a depressed vascular repair system and thus predispose for thromboembolic and thus arterostenotic events. Indeed, it has been described that mast cell deficiency in mice is associated with increased thrombophilia [38]. However, mast cell- or KIT deficiency per se is not associated with PAOD development. Moreover, as mentioned, KIT is not only recognized by nilotinib but also by imatinib [19,20], a drug that did not trigger PAOD in our patients. Therefore, we believe that nilotinib-induced suppression of KIT alone is not sufficient to act as a major triggering factor of PAOD development. Rather, additional (unknown) targets of nilotinib may be involved.

Another potential mechanism and co-factor of PAOD development during nilotinib may be metabolic drug effects. In fact, it has been described that nilotinib increases the fasting glucose level and may even provoke diabetes mellitus [21]. Indeed, in one of our PAOD patients, a previously unknown diabetes mellitus was diagnosed during nilotinib therapy. The mechanism of nilotinib-induced upregulation of glucose levels remains unknown. In this regard it is noteworthy that pancreatic enzymes sometimes increase during nilotinib [13–17]. Moreover, it has been described that pancreatic cells and pancreatic islet cells express DDR1 [39]. Whether indeed a nilotinib-induced impairment of pancreatic function (or beta cell-dysfunction) is involved in higher fasting glucose levels and thereby contributes to PAOD-development, remains unknown. All in all, we would favor the concept that nilotinib triggers PAOD development through multiple mechanisms and a unique spectrum of molecular targets in those patients who are already predisposed for PAOD development.

Although the exact relationship between PAOD and nilotinib therapy still remains speculative, it is important to discuss optimal therapy and strategies sufficient to avoid major vascular events in these patients, once PAOD occurs. The first question is whether high risk patients for PAOD should (a) at all receive nilotinib or (b) should receive the drug only in combination with prophylactic therapy, e.g., salicylic acid, clopidogrel, or low molecular weight heparin. Another important aspect may be to screen for potential risk factors in these patients, such as the fasting glucose, HbA1c level, glucose tolerance, arterial ultrasound, or the ankle-brachial pressure index. In those with a cardiac history, an electrocardiogram and echocardiography should be recommended.

An important question is how to proceed in patients with known diabetes mellitus or other risk factors for the development of PAOD. Based on our observations, we currently screen for such risk factors in all patients who should receive nilotinib. In addition, all patients receiving nilotinib in our center have repeated investigations in their follow up, including fasting glucose levels, HbA1c, and an arterial ultrasound examination in case of suspected imminent PAOD.

Another important question is how to proceed in case of overt rapidly progressing PAOD occurring during nilotinib. From our results, it may be advisable to stop and to switch to an alternative TKI if possible, as has been suggested for TKI-intolerant cases in general [40,41]. However, in many cases, no further therapy-option may be available. In one of our three patients, we switched to dasatinib 100 mg once daily. Although PAOD events were still recorded during the next few months, no further major events occurred thereafter. All in all, we have no clear recommendation for patients who develop PAOD on nilotinib. Clearly, more data from ongoing and prospective observational studies are

research article

required to establish such recommendations. However, based on our observation we highly recommend screening for relevant risk factors and signs of PAOD before and during nilotinib.

**References**

1. Faderl S, Tapaz M, Estrov Z, et al. The biology of chronic myelogenous leukemia. N Eng J Med 1999;341:164–172.
2. Sattler M, Griffin JD. Molecular mechanisms of transformation by the BCR-ABL oncogene. Semin Hematol 2003;40:4–10.
3. Druker BJ. Inhibition of the Bcr-Abl tyrosine kinase as a therapeutic strategy for CML. Oncogene 2002;21:8541–8546.
4. O'Brien SG, Guilhot F, Larson RA, et al. Imatinib compared with interferon and low-dose cytarabine for newly diagnosed chronic-phase chronic myeloid leukemia. N Engl J Med 2003;348:994–1004.
5. Gorre ME, Mohammed M, Ellwood K, et al. Clinical resistance to STI-571 cancer therapy caused by BCR/ABL gene mutation or amplification. Science 2001;293:876–880.
6. Guilhot F, O'Brien SG, Gathmann I, et al. Five-year follow-up of patients receiving imatinib for chronic myeloid leukemia. N Engl J Med 2006;355:2408–2417.
7. Martinelli G, Soverini S, Rosti G, et al. New tyrosine kinase inhibitors in chronic myeloid leukemia. Haematologica 2005;90:534–541.
8. Deininger MW. Optimizing therapy of chronic myeloid leukemia. Exp Hematol 2007;35:144–154.
9. Valent P. Emerging stem cell concepts for imatinib-resistant CML: Implications for the biology, management, and therapy of the disease. Br J Haematol 2008;142:361–378.
10. Saglio G, Ulisciani S, Bosa M, et al. New therapeutic approaches and prognostic factors in chronic myeloid leukemia. Leuk Lymphoma 2008;49:625–628.
11. Cortes J, Kantarjian H. Beyond dose escalation: Clinical options for relapse or resistance in chronic myelogenous leukemia. J Natl Compr Canc Netw 2008;6:S22–S30.
12. Weisberg E, Manley PW, Breitenstein W, et al. Characterization of AMN107, a selective inhibitor of native and mutant Bcr-Abl. Cancer Cell 2005;7:129–141.
13. O'Hare T, Walters DK, Deininger MW, Druker BJ. AMN107: Tightening the grip of imatinib. Cancer Cell 2005;7:117–119.
14. Kantarjian H, Giles F, Wunderle L, et al. Nilotinib in imatinib-resistant CML and Philadelphia chromosome-positive ALL. N Engl J Med 2006;354:2542–2551.
15. Rosti G, Castagnetti F, Gugliotta G, et al. Dasatinib and nilotinib in imatinib-resistant Philadelphia-positive chronic myelogenous leukemia: A "head-to-head comparison." Leuk Lymphoma 2010;51:583–591.
16. Rosti G, Palandri F, Castagnetti F, et al. Nilotinib for the frontline treatment of Ph(+) chronic myeloid leukemia. Blood 2009;114:4933–4938.
17. Saglio G, Kim DW, Issaragrisil S, et al. Nilotinib versus imatinib for newly diagnosed chronic myeloid leukemia. N Engl J Med 2010;362:2251–2259.
18. Quintás-Cardama A, Cortes J. Nilotinib: A phenylamino-pyrimidine derivative with activity against BCR-ABL, KIT, and PDGFR kinases. Future Oncol 2008;4:611–621.
19. Rix U, Hantschel O, Dürnberger G, et al. Chemical proteomic profiling of the BCR-ABL inhibitors imatinib, nilotinib, and dasatinib reveal different interaction networks and novel kinase and non-kinase targets. Blood 2007;110:4055–4063.
20. Drueckes P, Fendrich G, Furet P, et al. Extended kinase profile and properties of the protein kinase inhibitor nilotinib. Biochim Biophys Acta 2010;1804:445–453.
21. Breccia M, Muscaritoli M, Gentilini F, et al. Impaired fasting glucose level as metabolic side effect of nilotinib in non-diabetic chronic myeloid leukemia patients resistant to imatinib. Leuk Res 2007;31:1770–1772.
22. Baccarani M, Saglio G, Goldman J, et al. Evolving concepts in the management of chronic myeloid leukemia: Recommendations from an expert panel on behalf of the European LeukemiaNet. Blood 2006;108:1809–1820.
23. Baccarani M, Cortes J, Pane F, et al. Chronic myeloid leukemia: An update of concepts and management recommendations of European LeukemiaNet. J Clin Oncol 2009;27:6041–6051.
24. Branford S, Fletcher L, Cross NC, et al. Desirable performance characteristics for BCR-ABL measurement on an international reporting scale to allow consistent interpretation of individual patient response and comparison of response rates between clinical trials. Blood 2008;112:3330–3338.
25. Saglio G, Branford S, Soverini S, et al. Impact of baseline BCR-ABL mutations on response to nilotinib in patients with chronic myeloid leukemia in chronic phase. J Clin Oncol 2009;27:4204–4210.
26. Breccia M, Muscaritoli M, Aversa Z, et al. Imatinib mesylate may improve fasting blood glucose in diabetic Ph+ chronic myelogenous leukemia patients responsive to treatment. J Clin Oncol 2004;22:4653–4655.
27. Lassila M, Allen TJ, Cao Z, et al. Imatinib attenuates diabetes-associated atherosclerosis. Arterioscler Thromb Vasc Biol 2004;24:935–942.
28. Aboyans V, Lacroix P, Criqui MH. Large and small vessels atherosclerosis: Similarities and differences. Prog Cardiovasc Dis 2007;50:112–125.
29. Day E, Waters B, Spiegel K, et al. Inhibition of collagen-induced discoidin domain receptor 1 and 2 activation by imatinib, nilotinib, and dasatinib. Eur J Pharmacol 2008;599:44–53.
30. Ferri N, Carragher NO, Raines EW. Role of discoidin domain receptors 1 and 2 in human smooth muscle cell-mediated collagen remodeling: Potential implications in atherosclerosis and lymphangioleiomyomatosis. Am J Pathol 2004;164:1575–1585.
31. Britto K, Wong E, Hou G, et al. Discoidin domain receptor 1 on bone marrow-derived cells promotes macrophage accumulation during atherogenesis. Circ Res 2009;105:1141–1148.
32. Franco C, Ahmad PJ, Hou G, et al. Increased cell and matrix accumulation during atherogenesis in mice with vessel wall-specific deletion of discoidin domain receptor 1. Circ Res 2010;106:1775–1783.
33. Franco C, Hou G, Ahmad PJ, et al. Discoidin domain receptor 1 (ddr1) deletion decreases atherosclerosis by accelerating matrix accumulation and reducing inflammation in low-density lipoprotein receptor-deficient mice. Circ Res 2008;102:1202–1211.
34. Kitamura Y, Tsujimura T, Jippo T, et al. Regulation of development, survival and neoplastic growth of mast cells through the c-kit receptor. Int Arch Allergy Immunol 1995;107:54–56.
35. Valent P. The riddle of the mast cell: Kit(CD117)-ligand as the missing link? Immunol Today 1994;15:111–114.
36. Sillaber C, Baghestanian M, Bevec D, et al. The mast cell as site of tissue-type plasminogen activator expression and fibrinolysis. J Immunol 1999;162:1032–1041.
37. Valent P, Baghestanian M, Bankl HC, et al. New aspects in thrombosis research: Possible role of mast cells as profibrinolytic and antithrombotic cells. Thromb Haemost 2002;87:786–790.
38. Kitamura Y, Taguchi T, Yokoyama M, et al. Higher susceptibility of mast-cell-deficient W/WV mutant mice to brain thromboembolism and mortality caused by intravenous injection of India ink. Am J Pathol 1986;122:469–480.
39. DDR1 distribution profile in various cell systems and cell types. Available at: http://biogps.gnf.org
40. Giles FJ. New directions in the treatment of imatinib failure and/or resistance. Semin Hematol 2009;46:S27–S33.
41. Goldman JM. How I treat chronic myeloid leukemia in the imatinib era. Blood 2007;110:2828–2837.