# Exhibit
# 1

## Expert Report of Mark Weiss, M.D.

### I.  Summary of Opinions

My name is Mark Weiss, M.D.  I have been retained by counsel for the McWilliams family to provide opinions related to Tasigna and atherosclerotic-events associated with the drug. I am being compensated at an hourly rate of $650 for my work on this case.  I charge $1,000 per hour for deposition testimony, and $6,000 per day for trial testimony.

In summary, my opinions are as follows:

(1) Nilotinib (Tasigna) is causally associated with atherosclerosis-related conditions, including accelerated and severe vascular occlusive disease.  The plausible mechanisms of action include direct effects on the blood vessels promoting atherosclerosis, inhibition of mechanisms that counteract atherosclerosis, and metabolic effects, including the worsening of cholesterol levels and increasing blood sugar levels.

(2) For patients with pre-existing risk factors for atherosclerotic-related events, including a history of smoking and hypertension, there are safer and better-suited treatment alternatives to nilotinib for a fully informed physician to choose from.  It is imperative that physicians who do prescribe nilotinib monitor patients for developing atherosclerosis-related diseases.

(3) The nilotinib U.S. product label in effect during the time of Mr. McWilliams' Tasigna treatment did not appropriately warn of the severe atherosclerosis-related risks associated with the drug.

### II.  Background and Qualifications

My qualifications as a specialist in adult leukemia include the following: I obtained my M.D. degree from Cornell University Medical Center, and subsequently completed an Internal Medicine residency including one year as a chief resident at the Vanderbilt University Medical System.  From 1987 through 1990, I performed subspecialty fellowship training in medical oncology and hematology at Memorial Sloan-Kettering Cancer Center in New York City, widely considered one of the leading cancer centers in the world.  Following completion of my fellowship, I joined the faculty on the Leukemia Service at Memorial Sloan-Kettering Cancer

Center, where I was an active clinical investigator and practicing physician caring for adult patients with leukemia.  During this time, I had the opportunity to participate in the treatment of well over one thousand adult patients with various types of leukemia, including hundreds of patients with chronic myelogenous leukemia (CML).

After spending 22 years at Memorial Sloan-Kettering, in 2009, I was recruited to be the inaugural director of the Division of Hematologic Malignancies and Hematopoietic Stem Cell Transplantation at Thomas Jefferson University in Philadelphia.  In this position, I led a group of 15 physicians dedicated to research, treatment, and education in this field.  A major focus of my Division's work was on the research and treatment of adults with leukemia, including CML.  In June 2016, I retired from Thomas Jefferson and now work part-time as a consultant.  During my 25+ years in academic medicine, I have taught and published extensively regarding the treatment of leukemia as well as other hematologic cancers, including having co-authored a chapter in three editions of Cancer: Principles and Practice of Oncology—**the** reference text book for cancer treatment.  Additional details of my qualifications can be found in my CV (see attachment).

In the last four years,  I have given deposition testimony in Kristi Lauris, *et al.* v. Novartis AG, *et al.*, pending in the United States District Court for the Eastern District of California, and in Roger Iker v. Robert Nakken, et al, fifth judicial district court, Iron County, Utah.

**III.**   **Data Considered**

In forming my opinions expressed herein, I considered:

- Multiple articles and reports related to nilotinib (Tasigna), some of which are cited below and others that are attached as a bibliography.

- Nilotinib labelling-related documents for the United States and Canada.

I also relied on my medical training, academic and research experience, and over 25 years of clinical practice as a hematologist and oncologist.

## IV.   Separate Statement of Bases for Opinions

**A.  Nilotinib (Tasigna) is causally associated with atherosclerosis-related conditions, including accelerated and severe vascular occlusive disease.  The plausible mechanisms of action include direct effects on the blood vessels promoting atherosclerosis, inhibition of mechanisms that counteract atherosclerosis, and metabolic effects, including the worsening of cholesterol levels and increasing blood sugar levels.**

1.  Nilotinib is causally associated with accelerated and severe atherosclerosis-related conditions

There are multiple reports linking nilotinib with progression of atherosclerosis going back to March 2011. A few key reports include:

1.  K. Aichberger, et al., *"Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML,"* Am. J. Hematology, v. 86(7), pp. 533-39 (March 2011).  Published in March 2011, Aichberger et al described 3 patients receiving nilotinib who then developed a very aggressive course of worsening lower extremity atherosclerosis requiring a variety of invasive treatments including stent placement, arterial bypass surgery, and amputation.  An additional patient suffered a spinal cord stroke.  Of note, none of the patients who developed the severe, accelerated peripheral arterial occlusive disease had any known pre-existing vascular disease, and one had no known cardiovascular risk factors.   To give some context to how unusual this is in my 25+ years I spent caring for leukemia patients I cannot recall a single CML patient who required a leg amputation or suffered a spinal cord infarct.

2.  A. Tefferi, et al., *"Nilotinib treatment-associated with peripheral artery disease and sudden death: yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia,"* Am. J. Hematology, v. 86(7), pp. 610-611 (April 2011).  In April 2011, Tefferi and Letendre from the Mayo Clinic extended Aichberger's observations by describing 2 additional patients: one (a 54-year-old non-diabetic, non-smoking woman with no significant cardiovascular risk factors) developed severe, accelerated atherosclerosis in both legs requiring stents and bypass surgery, and a second patient died suddenly, possibly as a result of a myocardial infarction or stroke, which often is caused by atherosclerosis in the coronary arteries and cerebrovascular arteries respectively.

3.  P. Le Coutre, et. al*., "Severe peripheral arterial disease during nilotinib-therapy,"* J. Nat'l Cancer Inst., v. 103(17), pp. 1347-48 (August 2011).  In August 2011, Le Coutre et al conducted a retrospective study of 179 nilotinib patients, and described a total of 11 cases of severe, previously unrecognized peripheral vascular atherosclerotic disease primarily effecting the lower extremities.  Four of these patients underwent amputations.  The article noted that the frequency of peripheral vascular disease observed appeared to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib (Gleevec).

4.  TD Kim, et al., *"Peripheral arterial occlusive disease in chronic phase chronic myeloid leukemia patients treated with nilotinib or imatinib,"* Leukemia 27(6), pp. 1316-21 (March 2013).  In March 2013 Kim et al reported a prospective study using clinical tests to assess CML patients treated with nilotinib or other TKIs for evidence of peripheral vascular disease.  Their results suggest a 10-fold increase in the risk of peripheral vascular disease associated with nilotinib compared with imatinib.

5.  ENESTnd trial: Reports from various dates describe the results of a randomized trial where newly diagnosed CML patients were randomly assigned to one of two doses of nilotinib (400 mg bid and 300 mg bid) or standard-dose imatinib.  This Novartis sponsored and funded trial was titled "Evaluating Nilotinib Efficacy and Safety in Clinical Trials–Newly Diagnosed Patients" (ENESTnd trial). These patients were followed sequentially for more than 5 years and at various time points the results were published.  Despite being funded by Novartis these reports clearly established that patients receiving nilotinib had a significantly higher risk of developing vascular events (defined as peripheral vascular disease, myocardial infarction, and/or stroke) than patients receiving imatinib.  Further supporting this thesis is the fact that such events were more common in patients receiving the higher of two doses of nilotinib. For example, in the report describing 5 years of follow-up it was noted that all vascular events occurred in 13.4% of patients receiving higher dose nilotinib, 7.5% in patients on the lower dose of nilotinib, and 2.1% of patients treated with imatinib. Notably, there were **zero** cases of peripheral arterial occlusive disease in the imatinib arm, while 2.5% of patients in the nilotinib 300 mg arm, and 2.5% of patients in the nilotinib 400 mg arm experienced this event.

With the above reports, along with other published reports, it became clear that nilotinib was associated with a significantly increased risk of vascular events compared to patients receiving treatment with imatinib.  In addition to the overall general increase in such vascular events, it was recognized that nilotinib can induce a particularly aggressive and in some cases treatment-refractory form of atherosclerosis affecting the lower extremities.  Patients afflicted by this toxicity have required invasive procedures including arterial bypass surgeries and

amputations.  Such procedures are almost never seen in CML patients not receiving nilotinib (or ponatinib).

2.  Plausible mechanisms of action

Not only is there a clear-cut association between taking nilotinib and developing problems related to progressive atherosclerosis, but there is a very plausible rationale for the mechanism by which this may take place.  The likely mechanism involves a multi-faceted group of effects that when added together provides a cogent case for a causal relationship between nilotinib and atherosclerotic disease.  There is evidence that nilotinib promotes atherosclerosis by direct effects on the vasculature.  While the exact mechanisms by which nilotinib causes these direct effects are not known with certainty, there is evidence that some key cellular processes are altered in a way that produces a pro-atherosclerotic environment.

A variety of ex-vivo (outside of a living organism or person) laboratory studies have shown that nilotinib is much more likely to promote pro-atherogenic changes than imatinib, and to do so at clinically relevant drug concentrations.  Such changes include inhibition of vascular endothelial cell proliferation and inhibition of the ability of these cells to migrate and inhibition of angiogenesis (blood vessel formation).

Using a mouse model of hind limb ischemia (reduced blood flow to the leg) Emir et al reported that nilotinib but not imatinib significantly decreased recovery of blood flow and that the consequence of this impaired recovery was a marked increase in the risk of limb necrosis in the nilotinib (but not imatinib) treated mice.  The authors found several differences that likely accounted for at least part of the deleterious effects of nilotinib in this model of lower extremity blood flow.  They noted that nilotinib decreased the density of microvessel formation in comparison to imatinib treated (or untreated) animals.  The authors also noted that several

5

important pro-atherogenic cytoadhesion molecules were increased in the presence of nilotinib. Taken together these effects lend strong support to the thesis that nilotinib promotes atherosclerosis in part by direct effects on the blood vessels. These authors also demonstrated that nilotinib depleted a key cell-type, known as Kit+ mast cells.

Despite the fact that nilotinib was designed to inhibit a specific enzyme in the class referred to as tyrosine kinases, it turns out that this effect is not 100% specific for the abnormal enzyme that typifies CML and by which the drug is thought to have its therapeutic activity. Indeed, nilotinib can also inhibit other tyrosine kinases that are not relevant to CML and this inhibition (called off-target effects) may be an important mechanism whereby nilotinib promotes this pro-atherogenic environment. Some of these tyrosine kinases, such as platelet-derived growth factor receptor (PDGFR), discoid domain receptor 1 (DDR1), and the receptor for stem cell factor (known as KIT), are involved in ameliorating the effects of atherosclerosis. Because nilotinib inhibits these enzymes, it is plausible that the body's natural mechanisms to correct atherosclerotic-induced inadequate blood flow to tissues is markedly impaired.

Clinically, when patients present to medical care with acute tissue ischemia such as stroke or myocardial infarction, two of the most important classes of medicine used to minimize the damage are anticoagulants, such as heparin, and clot dissolving enzymes, such as tissue plasminogen activator (tPA). It has been noted that in CML patients treated with nilotinib there is near complete depletion of KIT+ mast cells, one of the few cell types that can supply both heparin and tPA and that has been implicated as a major repair cell in vascular disorders. (Emir et al.). It is plausible that the depletion of Kit+ mast cells may, at least in part, be caused by nilotinib's ability to potently inhibit c-Kit.

In addition to the evidence that nilotinib promotes atherosclerosis by direct effects on the vasculature, nilotinib has been shown to have metabolic effects, worsening two known risk factors for atherosclerosis.  There are several well recognized risk factors for developing atherosclerosis. Two important risk factors include high blood sugar (diabetes mellitus) and high levels of cholesterol.  As convincingly demonstrated in the ENESTnd trial, it turns out that nilotinib raises blood sugar and cholesterol in significantly more patients than imatinib.  It is very likely that increased cholesterol levels and worsening (or developing) diabetes in part contributes to the increased risk of atherosclerotic disease in patients receiving nilotinib.

A final piece of evidence supporting the concept that nilotinib worsens the effects of atherosclerosis is described in a report by Maurizot, et al., "*Rapid clinical improvement of peripheral artery occlusive disease symptoms after nilotinib discontinuation despite persisting vascular occlusion,*" Blood Cancer Journal, v. 4 (2014).  The authors describe a patient who, while on nilotinib, developed severe arterial symptomatic stenosis of a key (superficial femoral) artery supplying blood to the leg.  Following discontinuation of nilotinib, the patient had rapid and dramatic symptomatic improvement despite the fact that imaging studies showed no change in the degree of arterial narrowing.  While on nilotinib the patient could only walk 100 meters.  Two weeks after stopping nilotinib the patient was able to walk 10 km, a one-hundred-fold increase in his exercise tolerance.  This finding dovetails nicely with our understanding that nilotinib likely prevents function of the pathways that help minimize the impact of reduced blood flow caused by atherosclerosis.  Despite the atherosclerotic lesion remaining stable in size its clinical effect was essentially eradicated once nilotinib was discontinued.

As can be seen in the above discussion it is clear that nilotinib has multiple effects that can worsen atherosclerotic-related vascular events.  Broadly speaking these fall into two main

categories:  The first is by direct effects on the vascular system which are likely mediated by nilotinib's inhibitory effects on enzymes similar to but distinct from the enzyme it inhibits to control CML.  The second is metabolic effects which include worsening or precipitating diabetes mellitus and raising the cholesterol level in patients.  Some of the enzymes inhibited by nilotinib appear to be particularly important for mitigating the effects of severe atherosclerosis, and, through their inhibition, patients are much more likely to have adverse clinical outcomes including stroke, heart attack, and leg ischemia, which in some patients have required drastic treatments such as amputation.

**B. For patients with pre-existing risk factors for atherosclerotic-related events, including smoking history and hypertension, there are safer and better-suited treatment alternatives to nilotinib for a fully informed physician to choose from.  It is imperative that physicians who do prescribe nilotinib monitor patients for developing atherosclerosis-related diseases.**

Currently there are five commercially available TKIs for the treatment of CML; imatinib, dasatinib, nilotinib, bosutinib, and ponatinib.  A good clinician will choose a specific treatment plan based on an optimal risk to benefit analysis.  All of these drugs have the ability to control CML in the majority of patients, yet they vary in their potency, efficacy in treating resistant forms of CML, and their side-effect profile.  Therefore, the choice of which TKI to use is driven by patient specific issues.  Specific toxicities include pulmonary problems associated with dasatinib and vascular problems seen with ponatinib and nilotinib.  Some patients with CML develop a rare mutation termed "T315I" which is resistant to treatment with all of the TKIs except for ponatinib.  Because of this, doctors treating patients with this specific mutation will prescribe ponatinib or non-TKI based treatments.  On the other hand, ponatinib is rarely recommended for other patients because of a high frequency of severe vascular events.  This toxicity is clearly identified in the product insert by having a "boxed" warning.  This well

publicized and prominent warning allows the physician to fully weigh potential benefits against possible serious and even life-threatening risks.

Similarly, nilotinib has an increased risk of severe vascular events (albeit not as frequent as ponatinib), and may not be the best choice for patients with other risk factors for cardiovascular disease such as smoking history and hypertension when other TKIs are available, particularly where a patient has already achieved high levels of disease control such as Major Molecular Remission (i.e., BCR/ABL levels are below 0.1%). In such cases, given the risk of accelerated atherosclerosis-related events that is particularly prevalent among patients with other risk factors, a fully-informed physician should strongly consider other therapies such as dasatinib, bosutinib, or imatinib before starting these patients on nilotinib. In the event that nilotinib is prescribed to such patients, it is prudent that physicians attempt to modify other risk factors for atherosclerosis and carefully monitor the patient for signs or symptoms of developing or worsening cardiovascular disease. The physician should also share these risks with patients so that the patient can be cognizant of signs of developing atherosclerosis-related events (e.g., intermittent claudication) and report them to the physician as soon as they become apparent. In the setting where the patient develops signs or symptoms of developing or worsening atherosclerosis, a fully informed physician should strongly consider withdrawal of nilotinib and a change to a different TKI or other therapies where available. This is because, as evidenced by the literature cited above, there is strong evidence that onset of atherosclerotic-events typically worsen as therapy continues, and there is further evidence of dramatic symptomatic improvement upon cessation (Mauizot et al.).

There has been substantial progress in the treatment of CML in the last 2 decades. The introduction of the TKIs have made chronic myelogenous leukemia truly a chronic disease.

There have been several studies indicating the improving prognosis for CML patients, with the most convincing data coming from the Swedish registry, which shows the benefit for a CML population as a whole.  The initial report (Bower et al JCO 2011) from 2011 clearly indicated a dramatic improvement in survival that corresponds to the time frame when imatinib (the first TKI) was introduced.  For example, the relative survival rates for patients with CML in the period 1994-2000 was 0.54 but this improved to 0.80 for patients diagnosed between 2001-2008. The authors updated their results in 2016 (Bower et al JCO 2016) and according to their estimates they anticipate that on average a patient with CML diagnosed in 2013 can expect a normal or near normal (within 3 years) life-expectancy.  Given this excellent prognosis it has become even more important that physicians consider the various differences in drug toxicities among the TKIs.  Since atherosclerotic vascular disease remains the leading cause of heart attack, stroke, and death in the United States, it is important to consider the incremental risk of these events associated with nilotinib therapy.

In conclusion while nilotinib remains a very potent drug in treating CML, it may not be the best choice for every patient.  In order to make a well informed and accurate decision regarding the specific TKI chosen to treat CML it is crucial for patients and physicians to be **completely informed** about all potential side-effects.

C. **The nilotinib U.S. product label in effect during the time of Mr. McWilliams' Tasigna treatment did not appropriately warn of the severe atherosclerosis-related risks associated with the drug.**

I have been asked to provide opinions on whether the United States nilotinib label in effect at the time that Mr. McWilliams was on the drug (which I have been informed spanned from around June 2011 to around August 2013) adequately warned oncologists of the risks of developing atherosclerosis-related disease described above.  I base this opinion on my 25+ years

of treating leukemia patients and making risk/benefit analyses based on the warnings provided in the product label.

Before I address the adequacy of the United States label during that time period, I will give some context to the growing concern that arose among physicians, as evidenced by published literature as early as March 2011. As it became evident that nilotinib caused severe atherosclerotic problems in a subset of patients, there developed increasing concern that physicians needed to be aware of this potential toxicity, and that patients on nilotinib be closely screened and monitored for developing atherosclerosis-related diseases (e.g., Aichberger et al). This knowledge is critical for physicians to understand and explain to their patients a complete risk-benefit analysis of using nilotinib, especially in patients already at an increased risk for vascular disease. As there are other alternatives for treatment of CML it is quite likely that this information would dissuade some physicians from prescribing nilotinib to selected patients with cardiovascular risk factors, and would alert physicians that patients on nilotinib needed to be closely monitored for evidence of progressive atherosclerosis.

Based on the weight of evidence, Health Canada issued an extensive signal assessment report in June 2012, concluding that the data strongly suggest that nilotinib treatment is associated with the development and exacerbation of atherosclerosis-related diseases. ("Signal Assessment: Nilotinib (TASIGNA); Atherosclerotic-Related Diseases Including Peripheral Arterial Occlusive Disease (PAOD)" (TPROD00972838)). Health Canada requested Novartis to update the Warnings and Precautions section of the Canadian nilotinib label to warn physicians of the risk of atherosclerosis-related disease and the need to monitor patients, which Novartis did in August 2012. Novartis did not take similar action with the United States nilotinib label at that time.

Health Canada then further requested that Novartis send a "Dear Health Care Professional" letter to Canadian doctors and a further communication to the Canadian public warning of the risk of developing atherosclerosis-related disease.  In April 2013, Novartis issued these warnings.   In part the warning to Canadian health care professionals included the following:

"Cases of atherosclerosis-related conditions have been reported during clinical trials and post marketing experience with the use of TASIGNA*.

Patients should be monitored for signs of atherosclerosis-related diseases during treatment with Tasigna*.  Monitoring of lipid and glucose profiles should also be performed before and frequently during treatment with TASIGNA* and as clinically indicated.

Updated information regarding Tasigna safety profile has been added to the product monograph under the Warnings and Precautions, common clinical adverse drug reactions and post-marketing adverse drug reactions.

Novartis did not send a similar communication to physicians in the United States or to the United States public.

The label in effect when Mr. McWilliams was first prescribed nilotinib in June 2011 was issued in January 2011.  The label was updated at least three times while Mr. McWilliams was taking nilotinib.  None of these labels properly warned of the risk of developing accelerated and severe atherosclerosis-related diseases (as described above).

In my opinion none of these product labels adequately warn physicians about the risk of serious vascular events.  The highest level warning that these labels can contain is the so-called boxed warning which is prominently located on the first page and highlighted by literally being framed in a box.  Such warnings are typically used to notify physicians about particularly severe and potentially life threatening adverse reactions.  The relevant labels all included a boxed warning, but for QT interval prolongation and sudden death (which the label suggests is related

to QT interval prolongation).  There is no such warning for progressive atherosclerosis, which can lead to events as serious as heart attack, stroke, or limb amputation.  The second level of warning is the section on "Warnings and Precautions," which is also prominently featured on the first page, entitled "HIGHLIGHTS OF PRESCRIBING INFORMATION."  Depending on the version used this section includes 12 or 13 distinct warnings and precautions but again does not mention the risk of developing life-threatening atherosclerosis-related conditions and the need to monitor patients for developing such conditions.  A third level of warning is the section entitled "adverse events," which is also abstracted on the page of "HIGHLIGHTS OF PRESCRIBING INFORMATION."  Again, this section does not contain a warning for these potentially life-threatening vascular events.

It is only when we get to the section of the label entitled, "Additional Data from Clinical Trials," which does not appear until about page 13 (out of 30+ pages) of the labelling document, that there is any mention of any type of atherosclerosis-related diseases—i.e., "thrombosis," myocardial infarction, or "coronary artery disease" and beginning with the November 2011 label "peripheral arterial occlusive disease," all of which are listed as "uncommon" (less than 1%) or "unknown frequency (single events)" events reported in clinical trials.  There is no mention of any risks of thrombotic cerebrovascular disease or thrombotic stroke.  These atherosclerosis-related risks are essentially buried in a long list (I estimate there are over 200 items listed) of all adverse reactions reported during clinical trials.  This passing mention of these conditions as "uncommon" (or "unknown/single") events observed in clinical trials in the middle of such a large list of other conditions fails to convey the magnitude of the risk of accelerated atherosclerosis-related diseases, and the critical need to monitor such patients for developing atherosclerosis throughout therapy.  Based on my 25+ years of reviewing medication labels and

making risk/benefit analyses for my patients, I do not expect that this listing would make a significant impression on even the most careful physician.

It is, therefore, my opinion that this lack of adequate warning prevented physicians from determining an accurate risk-benefit analysis, which therefore placed patients at an increased risk of serious harm or even death.

Dated: February 20, 2018

_Mark Weiss_

Mark Weiss, M.D.

### Bibliography

**Medical Literature**

Aichberger, KJ, Herndlhofer, S., Schernthaner, GH, Schillinger, M., Mitterbauer-Hohendanner, G., Sillaber, C. Valent, P.  2011.  American Journal of Hematology. *Progressive peripheral arterial disease and other vascular events during nilotinib therapy in CML*  86(7): 533-539.

Bjorkholm, M., Ohm, L., Eloranta, S., Derolf, A., Hultrcrantz, M., Sjoberg, J., Anderson, T., Hoglund, M., Richter, J., Landgren, O., Kristinsson, S., Dickman, P.  2011.  Journal of Clinical Oncology.  *Success of Targeted Therapy in Chronic Myeloid Leukemia: A Population-Based Study of Patients Diagnosed in Sweden from 1973 to 2008.*  29(18): 2514-2520.

Bower, H., Bjorkholm, M., Dickman, P., Hoglund, M., Lambert, P., Anderson, T.  2016.  Journal of Clinical Oncology.  *Life Expectancy of Patients with Chronic Myeloid Leukemia Approaches the Life Expectancy of the General Population.*  34(24): 2851-2857.

Chai-Adisaksopha, C., Lam, W., Hillis, C.  2015.  Leukemia & Lymphoma.  *Major arterial events in patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors: a meta-analysis.*  57(6): 1300-1310.

Coon, E., Zalewski, N., Hoffman, E., Tefferi, A., Flemming, K.  2013.  American Journal of Hematology.  *Nilotinib treatment-associated cerebrovascular disease and stroke.*  88(6): 534-535.

Cortes, J., Mauro, M., Steegmann, J., Saglio, G., Malhotra, R., Ukropee, J., Wallis, N.  2015.  American Journal of Hematology.  *Cardiovascular and pulmonary adverse events in patients treated with BCR-ABL inhibitors: Data from the FDA Adverse Reporting System.*  90(4): E66-E72.

Emir, H., Albrecht-Schgoer, K., Huber, K., Grebien, F., Eisenwort, G., Schgoer, W., Kaun, C., Herndlhofer, S., Theurl, M., Cerny-Reiterer, S., Hoermann, G., Sperr, W., Uwe, R., Wojta, J., Wolf, D., Superti-Furga, G., Kirchmair, R., Valent, P.  2013.  Blood.  *Nilotinib Exerts Direct Pro-Atherogenic and Anti-Angiogenic Effects on Vascular Endothelial Cells: A Potential Explanation for Drug-Induced Vasculopathy in CML.* 122: 257.

Giles, F., Mauro, M., Hong, F., Ortmann, C-E., McNeil, C., Woodman, R., Hochhaus, A., le Coutre, P., Saglio, G.  2013.  Leukemia.  *Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy:a retrospective cohort analysis.* 27: 1310-1315.

15

Hadzijusufovic, E., Albrecht-Schgoer, K., Huber, K., Grebien, F., Eisenwort, G., Schgoer, W., Kaun, C., Herndlfofer, S., Theurl, M., Cerny-Reiterer, S., Hoermann, G., Sperr, W., Wojta, J., Wolf, D., Superti-Furga, G., Kirchmair, R., Valent, P.  2013.  Blood.  *Nilotinib Exerts Direct Pro-Atherogenic and Anti-Angiogenic Effects on Vascular Endothelial Cells: A Potential Explanation for Drug-Induced Vasculopathy in CML.* 122: 257.

Hochhaus, A., Saglio, G., Hughes, T., Larson, R., Kim, D., Issaraqrisil, S., le Coutre, P., Etienne, G., Dorlhiac-Llacer, P., Clark, R., Flinn, I., Nakamae, H., Donohue, D. Denq, W, Dalal, D., Menssen, H., Kantarjian, H.  2016.  Leukemia.  *Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year update of the randomized ENESTnd trial.* 30(5):1044-1054.

Jabbour, E., Kantarjian, H.  2016.  American Journal of Hematology.  *Chronic myeloid leukemia: 2016 update on diagnosis, therapy, and monitoring.* 91(2): 252-265.

Kantarjian, Hm., Hochhaus, A., Saglio, G., De Souza, C., Flinn, IW., Stenke, L., Goh, Y., Rosti, G., Nakamae, H., Gallagher, N., Hoenekopp, A., Blakesley, R., Larson, R., Hughes, T.  2011. Lancet Oncology.  *Nilotinib versus imatinib for the treatment of patients with newly diagnosed chronic phase, Philadelphia chromosome-positive, chronic myeloid leukemia: 24-month minimum follow-up of the phase 3 randomized ENESTnd trial.* Oct;12(11):989.

Kim, T., Rea, D., Schwarz, M., Grille, P., Nicolini, F., Rosti, G., Levato, L., Giles, F., Dombret, H., Mirault, T., Labussiere, H., Lindhorst, R., Haverkamp, W., Buschmann, I., Dorken, D., le Coutre, P.  2013. Leukemia.  *Peripheral artery occlusive disease in chronic phase chronic myeloid leukemia patientstreated with nilotinib or imatinib.* 27(6): 1316-1321.

Labussiere-Wallet, H.,  Guillermin, Y., Etienne, M., Barale, A., Serrier, C., Tigaud, I., Hayette, S., Le Borgne, O., Sobh, M., Morisset, S., Barraco, F., Michallet, M., Nicolini, F.  2012. Blood.  *Analysis of Clinical Arterial and Metabolic Parameters in Chronic Phase CML Patients on Nilotinib in a Single Center Cohort.* 120: 3756.

Larson, R., Hochhaus, A., Hughes, T., Clark, R., Etienne, G., Kim, D., Flinn, I., Kurokawa, M., Moiraghi, B., Yu, R., Blakesley, R., Gallagher, N., Saglio, G., Kantarjian, M.  2012. Leukemia.  *Nilotinib vs. imatinib in patients with newly diagnosed Philadelphia chromosome-positive chronic myeloid leukemia in chronic phase: ENESTnd 3-year follow up.* 26(10): 2197-2203.

Larson, R., Hocchaus, A., Saglio, G., Kim, D.W., Jootar, S., Le Coutre, P.D., Reiffers, J., Pasquini, R., Goldberg, S.L., Clark, R.E., Kemp, C.N., Fan, X., Menssen, H.D., Hughes, T.P., Kantarijan, H.M. Journal of Clinical Oncology.  *Nilotinib versus imatinib in patients (pts) with newly diagnosed chronic myeloid leukemia in chronic phase (CML-CP): ENESTnd 4-year (y) update.* 31(15).

Le Coutre, P., Rea, D., Abruzzese, E., Dombret, H., Trawinska, M., Herndlhofer, S., Dorken, B., Valent, P.  2011.  Journal of the National Cancer Institute.  *Severe Peripheral Arterial Disease During Nilotinib Therapy.* 103(17): 1347-1347.

Levato, L., Cantaffa, R., Kropp, M., Magro, D., Pior, E., Molica, S.  2013.  European Journal of Hematology.  *Progressive Peripheral Arterial Occlusive Disease and Other Vascular Events During Nilotinib Therapy in Chronic Myeloid Leukemia: a single institution study.*  90(6): 531-532.

Maurizot, A., Beressi, J-P., Maneglier, B., De la Marre, N.H., Spentchian, M., Soury, P., Solvet-Sebire, P., Collet-Gaudillat, C., Baud, J-M., Livarek, B., Guilhot, F., Rousselot, P. 2014. Blood Cancer Journal. *Letter to the editor:  Rapid clinical improvement of peripheral artery occlusive disease symptoms after nilotinib discontinuation despite persisting vascular occlusion.* 4, E247.

Mirault, T., Rea, D., Azarine, A., Messas, E.  2014.  European Journal of Haematology.  *Rapid onset of peripheral artery disease in a chronic myeloid leukemia patient without prior arterial disorder: direct relationship with nilotinib exposure and clinical outcome.*  94(4): 363-367.

Rea, D., Mirault, T., Raffoux, E., Miclea, J., Rousselot, P., Dombret, H., Messas, E.  2013. Blood.  *Identification Of Patients (pts) With Chronic Myeloid Leukemia (CML) At High Risk Of Artery Occlusive Events (AOE) During Treatment With The 2nd Generation Tyrosine Kinase Inhibitor (TKI) Nilotinib,Using Risk Stratification For Cardiovascular Diseases (CVD).*  122: 2726.

Saglio, G., Kim., D., Issaragrisil, S., le Coutre, P., Etienne, G., Lobo, C., Pasquini, R., Clark, R., Hochhaus, A., Hughes, T., Gallagher, N., Hoenekopp, A., Dong, M., Haque, A., Larson, R., Kantarjian, H.  2010.  The New England Journal of Medicine.,  *Nilotinib versus Imatinib for Newly Diagnosed Chronic Myeloid Leukemia.*  362(24): 2251-2259.

Steegmann, J., Baccarani, M., Breccia, M., Casado, L., Garcia-Gutierrez, V., Hochhaus, A., Kim, D., Kim, T., Khoury, J., Le Coutre, P., Mayer, J., Milojkovic, D., Porkka, K., Rea, D., Rosti, G., Saussele, S., Hehlmann, R., Clark, R..  2016.  *Leukemia.  European LeukemiaNet recommendations for the management and avoidance of adverse events of treatment in chronic myeloid leukemia.*  30(8): 1648-1671.

Steve-Dumont, M., Baldin, D., Legros,, L., Thyss, A., Re, D., Rocher, F., Ajmia, F., Spreux, A., Drici, M. 2015. Fundamental & Clinical Pharmacology.  *Are nilotinib-associated vascular adverse events an under-estimated problem?* 29(2): 204-208.

Tefferi A., Letendre, L. et al.  2011. American Journal of Hematology.  *Nilotinib treatment-associated peripheral artery disease and sudden death: Yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia.* 86 (7): 610-611.

Tefferi, A.  2013.  Leukemia.  *Nilotinib treatment-associated accelerated atherosclerosis: When is the risk justified?* 27(9): 1939-1940.

Valent, P., Hadzijusufovic, E., Schernthaner, G., Wolf, D., Rea, D., le Coutre, P.  2014.  Blood. *Vascular safety issues in CML patients treated with BCR/ABL1 kinase inhibitors.*  125(6).


**Public Agency Reports**

2012.  Marketed Health Products Directorate Health Products and Food Branch Health Canada. Signal Assessment:  Nilotinib (TASIGNA)  Atherosclerotic-Related Diseases Including Peripheral Artery   Occlusive Disease (PAOD).

2013.  U.S. Food & Drug Administration. *New Molecular Entity Postmarket Safety Summary.* FDAAA Section 915.

**Labelling-Related Documents**

January 2011.  Nilotinib U.S. Prescribing Information.

October 2011.  Nilotinib U.S. Prescribing Information.

November 2011.  Nilotinib U.S. Prescribing Information.

April 2012.  Nilotinib U.S. Prescribing Information.

April 2013.  Novartis Dear Health Care Professional Letter (Canada) and Public Communication (Canada).

June 2013.  Nilotinib U.S. Prescribing Information.

September 2013.  Nilotinib U.S. Prescribing Information.

Curriculum Vitae

# Mark A. Weiss, MD

**Address**: 1111 Locust Street
Unit 6F
Philadelphia, PA  19107

**Email** :  mark29a@yahoo.com

---

**Education:**
June 1977,  B.A., Cornell University Medical Center & Rockefeller University, Ithaca, NY
June 1983,  M.D, Cornell University Medical Center & Rockefeller University, Medical Scientist
Training Program, New York, NY

**Postgraduate Training and Fellowship Appointments:**
1983-1986 Residency Program, Vanderbilt University Medical Center
Department of Internal Medicine, Nashville, TN
1986-1987 Chief Medical Resident, Nashville General Hospital
Vanderbilt University Medical Center, Nashville, TN
1987-1990 Fellowship in Hematology & Medical Oncology
Memorial Sloan-Kettering Cancer Center, New York, NY

**Positions and Appointment:**
1990-1994 Clinical Assistant Attending Physician, Division of Hematology Oncology
Department of Medicine, Memorial Hospital, Sloan-Kettering Cancer Center
New York, NY
1990-1994 Clinical Assistant Member, Memorial Sloan-Kettering Cancer Center, New York, NY
1990-1994 Instructor, Cornell University Medical Center, New York, NY
1996-1998 Physician Unit Leader, M12 In-Patient Leukemia & Lymphoma Service
Memorial Sloan-Kettering Cancer Center, New York, NY
Department of Medicine, Memorial Hospital, Sloan-Kettering Cancer Center
New York, NY
1994-2001 Assistant Member, Memorial Sloan-Kettering Cancer Center, New York, NY
1994-2001 Assistant Attending Physician, Division of Hematologic Oncology
1994-2002 Assistant Professor of Medicine, Cornell University Medical Center, New York, N
2002-2009 Associate Professor of Medicine, Weill Medical College of Cornell University
Department of Medicine, New York Presbyterian Hospital, New York, NY
2001-2009 Associate Attending Physician, Division of Hematologic Oncology
Department of Medicine, Memorial Hospital, Sloan-Kettering Cancer Center
New York, NY, NY
2001-2009 Associate Member, Memorial Sloan-Kettering Cancer Center, New York, NY
2009-2015 Division Director, Hematological Malignancies and Hematopoietic Stem Cell
Transplantation, Department of Medical Oncology, Thomas Jefferson University,
Philadelphia, PA
2009–2016 Professor of Medical Oncology, Thomas Jefferson University, Philadelphia, PA
2016-present Principal, Mark Weiss, consulting, Philadelphia, PA

**Specialty Certification:**
1986-present  Internal Medicine

1989-present  Medical Oncology
1990-2010  Hematology

**Licensure:**
1983  New York State 169758-1
2009  Pennsylvania MD438863

**Awards, Honors, & Grants:**
2000-2002 The Beatrice Renfield Grant, Clinical Investigations in CLL
1995-2002 NCI RO1 CA76823, Curative Strategies in CLL
1993-1996 American Cancer Society, Clinical Oncology Career Development Award
        Award #93-89
1993 Paul Sherlock House staff Teaching Award, Department of Medicine Memorial Sloan-
        Kettering Cancer Center
1991 Teacher of the Year Awarded by the Medical Oncology Fellows, Memorial Sloan-Kettering
        Cancer Center
1980 William C. Thro Prize for Excellence in Pathophysiology, Cornell University Medical
        College

**Memberships in Professional & Scientific Societies:**
American College of Physicians
American Society of Clinical Oncology
American Society of Hematology
American Society for Blood and Marrow Transplantation

**Editorial Positions:**
2004-2010 - Section editor (Leukemia) for Current Oncology Reports

**Organizing Roles in Scientific Meetings:**
2003 – Abstract reviewer/session moderator for "CLL – Biology and Clinical Investigation" ASH
meeting, December.
2004 – Coordinating reviewer/session moderator for "CLL – Biology and Clinical Investigation" ASH
meeting, December.

**Selected Lectures by Invitation:**
1. High-dose idarubicin in adult ALL.  5/31/96.  Satellite symposium at EHA, Paris, France.
2. ALL-5 Investigator's Meeting.  Meeting chairman.  6/14/96.  Laguna Niguel, CA.
3. Acute lymphoblastic leukemia.  7/27/96.  Conference on advances in the management of hematologic
malignancy, The Cleveland Clinic, Cleveland, OH.
4. High-dose induction therapy of adult acute lymphoblastic leukemia.  9/25/96.  The Emory Clinic,
Atlanta, GA.
5. Acute lymphoblastic leukemia.  10/10/96.  Ohio State University, Columbus, OH.
6. Consolidation therapy with high-dose cyclophosphamide (HDC) reduces minimal residual disease in
patients with chronic lymphocytic leukemia (CLL) treated with fludarabine as induction therapy.  12/9/96.
ASH Meeting, Orlando, FL.
7. High-dose induction therapy of adult ALL.  3/13/97.  Mt. Sinai Medical Center, New York, NY.
8. Adult ALL.  4/7/97.  Northwestern University Medical Center, Chicago, IL.
9. Infections complicating hematologic malignancies. 4/23/97.  Beth Israel Hospital, New York, NY.
10. High-dose therapy of adult ALL.  4/24/97. Tulane Cancer Center, New Orleans, LA.
11. High-dose therapy of adult ALL.  10/14/97.  Cedars-Sinai Medical Center, Los Angeles, CA.
12. Adult ALL.  10/14/97.  Scripps Clinic, San Diego, CA.
13. Adult acute lymphoblastic leukemia.  10/15/97.  UCLA, Los Angeles, CA.
14. Adult ALL.  The Panhellenic Hematological Congress. 11/6/97.  Athens, Greece.

15. High-dose therapy of chronic lymphocytic leukemia. 1/16/98. The Cleveland Clinic Cancer Center, Cleveland, OH.

16. Chronic lymphocytic leukemia. Westchester County Medical Center. 6/2/98. Valhalla, NY.

17. New developments in the treatment of ALL. 6/12/98. University of Washington Medical Center, Seattle, WA.

18. Fludarabine in the treatment of B-cell malignancies: New directions. Clinical conference program moderator. 6/16/98. New York, NY.

19. Chronic lymphocytic leukemia. Hematology/Oncology Seminar Series. 9/15/98. Vanderbilt University Medical Center, Nashville, TN.

20. CLL: Can dose intensity produce molecular remissions? 2/9/99. Beth Israel Deaconess Medical Center/Harvard Medical School, Boston, MA.

21. Pentostatin/cyclophosphamide for CLL. Johns Hopkins Oncology Center Conference: "Future Development of Pentostatin". 2/12-13/99. San Juan, Puerto Rico.

22. State of the art therapy of adult ALL. Conference program chairman. 4/16/99. Dorado, Puerto Rico.

23. Chronic lymphocytic leukemia. 11/8/99. Hahnemann University Medical College, Philadelphia, PA.

24. Chronic lymphocytic leukemia. 11/9/99. Jefferson Medical College, Philadelphia, PA.

25. New Therapies in CLL. 1/5/00. University of Miami Sylvester Comprehensive Cancer Center, Miami, FL.

26. Chronic lymphocytic leukemia. 2/18/00. Tufts University School of Medicine, Boston, MA.

27. High-dose therapy of adult ALL. 3/8/00. Emory University, Atlanta, GA.

28. Chronic lymphocytic leukemia. 4/5/00. UCLA, Los Angeles, CA.

29. Combination therapy of lymphoid leukemias. 5/31/00. M.D. Anderson Cancer Center, Houston, TX.

30. Chronic and acute lymphocytic leukemia. 6/7/00. Stanford University Medical Center, Palo Alto, CA.

31. Acute lymphoblastic leukemia. 6/20/00. Vanderbilt University Medical Center, Nashville, TN.

32. ALL-4 protocol investigator meeting. Conference program chairman. 9/8/00. Laguna Niguel, CA.

33. Chronic lymphocytic leukemia. 12/18/00. University of Maryland Greenebaum Cancer Center, Baltimore, MD.

34. Infections in neutropenic patients. 2/16/01. Walter Reed Army Medical Center, Washington, D.C.

35. 2001 Pan-Pacific Lymphoma Conference. 6/19-22/01. Maui, HI.

36. Chronic lymphocytic leukemia. 8/29/01. Rochester, MN.

37. Recent advances in the treatment of CLL. 11/7/01. University of Pennsylvania Cancer Center, Philadelphia, PA.

38. Current and future trends in the treatment of CLL 11/7/01. Fox Chase Cancer Center, Philadelphia, PA.

39. State of the art therapy of adult ALL. Conference program chairman. 4/12/02. Dorado, Puerto Rico.

40. New approaches for CLL therapy. 7/25/02. City of Hope National Medical Center and Beckman Research Institute, Duarte, CA.

41. Update on antifungal therapy. 10/24/02. Columbia-Presbyterian Medical Center, New York, NY.

42. New treatments of lymphoid leukemia. 2/25/03. Long Island Jewish Medical Center, New Hyde Park, NY.

43. Chronic lymphocytic leukemia: A tale of two cities. 9/24/03. M.D. Anderson Cancer Center, Houston, TX.

44. Acute lymphocytic leukemia. 3/19/04. Tufts University School of Medicine-New England Medical Center, Boston, MA.

45. Chronic lymphocytic leukemia. 3/25/04. Dana-Farber Cancer Institute/Harvard Medical School, Boston, MA.

46. Innovative treatment for CLL. 5/5/05. City of Hope National Medical Center and Beckman Research Institute, Duarte, CA.

47. Recent advances in clinical aspects and treatment of chronic lymphocytic leukemia. 5/6/05. University of Southern California/Norris Cancer Center, Los Angeles, CA.

48. Chronic lymphocytic leukemia. 9/13/05. Johns Hopkins University Medical Center, Baltimore, MD.

49. Chronic lymphocytic leukemia. 11/8/05. University of California, San Francisco, CA.

50. Acute lymphoblastic leukemia. 11/9/05. Stanford University Cancer Center, Stanford, CA.

51. New advances in the treatment of acute lymphoblastic leukemia. 3/24/06. Duke University Medical Center, Durham, NC.

52. Induction therapy in adult ALL without vincristine or prednisone. 4/5/06. M.D. Anderson Cancer Center, Houston, TX.

53. Innovative treatments of chronic lymphocytic leukemia. 4/19/06. Vanderbilt University Medical Center, Nashville, TN.

54. Pentostatin/cyclophosphamide/rituximab in low-grade lymphoma. 4/27/07. 14th International Symposium on Recent Advances in Stem Cell Transplantation, Heidelberg, Germany.

55. Should biologic and molecular prognostic markers be used to assign and guide therapy for CLL patients?  12/7/07.  ASH Meeting Satellite Symposium, Atlanta, GA.

56. Chronic lymphocytic leukemia.  1/9/08.  Vanderbilt University Medical Center, Nashville, TN.

57. Chronic lymphocytic leukemia.  3/25/08.  Memorial Sloan-Kettering Cancer Center, New York, NY.

58. Chronic lymphocytic leukemia. 9/15/10. UC Davis Medical Center, Sacramento, CA.

59. Chronic lymphocytic leukemia. 9/24/10. George Washington University Hospital, Washington, DC.

60. Chronic lymphocytic leukemia 1/7/11.  JPS Health Network, Fort Worth, TX

61. Chronic lymphocytic leukemia. 2/10/11. University of Florida College of Medicine, Gainesville, FL

62. Chronic lymphocytic leukemia 3/21/11. Newark Beth Israel Medical Center, Newark, NJ

63. Challenges in Treating Chronic Lymphocytic Leukemia, Dallas, TX  8/21/14

64. Challenges in Treating Chronic Lymphocytic Leukemia – The Older Patient and Comorbid Conditions. Scottsdale Arizona, 9/17/14

65. The Chronic Lymphocytic Leukemia Revolution: Latest Treatment Advances. Good Samaritan Medical Center, West Palm Beach, FL. 9/25/14

66. The Chronic Lymphocytic Leukemia Revolution: Latest Treatment Advances. Louis Stokes Cleveland Department of Veterans Affairs Medical Center, Cleveland OH. 11/20/14

**Publications, peer reviewed:**

1. **Weiss MA**, McCarty RE:  Cross-linking within a subunit of coupling factor 1 increases the proton permeability of spinach chloroplast thylakoids.  The Journal of Biological Chemistry 252: 8007-8012, 1977.

2.  Berman E, **Weiss M**, Kempin S, Gee T, Bertino J, Clarkson B:  Intensive therapy for adult acute lymphoblastic leukemia.  Seminars in Hematology 28(3): 72-75, 1991.

3.Frankel SR, Eardley A, Lauwers G, **Weiss M,** Warrell RP:  The "retinoic acid syndrome" in acute promyelocytic leukemia.  Annals of Internal Medicine 117(4): 292-296, 1992.

4. **Weiss M**, Telford P, Kempin S, Kritz A, Sogoloff H, Gee T, Berman E, Scheinberg D, Little C, Gaynor J, Belanger C, Bertino J, Andreeff M, McKenzie S, Clarkson B:  Severe toxicity limits intensification of induction therapy for acute lymphoblastic leukemia.  Leukemia 7(6): 832-837, 1993.

5. **Weiss M**, Spiess T, Berman E, Kempin S:  Concomitant administration of chlorambucil limits dose intensity of fludarabine in previously treated patients with chronic lymphocytic leukemia.  Leukemia 8(8): 1290-1293, 1994.

6. **Weiss MA**, Warrell RP:  Two cases of extramedullary acute promyelocytic leukemia - Cytogenetics, molecular biology, phenotypic and clinical studies.  Cancer 74(7): 1882-1886, 1994.

7. Maslak PG, **Weiss MA**, Berman E, Yao TJ, Tyson D, Golde DW, Scheinberg DA:  Granulocyte colony-stimulating factor following chemotherapy in elderly patients with newly diagnosed acute myelogenous leukemia.  Leukemia 10: 32-39, 1996.

8. **Weiss M,** Maslak P, Feldman E, Berman E, Bertino J, Gee T, Megherian L, Seiter K, Scheinberg D, Golde D:  Cytarabine with high dose mitoxantrone induces rapid complete remissions in adult acute lymphoblastic leukemia (ALL) without the use of vincristine or prednisone.  Journal of Clinical Oncology 14(9): 2480-2485, 1996.

9. **Weiss MA**, Drullinsky P, Maslak P, Scheinberg D, Golde D:  A phase I trial of a single high dose of idarubicin combined with high-dose cytarabine as induction therapy in relapsed or refractory adult patients with acute lymphoblastic leukemia.  Leukemia 12: 865-868, 1998.

10. Kossman SE, **Weiss MA:**  Acute myelogenous leukemia following exposure to strontium-89 for adenocarcinoma of the prostate.  Cancer 88(3): 620-624, 2000.

11. **Weiss MA,** Glenn M, Maslak P, Rahman Z, Noy A, Zelenetz A, Scheinberg DA, Golde DW:  Consolidation therapy with high-dose cyclophosphamide improves the quality of response in patients with chronic lymphocytic leukemia treated with fludarabine as induction therapy.  Leukemia 14: 1577-1582, 2000.

12. Noy A, Verma R, Glenn M, Maslak P, Rahman ZU, Keenan JR, **Weiss M,** Filippa D, Zelenetz AD:  Clonotyic PCR confirms minimal residual disease (MRD) in CLL nodular PR:  Preliminary results from a sequential treatment CLL protocol.  Blood 97(7): 1929-1936, 2001.

13. Araten DJ, Swirsky D, Karadimitris A, Notaro R, Nafa K, Bessler M, Thaler HT, Castro-Malaspina H, Childs BH, Boulad F, **Weiss M,** Anagnostopoulos N, Kutlar A, Savage DG, Maziarz RT, Jhanwar S, Luzzatto L:  Cytogenetic and morphologic abnormalities in paroxysmal nocturnal hemoglobinuria. British Journal of Hematology 115: 360-368, 2001.

14. Seiter K, Feldman EJ, Sreekantaiah C, Pozzuoli M, Weisberger J, Liu D, Papageorgio C, **Weiss M**, Kancherla R, Ahmed T:  Secondary acute myelogenous leukemia and myelodysplasia without abnormalities of chromosome 11q23 following treatment of acute leukemia with topoisomerase II-based chemotherapy.  Leukemia 15(6): 963-79, 2001.

15. Reprinted with an authors' update:  **Weiss M,** Maslak P, Feldman E, Berman E, Bertino J, Gee T, Megherian L, Seiter, K, Scheinberg D, Golde D:  Cytarabine with high-dose mitoxantrone induces rapid complete remissions in adult acute lymphoblastic leukemia without the use of vincristine or prednisone.  Classic Papers and Current Comments 7(2): 320-326, 2002.

16. **Weiss MA,** Aliff TB, Tallman MS, Frankel SR, Kalaycio ME, Maslak PG, Jurcic JG, Scheinberg DA, Roma TE:  A single high dose of idarubicin combined with cytarabine as induction therapy for relapsed or refractory adult patients with acute lymphoblastic leukemia.  Cancer 95: 581-587, 2002.

17. Aliff TB, Maslak PG, Jurcic JG, Heaney ML, Cathcart KN, Sepkowitz KA, **Weiss MA:** Refractory Aspergillus pneumonia in patients with acute leukemia: Successful therapy with combination caspofungin and liposomal amphotericin.  Cancer 97: 1025-32, 2003.

18. Brentjens R, Latouche J-B, Santos E, Marti F, Gong M, Lyddane C, King P, Larson S, **Weiss M,** Riviere I, Sadelain M:  Eradication of systemic B cell tumors by genetically targeted human T lymphocytes co-stimulated by CD80 and interleukin-15.  Nature Medicine 9(13): 279-286, 2003.

19. **Weiss MA,** Maslak PG, Jurcic JG, Scheinberg DA, Aliff TB, Lamanna N, Frankel SR, Kossman SE, Horgan D:  Pentostatin and cyclophosphamide: An effective new regimen in previously treated patients with chronic lymphocytic leukemia.  Journal of Clinical Oncology 21(7): 1278-1284, 2003.

20. Lamanna N, Kalaycio M, Maslak P, Jurcic JG, Heaney M, Brentjens R, Zelenetz AD, Horgan D, Gencarelli A, Panageas KS, Scheinberg DA, **Weiss MA**:  Pentostatin, cyclophosphamide, and rituximab is an active, well- tolerated regimen for patients with previously treated chronic lymphocytic leukemia.  Journal of Clinical Oncology 24(10): 1575-1581, 2006.

21. Byrd JC, O'Brien S, Flinn IW, Kipps TJ, **Weiss M**, Rai K, Lin TS, Woodworth J, Wynne D, Reid J, Molina A, Leigh B, Harris S:  Phase I study of lumiliximab with detailed pharmocokinetic and pharmacodynamic measurements in patients with relapsed or refractory chronic lymphocytic leukemia.  Clin Cancer Res 13(15): 4448-4455, 2007.

22. Lamanna N, Jurcic JG, Noy A, Maslak P, Gencarelli AN, Panageas KS, Heaney ML, Brentjens RJ, Golde DW, Scheinberg DA, Zelenetz AD, **Weiss MA:**  Sequential therapy with fludarabine, high-dose cyclophosphamide, and rituxuximab in previously untreated patients with chronic lymphocytic leukemia produces high quality responses:  Molecular remissions predict for durable CRs.  Journal of Clinical Oncology, 27:491-497, 2009.

23. Levin TT, Cortes-Ladino A, **Weiss M,** Palomba ML: Life-threatening serotonin toxicity due to a citalopram-fluconazole drug interaction: case report and discussion.  General Hospital Psychiatry 30: 372-377, 2008.

24. Lamanna N, **Weiss MA**: Chemoimmunotherapy with modified dosibng of fludarabine, cyclophosphamide, and rituzimab shows significant clinical activity in patients with previously untreated chronic lymphocytic leukemia. Hematol Malign Rep.185-6, 2009

25. Maslak PG, Dao T, Krug LM, Chanel S, Korontsvit T, Zakhaleva V, Zhang R, Wolchok JD, Yuan J, Pinilla-Ibarz J, Berman E, **Weiss M**, Jurcic J, Frattini MG, and Scheinberg DA: Vaccination with synthetic analog peptides derived from WT1 oncoprotien induces T-cell responses in patients with complete remission from acute myeloid leukemia. Blood 2010;116(2):171-179.

26. Mahipal A, **Weiss M**: The addition of rituximab to fludarabine and cyclophosphamide improves progression-free survival in patients with previously treated chronic lymphocytic leukemia. Curr Oncol Rep. 12(6):352-4, 2010

27. Grosso D, Carabasi M, Filicko-O'Hara J, Kasner M, Wagner JL, Colombe B, Cornett Farley P, O'Hara W, Flomenberg P, Werner-Wasik M, Brunner J, Mookerjee B, Hyslop T, **Weiss M**, Flomenberg N: A 2-step approach to myeloablative haploidentical stem cell transplantation: phase ½ trial performed with optimized T-cell dosing. Blood 118(17):4732-9, 2011

28. Kasner MT, **Weiss M**: Treatment of adult ALL: more questions than answers. Oncology 26(9)865,869-70, 2012

29. Lamanna N, Heffner LT, Schiller G, Coutre S, Moore J, Seiter K, Maslak P, Panageas K, Golde D, **Weiss MA**: Treatment of adults with acute lymphoblastic leukemia: Do the specifics of the regimen matter? Results from a prospective randomized trial. Cancer 119:1186-94, 2012

30. Pashos C, Flowers C, Kay N, **Weiss M**, Lamanna N, Farber C, Lerner C, Sharman J, Grinblatt Flinn, D, Kozloff I M, Swern A, Street T, Sullivan K, Harding G, Khan Z: Association of health-related quality of life with gender in patients with B-cell chronic lymphocytic leukemia. Supportive Care in Cancer: Volume 21, Issue 10, 2013

31. Grosso D, **Weiss MA**: Posttreatment interleukin-2 in patients with acute myeloid leukemia: the end of a long road for patients and clinical trials?: Cancer. 2014 Apr 1;120(7):940-l. doi: 10.1002/cncr.28514. Epub 2013 Dec 31.

32. Pathak P, Hess R, **Weiss MA**: Liposomal vincristine for relapsed or refractory Ph-negative acute lymphoblastic leukemia: a review of literature. Ther Adv Hematol. 2014 Fb;5(1):18-24. Doi: 10.1177/2040620713519016. Review.

33. Hu C, Sunday R, Bruminhent J, Bobik B, Wagner J, **Weiss M,** Flomenberg P, Wang X.: Investigation of a Clostridum difficile cluster by multilocus sequence typing in a bone marrow transplant unit. Am J Infect Control. 2014 Jun;42(6):691-3.doi:10.1016/j.ajic.2014.02.008. Epub 2014 Mar 29. No abstract available.

34. Bruminhent J, Wang ZX, Hu C, Wagner J, Sunday R, Bobik B, Hegarty S, Keith S, Alpdogan S, Carabasi M, Filicko-O'Hara J, Flomenberg N, Kasner M, Outschoorn UM, **Weiss M**, Flomenberg P. Clostridium difficile colonization and disease in patients undergoing hematopoietic stem cell transplantation. Biol Blood Marrow Transplant. 2014 Sep;20(9):1329-34. Doi: 10.1016/jbbmt.2014.04.026. pub 2014 May 2.

35. Pashos, C. L., Flowers, C. R., Kay, N. E., **Weiss, M.,** Lamanna, N., Farber, C., et al. (2013). Association of health-related quality of life with gender in patients with B-cell chronic lymphocytic leukemia. Supportive Care in Cancer, 21(10), 2853-2860.

36. Bruminhent J, Wang ZX, Hu C, Wagner J, Sunday R, Bobik B, Hegarty S, Keith S, Alpdogan S, Carabasi M, Filicko-O'Hara J, Flomenberg N, Kasner M, Outschoorn UM, **Weiss M,** Flomenberg P. Clostridium difficile colonization and disease in patients undergoing hematopoietic stem cell transplantation. Biol Blood Marrow Transplant 20 (2014) 1329e1334

37. Hu C, Sunday R, Bruminhent J, Bobik B, Wagner J, **Weiss M**, Flomenberg P, Wang ZX. Investigation of a Clostridiile difficile cluster by multilocus sequence typing in a bone marrow transplant unit. Am J Infect Control. 2014 Jun;42(6):691-3

38. Grosso D, Gaballa S, Alpdogan O, Carabasi M, Filicko-O'Hara J, Kasner M, Martinez-Outschoorn U, Wagner JL, O'Hara W, Rudolph S, Chervoneva I, Colombe B, Farley PC, Flomenberg P, Pro B, Sharma M, Shi W, **Weiss M**, Flomenberg N. A two-step approach to myeloablative haploidentical transplantation: low nonrelapse mortality and high survival confirmed in patients with earlier stage disease. Biol Blood Marrow Transplant. 2015 Apr;21(4):646-52

39. Grosso, DA, Hess RC, **Weiss MA**: Immunotherapy in Acute Myeloid Leukemia. DOI:10.002/cncr.29378. Pub June 10, 2015.

40.  Gaballa S, Palmisiano N, Alpdogan O, Carabasi M, Filicko-O'Hara J, Kasner M, Kraft WK, Leiby B, Martinez-Outschoorn U, O'Hara W, Pro B, Rudolph S, Sharma M, Wagner JL, **Weiss M**, Flomenberg N, Grosso D. A Two-Step Haploidentical Versus a Two-Step Matched Related Allogeneic Myeloablative Peripheral Blood Stem Cell Transplantation. Biol Blood Marrow Transplant. 2016 Jan;22(1):141-8.

41. D Grosso, E Johnson, B Colombe, O Alpdogan, M Carabasi, J Filicko-O'Hara, S Gaballa, M Kasner, T Klumpp, U Martinez-Outschoorn, J L Wagner, **M Weiss**, Z Wang and N Flomenberg Acquired uniparental disomy in chromosome 6p as a feature of relapse after T-cell replete haploidentical hematopoietic stem cell transplantation using cyclophosphamide tolerization. BMT,2016.324

42.  Mato A, Nabhan C, Kay NE, **Weiss MA**, Lamanna N, Kipps TJ, Grinblatt DL, Flinn IW, Kozloff MF, Flowers CR, Farber CM, Kiselev P, Swern AS, Sullivan K, Flick ED, Sharman JP.  Real-world clinical experience in the Connect® chronic lymphocytic leukaemia registry: a prospective cohort study of 1494 patients across 199 US centres.  Br J Haematol. 2016 Dec;175(5):892-903.

**43.** Nabhan C, Mato A, Flowers C, Grinblatt D, Lamanna N, **Weiss M**, Davids M, Swern A, Bhushan S8, Sullivan K9, Flick E, Kiselev P, Sharman J.  Characterizing and prognosticating chronic lymphocytic leukemia in the elderly: prospective evaluation on 455 patients treated in the United States.  BMC Cancer. 2017 Mar 16;17(1):198.

**Selected Abstracts:**

1. **Weiss M**, Kritz A, Telford P, Kempin S, Sogoloff H, Little C, Gaynor J, Gee T:  Severe toxicity with dose Intensification in adult ALL.  Proceedings of ASCO 10: 224, 1991.

2. Frankel S, **Weiss M**, Warrell Jr. R:  A "retinoic acid syndrome" in acute promyleocytic leukemia reversal by corticosteroids. Blood 78(10): 380A, 1991.

3. **Weiss M,** Kempin S, Berman E, Eardley A, Gee T:  Results of a phase I study of Fludarabine phosphate (FAMP) plus Chlorambucil (CLB) in patients with chronic lymphocytic leukemia (CLL). ASCO,1992.  Proceedings of ASCO 11: 276, 1992.

4. Scheinberg DA, Caron PC, Jurcic J, Miller W, Schwartz M, **Weiss M**, Maslak P, Gulati S, Divgi CR, Finn R, Old LJ, Larson SM, Warrell RP:  [131]I-anti-CD33(M195) in patients with relapsed APL after remission induction with trans-retinoic acid:  Prospects for selective elimination of minimal residual disease.  Blood 80(10) (supp 1): 104A, 1992.

5. Jurcic JG, Caron PC, **Weiss M**, et al:  Prospects for elimination of minimal residual disease in APL using [131]I-M195 (anti-CD33) after remission induction with all-trans-retinoic acid.  Proceedings of ASCO 12: 1025, 1993.

6. **Weiss M,** Berman E, Maslak P, Bertino J, Clarkson B, Nichols G, Alvarez A, Gee T, Scheinberg D, Golde D:  Rapid remission induction therapy in adult acute lymphoblastic leukemia (ALL) without vincristine or prednisone.  Proceedings of ASCO 12: 1038, 1993.

7. Maslak P, Nichols G, **Weiss M**, Berman E, Gee T, Jakubowski A, Gabrilove J, Golde D, Scheinberg DA:  Dose intensive therapy with growth factor support in elderly patients with acute myelogenous leukemia (AML).  Proceedings of ASCO 12: 1028, 1993.

8. **Weiss M**, Berman E, Maslak P, Bertino J, Clarkson B, Nichols G, Alvarez A, Gee T, Scheinberg D, Golde D:  Rapid remission induction therapy in adult acute lymphoblastic leukemia (ALL) without vincristine or prednisone.  Blood 82(10) (supp 1): 56A, 1993.

9. Rahman Z, Verma R, White K, **Weiss M,** Zelenetz AD, Gabrilove J:  Effective immunologic purging of bone marrow  contaminated by a malignant B cell clone as assessed by RNAse protection assay.  Blood 82(10) (supp 1): 294A, 1993.

10. Maslak P, **Weiss M**, Nichols G, Tyson D, Gee T, Berman E, Scheinberg D:  Combination of biologic agents with chemotherapy limits toxicity in the treatment of elderly patients with AML. Blood 82(10) (supp 1): 130A, 1993.

11. **Weiss M**, Maslak P, Megherian L, Scheinberg D:  A phase I trial of a single high dose of idarubicin combined with high dose cytarabine (Ara-C) as induction therapy in relapsed or refractory adult patients with acute lymphoblastic leukemia (ALL).  Blood 86(10) (supp 1): 786A,

1995.

12. Noy A, Verma R, Rahman Z, Glenn M, **Weiss M,** Zelenetz A: Clonotypic PCR confirms minimal residual disease (MRD) in CLL nodular PR: Preliminary results from a sequential treatment CLL protocol.  Blood 88(10), (supp 1): 78A, 1996.

13. Maslak P, **Weiss M**, Berman E, Tyson D, Scheinberg D:  Economic evaluation of G-CSF use in the therapy of adult acute myelogenous leukemia (AML).  Blood 88(10), (supp 1): 210A, 1996.

14. **Weiss M**, Glenn M, Maslak P, Rahman Z, Megherian L, Noy A, Zelenetz A, Scheinberg D, Golde D:  Consolidation therapy with high-dose cyclophosphamide (HDC) reduces minimal residual disease in patients with chronic lymphocytic leukemia (CLL) treated with fludarabine as induction therapy.  Blood 88(10), (supp 1): 481A, 1996.

15. Scheinberg DA, Bocchia M, Koronstvit T, Caggiano J, **Weiss M,** Kolitz J, Megherian L, George D:  Vaccination of patients with chronic myelogenous leukemia using leukemia-specific BCR-ABL breakpoint fusion peptides.  Blood 88(10), (supp 1): 202B, 1996.

16. Araten D, Bessler M, Nafa K, Longo L, Karadimitris A, Freedman J, Anastagnopoulos N, Beris P, Boulad F, Castro-Malaspina H, Chase A, Childs B, Kutlar A, Maziarz R, Tsatalas C, **Weiss M**, Jhanwar S, Luzzatto L: Chromosomal abnormalities in paroxysmal nocturnal hemoglobinuria (PNH).  Blood 90(10), (supp 1): 4B, 1997.

17. Maslak P, **Weiss M**, Jurcic J, Jimenez J, Berman E, Golde D, Scheinberg D:  High dose idarubicin (HIda) with high dose cytarabine (HiDac) as induction therapy for newly diagnosed patients with AML.  Blood 92 (supp 1): 231A, 1998.

18. **Weiss M**, Maslak P, Scheinberg D, Kossman S:  A phase I study of pentostatin and cyclo-phosphamide (CTX) for previously treated patients with CLL.  Blood 94 (supp 1): 316B, 1999.

19. Kossman S, **Weiss M**:  A phase I-II study of pentostatin with cyclophosphamide for previously treated patients with CLL.  Proceedings of VIII International Workshop on CLL: P094, 1999.

20. **Weiss M**, Maslak P, Kossman S, Noy A, Zelenetz A, Scheinberg D:  Sequential therapy with fludarabine and high-dose cyclophosphamide with and without rituximab in patients with CLL: Eradication of minimal residual disease as measured by "clonotypic" PCR.  Proceedings of VIII International Workshop on CLL: P119, 1999.

21. **Weiss M,** Aliff T, Tallman M, Frankel S, Kalaycio M, Maslak P, Scheinberg D, Roma T: Cytarabine with a single high dose of idarubicin as induction therapy for relapsed or refractory adult patients with acute lymphoblastic leukemia (ALL).  Blood 96: 719A, 2000.

22. **Weiss MA**, Maslak PG, Jurcic JG, Scheinberg DA, Horgan DE:  Combination pentostatin and cyclophosphamide:  Complete responses without severe myelosuppression in previously treated patients with CLL.  Blood 96: 755A, 2000.

23. Maslak P, **Weiss M**, Jurcic J, Cathcart K, Heaney M, Berman E, Soignet S, Scheinberg D, Ward S:  Phase I study of a single high dose of liposomal daunorubicin combined with high dose cytarabine for adult patients with relapsed/refractory acute myelogenous leukemia (AML).  Blood 96: 325A, 2000.

24. **Weiss MA**, Maslak PG, Jurcic JG, Scheinberg DA, Horgan DE: Pentostatin and cyclophosphamide: A new active regimen for patients with fludarabine refractory CLL.  Blood 98(11): 633A, 2001.

25. Aliff TB, Maslak PG, Jurcic JG, Heaney ML, Cathcart KN, **Weiss MA**:  Refractory aspergillus pneumonia in patients with acute leukemia: Successful therapy with combination caspofungin and liposomal amphotericin.  Blood 98(11): 327A, 2001.

26. **Weiss, M**:  Pentostatin and cyclophosphamide with or without rituximab as treatment for patients with CLL.  Cancer Investigation 20 (supp 1): P103, 2001.

27. Brentjens R, Latouche JB, **Weiss M**, Riviere I, Sadelain M:  Genetic modification of peripheral blood T cells from patients with chronic lymphocytic leukemia results in cytotoxic activity against autologous tumor cells.  Proceedings of ASCO 21: 276A, 2002.

28. **Weiss MA**, Lamanna N, Gencarelli A, Scheinberg DA, Maslak PG, Horgan D:  Sequential therapy with fludarabine, high dose cyclophosphamide, and rituximab improves the quality of response in patients with previously untreated chronic lymphocytic leukemia.  Blood 100(11): 365B, 2002.

29. Lamanna N, **Weiss MA**, Maslak PG, Gencarelli AN, Scheinberg DA, Horgan D:  Sequential therapy with fludarabine, high dose cyclophosphamide, and rituximab induces a high incidence of complete response in patients with chronic lymphocytic leukemia (CLL).  Proceedings of ASCO 22: 2333, 2003.

30. **Weiss MA**, Lamanna N, Maslak PG, Gencarelli AN, Scheinberg DA, Jurcic J, Horgan D:  Pentostatin, cyclophosphamide and rituximab (PCR therapy): A new active regimen for previously treated patients with chronic lymphocytic leukemia (CLL).  Proceedings of ASCO 22: 2334, 2003.

31. Lamanna N, **Weiss MA,** Maslak PG, Gencarelli AN, Scheinberg DA, Horgan D:  Sequential therapy with fludarabine, high dose cyclophosphamide, and rituximab induces a high incidence of complete response in patients with chronic lymphocytic leukemia (CLL).  Blood 102(11): 440A, 2003.

32**. Weiss MA**, Lamanna N, Jurcic JG, Maslak PG, vonHassel M, Horgan D, Scheinberg DA, Gencarelli AN:  Pentostatin, cyclophosphamide and rituximab (PCR therapy): A new active regimen for previously treated patients with chronic lymphocytic leukemia (CLL).  Blood 102(11): 673A, 2003.

33. Byrd JC, O'Brien S, Flinn I, Kipps TJ, **Weiss MA**, Reid J, Wynne D, Leigh BR:  Interim results from a phase I study of Lumiliximab (IDEC-152, Anti-CD23 antibody) therapy for relapsed or refractory CLL.  Blood 102(11): 74A, 2003.

34. Mulford DA, Maslak PG, **Weiss MA**, Scheinberg DA, Jurcic JG:  Reducing standard postremission chemotherapy in acute promyelocytic leukemia (APL) with risk-adapted therapy.  Blood 102(11): 619A, 2003.

35. Gupta S, Lamanna N, Rose R, Maslak PG, **Weiss MA:**  CD52 expression in acute leukemia and advanced MDS: 118 cases at Memorial Sloan-Kettering Cancer Center.  Blood 102(11): 876A, 2003.

36. **Weiss MA**, Lamanna N, Kalaycio M, Jurcic J, Maslak P, Gencarelli A, Scheinberg D, Horgan D:  Pentostatin and cyclophosphamide compared to pentostatin, cyclophosphamide, and rituximab as salvage therapy for patients with chronic lymphocytic leukemia.  Proceedings of ASCO 23: 6568, 2004.

37. Lamanna N, **Weiss MA:**  Combination therapy with voriconazole and caspofungin for fungal infections in patients with acute leukemia.  Proceedings of ASCO 23: 6735, 2004.

38. Lamanna N, Kalaycio M, Maslak P, Jurcic J, Scheinberg DA, Gencarelli AN, Horgan D, **Weiss MA:**  Pentostatin and cyclophosphamide with or without rituximab has significant activity in patients with previously treated chronic lymphocytic leukemia and other low grade lymphoid neoplasms.  Blood 104(11): 950A, 2004.

39. Mulford DA, Pandit-Taskar N, McDevitt MR, Finn RD, **Weiss MA**, Apostolidis C, Morgenstern A, Divgi CR, Larson SM, Scheinberg DA, Jurcic JG:  Sequential therapy with cytarabine and bismuth-213 ($^{213}$Bi)-labeled-HuM195 (anti-CD33) for acute myeloid leukemia (AML).  Blood 104(11): 496A, 2004.

40. **Weiss MA**, Heffner L, Lamanna N, Kalaycio M, Schiller G, Coutre S, Maslak P, Jurcic J, Panageas K, Scheinberg DA:  A randomized trial of cytarabine with high-dose mitoxantrone compared to a standard vincristine/prednisone-based regimen as induction therapy for adult patients with ALL.  Proceedings of ASCO 23: 564S, 2005.

41. Landau H, Lamanna N, Hobart S, **Weiss MA:**  High level T cell suppression following purine analog therapy for patients with CLL correlates with important clinical benefit. Blood 108(11): 788A, 2006.

42. Bajaj R, Peiper S, Dulau A, Gong G, Holdbrook T, **Weiss MA,** Wang Z: Cytogenetics, Fluorescence in situ hybridization (FISH) and Oligo aCGH (OaCGH) techniques applied together in a case of acute myeloid leukemia help in further delineating a concomitant occurrence of the amplified MYC and MLL genes in a ring chromosome and the possible mechanism behind the ring formation.

43. Gardner JR, Frattini M, Lamanna N, Brentjens R, Jurcic JG, Maslak P, Bermin E, Knapp K, **Weiss M,** Scheinberg D, Heaney M: Normal Mitochondrial Membrane Potential in CLL Cells Is Associated with An Indolent Natural History. Proceedings of ASH #34786, 2010. (will change)

44. Wang Z, Evans B, **Weiss M,** Gong J, Peiper SC: Analysis of JAK2 V617F Mutational Burden in Myeloproliferative Neoplasia by Deep Sequencing. Association for Molecular Pathology, 2011.

45. Pashos CL, Flowers CR, **Weiss M** Lamanna N, Farber C, Kipps T, Lerner S, Kay N,  Sharman J, Grinblatt D, Flinn IW, Kozloff M, Swern AS, Street T, Sullivan K, Harding G,  Keating MJ: Variation in health-related quality of life by ECOG performance status and fatigue among patients with chronic lymphocytic leukemia: Proceedings of ASH #41971, 2011.

46. Sharman J, Flowers CR, **Weiss M**, Grinblatt D, Farber C, Kay N, Kipps T, Lamanna N, Pashos, Ian W. Flinn, Mark Kozloff, Susan Lerner, Arlene S. Swern, Kristen Sullivan, Thomas K. Street C, Keating M: Patterns of Care for Patients with Chronic Lymphocytic Leukemia (CLL): The Connect® CLL Disease Registry: Proceedings of ASH, 2011.

47. Pashos CL, Flowers CR, **Weiss M**, Lamanna N, Farber C, Kipps C, Lerner C, Kay N, Sharman J, Grinblatt D, Flinn IW, Kozloff M, Swern AS, Street T, Sullivan K, Harding G, Keating MJ: Variation in health-related quality of life by age among patients with chronic lymphocytic leukemia; Proceedings of ASH #41890, 2011.

48. Gardner JR, Knapp K, Frattini MG, Lamanna N, Brentjens R, Jurcic JG, Maslak PG, Berman E, **Weiss M,** Scheinberg D, Heaney, M: Elevated Mitochondrial Membrane Potential in CLL Cells Is Associated with a More Aggressive Natural History; Proceedings of ASH, 2011.

49. Pashos CL, Flowers CR, **Weiss M,** Lamanna N, Farber C, Kipps TJ, Lerner S, Kay N, Sharman J, Grinblatt D, Finn IW, Kozloff M, Swern AS, Khan ZM, Street TK, Sullivan KA, Harding G:Variation in Health-Related Quality Of Life by Age Among Patients with Chronic Lymphocytic Leukemia; International Society for Pharmacoeconomics and Outcomes Research – 17th International Meeting, 2012.

50. Pashos CL, Flowers CR, **Weiss M**, Lamanna N, Farber C, Kipps TJ, Lerner S, Kay N, Sharman J, Grinblatt D, Flinn IW, Kozloff M, Swern AS, Khan M, Street TK, Sullivan KA, Harding G: Association of Health-related Quality of Life With Gender of Patients With Chronic Lymphocytic Leukemia; MASCC/ISOO International Symposium on Supportive Care in Cancer – 24th Annual, 2012.

51. Flowers CR, Pashos CL, **Weiss M**, Lamanna N, Farber C, Kipps TJ, Lerner S, Kay N, Sharman J, Grinblatt D, Flinn IW, Kozloff M, Swern AS, Khan ZM, Street TK, Sullivan KA, Ren Yu; Variation in Health-related Quality of Life (HRQoL) by ECOG Performance Status (PS) and Fatigue among Patients with Chronic Lymphocytic Leukemia (CLL); Proceedings of ASCO, 2012.

52. Gaballa S, Palmisiano N, Asija A, Chapman A, Cloud J, Filicko-O'Hara J, Rose L, Ramirez M, Flomenberg N, Alpdogan O, Pro B, Gitelson E, **Weiss M**: Phase I/II Study of Bendamustine In Combination With Ofatumumab, Carboplatin and Etoposide (BOCE) For Refractory Or Relapsed Aggressive B-Cell Lymphomas Proceedings of ASH #58174, 2013.

53.Nabhan C, Galanina N, Kay NE, Mato A, Grinblatt D, Kipps T, Lamanna N, Weiss M, Flinn IW, Swern A, Street T, Sullivan K, Flowers CR: Patterns of Care of Aged Chronic Lymphocytic Leukemia (CLL) Patients in the United States: Systematic Analysis of 457 Patients in the Connect® CLL Registry. Proceedings of ASH, 2014.

54. Sharman JP, Mato A, Kay NE, Kipps TJ, Lamanna N, Weiss MA, Nabhan C, Flinn IW, Grinblatt DL, Kozloff MF, Farber CM, Sullivan K, Street T, Swern A, Flowers CR: Demographics by Age Group (AG) and Line of Therapy (LOT) in Chronic Lymphocytic Leukemia (CLL) Patients Treated in US Practices from the Connect® CLL Registry. Proceedings of ASH 2014.

55. Farber, CM, Mato A, Nabhan C, Kipps TJ, Flowers CR, Kay NE, Lamanna N, Grinblatt DL, Kozloff MF, Weiss M, Sullivan K, Flick ED, Kiselev P, Bhushan S, Swern AS, Sharman JP : Analysis of Early Mortality of Chronic Lymphocytic Leukemia (CLL) Patients Treated in US Practives in the Connect CLL® Registry. Proceedings of ASH 2015.

**Editorials, Reviewers, Chapters, including participation in committee reports**:

1. Chua N-H, Bartlett S, **Weiss M**: Preparation and characterization of antibodies to chloroplast proteins. In Methods of Chloroplast Molecular Biology. Ed. Edelman. Elsevier/N. Holland Press, 1982.

2. Scheinberg D, Maslak P, **Weiss M**: Acute Leukemias. In Cancer: Principles and Practice of Oncology. Eds. DeVita, Hellman, Rosenberg. Lippincott-Raven, 1996.

3. Scheinberg D, Maslak P, **Weiss M**: Myelodysplastic Syndromes. In Cancer: Principles and Practice of Oncology.Eds. DeVita, Hellman, Rosenberg. Lippincott-Raven, 1996.

4. **Weiss M:** Treatment of adult patients with relapsed or refractory acute lymphoblastic leukemia (ALL). Leukemia 11 (supp 4): S28-S30, 1997.

5. O'Connor O, **Weiss M:** Recent advances in the biology and management of acute lymphoblastic leukemia in adults. In Diagnostic and Therapeutic Advances in Hematologic Malignancies. Eds.

Tallman, Gordon.  Kluwer Academic Publishers, 1999.

6. Golde DW, **Weiss MA**:  Hairy-cell leukemia, an historical perspective.  In <u>Hairy Cell Leukemia</u>. Eds. Tallman and Polliack.  Harwood Academic Publishers, 2000.

7. **Weiss, MA**:  A phase I-II study of pentostatin with cyclophosphamide for previously treated patients with chronic lymphocytic leukemia.  Seminars in Oncology 27(2) (supp 5): 41-43, 2000.

8. **Weiss MA** and Kossman SE:  Reply letter to Comments on "Acute myelogenous leukemia after exposure to strontium-89 for the treatment of adenocarcinoma of the prostate".  Cancer 89(1): 227, 2000.

9.**Weiss M**:  Induction Therapy of Adult ALL without Vincristine or Prednisone.  In "Advances in Adult Acute Lymphocytic Leukemia" issue of <u>Hematology/Oncology Clinics of North America</u> 15(1): 1-7, 2001.

10. **Weiss M**:  Novel treatment strategies in chronic lympho-cytic leukemia.  In "Current Oncology Reports" 3(3): 217-222.  Section Ed. Scheinberg, Ed.-in-Chief Markman.  Current Science Group, 2001.

11. Scheinberg D, Maslak P, **Weiss M**:  Acute Leukemias.  In <u>Cancer: Principles and Practice of Oncology</u>.  Eds. DeVita, Hellman, Rosenberg.  Lippincott-Raven, 2001.

12. Cortes JE, Kantarjian H, O'Brien S, Silver R, **Weiss M**:  Chronic Leukemias.  In <u>Cancer Management: A Multi-disciplinary Approach</u>.  Eds. Pazdur, Coia, Wagman, Hoskins.  PRR Inc., 2002.

13. **Weiss MA**, Margolis JH, Miller KB:  Pentostatin: New uses for an older agent.  Teaching monograph in "OncologySpectrums" 3(1): 1-7, 2002.

14. **Weiss M**:  Chronic lymphocytic leukemia.  In <u>Atlas of Cancer</u>, Leukemia section.  Section Ed. Kalaycio, Ed. Markman.  Current Medicine Group Publishers, 2003.

15. Cortes JE, O'Brien S, **Weiss MA**:  Chronic lymphocytic leukemia.  In <u>Cancer Management: A Multidisciplinary Approach</u>.  Eds. Pazdur, Coia, Wagman, Hoskins.  PRR Inc., 2003.

16. Lamanna N, **Weiss MA**:  Treatment options for newly diagnosed patients with adult acute lymphoblastic leukemia.  In "Current Hematology Reports" 3(1): 40-46.  Section Ed. Kalaycio, Ed.-in-Chief Deitcher.  Current Science Inc., 2004.

17. Lamanna N, **Weiss MA**:  Purine analogs in leukemia.  In "Advances in Pharmacology: New Treatments of Leukemia and Lymphoma" 51:107-125.  Elsevier Inc., 2004.

18. Brentjens R, **Weiss M**:  Chronic Leukemias.  In <u>Conn's Current Therapy</u>.  Eds Rakel, Bope.  W.B. Saunders Co., 2004.

19. **Weiss, MA**:  Hyper-CVADinib for Ph+ ALL.  Editorial "Inside Blood".  Blood 103(12): 4377, 2004.

20.Cortes JE, O'Brien S, **Weiss MA**:  Chronic lymphocytic leukemia.  In <u>Cancer Management: A Multidisciplinary Approach</u>.  Eds. Pazdur, Coia, Hoskins, Wagman.  PRR Inc., 2010.

21. Scheinberg D, Maslak P, **Weiss M**:  Acute Leukemias.  In <u>Cancer: Principles and Practice of Oncology</u>.  Eds. DeVita, Hellman, Rosenberg.  Lippincott-Raven, 2005.

22. Lamanna N, **Weiss MA**:  Purine analogue-based chemotherapy regimens for second-line therapy in patients with chronic lymphocytic leukemia.  In <u>Semin Hematol</u> 43(2 Suppl 2): S44-9, 2006.

23. **Weiss M**, Lamanna N:  In adult ALL, less is now more.  Blood 107(3): 852-853, 2006.

24. Lamanna N, **Weiss MA**:  Treatment strategies for patients with primary refractory or relapsed adult acute lymphoblastic leukemia.  In <u>Clinical Neoplastic Hematology</u> (In press).

25. Lamanna N, **Weiss MA:**  Relapsed acute lymphoblastic leukemia: strategies in management.  In <u>Acute Leukemias</u> (In press).

26.Wierda W, Lamanna N, Cortes J, O'Brien S, **Weiss MA**:  Chronic lymphocytic leukemia.  In <u>Cancer Management: A Multidisciplinary Approach.</u>  Eds. Pazdur, Coia, Wagman, Hoskins.  PRR Inc., 2007.

27. Landau H and **Weiss M**:  Minimal residual disease quantification in adult acute lymphoblastic leukemia.  Editorial.  In "Current Oncology Reports".  Current Science Inc., 2007.

28. Lamanna N, **Weiss M**:  Pentostatin, cyclophosphamide, and rituximab shows significant clinical activity in patients with previously untreated chronic lymphocytic leukemia.  Editorial.  In "Current Oncology Reports" 9(5): 335-336.  Section Ed. Weiss, Ed.-in-Chief Markman.  Current Medicine Group, 2007.

29. Lamanna N, **Weiss MA**, Dunleavy K: Chronic lymphocytic leukemia and hairy-cell leukemia. In Cancer Management: A Multidisciplinary Approach. Eds. Pazdur, Coia, Hoskins, Wagman. PRRR Inc., 2010

30. Kasner MT, Weiss M. Treatment of adult ALL: more questions than answers. Oncology (Williston Park). 2012 Sep;26(9):865, 869-70

**Books:**
**Weiss, M**:  Cambridge Medical Reviews: Haematologic Oncology, Volume 3.  Ed. Burnett A, Armitage J, Newland A, Keating A. Cambridge U Press.  Oncology 9(8): 700, 1995.