# Exhibit 2

**Supplemental Expert Report of Mark Weiss, M.D.**

I.      **Introduction**

I have reviewed the report of Frank Giles, M.D. submitted by Novartis. My opinions regarding this report are set forth below.

II.     **Response to Giles Report**

I have been asked to address several of Dr. Giles's opinions: Opinion 1, where Dr. Giles opines that the patient's CML had become resistant to imatinib and he further opines that there are 4 separate TKIs that could be considered as potential treatments for CML; Opinion 2, where Dr. Giles opines that CML is associated with an increased risk of atherosclerosis; Opinion 3, where Dr. Giles opines that there is insufficient scientific data to establish a causal relationship between Tasigna (nilotinib) and atherosclerosis-related diseases; and Opinion 4, where he opines that Novartis adequately warned of the possible risk of atherosclerotic-related disease. As addressed below, I disagree with these assertions.

   A.   **Response to Giles Opinion 1.**

In his expert report, Dr. Giles opines (bottom of page 7 to top of page 8) that:

> "… at the time that Tasigna was prescribed to Dennis McWilliams, the only TKI medications available for treatment of CML were *Gleevec, to which his disease had become resistant (emphasis added)*, Tasigna, and Sprycel. Once it became available, Ponatinib's prescribing information included a "black box" warning for thrombosis. That warning was later expanded to include occlusive events. Accordingly, Ponatinib would not have been an appropriate therapy for Mr. McWilliams. In this report, therefore, *I will focus only on the therapies Gleevec, Tasigna and Sprycel, unless otherwise noted* (emphasis added)."

I do not agree with two of the above characterizations. The statement that the patient's disease had become resistant to imatinib (Gleevec) is not supported by the medical oncology records that I reviewed. On my review I find that at the time of this so-called "resistance" the patient had normal blood counts, was asymptomatic from CML, and in fact it required very sensitive "molecular" testing to demonstrate any evidence of disease. Such testing, called

1

quantitative PCR, showed the CML to be present in less than 1 cell in 100. This represented a reduction of more than 99% of his CML compared to his state prior to starting imatinib (Gleevec). Such a disease state is far from "resistant" and in fact represents an excellent response to therapy. The medical oncology records that I reviewed further reflect that this was the first time quantitative PCR was used in this patient and in that setting it is not possible to even know if his CML was getting better, worse, or remained constant. Given this clinical scenario, Mr. McWilliams would be in no immediate danger even if his quantitative PCR started to progress. He was in hematologic remission, with only sub-microscopic levels of the oncogene detectable by the most sensitive of tests.

Dr. Giles then proceeds to discuss the potential TKI therapies that could be used in the treatment of such a patient. He discusses 4 specific medications: imatinib (Gleevec), dasatinib (Sprycel), nilotinib (Tasigna), and ponatinib (Iclusig). Another TKI should be added to this list; bosutinib (Bosulif). Its absence from Dr. Giles list is surprising since it was FDA approved 3 months prior to ponatinib's approval (bosutinib approved 9/4/12 and ponatinib approved 12/14/12). Though ponatinib was not commercially available in the summer of 2011, Dr. Giles indicates that he excludes it from consideration because it has a black box warning about the side-effects of thrombosis. The omission of bosutinib limits this analysis of potential TKIs, as research suggests that bosutinib does not have a substantially increased risk of thrombosis (see Table 1in Am J Hematol. 2016 Jun;91(6):606-16).

In summary, at the time of Mr. McWilliams' switch from imatinib to nilotinib, the oncology records that I reviewed reflect that his cancer was controlled and that he was in no immediate danger even if his CML began to progress. The patient had options other than nilotinib. He could have stayed on imatinib (Gleevec) at the same dose or at an increased dose

of 800 mg daily, or he could have switched to dasatinib or, later, bosutinib, none of which appear to carry the same degree of increased risk of accelerated atherosclerosis that nilotinib does. I further note that since the patient was switched back to imatinib in February 2017, Mr. McWilliams has consistently been in hematologic remission, and major molecular remission (BCR/ABL levels < 0.1%), with the his most recent PCR test (December 2017) showing BCR/ABL levels of 0.00%.

      B.      **Response to Giles Opinion 2.**

In his expert report, Dr. Giles opines (top of page 18) that there is "…recent data supporting the conclusion that genetic mutations associated with CML, clonal hematopoiesis, is associated with the development of atherosclerosis." He continues by stating that "CML is atherogenic…." The reference to which Dr. Giles cites does not support the hypothesis that CML is atherogenic. The journal article referenced by Dr. Giles (Jaiswal, S, et al. Clonal hematopoiesis and risk of atherosclerotic cardiovascular disease, N Engl J Med. 2017; 377:111-121) does not mention CML. In fact, it finds an association between a non-malignant bone marrow condition found in older adults called Clonal Hematopoiesis of Indeterminate Potential (CHIP) and atherosclerosis. Not only is this condition very distinct from CML but, in reviewing Table S3 in the Supplementary Appendix, I find that in screening people for this condition the authors looked for evidence of mutations in a total of 74 genes and not one of them is the BCR/ABL gene of CML.

Previously Dr. Giles authored a paper (see Dr. Giles CV reference #560, Giles et al.) entitled "Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis," in that report he states "…cardiovascular events that are

3

characteristic of Ph-negative chronic myeloproliferative neoplasms have not been described more frequently in CML patients." (Leukemia (2013) 27, 1310–1315). I agree with this statement that Dr. Giles expressed in this 2013 article and reference 45 in his report does not suggest otherwise.

    **C.**    **Response to Giles Opinion 3**

In the bottom half of page 14 of his report, Dr. Giles states that "There is currently no validated mechanistic theory as to how nilotinib or other TKIs could cause an increase in cardiovascular occlusive events… The lack of a causal relationship between nilotinib use and atherosclerosis…." The implication is that if there is not a validated mechanistic theory then there can be no causal relationship. I do not agree with this statement; just because we do not completely understand the mechanism does not mean that a causal relationship does not exist. In my report I discuss at length the facts that support the notion that nilotinib is associated with an increased risk of accelerated atherosclerosis. These facts include the metabolic effects of increases in blood sugar and cholesterol, direct adverse effects on the blood vessels, multiple case reports and comparisons of risk between nilotinib and imatinib. Dr. Giles claims that imatinib is the wrong comparator despite the fact that essentially every study, including reports authored by Dr. Giles (examples provided in my report), use imatinib as the comparator. He states that imatinib may prevent cardiovascular disease and in part supports this by saying "Imatinib is currently being studied as a potential treatment to prevent the progression of Type I diabetes, which is an established risk factor for cardiovascular disease." The reference (Busco, M, Cancer drug imatinib may slow new-onset type I diabetes, Medscape Jun. 26, 2017, http://www.medscape.com/viewarticle/882089) used to validate this assertion indicates that this is a study for type I diabetes (most adults have type II diabetes), it has not been published in the

peer reviewed literature, and in fact has not yet been completed, with an estimated completion date of September 2018.  This citation does not establish to any degree of reasonable scientific certainty that imatinib reduces the risk of cardiovascular disease, and comparisons between imatinib and nilotinib are and remain appropriate.

In fact, in a prior publication, Dr. Giles himself made the comparison of frequency of atherosclerosis between nilotinib and imatinib (see Dr. Giles CV reference #534, Kim et al.).  In this study Dr. Giles and his coauthors used 2 non-invasive tests, ABI and duplex sonography, to assess patients for evidence of peripheral arterial occlusive disease.  Their results showed that "the relative risk for a pathological ABI and the occurrence of a pathological duplex sonography with or without a PAOD event in nilotinib-treated patients as compared with imatinib-treated patients was 10.3…and 13.2…respectively."   The authors, including Dr. Giles, concluded that this data "***clearly suggests an elevated cardiovascular risk by nilotinib***." (Emphasis added).

Dr. Giles assertion that the lack of a validated mechanistic theory means that nilotinib does not have a causal link to atherosclerosis is inconsistent with his views on ponatinib.  In another section of his report (top of page 8), Dr. Giles excludes ponatinib as a potential treatment for the patient because of the risk of "thrombosis" and "occlusion."  He attributes this risk to ponatinib despite the fact that in his own words "there is currently no validated mechanistic theory for… other TKIs [a category that includes ponatinib] …[to] cause an increase in cardiovascular occlusive events."

       **D.**     **Response to Giles Opinion 4**

At the bottom of page 28 of his report, Dr. Giles states that "It is my opinion that a reasonable oncologist or hematologist treating a patient with Ph+ CML should have been aware of the possible risk of atherosclerotic-related disease based on the product label and the available

scientific literature." As stated in my report, I do not agree with the analysis that the warnings provided on the product label were sufficient to warn of accelerated atherosclerosis. In Canada, Novartis warned healthcare providers and the public by sending out notices specifically warning of the relationship between nilotinib and atherosclerosis. Rather than give such a warning to healthcare providers in the United States, Novartis instead added two difficult to find clauses to a list of what I estimate to be over 200 possible adverse events associated with nilotinib. None of these clauses warned of the risk of thrombotic stroke. Adding to the difficulty in finding these possible adverse events is the fact that they were placed on page 13 of the 22-page product label, in a section titled "Other Data From Clinical Trials." They were not highlighted in the "Warnings and Precautions" section or under the section highlighting "Serious Adverse Events," which is where a side effect of this seriousness belongs. I agree that if Novartis had made adequate efforts to warn prescribers in the United States (which I do not believe it did), then a reasonable physician could make an appropriate risk-benefit analysis prior to making the decision on whether to prescribe nilotinib or an alternative.

Dated: March 20, 2018                                          _____
                                                                              Mark Weiss, M.D.

**Bibliography**

Busco, M, Cancer drug imatinib may slow new-onset type I diabetes, Medscape Jun. 26, 2017, http://www.medscape.com/viewarticle/882089.

Cortes, J, et al. 2016.  Am J Hematol.  *Long-term evaluation of cardiac and vascular toxicity in patients with Philadelphia chromosome-positive leukemias treated with bosutinib.* 91(6):-606-16.

Giles, F, et al. 2013.  Leukemia.  *Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis.* 27:1310-15.

Kim et al. 2013.  Leukemia. *Peripheral artery occlusive disease in chronic phase myeloid leukemia patients treated with nilotinib or imatinib.* 27:1316-21.

Jaiswal, S, et al. 2017. N Engl J Med.  *Clonal hematopoiesis and risk of atherosclerotic cardiovascular disease.*  377:111-121.  (Including Supplementary Appendix).