# Exhibit 4

European Journal of Haematology 94 (363–367)

CASE REPORT

# Rapid onset of peripheral artery disease in a chronic myeloid leukemia patient without prior arterial disorder: direct relationship with nilotinib exposure and clinical outcome

Tristan Mirault[1,2,3], Delphine Rea[4], Arshid Azarine[5], Emmanuel Messas[1,2,3]

[1]Médecine Vasculaire, Hôpital Européen Georges-Pompidou, AP-HP, Paris; [2]Sorbonne Paris Cité, Université Paris Descartes, Paris; [3]INSERM U970, PARCC, Paris; [4]Hématologie Adulte, Hôpital Saint-Louis, AP-HP, Paris; [5]Radiologie, Hôpital Européen Georges-Pompidou, AP-HP, Paris, France

**Abstract**

The second-generation tyrosine kinase inhibitor (TKI) of the BCR-ABL1 oncoprotein nilotinib used in patients with chronic myeloid leukemia is suspected to increase the risk of arterial occlusion, especially in patients with pre-existing cardiovascular risk factors or established cardiovascular diseases. Here, we describe a case of unexpected and rapid onset of symptomatic peripheral artery disease (PAD) associated with silent stenosis of digestive and renal arteries in a nilotinib-treated patient devoid of significant cardiovascular diseases (CVD) risk factor, prior atherosclerotic disease, or other cause of arterial damage. This is the first report to establish a direct relationship between nilotinib exposure and PAD and to reveal that arterial damage is irreversible despite rapid drug withdrawal. However, functional outcome was favorable upon rapid TKI replacement, specific cardiovascular disease management, and development of collateral arterial network.

**Key words** nilotinib; pharmacovigilance; leukemia myelogenous chronic BCR-ABL positive; arterial occlusive diseases; peripheral arterial disease

**Correspondence** Emmanuel Messas, MD, PhD, FACC, FESC, Service de Médecine Vasculaire, Hôpital Européen Georges-Pompidou, 20 rue Leblanc, 75015 Paris, France. Tel: +33 1 56 09 37 55; Fax: +33 1 56 09 30 65; e-mail: emmanuel.messas@egp.aphp.fr

Accepted for publication 26 April 2014                                                                        doi:10.1111/ejh.12367

The use of ATP-competitive tyrosine kinase inhibitors (TKIs) targeting the BCR-ABL1 oncoprotein has proven remarkably successful in chronic myeloid leukemia (CML). Whereas before the introduction of these drugs into clinical practice, CML usually progressed to a rapidly fatal blast crisis, the prognosis of most patients currently diagnosed with CML is no longer death, but a chronic and manageable disease on lifelong treatment with a near to normal life expectancy (1–3). Nilotinib is a second-generation TKI initially designed and used to overcome deficiencies of the first-generation drug imatinib such as resistance or intolerance (4, 5). Nilotinib also received approval in newly diagnosed chronic phase (CP)-CML, based on superior rates of responses and decreased risk of progression to blast crisis as compared to imatinib (6, 7). Despite a well-recognized clinical benefit, recent reports from real-life experience and clinical trials suggested peripheral artery disease (PAD) as an adverse drug reaction associated with the use of nilotinib (8–14). However, one common key finding to these reports relies in the fact that PAD was predominantly observed in nilotinib-treated patients with several pre-existing risk factors for atherosclerotic cardiovascular diseases (CVD) or prior established CVD. Moreover, no systematic evaluation of the arterial tree was performed before treatment with nilotinib. As PAD is one of the most frequent sources of CVD morbidity worldwide, proving a direct cause-and-effect relationship is challenging. In addition, whether arterial wall damage regresses after nilotinib discontinuation is unknown and practical recommendations for the management of nilotinib-associated PAD are lacking.

We report here on the rapid and unexpected onset of symptomatic PAD associated with silent stenosis of digestive

and renal arteries in a nilotinib-treated patient without prior atherosclerosis, and on the mechanism underlying clinical improvement upon nilotinib discontinuation and medical care despite the irreversible nature of the lesions.

### Case report

The male patient was diagnosed CP-CML in February 2008 at the age of 55. The Sokal score was intermediate, bone marrow karyotype revealed a duplication of the Philadelphia (Ph1) chromosome, and *BCR-ABL1* transcripts were of the b2a2 type. He received imatinib at the standard 400 mg daily dose in the setting of a clinical trial (ClinicalTrials.gov Identifier: NCT00481247). He obtained a complete cytogenetic response (CCyR: Ph1 = 0%) during the first year of therapy and a molecular response fluctuating just above or below the major molecular response [MMR: *BCR-ABL1/ABL1* ≤ 0.1% on the International Scale (IS)] threshold (Fig. 1). After 4 yr of imatinib treatment, a rapid 1 log increase in *BCR-ABL1* transcripts level triggered an ABL1 kinase domain mutational analysis, which revealed the emergence of an imatinib-resistant F317L mutation (Fig. 1). Imatinib was discontinued, and nilotinib was started at 400 mg twice daily in February 2012. MMR was obtained after 3 months of nilotinib treatment followed by MR4.5 with undetectable *BCR-ABL1* transcripts (*ABL1* control gene copy number ≥32 000) after 6 months (Fig. 1).

The patient was informed on the potential cardiovascular toxicity of nilotinib and was proposed a complete CVD risk assessment prior to and every 6 months during nilotinib treatment including physical examination, screening for glucose and lipids abnormalities, and ankle–brachial index (ABI) measurement. In addition, the policy at our institution is to systematically perform Doppler ultrasound, CT angiography, and myocardial imaging before nilotinib initiation, in order to be able to detect any potential arterial lesion during TKI treatment, either new or worsening from baseline. The patient did not declare family history of premature CVD or significant individual CVD risk factors, except for overweight and pipe smoking for 30 yr ceased 4 yr ago. At nilotinib initiation, additional CVD risk factors such as hypertension, diabetes, and dyslipidemia were formally ruled out (systolic and diastolic blood pressure <140/90 mmHg; fasting glucose: 1.1 g/L; glycosylated hemoglobin: 5.7%; total cholesterol: 1.46 g/L; LDL cholesterol: 0.83 g/L; HDL cholesterol: 0.46 g/L; triglycerides: 0.87 g/L), and C-reactive protein was not increased (<5 mg/L). ABI values were in the normal range (0.96) on both sides. Doppler and CT angiography of carotids and *supra*-aortic trunks (not shown), lower limb arteries (Fig. 2A), and abdominal aorta, including digestive and renal arteries (Fig. 3A–C), did not show any significant sign of preclinical atherosclerotic disease. Transthoracic echocardiography and rest–stress Thallium 201 SPECT myocardial perfusion imaging showed normal left ventricular function. The patient was thus at moderate 10-yr fatal CVD risk according to the risk assessment model from the European Society of Cardiology (15). As a result, the patient was advised for healthy diet, physical activity increase, and weight reduction. No deterioration in clinical condition, CVD risk factors, and risk estimation was observed during nilotinib treatment until the 12-month visit (not shown).

Twelve months after nilotinib initiation, the patient reported a crampy right calf muscle pain since the past 2 months, occurring after a 200-m walking distance and ceasing after a short resting period, compatible with intermittent claudication. Physical examination pointed out abolition of the right popliteal, dorsalis pedis, and posterior tibial pulses. ABI value was decreased down to 0.74 on the right side while in the normal range (0.93) on the left side. Duplex ultrasonography and CT angiography of the lower limb revealed a long proximal right superficial femoral artery (SFA) stenosis followed distally by a complete occlusion (Fig. 2B,C). Examination of other arterial territories unmasked multiple but non-significant stenoses of the left SFA (Fig. 2C), significant stenoses of the origin of celiac trunk, superior mesenteric artery, and a moderate stenosis of the left renal artery (Fig 3D–F). Blood pressure and metabolic assessments did not show evidence for hypertension, diabetes mellitus, or dyslipidemia (not shown). Results from immunological and coagulation tests ruled out immune vasculitis and inflammatory or thrombophilic disorders (not shown). This rapid and unexpected onset of PAD in a patient without arterial disease or significant CVD risk factors prior to nilotinib introduction led us to suspect an adverse reaction to nilotinib and report to competent health authorities was performed. The decision was made to discontinue nilotinib. The choice of a third-line TKI was a complex medical issue. Ponatinib, a new generation TKI active against all BCR-ABL1 mutants *in vitro,* is associated with substantial



**Figure 1** Response to tyrosine kinase inhibitors. The evolution of *BCR-ABL1* transcripts levels since initiation of TKI therapy is illustrated. Black dots represent detectable *BCR-ABL1/ABL1* ratio IS%, and gray dots represent undetectable *BCR-ABL1* transcripts with a sensitivity of the RQ-PCR test of 4.5 logs. Results of mutational assessment of *BCR-ABL1* by direct sequencing are also depicted. NILO: nilotinib; IMA: imatinib; BOSU : bosutinib.

                                                                                                   © 2014 John Wiley & Sons A/S. Published by John Wiley & Sons Ltd

Mirault *et al.*                                                                                                          Nilotinib and peripheral artery disease



**Figure 2** Lower limbs CT angiography. Lower limb CT angiography performed prior to nilotinib administration (A), after 12 months of nilotinib treatment (B, C), and 12 months after nilotinib discontinuation (D). Sub occlusion of the proximal part of the right superficial femoral artery (SFA; B and C: arrow in rectangle) followed distally by a complete occlusion (C: dashed arrow) appeared after 12 months of nilotinib exposure, together with non-significant multiple stenoses of the distal left SFA (C: double arrow). Follow-up imaging performed 12 months after nilotinib cessation showed persistence of the right SFA stenosis and development of a collateral network in right and left SFA territories (D: arrows).



**Figure 3** CT angiography of digestive and renal arteries. CT angiography of abdominal aorta including celiac trunk (CTr), superior mesenteric artery (SMA), and left renal artery (LRA) did not reveal any abnormality prior to nilotinib initiation (A–C). After 12 months of nilotinib treatment, significant stenoses of the celiac of CTr, LRA, and SMA with poststenotic dilatations were present (D–F: arrows).

cardiovascular toxicity (16). Bosutinib, a second-generation TKI expected to show activity against the F317L mutant, was not yet approved (17). The F317L mutation is deemed resistant to both imatinib and dasatinib (18). In the hope that nilotinib had been able to eradicate the imatinib-resistant F317L mutant clone, the decision was made to re-introduce

imatinib at 400 mg daily under close molecular monitoring of leukemic residual disease. Medical therapy combining aspirin, rosuvastatin, ramipril, and daily walking program was chosen rather than angioplasty.

After imatinib re-introduction, the patient reported a stepwise improvement in walking endurance reaching 3 km after 12 months, still painful under climbing conditions and right-side ABI values improved up to 0.91. Metabolic assessments showed a rosuvastatin-induced reduction in LDL-C below 0.7 g/L, as recommended in patients with established CVD (15). However, imatinib was unable to maintain an optimal molecular response. *BCR-ABL1* transcripts became rapidly detectable and gradually increased, leading to MMR loss at 12 months together with a re-emergence of the F317L mutation (Fig. 1). It was thus decided to perform follow-up vascular imaging in order to assess the effect of medical care and guide further cardiovascular and hematological therapeutic decisions. CT angiography demonstrated persistence of proximal right SFA stenosis with distal occlusion as well as that of other previously identified arterial stenoses (Fig. 3D). It also revealed the development of a collateral network through the profunda femoris artery, explaining functional and ABI values improvement (Fig. 3D). Thus, overall treatment plan including pharmacological treatment and exercise training was maintained. Imatinib was discontinued, re-introduction of nilotinib was prohibited, the decision was made to avoid ponatinib, and bosutinib was started in the setting of recent conditional approval by health authorities.

## Discussion

Our report is the first to directly link new onset symptomatic PAD to nilotinib exposure in a patient with CML free from arterial lesions prior to nilotinib therapy. This was achieved through a systematic cardiovascular evaluation before and during treatment with nilotinib, in the setting of our comprehensive approach to the management of patients with CML in order to prevent or minimize drug-induced toxicity.

PAD is one of the most frequent sources of CVD morbidity worldwide (19). The prevalence of PAD increases with age, and main risk factors are the typical risk factors for atherosclerosis including current smoking, diabetes mellitus, hypertension, and hypercholesterolemia (20). It could be argued that based on the patient's age, PAD is not uncommon since in men between 55- and 59-yr-olds, and the prevalence of PAD defined as ABI values ≤0.9 on either side is estimated around 7.5% (19). However, age is in our view not sufficient to explain rapid onset PAD because our patient lacked traditional risk factors for atherosclerosis at initiation of and during nilotinib therapy, while more than 95% of persons with PAD have at least one of these risk factors (20). Alternative hypothesis such as non-atherosclerotic PAD including immune vasculitis was formally ruled out (21), as well as arterial thrombosis based on the absence of inherited or acquired thrombophilia, the fact that nilotinib was reported not to impair platelet aggregation *in vivo* (22) and the pattern of arterial lesions found on imaging. To our surprise, occlusion of the right SFA responsible for symptomatic PAD was associated with silent stenoses of the left SFA and of several visceral arteries, attesting for the systemic nature of nilotinib-associated arterial damage. This discovery highlights the importance of detecting stenosis or occlusion in other vascular beds than those responsible for clinical symptoms, to provide appropriate treatment and prevent further organ damage.

In our patient, the decision was made for comprehensive medical therapy including (i) a combined treatment with low-dose aspirin, statin, and angiotensin-converting enzyme inhibitor per recommendations outlined in ESC guidelines (15), (ii) discontinuation of nilotinib, and (iii) advice for exercise training. Although arterial lesions were found to be irreversible, this medical approach was successful in improving functional outcome due to the capacity of the patient to develop an arterial collateral network, like patients with classical atherosclerotic PAD. Furthermore, no other cardiovascular event occurred and no new arterial lesions were found during follow-up. As a consequence, we believe that angioplasty and one of its major drawback, postangioplasty recurrent stenosis, may be avoided except in very severe cases.

To conclude, the prospective cardiovascular evaluation performed in this patient was fundamental to establish a direct link between nilotinib exposure and PAD and allowed prompt and successful medical intervention in the setting of a close cooperation between the patient, hematologists, specialists in vascular medicine, and radiologists. However, the speed of PAD development prevented us to detect arterial lesions prior to onset of clinical symptoms. How nilotinib influences PAD development or progression is unknown. Although nilotinib may induce metabolic abnormalities such as hypercholesterolemia, a positive relationship with nilotinib-associated occlusive arterial events has not been established (23) and there was no indication for lipid-lowering drugs in our patient prior to PAD. Ongoing investigations suggest that alterations within the arterial wall such as endothelial cell lesions may develop (24). New findings in this area may not only bring valuable mechanistic information, but may also be relevant to direct efforts toward prevention in order to improve patient safety.

## References

1. Gambacorti-Passerini C, Antolini L, Mahon FX, *et al.* Multicenter independent assessment of outcomes in chronic myeloid leukemia patients treated with imatinib. *J Natl Cancer Inst* 2011;**103**:553–61.
2. Björkholm M, Ohm L, Eloranta S, *et al.* Success story of targeted therapy in chronic myeloid leukemia: a population-based study of patients diagnosed in Sweden from 1973 to 2008. *J Clin Oncol* 2011;**29**:2514–20.

3. Huang X, Cortes J, Kantarjian H. Estimations of the increasing prevalence and plateau prevalence of chronic myeloid leukemia in the era of tyrosine kinase inhibitor therapy. *Cancer* 2012;**118**:3123–7.
4. Weisberg E, Manley PW, Breitenstein W, *et al.* Characterization of AMN107, a selective inhibitor of native and mutant Bcr-Abl. *Cancer Cell* 2005;**7**:129–41.
5. Kantarjian HM, Giles F, Gattermann N, *et al.* Nilotinib (formerly AMN107), a highly selective BCR-ABL tyrosine kinase inhibitor, is effective in patients with Philadelphia chromosome-positive chronic myelogenous leukemia in chronic phase following imatinib resistance and intolerance. *Blood* 2007;**110**: 3540–6.
6. Saglio G, Kim DW, Issaragrisil S, *et al.* Nilotinib versus imatinib for newly diagnosed chronic myeloid leukemia. *N Engl J Med* 2010;**362**:2251–9.
7. Larson RA, Hochhaus A, Hughes TP, *et al.* Nilotinib vs imatinib in patients with newly diagnosed Philadelphia chromosome-positive chronic myeloid leukemia in chronic phase: ENESTnd 3-year follow-up. *Leukemia* 2012;**26**:2197–203.
8. Aichberger KJ, Herndlhofer S, Schernthaner GH, Schillinger M, Mitterbauer-Hohendanner G, Sillaber C, Valent P. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. *Am J Hematol* 2011;**86**:533–9.
9. Le Coutre P, Rea D, Abruzzese E, Dombret H, Trawinska MM, Herndlhofer S, Dörken B, Valent P. Severe peripheral arterial disease during nilotinib therapy. *J Natl Cancer Inst* 2011;**103**:1347–8.
10. Kim TD, Rea D, Schwarz M, *et al.* Peripheral artery occlusive disease in chronic phase chronic myeloid leukemia patients treated with nilotinib or imatinib. *Leukemia* 2013;**27**:1316–21.
11. Tefferi A, Letendre L. Nilotinib treatment-associated peripheral artery disease and sudden death: yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia. *Am J Hematol* 2011;**86**:610–1.
12. Giles FJ, Mauro MJ, Hong F, Ortmann CE, McNeill C, Woodman RC, Hochhaus A, le Coutre PD, Saglio G. Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis. *Leukemia* 2013;**27**:1310–5.
13. Levato L, Cantaffa R, Kropp MG, Magro D, Piro E, Molica S. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in chronic myeloid leukemia: a single institution study. *Eur J Haematol* 2013; **90**:531–2.
14. Quintás-Cardama A, Kantarjian H, Cortes J. Nilotinib-associated vascular events. *Clin Lymphoma Myeloma Leuk* 2012; **12**:337–40.
15. European Stroke Organisation, Tendera M, Aboyans V, *et al.* ESC Guidelines on the diagnosis and treatment of peripheral artery diseases: document covering atherosclerotic disease of extracranial carotid and vertebral, mesenteric, renal, upper and lower extremity arteries: the Task Force on the Diagnosis and Treatment of Peripheral Artery Diseases of the European Society of Cardiology (ESC). *Eur Heart J* 2011;**32**:2851–906.
16. Cortes JE, Kim DW, Pinilla-Ibarz J, *et al.* A phase 2 trial of ponatinib in Philadelphia chromosome-positive leukemias. *N Engl J Med* 2013;**369**:1783–96.
17. Cortes JE, Kantajian HM, Brümmendorf TH, *et al.* Safety and efficacy of bosutinib (SKI-606) in chronic phase Philadelphia chromosome-positive chronic myeloid leukemia patients with resistance or intolerance to imatinib. *Blood* 2011;**118**: 4567–76.
18. Branford S, Melo JV, Hughes TP. Selecting optimal second-line tyrosine kinase inhibitor therapy for chronic myeloid leukemia patients after imatinib failure: does the BCR-ABL mutation status really matter? *Blood* 2009;**114**: 5426–35.
19. Fowkes FG, Rudan D, Rudan I, *et al.* Comparison of global estimates of prevalence and risk factors for peripheral artery disease in 2000 and 2010: a systematic review and analysis. *Lancet* 2013;**382**:1329–40.
20. Selvin E, Erlinger TP. Prevalence of and risk factors for peripheral arterial disease in the United States: results from the National Health and Nutrition Examination Survey, 1999–2000. *Circulation* 2004;**110**:738–43.
21. Weinberg I, Jaff MR. Nonatherosclerotic arterial disorders of the lower extremities. *Circulation* 2012;**126**:213–22.
22. Quintás-Cardama A, Han X, Kantarjian H, Cortes J. Tyrosine kinase inhibitor-induced platelet dysfunction in patients with chronic myeloid leukemia. *Blood* 2009;**114**:261–3.
23. Rea D, Mirault T, Cluzeau T, Gautier JF, Guilhot F, Dombret H, Messas E. Early onset hypercholesterolemia induced by the second generation tyrosine kinase inhibitor nilotinib in patients with chronic phase-chronic myeloid leukemia. *Haematologica* 2014;**99**. [Epub ahead of print].
24. Emir H, Albrecht-Schgoer K, Huber K, *et al.* Nilotinib exerts direct pro-atherogenic and anti-angiogenic effects on vascular endothelial cells: a potential explanation for drug-induced vasculopathy in CML. *Blood* 2013;**122**:257.