# Exhibit
# 1

**Expert Report of Robert Wagmeister, M.D.**

**I.        Summary of Opinions**

My name is Robert Wagmeister, M.D.  I have been retained by counsel for Dennis and Lori McWilliams to analyze the relevant medical and other information and to provide opinions related to the cause of Mr. McWilliams' atherosclerotic-related stroke that he suffered in August of 2013.  I am being compensated at an hourly rate of $500 for my work on this case, and a rate of $800 per hour (minimum 2 hours ) for deposition and $10,000 for full day of trial testimony.

In summary, my opinions are as follows:

(1) Tasigna (generic name nilotinib) caused the atherosclerotic-related disease observed in Mr. McWilliams' severe, nearly occluded right internal carotid artery, which was unusual by its rapid onset and accelerated progression, and not expected in a person of Mr. McWilliams' age and health profile.

(2) Mr. McWilliams' Tasigna-induced atherosclerotic disease caused his stroke.

**II.        Background and Qualifications**

I am a vascular surgeon licensed to practice medicine in the State of California and have been continuously licensed to practice medicine in the State of California since 1980.  I received my medical degree from Tufts University School of Medicine in 1974, and subsequently did my general surgery residency at Roosevelt Hospital in New York, N.Y. and at St. Vincent's Hospital in New York, N.Y.  From 1979 to 1980, I undertook additional training, performing a Fellowship in the specialty of Peripheral Vascular Surgery at Newark Beth Israel Medical Center in Newark, N.J.

In 1982, I was certified in General Surgery by the American Board of Surgery, and in 1983 I was certified by the same board in the specialty of Vascular Surgery.  I have been continuously licensed as a vascular surgeon since then, being re-certified every 10 years, with my most recent re-certification occurring in November 2013.  I am a member of major national and regional vascular surgery societies, including the Society for Vascular Surgery, Southern California Vascular Surgery Society, the Society for Clinical Vascular Society, and the Peripheral Vascular Surgery Society.

I have 37 years of continuous clinical experience in the field of vascular surgery, which has included diagnosing and treating thousands of patients with atherosclerotic Peripheral Vascular Disease and Cerebrovascular Disease who have suffered symptoms of intermittent claudication, rest pain, ischemic ulcers, and stroke.

Additional details of my background and qualifications, including my testimony history, are attached hereto as Exhibit A.

### III.     Data Considered

In forming my opinions expressed herein, I considered:

- Mr. McWilliams' medical records, including relevant imaging;

- Interview with Mr. McWilliams;

- Depositions of treating physicians obtained to date, including Drs. Loyola and Maraist; and

- Several articles and reports related to Tasigna, which I cite below.

I also relied on my medical training and over 37 years of clinical practice as a vascular surgeon.

### IV.     Background on Atherosclerosis-Related Diseases

Atherosclerosis refers generally to the buildup of plaque (consisting of fat, cholesterol, calcium, and other substances) inside arteries, which causes the hardening of the wall and narrowing of the lumen of the arteries.  Atherosclerosis can affect any artery in the body, whose function is to supply oxygenated blood to the heart, brain, arms, legs, pelvis, kidneys and intestines.  Different diseases may develop based on the arteries that are narrowed (stenotic) or totally blocked (occluded).  These disease include (1) peripheral artery disease or peripheral vascular disease, which involves stenosis or occlusion of the arteries delivering blood to the legs, arms, and pelvis, (2) ischemic heart disease or coronary artery disease, which involves the stenosis or occlusion of the arteries delivering blood to the heart, and (3) cerebrovascular disease, which involves stenosis or occlusion of the arteries in the neck (carotid) or intracranial (middle cerebral), which supply blood to the brain.  These diseases are very serious, at times fatal, and can lead, in the case of peripheral artery disease, to amputations; in the case of coronary artery disease, heart attacks; and, in the case of cerebrovascular disease, stroke.  Risk factors for atherosclerosis-related diseases include age, diabetes mellitus, smoking, obesity, chronic inactivity, hyperlipidemia, hypertension, and family history.

Atherosclerosis-related diseases are slowly-developing and occur over many years. Rapid onset, accelerated progression, or sudden aggravation of atherosclerosis is **extremely rare**.  Given the slow progression of the atherosclerotic-related diseases, when detected early enough, they are usually treatable with risk factor modification without the need for surgical intervention.  Surgical intervention of atherosclerotic disease for individuals younger than 50 is uncommon.

### V.     Relevant Medical and Treatment History

Mr. McWilliams was diagnosed with Philadelphia-Positive Chronic Myeloid Leukemia ("CML") in 2007, at the age of 42.  He was started on Gleevec (imatinib) until June of 2011.  His

CML had a good cytological and clinical response on Gleevec.[1]   In 2011, however, he was switched to Tasigna (nilotinib).[2]

On January 28, 2013, following a near syncopal (fainting) episode while eating at a restaurant, Mr. McWilliams was taken to Saint Lucie Medical Center, where, as a precautionary measure, the provider performed a CT scan of his abdomen and pelvis, and a Doppler ultrasound of his carotid arteries.[3]  The CT scans were negative.[4]  Further, the gray scale images of the carotid ultrasound and related reports indicate that Mr. McWilliams had no significant stenosis in his left internal carotid artery, and mild atherosclerotic plaques in the right common and proximal carotid arteries, with an estimated stenosis of about 50 percent.[5]  Based on these results, Mr. McWilliams did not have, and was not at risk of having a stroke.  Surgical intervention was not indicated.

Seven months later, on August 28, 2013, Mr. McWilliams was rushed to the emergency room after experiencing symptoms of drooling, difficulty with speech, and numbness in his left hand and arm.[6]  A workup, including different imaging modalities, revealed that Mr. McWilliams had suffered a right hemispheric stroke in the distribution of the middle cerebral artery.[7]  A carotid Doppler ultrasound revealed stenosis of greater than 80% of his right internal carotid artery, which was significantly worse than the prior study conducted only seven months earlier.[8]  More precise subsequent MRA scan and CT angiogram revealed a critical stenosis in his right internal carotid artery of over 90% with a string sign (meaning the artery was almost completely blocked).[9]  On August 30, 2013, Dr. Loyola performed a right carotid endarterectomy with patch angioplasty to remove the blockage in Mr. McWilliams' carotid arteryand prevent a recurrent cerebrovascular accident( CVA ) i.e. stroke.[10]

Both the surgeon, Dr. Loyola, and the neurologist, Dr. Maraist, found the rapid progression of atherosclerotic disease in Mr. McWilliams' right internal carotid artery to be

---

[1] MCWILLIAMS_DENNIS-FL-0034-00058.

[2] *Id.*

[3] MCWILLIAMS_DENNIS-FL-0032-00090.

[4] *Id.*

[5] McWilliams-000585.

[6] MCWILLIAMS_DENNIS-FL-0030-00007.

[7] *Id.*

[8] *Id.*

[9] *Id.* at 7-8.

[10] *Id.* at 14.

**unusual and unexpected**.[11]  Finding no reasonable explanation of the rapidly developing atherosclerosis from Mr. McWilliams' health profile, Dr. Maraist did his own review of the medical literature related to Tasigna and atherosclerosis, and found that there was a reported association.[12]  Based on this association, Dr. Maraist concluded and advised in his hospital progress note that Mr. McWilliams should "NOT"(as written) be given any more Tasigna pills, and his Tasigna therapy was put on hold.[13]  In November, 2013, Mr. McWilliams was switched to Sprycel.

Since his Tasigna discontinuation, Mr. McWilliams has suffered no recurrent accelerated atherosclerosis.  Follow-up annual carotid ultrasounds from 2014 to 2017 show no significant stenosis in his carotid arteries.[14]

In addition to the above medical history, other relevant medical history related to Mr. McWilliams includes:

- Former smoker (1-3 cigarettes per day from 1980 to 1987; 1 pack per day from 1988 to 1998; 5-10 per day 2005 to 2007; 1-3 per day 2007 to 2010);
- Hypertension;
- Hyperlipidemia;
- Family history of atherosclerosis, including father with angina pectoris and heart disease, and mother with heart disease.

Below I will discuss their actual relevance or lack thereof.

## VI.     Bases for Opinions

### A. Tasigna Caused Mr. McWilliams' Rapidly-Developing Atherosclerosis in His Right Internal Carotid Artery.

I reached this conclusion through a differential diagnoses.  A differential diagnoses is a standard scientific technique used to identify the cause of a medical problem by eliminating the likely causes until the most probable is isolated.  The process generally entails considering the possible causes for the patient's symptoms or condition and then eliminating each of these potential causes until reaching one that cannot be ruled out or determining which of those that cannot be excluded is the most likely.  This is a standard scientific technique that doctors, including myself, use in diagnosing patients.  In reaching my conclusions I relied on my review of Mr. McWilliams' medical records, the depositions of treating physicians, relevant medical

---

[11] Deposition of Dr. Rene Loyola, at 36:8-20, 92:1-22; Deposition of Dr. Michael Maraist, at 56:22-58:15 (as of the date of this report only a rough draft of the transcript of the deposition of Dr. Maraist is available).

[12] Maraist Dep., at 58:10-59:14.

[13] *Id.* at 56:3-21; McWilliams-000079.

[14] MCWILLIAMS_DENNIS-FL-0030-00017-19, 22-23; Loyola Dep., at 94:8-24.

literature that I have reviewed, my own medical training, and my over 37 years of clinical practice as a vascular surgeon.

As an initial step, I considered all the potential explanations for the atherosclerotic-related event that resulted in Mr. McWilliams' suffering a stroke, as well as reviewing his cardiac and peripheral vascular systems. As part of the analysis, I considered known risk factors for atherosclerosis generally, including (1) diabetes mellitus, (2) hypertension, (3) family history, (4) age, (5) obesity, and (6) smoking history, and (7) hyperlipidemia. I also considered Tasigna as a potential cause, because, based on my review of the relevant medical literature (which I will describe below), the drug has been associated with accelerated atherosclerosis-related events.

At the outset, I could eliminate diabetes, as Mr. McWilliams does not have diabetes. I did not, however, immediately exclude smoking history, hypertension, hyperlipidemia, family history, weight, or Tasigna. I considered all of these potential causes, and my analysis is below. It is also important to note that I did not consider any of these risk factors in isolation; rather, I considered each potential cause in the context of Mr. McWilliams' entire health profile and health history.

1. *Smoking History*

Smoking is a risk factor for atherosclerotic-related disease. Mr. McWilliams was a light smoker from 1980 to 1987 (1-3 cigarettes per day); smoked one pack per day for about a decade thereafter until 1998; quit entirely from 1998 to 2005; smoked moderately from 2005 to 2007 (5-10 per day); was a light smoker from 2007 to 2010 (1-3 per day); and quit entirely in 2010. A risk factor only means that in a population of people with atherosclerosis, that that factor occurs more often than other factors and may play a role in its development. All people with atherosclerosis are not smokers and all smokers do not develop atherosclerosis. Atherosclerosis is a slowly developing disease, and, even in the presence of multiple risk factors, takes years to develop and worsen. Notably, during the period of accelerated atherosclerosis, Mr. McWilliams had quit smoking entirely for about three years. While smoking is a risk factor for atherosclerosis, it does not account for the **rare** occurrence observed in this case—i.e., a rapidly developing atherosclerosis in a 48 year old man that was observed to progress from 50% percent stenosis to near occlusion in a period of 7 months. Therefore, based on my medical training and over 37 years of clinical experience, I excluded smoking as the cause.

2. *Hypertension*

Mr. McWilliams had a history of hypertension, which is a lesser risk factor for atherosclerosis-related events. In addition, it was only as late as 1/13/12 that he even required medication for its treatment, when he was started on Edarbi. Hypertension does not adequately explain what occurred in this case, i.e., accelerated and severe atherosclerosis in a 48 year old man. Therefore, based on my medical training and over 37 years of clinical experience, I excluded hypertension as the cause of Mr. McWilliams' accelerated atherosclerosis.

### 3. Age

Mr. McWilliams was 48 during the period of his accelerated atherosclerosis leading to his stroke.  This is a young age for significant atherosclerosis, and certainly not an age one expects to see near-occlusion in a carotid artery.  Mr. McWilliams' age does not account for the accelerated atherosclerosis observed, and based on my training and experience, I excluded it as the cause.

### 4. Family History

Mr. McWilliams has a family history of atherosclerosis, with a father who was diagnosed with heart disease having a myocardial infarct in his eighties, and a mother who was diagnosed with heart disease having a myocardial infarct in her sixties (as documented in the History and Physical by Cruz, PA dictated 08/26/2013 at St. Lucie Medical Center).[15] More importantly, there is no family history of premature atherosclerosis-related disease (disease manifesting prior to age 50).  Moreover, there is also no family history of the accelerated atherosclerosis observed in Mr. McWilliams' case.  Therefore, based on my experience and training, I excluded family history as a cause.

### 5. Weight

During the period of his accelerated atherosclerosis, Mr. McWilliams was about 5'10" with a weight of about 250 pounds.  This put him within the obese category in the standard body-mass index (BMI) chart.  While obesity can be a minor risk factor for atherosclerosis, it does not account for the accelerated atherosclerosis observed in this case.  Therefore, I excluded Mr. McWilliams' weight as a cause of his accelerated disease.

### 6. Hyperlipidemia

Mr. McWilliams had a history of hyperlipidemia, which is a risk factor for atherosclerotic-related events. However, in reviewing his history, it shows that the hyperlipidemia was controlled with diet and exercise. The first mention of medication was noted in the Cruz, PA note on 08/26/2013 where in her plan she states that a statin had been ordered.[16] Then, in the 10/28/13 office visit with Dr. Shah, there is the first mention in any of his office notes that Mr. McWilliams was now taking Lipitor.  Of considerable note, the ENESTnd trial report linked the worsening of lipid levels in individuals taking Tasigna.[17]  His hyperlipidemia did not require medication until after he suffered a stroke, having been on Tasigna for nearly two years. Therefore, based on my medical training and over 37 years of clinical experience, I excluded hyperlipidemia as the cause of Mr. McWilliams' accelerated atherosclerosis.

---

[15] McWilliams-000155.

[16] McWilliams-000156.

[17] Hochhaus A, et al., *"Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year updated of the randomized ENESTnd trial,"* Leukemia, v. 30, pp. 1044-1055 (2016).

7. *Tasigna*

I considered Tasigna as a potential cause of Mr. McWilliams' accelerated atherosclerosis. The medical literature describes an association between Tasigna and atherosclerotic-related events, including stroke. Importantly, the peer-reviewed literature describes an association between Tasigna and the *__rare__* form of severe, accelerated atherosclerosis observed in this case. These articles were published in peer-reviewed medical literature, all of which I consider to be reliable sources.

One article, published in the American Journal of Hematology in March 2011, describes a clinic that administered nilotinib therapy to 24 patients, where vascular events occurred in eight out of 24 patients.[18]  Three of the 24 patients developed severe, rapidly-progressing peripheral vascular disease in both legs, which progressed despite surgical interventions.  None of the three patients had known peripheral arterial occlusive disease prior to treatment, and one had no known pre-existing risk factors.[19]  One patient ultimately had to have his leg amputated.[20]  The other events included one less severe case of peripheral arterial occlusive disease, one sudden death, one myocardial infarction (heart attack), one spinal infarction (loss of blood supply to the spinal cord), and one subdural hematoma.[21]  The article posits several potential mechanisms of action that could explain the accelerated and unusual atherosclerotic-related events observed.[22]

Another article, published in the same journal in 2011, describes the case of a 54-year-old **non-diabetic, non-smoking** woman with no history of any vascular disease who developed severe, rapidly-progressing, and "unrelenting" atherosclerotic conditions while on nilotinib.[23] Specifically, the patient developed peripheral vascular disease in both legs and coronary artery disease.[24]  Another 64-year-old non-diabetic, non-smoking patient with no history of cardiovascular disease suffered a sudden, and unexplained death.[25]

---

[18] K. Aichberger, et al., *"Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML,"* Am. J. Hematology, v. 86(7), pp. 533-39 (March 2011).

[19] *Id.*

[20] *Id.*

[21] *Id.*

[22] *Id.*

[23] A. Tefferi, et al., *"Nilotinib treatment-associated with peripheral artery disease and sudden death: yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia,"* Am. J. Hematology, v. 86(7), pp. 610-611 (April 2011).

[24] *Id.*

[25] *Id.*

Another article published in the Journal of the National Cancer Institute in 2011 describes a retrospective analysis of 179 patients on nilotinib.[26]  Eleven (6.5%) developed severe, previously unrecognized peripheral vascular disease that required invasive surgery.[27]  Eight patients had stent implants, eight had angioplasties, and four had amputations.  One patient had no detectable cardiovascular risk factors.[28]  The article concluded: "The frequency of PAD [Peripheral Artery Disease] in this retrospective analysis appears to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib.  It is noteworthy that elevations in cholesterol and fasting glucose were observed in clinical trials with nilotinib and that 10 of the 11 PAD patients had cardiovascular risk factors present before treatment, suggesting that nilotinib may aggravate a preexisting arteriosclerotic condition."[29]

Additionally, an article published in Leukemia in 2013 describes a study where the authors prospectively analyzed 129 patients for pathological peripheral vascular disease using a measurement called the ankle-brachial-index (ABI) and duplex ultrasonography.[30]  Pathological peripheral vascular disease was documented in 26% of patients receiving nilotinib as first-line therapy, 35.7% of patients receiving nilotinib as a second-line therapy, but only 6.3% of the patients receiving imatinib therapy.[31]  Clinically overt peripheral vascular disease was seen in five patients, all of whom were exposed to nilotinib.[32]  In the second part of their study, the authors reviewed 27 cases of overt peripheral vascular disease accrued from several collaborating centers and found that 26 of the 27 were exposed to nilotinib.[33]  The events were severe and required invasive procedures, including angioplasties (33.3% of cases), stent implantation (22.2% of cases), amputation (22.2% of cases), and surgery (18.5% of cases).[34]

Another article published in Leukemia in 2013 summarizes the various studies indicating an association between Tasigna and atherosclerotic-related events.[35]  The author, Dr. Tefferi

---

[26] P. Le Coutre, et. al. *"Severe peripheral arterial disease during nilotinib-therapy,"* J. Nat'l Cancer Inst., v. 103(17), pp. 1347-48 (August 2011).

[27] *Id.*

[28]  *Id.*

[29]  *Id.*

[30] TD Kim, et al., *"Peripheral arterial occlusive disease in chronic phase chronic myeloid leukemia patients treated with nilotinib or imatinib,"* Leukemia 27(6), pp. 1316-21 (March 2013).

[31] *Id.*

[32] *Id.*

[33] *Id.*

[34] *Id.*

[35] A. Tefferi, *"Nilotinib treatment-associated accelerated atherosclerosis: when is the risk justified?"* Leukemia, v. 27, pp. 1939-40 (May 2013).

from the Mayo Clinic, concluded that "[t]aken together the above observations strongly implicate nilotinib therapy as being proatherogenic."[36]

Another case report of note describes a case of rapidly developing, severe, and unexpected overt peripheral vascular disease, as well as silent stenosis in the renal and mesenteric arteries, in a 55-year-old man without prior arterial disease or significant cardiovascular risk factors.[37]   Of particular note, these conditions developed after one year on nilotinib therapy despite the fact that the patient was pre-screened for arterial disease.[38]  The screening included Doppler ultrasound, CT angiography, and myocardial imaging, and the patient was determined to have no significant preclinical signs of arterial disease.[39]  The authors concluded that the rapid onset of arterial disease despite pre-therapy screening indicating an absence of such disease was a direct link between nilotinib and atherosclerotic-related disease.[40] I concur that this, like the other case reports, describes a very unusual rapid progression of atherosclerosis-related disease, and strongly implicates nilotinib as a causative agent in accelerated atherosclerosis-related diseases.

In addition to the above literature, I have also reviewed a report issued by an agency of Health Canada analyzing the potential link between Tasigna and atherosclerotic-related events.[41] The report was thorough and comprehensive, analyzing relevant literature, safety database reports, and plausible mechanisms of action.[42]  The report concluded that the data "strongly suggest an association between the use of nilotinib and the development/exacerbation of atherosclerotic-related diseases."[43]

I have also reviewed published data from a large Phase III randomized clinical trial called Evaluating Nilotinib Efficacy and Safety in Clinical Trials – Newly Diagnosed Patients ("ENESTnd").  Over 800 patients were randomly assigned into three groups: (1) Tasigna 300 mg twice daily, (2) Tasigna 400 mg twice daily, and (3) Gleevec 400 mg.  Data reported at 5 years shows a significant increase of vascular occlusive events in the Tasigna arms versus the Gleevec

---

[36] *Id.*

[37] T. Mirault, et al., *"Rapid onset of peripheral artery disease in a chronic myeloid leukemia patient without prior arterial disorder: Direct relationship with nilotinib exposure and clinical outcome,"* European Journal of Haematology, v, 94, pp. 363-67 (2015).

[38] *Id.*

[39] *Id.*

[40] *Id.*

[41] "Signal Assessment: Nilotinib (TASIGNA); Atherosclerotic-Related Diseases Including Peripheral Arterial Occlusive Disease (PAOD)" (TPROD00972838).

[42] *See, e.g., id.* at pp. TPROD00972878 to 880.

[43] *Id.* at TRPOD00972880.

arms.  These disparities have been apparent and consistent over time, as evidenced by the following figure which I have copied from the 5-year update report and reproduced here:

**Figure 1 (Copied from Figure 5 of the 5-Year Update of the ENESTnd Trial)[44]**



As reflected in the above information, there is strong evidence of a causative association between Tasigna and vascular occlusive disease, including peripheral vascular disease, coronary artery disease, and cerebrovascular disease.  The literature describes an unusual form of the diseases which involves sudden onset and rapid progression.  This is precisely what happened in Mr. McWilliams' case.  Therefore, I could not exclude Tasigna as a cause of his accelerated atherosclerosis.

   8.  *Conclusion*

   Having considered all the plausible explanations as to the cause of Mr. McWilliams' condition, I find that Tasigna is the explanation for the accelerated atherosclerosis in his right internal carotid artery.  The progression from 50 percent stenosis to near occlusion in 7 months is unexpected and rare in anyone, particularly a 48-year-old of Mr. McWilliams' health profile. This observation is shared by the neurologist and surgeon who treated Mr. McWilliams' stroke. While, Mr. McWilliams had some risk factors for atherosclerosis, none of these risk factors, even in combination, account for or explain the unusual progression observed in this case.  Tasigna, on the other hand, has been strongly associated by multiple peer reviewed articles and health agency reports with accelerated atherosclerosis.  Notably, after Mr. McWilliams' accelerated atherosclerosis was discovered, Tasigna was discontinued, and annual Doppler ultrasounds of his carotid artery have shown no recurrence of the accelerated atherosclerosis that was observed, despite the worsening of his hypertension and hyperlipidemia, both requiring medication.  Thus, despite a worsening of some of his general risk factors, since discontinuing Tasigna, there has been no such subsequent development of significant atherosclerosis in any of his vascular systems, i.e. cardiac, peripheral, or cerebrovascular.  Therefore, based on the above analysis, and

---

[44] Hochhaus et al.

10

my over 37 years of clinical experience, it is my opinion that Tasigna caused Mr. McWilliams'
accelerated atherosclerosis in his right carotid artery.

### B.  Mr. McWilliams' Tasigna-Induced Atherosclerosis Caused His Stroke.

It is beyond dispute that the near occlusion of his carotid artery, caused Mr. McWilliams'
stroke.  Such severe stenosis is well known to cause strokes, as it prevents oxygenated blood
from reaching the brain.  Dr. Loyola, the treating vascular surgeon, agrees, testifying in his
deposition that it was his opinion that the blocked artery caused his stroke.[45]  I concur—based on
my review of the medical records, Mr. McWilliams' clinical course, and my over 37 years of
clinical experience, it is my opinion that the stroke that Mr. Dennis McWilliams suffered was
caused by Tasigna-induced atherosclerosis.

Dated: February 19, 2018

Robert Wagmeister, M.D., F.A.C.S.

---

[45] Loyola Dep., at 93:18-94:7.

# CURRICULUM VITAE

## ROBERT WAGMEISTER, M.D.

2001 Santa Monica Blvd.
Suite 670-W
Santa Monica, California 90404
rwagmd@aol.com

---

## EDUCATION

| | |
|---|---|
| 1966 | Sheepshead Bay High School |
| 1970 | Brooklyn College BA |

## PROFESSIONAL EDUCATION

| | |
|---|---|
| 7/1974 | Tufts University School of Medicine, M.D. |
| 1974-1977 | The Roosevelt Hospital, New York, N.Y. |
| 1977-1979 | St. Vincent's Hospital, New York, N.Y. |
| 1979-1980 | Fellowship, Peripheral Vascular Surgery, Newark Beth Israel Medical Center, Newark, N.J. |

## LICENSURE

| | |
|---|---|
| 1975 | Diplomate, National Board of Medical Examiners |
| 1975 | New York (#125887) |
| 1979 | New Jersey (#36187) |
| 1980 | California (#G41624) |

## TEACHING APPOINTMENT

| | |
|---|---|
| 1978 | Clinical Instructor of Surgery, New York University School of Medicine |

**FELLOWSHIP**

10/1985                          Fellow, American College of Surgeons

**CERTIFICATION**

02/1982 Certified                American Board of Surgery, General Surgery

10/1991 Re-Certified

10/1983 Certified                American Board of Surgery, Special Certification in Vascular
                                 Surgery

10/1993 Re-Certified

10/2001 Re-Certified

11/2013 Re-Certified

**PROFESSIONAL SOCIETIES**

                                 Southern California Vascular Society

                                 Peripheral Vascular Surgery Society

                                 Society for Clinical Vascular Surgery

                                 Society for Vascular Surgery

**PRIOR TESTIMONY**

| Case Title | Deposition | Trial | Court |
|---|---|---|---|
| Gary v. Sunrise Hospital | X | X | Nevada State Court |
| Cook v. Sunrise Hospital | X | X | Nevada State Court |
| Tracy v. Hogan, MD | X | | Nevada State Court |
| House v. Rooney, MD | X | | Louisiana State Court |
| Delbridge v. Miss. Workers Comp. | X | | Mississippi State Court |
| Terrien v. Barton, MD | X | | Michigan State Court |
| Movrich v. Sueldo, MD | X | X | Michigan State Court |
| Coppieters v. Gilliand, MD | X | | Mississippi State Court |
| Snowden v. West, MD | X | | Michigan State Court |
| Wolfman v. David Ginsberg, MD | X | | California State Court |
| Bush v. R.J. Reynolds | X | | Florida Federal Court |
| Howard v. Sabbagh, MD | X | X | Michigan State Court |
| Crockett v. Luh, MD | X | | Nevada State Court |
| Calvillo v. Kissel, MD | X | | California State Court |
| Verrett v. Mammen, MD | X | | Louisiana State Court |
| Hadley v. Koerner | X | | Kansas State Court |
| Moore v. Capanna, MD | | X | Nevada State Court |
| Estate of Mapes v. Beaudoin, MD | X | | Michigan State Court |
| Davis v. Henao, MD, et al. | X | | New Mexico State Court |

**Prior Testimony (Continued)**

| Case Title | Deposition | Trial | Court |
|---|---|---|---|
| Stasia v. Hernandez | X | X | California Superior Court |
| Lauris, et al. v. Novartis AG, et al. | X | | United Stated District Court EDCA |