UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 2:17-cv-14302-ROSENBERG/MAYNARD

Dennis McWilliams and
Lori McWilliams,

      Plaintiffs,

vs.

Novartis AG, a Global Healthcare
Company; Novartis Pharmaceuticals
Corporation, a Delaware Corporation,

      Defendants.
_____/

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S STATEMENT OF MATERIAL FACTS

  Pursuant to Local Rule 56.1(a), NPC submits this statement of material facts as to which it contends there does not exist a genuine issue to be tried.

### A. CML and Its Treatment

  1. CML is a rare cancer of the blood. Exhibit 1, 3/5/18 Walia Dep., 21:23-24; Exhibit 2, 3/21/18 Shaikh Dep., 20:25-21:2.

  2. Patients with CML usually have a genetic mutation, known as the Philadelphia chromosome (Ph), which causes production of the mutant "BCR-ABL" protein. Exhibit 3, 4/13/17 Woodman Dep., 373:1-25; Ex. 1, 39:6-17.

  3. The BCR-ABL protein prompts white blood cells to proliferate uncontrollably. Ex. 3, 373:1-25.

  4. In 2001, NPC's Gleevec® (imatinib) was approved for commercial use in Philadelphia positive CML (Ph+ CML) patients. Exhibit 4, 4/26/18 Blume Dep., 106:19-21; Ex. 1, 39:6-17, 77:6-13.

  5. Gleevec®, the first in a new class of CML medications called tyrosine kinase inhibitors (TKIs), and other TKIs work by targeting and inhibiting the BCR-ABL protein created

by the Philadelphia chromosome. Exhibit 5, 7/14/17 Weiss Dep., 44:5-45:1; Ex. 3, 373:1-20; Ex. 1, 39:6-17, 77:6-13.

6. Survival rates of patients with CML improved dramatically with the introduction of Gleevec®. Ex. 5, 46:21-47:8.

7. NPC's Tasigna® (nilotinib), another TKI medicine, was first approved by FDA in October 2007 for patients who became resistant or intolerant to Gleevec®. Exhibit 6, 4/8/17 Habucky Dep., 387:10-388:20; Exhibit 7, 10/29/07 Approval, pp. TREDI00266163, -266197.

8. In 2010, Tasigna® was approved to treat patients newly diagnosed with CML. Ex. 6, 402:7-404:7; Exhibit 8, 6/17/10 Approval, pp. TREDI00609822, -609909.

9. Plaintiffs' expert witness and hematologist, Dr. Mark Weiss, agrees that Tasigna® has a "superior antileukemic effect" to Gleevec®. Ex. 5, 170:2-5.

**B.     Mr. McWilliams' Medical History**

10. In June 2007, McWilliams was diagnosed with Ph+ CML. Ex. 1, 41:23-24, 42:14-17.

11. Dr. Sanjiv Walia, Mr. McWilliams' oncologist, prescribed Gleevec® that same month. Ex. 1, 43:11-14, 44:17-45:2, 46:11-17.

12. Dr. Walia's treatment goal for his CML patients is for them to obtain an undetectable BCR-ABL result – what he calls a "true remission." Ex. 1, 62:25-63:2, 63:11-21.

13. McWilliams' CML initially responded to Gleevec®. Ex. 1, 43:18-19.

14. In May 2011, Dr. Walia ordered for the first time a quantitative Polymerase Chain Reaction (qPCR) test that determines with greater precision BCR-ABL levels. Ex. 1, 50:22-51:3; Exhibit 9, 4/24/18 Weiss Dep., 30:20-31:20; Exhibit 10, 6/6/11 Rec., pp. MCWILLIAMS_DENNIS-FL-0034-00207-208.

15. This initial qPCR test revealed an abnormal BCR-ABL level of .779, which indicated that, even on high dose Gleevec®, McWilliams was not obtaining optimal results on Gleevec® therapy. Ex. 1, 51:17-25, 52:23-53:2, 62:12-24; Ex. 9, 66:6-15; Ex. 10, p. MCWILLIAMS_DENNIS-FL-0034-00207.

16. Dr. Walia switched McWilliams to Tasigna® in June 2011 to try to bring his BCR-ABL scores down to an undetectable level and, while on Tasigna®, McWilliams' BCR-ABL level reached "non-detect". Exhibit 11, 3/8/18 Walia Dep., 6:18-22, 64:23-65:3; Ex. 1, 62:12-63:2.

17. McWilliams suffered a stroke on August 25, 2013. Ex. 2, 155:23-156:6.

18. McWilliams had a complete recovery from his stroke, according to his treating physicians, Drs. Walia, Loyola, and Shaikh. Exhibit 2, 129:23-131:8; Exhibit 12, 10/20/14 Rec., p. MCWILLIAMS_DENNIS-FL-0032-0068; Ex. 1, 75:15-76:1; Exhibit 13, 10/22/13 Rec., p. -MCWILLIAMS_DENNIS-FL-0034-0032; Exhibit 14, 2/6/18 Loyola Dep., 69:25-71:12; Exhibit 15, 9/9/13 Rec., p. MCWILLIAMS_DENNIS-FL-0030-00005.

### C.     Dr. Walia's Prescribing Practice

19. Dr. Walia testified that "all medications have side effects, but you have to weigh the benefits versus the risk." Ex. 11, 37:20-21.

20. Dr. Walia prescribed Tasigna® with the knowledge that sudden death was a possible risk of Tasigna® therapy. Ex. 11, 37:17-25.

21. Dr. Walia testified he doesn't withhold medication where a possible risk is reported to be "less than one percent, point two percent, three percent risk . . . you don't withhold the medications and you treat them." Ex. 11, 38:1-12.

22. Dr. Walia testified that "the glowing activity" of Tasigna® – "that it is working much better, it has a much better potential to lower the BCR-ABL" – was a factor in his decision to prescribe Tasigna®, rather than Sprycel, to McWilliams in 2011. Ex. 11, 71:14-18.

23. Dr. Walia continues to prescribe Tasigna® to his patients today, despite the availability of more data on the product labeling regarding the risk of stroke than was available in 2011, and the presence of language in the Warnings and Precautions section of the Tasigna® label regarding the risk of stroke. Ex. 11, 69:10-14; Ex. 1 23:19-20, 24:4-8; Exhibit 16, 2018 Label, 1, pp. 9-10.

24. Dr. Walia prescribes Tasigna® to patients today who have risk factors for stroke, such as hypertension, obesity, and mild atherosclerosis. Ex. 11, 12:7-11, 73:15-74:10.

25. Dr. Walia testified he would still consider prescribing Tasigna® for a patient, like Mr. McWilliams, who became resistant or intolerant to Gleevec® today. Ex. 11, 68:9-18.

26. Dr. Walia testified that he has not told his patients currently on Tasigna® therapy to discontinue the medication. Ex. 11, 69:15-17.

27. Dr. Walia directed that McWilliams remain on Tasigna® treatment after his stroke and continued to prescribe Tasigna® therapy, despite the recommendation of McWilliams' treating neurologist, Dr. Maraist, that Tasigna® be discontinued because of the "increased risk of

atherosclerotic disease" in patients treated with Tasigna®. Ex. 11, 15:13-19; Exhibit 17, 2/9/18 Maraist Dep., 38:13-19, 40:2-14; Exhibit 18, 8/27/13 Rec., p. McWilliams-000107; Exhibit 19, 3/22/18 Maraist Dep., 84:25-85:3, 144:20-145:2; Exhibit 20, 9/10/13 Rec., p. McWilliams-000681-82.

28.     Dr. Walia switched Mr. McWilliams' CML medication to Sprycel in December 2013, after McWilliams obtained a second opinion. Ex. 11, 15:16-16:7.

29.     Sprycel caused Mr. McWilliams to suffer multiple pleural effusions for which he was hospitalized three times. Ex. 11, 24:19-25:9, 73:2-5; Ex. 9, 242:18-247:20; Exhibit 21, 10/18/17 Rec., p. MCWILLIAMS_DENNIS-FL-0054-00010; Exhibit 22, 11/14/17 Rec., p. MCWILLIAMS_DENNIS-FL-0054-00055; Exhibit 23, 7/12/15 Rec., p. 1.

### D. Risk Factors for Stroke

30.     Cardiovascular disease (CVD), which includes cerebrovascular events, like stroke, has accounted for more deaths than any other major cause of death in the U.S. for nearly a century, and afflicts more than one third of American adults. Exhibit 24, Benjamin et al., *Heart Disease and Stroke Statistics-2017 Update*, e349-50.

31.     Numerous risk factors contribute to the development of CVD, including family history, smoking, obesity, high blood pressure, and hyperlipidemia. Exhibit 25, 4/19/18 Wagmeister Dep., 67:2-10, 87:12-19; Ex. 14, 98:14-99:6; Ex. 19, 119:20-25; Ex. 2, 47:2-48:22; Exhibit 26, 6/16/11 Rec., p. MCWILLIAMS_DENNIS-FL-0054-00032-00043.

32.     Having one major risk factor increases the lifetime risk for CVD from 1.4% to 39.6% for men, while having two or more risk factors further increase the lifetime risk for men to 49.5%. Exhibit 27, Lifetime Risks of Cardiovascular Disease, 326 (Table 2).

33.     McWilliams had several major risk factors for stroke, including a history of smoking, hypertension, obesity, a significant family history of coronary artery disease and stroke, and hyperlipidemia. Ex. 2, 42:17-43:24; 47:2-48:22, 27:14-28:5; Ex. 26, p. -00106; Ex. 17, 71:21-73:15; Exhibit 28, 8/25/13 Rec., p. McWilliams-000155.

### E. Medical Literature

34.     There were no scientific publications in the public literature that evaluated cases of stroke in patients treated with Tasigna® when Dr. Walia prescribed Tasigna® therapy to Mr. McWilliams in June 2011. Exhibit 29, Coon et al., *Nilotinib treatment-associated cerebrovascular disease and stroke*, (Epub 2013 May 13), pp. 534-35.

35. Two letters to the editor published in March 2013 reported the first cases of stroke associated with Tasigna®. Ex. 29, 534-35; Exhibit 29, Levato et al., *Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in chronic myeloid leukemia* (Epub 2013 Mar 18), p. 530.

36. Each letter to the editor reported on one patient treated with Tasigna® who experienced a cerebrovascular event. Ex. 29, pp. 534-35; Ex. 30, p. 530.

37. Plaintiffs' expert witness Dr. Blume in fact concedes that more cerebrovascular adverse events (AEs) were reported in FDA's adverse event database in patients receiving imatinib than in patients treated with nilotinib in 2010, and the rates of cerebrovascular AEs for the other years analyzed by Dr. Blume (2008-09 and 2011-13) are comparable. Ex. 4, 87:8-17; Exhibit 31, 1/22/18 Rpt., 62 (Table 3).

### F. Labeling History

38. Tasigna® therapy was approved initially on an accelerated basis, prior to completion of a Phase III study. Ex. 3, 387:21-388:4, 388:14-389:7.

39. Tasigna® received this "accelerated approval" pursuant to a federal regulation that allows a medication to be approved if it "addresses . . . high unmet medical need" and if there is "adequate evidence of safety and efficacy for the product". Exhibit 6, 404:23-405:24, 396:15-397:3.

40. As part of the accelerated approval process, FDA required NPC to provide, on an annual basis, updated safety and efficacy data from ongoing Tasigna® studies. Ex. 3, 399:3-400:12; Exhibit 32, 4/7/17 Habucky Dep., 192:19-21.

41. These annual updates were in addition to the periodic safety reporting that NPC is required to submit yearly to FDA summarizing post-market safety and efficacy data regarding Tasigna® therapy. Exhibit 33, 4/25/17 Aghoghovbia Dep., 216:14-217:2; Ex. 31, 193:3-10.

42. NPC identified a "weak signal" for peripheral arterial occlusive disease (PAOD), in patients treated with Tasigna® in 2010. Exhibit 34, 5/2/17 Hong Dep. 151:19-23, 153:4-9; Exhibit 35, 12/16/10 Minutes, p. TPROD00576506.

43. In July 2011, as part of its annual review of the Tasigna® label, NPC proposed to FDA adding PAOD to Tasigna®'s Medication Guide for patients and to the Adverse Reaction section of the label (Section 6.2). Ex. 6, 413:9-414:12; 410:23-411:7; 412:6-20; 504:4-11; 408:6-15; Exhibit 36, 7/13/11 Labeling Submission, pp. TREDI00715678678-TREDI00715690.

44. A memorandum issued by FDA on October 10, 2011 found that Tasigna "does not markedly increase the risk of PAOD" and that "the addition of peripheral arterial occlusive disease to Section 6.2 . . . is acceptable." Ex. 3, 444:6-20; Exhibit 37, 7/31/17 Blume Dep., 277:4-279:7; Exhibit 38, 10/10/11 Mem., p. 3.

45. On October 13, 2011, FDA rejected NPC's proposal to add PAOD to the Medication Guide because PAOD was not included in the Warnings and Precautions section of the label (Section 5). Ex. 6, 506:8-508:6, 508:24-510:4; Exhibit 39, 10/13/11 Email and Label, p. TPROD02730410.

46. In November 2011, FDA approved NPC's proposal to add PAOD to Section 6.2. Ex. 6, 428:10-430:11; Exhibit 40, 11/18/11 Approval, pp. TREDI00718147, TREDI00718164, TREDI00718220.

47. In December 2012, FDA approved NPC's request to add "Arteriosclerosis" as an uncommon event to the "Vascular disease" section of Section 6.2 of the label. Ex. 36, 294:1-6; Ex. 6, 435:25-437:7; Exhibit 41, 12/20/12 Approval, pp. TREDI008017, TREDI00818033, TREDI00818048.

48. NPC informed the FDA in March 2013 that the Canadian government had required revisions to the Canadian Product Monograph in August 2012 to include information regarding cerebrovascular events observed in NPC's clinical trials. Ex. 9, 352:17-20; Ex. 6, 325:1-12; Exhibit 42, 3/29/13 PSUR (Excerpt), p. TREDI00868518.

49. In April 2013, NPC notified FDA that the Canadian government was requiring that letters be sent to health care providers that month informing them of these changes to the Canadian Product Monograph. Ex. 6, 468:23-469:1, 472:8-474:4; Exhibit 43, 4/5/13 Chon Ltr., TREDI00874443.

50. On September 27, 2013, NPC submitted a "Type C Meeting Request" to FDA "to seek Agency advice on the Novartis currently planned or ongoing investigations to elucidate cardiovascular adverse events (CVE) such as ischemic heart disease (IHD), cerebrovascular events (CRE) and peripheral arterial occlusive disease (PAO) occurring in patients receiving nilotinib therapy." Exhibit 44, 9/27/13 Req., p. TREDI01221734; Ex. 3 513:10-515:25.

51. NPC requested the meeting to discuss future label changes based on such investigations. Ex. 44, p. TREDI01221732; Ex. 3, 513:10-515:25; Ex. 6, 440:3-441:21.

52. On October 25, 2013, FDA asked that NPC add "vascular occlusive events," but not cerebrovascular events specifically, to the Tasigna® label in the Warnings and Precautions section. Exhibit 45, 10/25/13 Chon Email, pp. TPROD01007903, TRPOD01007909; Ex. 6, 523:6-524:8, 526:10-527:13.

53. On October 25, 2013, FDA's Project Manager informed NPC "I don't think we will take an action on this until January." Exhibit 46, 11/20/13 Chon Email, p. TREDI00876791.

54. On October 31, 2013, FDA requested that the manufacturer ARIAD suspend marketing of its TKI medicine, Iclusig (ponatinib), because of cardiovascular and arterial adverse events. Ex. 3, 584:5-10; Exhibit 47, 10/31/13 FDA Comm'n., p. 1.

55. During its subsequent safety review of Iclusig, FDA found that "similar rates of serious vascular events have not been observed in several other drugs of this class," and, in December 2013, revised the boxed warning for Iclusig. Exhibit 48, FDA Med. Review, p. 3; Exhibit 49, FDA Memo., p. 3.; Exhibit 50, 12/20/13 FDA Comm'n., p. 2.

56. On December 30, 2013, FDA released a "Post-Market Safety Summary" for Tasigna® consisting of an "analysis of the adverse drug reaction reports received" for Tasigna® since approval of the drug by FDA on October 29, 2007. Exhibit 51, 12/30/13 FDA Summary, p. 1.

57. As part of its analysis, the agency conducted a review of all available post-marketing data, including adverse events in the FDA Adverse Event Report System (FAERS), drug usage data, a literature review, a medication error analysis, and a discussion of postmarket clinical trial findings, and concluded "This information will be considered in the context of the 48-month assessment of the clinical trial data to inform [Division of Hematology Product]'s decision on addition of this risk to the nilotinib label.". Ex. 51, pp. 1, 49; Ex. 4, 184:20-185-18.

58. In January 2014, the FDA publicly reported the results of the Post-Market Safety Summary, stating that FDA was "evaluating" adverse event reports of cerebrovascular accidents (CVA) "to determine if any regulatory action is required." Exhibit 52, 2014 FDA Pub., p. 5.

59. FDA recommended in the Post-Market Safety Summary that PAOD "be elevated to the Warnings and Precautions section" after observing that its investigations "strongly suggest an association between nilotinib and PAOD." Ex. 51, p.49; Ex. 4, 184:20-185-18.

60. In January 2014, the FDA approved the addition of a new Warnings and Precautions section, Section 5.4, Cardiac and Vascular Events, that included data on the

incidence of PAOD, ischemic cerebrovascular events, and ischemic heart disease-related events in patients receiving Tasigna® in NPC's clinical trial, ENESTnd. Ex. 6, 442:22-445:6; Exhibit 53, 1/22/14 FDA Approval Letter, pp. TREDI00883113, TREDI00883121, TREDI00883122, TREDI0883144.

61. ENESTnd stands for Evaluating Nilotinib Efficacy and Safety Trial—Newly Diagnosed. Ex. 3, 401:4-9.

62. The January 2014 label reported the low incidence of ischemic cerebrovascular events after four years of follow-up in the ENESTnd study: 1.1% and 1.8% in the nilotinib 300 mg and 400 mg twice per day arms, and 0.7% in the imatinib arm. Ex. 6, 442:22-445:6; Ex. 53, pp. TREDI0088312121-TREDI00883122.

63. Stroke/transient ischemic attack incidence per year in the general population ages 45-74 is 2.4-16.2 per 1000 person years. Ex. 24, e397 (Chart 14-5).

64. In February 2014, NPC asked FDA to confirm that a DHCP letter was not needed regarding the January 2014 label change and FDA responded "we did not request a DHCP letter . . . so you do not need to submit one." Exhibit 54, 2/21/14 Email, p. TREDI00883229; Ex. 36, 279:23-280:4, 280:17-281:19; Ex. 6, 460:12-462:24.

65. To date, FDA has not requested that a DHCP letter be sent warning doctors of the risk of stroke, or any other cardiovascular adverse event, and has never approved or required a boxed warning for cerebrovascular events for Tasigna® or for any other atherosclerotic event associated with Tasigna®. Ex. 16, p. 1.

**G.   Sales and Marketing**

66. Dr. Walia testified he met with NPC's sales representatives, but he cannot recall who he met with, what discussions he had, or whether these representatives left materials regarding Tasigna® prior to prescribing Tasigna® to McWilliams. Ex. 1, 64:17-20; Ex. 11, 78:6-8.

Dated:  May 21, 2018

Respectfully submitted,

s/ Michael J. Thomas
Michael J. Thomas
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, FL 32301
Phone: 850-222-3533
Fax: 850-222-2126
mike@penningtonlaw.com

Robert E. Johnston (admitted *pro hac vice*)
(rjohnston@hollingsworthllp.com)
Andrew L. Reissaus (admitted *pro hac vice*)
(areissaus@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, the foregoing was filed with the Clerk of the Court and served in accordance with the Southern District of Florida's Rules on Electronic Service upon the following parties and participants:

>Bryan F. Aylstock, Esq.
>AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
>17 E. Main Street, Suite 200
>Pensacola, Florida 32502
>Miami, FL  33130
>
>Richard M. Elias, Esq.
>Greg G. Gutzler
>Tamara M. Spicer
>ELIAS GUTZLER SPICER LLC
>130 South Bemiston Avenue, Suite 302
>St. Louis, MO  63105
>
>James G. Onder
>Evan Murphy
>ONDER LAW
>110 East Lockwood
>St. Louis, MO

s/ Michael J. Thomas
Michael J. Thomas
