UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 2:17-CV-14302-ROSENBERG/MAYNARD

Dennis McWilliams and
Lori McWilliams,
               Plaintiffs,
  vs.

Novartis AG, a Global Healthcare
Company; Novartis Pharmaceuticals
Corporation, a Delaware Corporation,

               Defendants.
_____/

**DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S
NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS DAUBERT
MOTIONS TO EXCLUDE THE TESTIMONY OF DRS. SINGH AND WAGMEISTER**

As supplemental authority in support of its Motions to Exclude Testimony of Dr. Sonal Singh (ECF 56) and Dr. Robert Wagmeister (ECF 60) ("Motions"), Novartis Pharmaceuticals Corporation ("NPC") respectfully provides notice of the June 12, 2018 Opinion by the Fourth Circuit in *In re Lipitor (Atorvastatin Calcium) Mktg., Sales Practices & Prod. Liab. Litig. (No II) MDL 2502*, No. 17-1136, --- F.3d ----, 2018 WL 2927629 (4th Cir. June 12, 2018).

In the opinion, the Fourth Circuit affirms the district court's exclusion of testimony of three expert witnesses, including certain opinions of Dr. Sonal Singh, as well as the district court's granting of summary judgment for the defendant. NPC respectfully requests that the Fourth Circuit's analysis be considered in conjunction with NPC's briefing arguing for the exclusion of Dr. Singh's testimony in the instant case (ECF 56 and 74). In addition, NPC requests that this Court consider the Fourth Circuit's analysis and rejection of the differential diagnosis performed by the plaintiffs' specific causation expert in conjunction with NPC's motion to exclude the testimony of Dr. Wagmeister (ECF 60 p. 6-11 and ECF 73 p. 4-5).

1

2

Dated:  June 18, 2018							Respectfully submitted,

								s/ Michael J. Thomas
								Michael J. Thomas
								  PENNINGTON, P.A.
								  215 South Monroe Street, 2nd Floor
								  Tallahassee, FL 32301
								  Phone: 850-222-3533
								  Fax: 850-222-2126
								  mike@penningtonlaw.com

								Robert E. Johnston (admitted *pro hac vice*)
								(rjohnston@hollingsworthllp.com)
								Andrew L. Reissaus (admitted *pro hac vice*)
								(areissaus@hollingsworthllp.com)
								  HOLLINGSWORTH LLP
								  1350 I Street, NW
								  Washington, DC 20005
								  Phone:  (202) 898-5800
								  Fax:  (202) 682-1639

								*Attorneys for Defendant*
								*Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, the foregoing was filed with the Clerk of the Court and served in accordance with the Southern District of Florida's Rules on Electronic Service upon the following parties and participants:

>Bryan F. Aylstock, Esq.
>AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
>17 E. Main Street, Suite 200
>Pensacola, Florida 32502
>Miami, FL  33130

>Richard M. Elias, Esq.
>Greg G. Gutzler
>Tamara M. Spicer
>ELIAS GUTZLER SPICER LLC
>130 South Bemiston Avenue, Suite 302
>St. Louis, MO  63105

>James G. Onder, Esq.
>Evan Murphy
>ONDER LAW
>110 East Lockwood
>St. Louis, MO

s/ Michael J. Thomas<br>
Michael J. Thomas