UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14302-ROSENBERG/MAYNARD

DENNIS MCWILLIAMS, et al.,

      Plaintiffs,

vs.

NOVARTIS AG, et al.,

      Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Dennis McWilliams and Lori McWilliams ("Plaintiffs") and Defendant Novartis Pharmaceuticals Corporation ("NPC"), through their respective undersigned counsel, that all of Plaintiffs' claims are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own costs and attorneys' fees.

Dated: November 26, 2018

Respectfully Submitted,

/s/ Bryan f. Aylstock
Bryan F. Aylstock, Esq. (Bar No. 0078263)
baylstock@awkolaw.com
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 20
Pensacola, Florida 32502
Phone: (850) 2020-1010
Fax: (850) 916-7449

ELIAS GUTZLER SPICER LLC
Richard M. Elias, admitted *pro hac vice*
Greg G. Gutzler, admitted *pro hac vice*
Tamara M. Spicer, admitted pro *hac vice*
130 South Bemiston Avenue, Suite 302
St. Louis, Missouri 63105
Telephone: (314) 274-3311
relias@egslitigation.com
ggutzler@egslitigation.com
tspicer@egslitigation.com

ONDER SHELTON O'LEARY
PETTERSON LLC
James G. Onder, admitted *pro hac vice*
Evan C. Murphy, admitted *pro hac vice*
110 East Lockwood
St. Louis, Missouri 63119
Telephone: (314) 363-9000
onder@onderlaw.com

*Counsel for Plaintiffs*

/s/ Michael Thomas
Michael J. Thomas (Florida Bar No. 897760)
(mike@penningtonlaw.com)
PENNINGTON P.A.
215 South Monroe St., 2nd Floor
Tallahassee, FL 32301
(850) 222-3533
(850) 222-2126 (fax)

Robert E. Johnston (*pro hac vice*)
(rjohnston@hollingsworthllp.com)
Andrew L. Reissaus (*pro hac vice*)
(areissaus@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*